1  PAUL J. ANDRE (State Bar No. 196585)
   pandre@kramerlevin.com
2  LISA KOBIALKA (State Bar No. 191404)
   lkobialka@kramerlevin.com
3  JAMES HANNAH (State Bar No. 237978)
   jhannah@kramerlevin.com
4  KRISTOPHER KASTENS (State Bar No. 254797)
5  kkastens@kramerlevin.com
   AUSTIN MANES (State Bar No. 284065)
6  amanes@kramerlevin.com
   KRAMER LEVIN NAFTALIS & FRANKEL LLP
7  990 Marsh Road
   Menlo Park, CA 94025
8  Telephone: (650) 752-1700
9  Facsimile: (650) 752-1800

10 *Attorneys for Plaintiff*
   FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No.: 3:17-cv-05659-WHA |
| Plaintiff, | **[PROPOSED] ORDER ON ISSUES BEFORE THE COURT DURING APRIL 17, 2018 HEARING** |
| v. | |
| JUNIPER NETWORKS, INC., a Delaware Corporation, | |
| Defendant. | |

Plaintiff Finjan, Inc.'s ("Finjan") Letter Brief Regarding Motion to Compel Defendant Juniper Networks, Inc. ("Juniper") (Dkt. No. 48), Finjan's Letter Brief Regarding Dr. Eric Cole (Dkt. No. 49), and Juniper's Administrative Motion to Defer Patent Local Rule 4 (Dkt. No. 52) were heard on April 17, 2018.

Because the parties reached an agreement that the production of technical documents related to Sky ATP will be completed substantially by April 30, 2018, the Court dismisses this request as **MOOT** (Dkt. No. 48).

Having considered Finjan's Letters, Juniper's Administration Motion, the papers filed in support of and in opposition of the foregoing, and arguments by counsel, the Court:

1. **DENIES** Finjan's Motion regarding the production of documents related to the ATP Appliance (Dkt. No. 48) until Finjan files an amended complaint naming this product, or if Juniper moves to dismiss such amended complaint, the Court has ruled on Juniper's motion to dismiss such amended complaint.

2. **GRANTS and MODIFIES** Finjan's Motion Regarding Dr. Eric Cole (Dkt. No. 49), permitting Dr. Cole to serve as an expert so long as Dr. Cole submits a declaration agreeing that he will not work for McAfee as an employee, consultant, or expert until at least five years after his last access of Juniper's material marked as either "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" or "HIGHLY CONFIDENTIAL – SOURCE CODE."

3. **DENIES-IN-PART** Juniper's Administrative Motion to defer claim construction under Patent Local Rule 4 (Dkt. No. 52) as to the '926, '844, '633, and '154 Patents, and any terms from the '494 and '780 Patent that are not at issue in the claims included in the parties' earlier summary judgment, and **GRANTS-IN-PART and MODIFIES** Juniper's Administrative Motion with respect only to terms that appear in claim 10 of the '494 Patent or claim 1 of the '780 Patent, which are at issue in the parties' early summary judgment proceedings. To the extent necessary, the construction of these terms in these claims will be addressed during earlier summary judgment.

**IT IS SO ORDERED.**

Dated: _____

Hon. William Alsup
United States District Court Judge