IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

v.

JUNIPER NETWORKS, INC.,

    Defendant.

No. C 17-05659 WHA

**ORDER RE "STIPULATED" PROPOSED PROTECTIVE ORDER**

The Court has reviewed the parties' joint submission (Dkt. No. 74), which, though styled as a "stipulated" proposed protective order, contains competing provisions and attorney argument. To the extent that the submission tees up disputes for the Court to resolve, this order finds no good reason to deviate from the Interim Model Protective Order under these circumstances and accordingly rejects Finjan's arguments to that effect. The parties' "stipulated" proposed protective order will not be accepted unless and until it has been modified to comport with this order.

**IT IS SO ORDERED.**

Dated: May 10, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE