IRELL & MANELLA LLP
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
Joshua Glucoft (SBN 301249)
jglucoft@irell.com
Casey Curran (SBN 305210)
ccurran@irell.com
Sharon Song (SBN 313535)
ssong@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
Kevin Wang (SBN 318024)
kwang@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No. 3:17-cv-05659-WHA |
| Plaintiff, | |
| vs. | **NOTICE REGARDING THE PROSECUTION BAR LANGUAGE FOR THE PROTECTIVE ORDER** |
| JUNIPER NETWORKS, INC., a Delaware Corporation, | |
| Defendant. | |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10540583

NOTICE REGARDING THE
PROSECUTION BAR LANGUAGE
Case No. 3:17-cv-05659-WHA

PLEASE TAKE NOTICE THAT the parties have reached agreement on the protective order language regarding the prosecution bar.  Accordingly, defendant Juniper Networks, Inc. ("Juniper") will not be submitting the brief the Court permitted it to file in connection with language for the prosecution bar at the hearing on June 27, 2018.  The parties are still conferring over other sections of the protective order and will file a proposed stipulated protective order in due time.

Dated: July 5, 2018                              Respectfully submitted,


                                                 By: /s/ *Sharon Song*

                                                 Sharon Song
                                                 IRELL & MANELLA LLP
                                                 Attorney for Defendant
                                                 JUNIPER NETWORKS, INC.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10540583

NOTICE REGARDING THE
PROSECUTION BAR LANGUAGE
Case No. 3:17-cv-05659-WHA