IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

  v.

JUNIPER NETWORK, INC.,

    Defendant.

No. C 17-05659 WHA

**ORDER RE DISCOVERY DISPUTE**

The Court has received a letter dated October 4 from defendant Juniper Network, Inc., requesting that an interrogatory answer quoted on page two be useable in the related IPR proceeding notwithstanding the protective order in this case (Dkt. No. 199). The Court is inclined to agree that Juniper should be allowed to use the interrogatory answer in question so long as they are filed under seal pursuant to a protective order that offers the same protection in this case.

On or before **OCTOBER 9 AT NOON**, plaintiff Finjan, Inc., must (in writing) either agree to its use in the related IPR proceeding or show cause in this Court by sworn declaration why such permission should not be granted. This matter will be decided based upon the papers inasmuch as the Court will be absent for most of the next ten days.

**IT IS SO ORDERED.**

Dated: October 4, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE