IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORK, INC., <br><br> Defendant. | No. C 17-05659 WHA <br><br> **ORDER RE SCOPE OF MOTIONS *IN LIMINE*** |

The Court has reviewed defendant Juniper Network, Inc.'s letter brief requesting that plaintiff Finjan, Inc., be compelled to comply with the Court's guidelines for trial and final pretrial conference by tomorrow at noon and Finjan's response thereto (Dkt. Nos. 232–33). Specifically, Juniper takes issue with Finjan's third and fourth motions *in limine*, arguing that they violate paragraph 2(f) of the guideline, which states that "[e]ach motion should address a single topic."

The Court agrees with Juniper that each of the motions at issue covers multiple topics in violation of paragraph 2(f). Juniper, however, shall please help the Court by responding to the motions at issue in any event. Possibly some of the topics will be deferred for resolution during trial itself. Which topics to defer, however, will not be determined until the final pretrial conference.

**IT IS SO ORDERED.**

Dated: November 16, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE