PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>            Plaintiff,<br><br>      v.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>            Defendant. | Case No.: 3:17-cv-05659-WHA<br><br>**PLAINTIFF'S FINJAN INC.'S MOTION *IN LIMINE* NO. 1 TO PRECLUDE THE LATE DISCLOSURE AND RELIANCE ON DOCUMENTS, WITNESSES OR THEORIES/OPINIONS NOT TIMELY DISCLOSED**<br><br>Date:         December 4, 2018<br>Time:        9:00 a.m.<br>Courtroom:  Courtroom 12, 19th Floor<br>Before:     Hon. William Alsup |

## REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



PLAINTIFF'S MOTION *IN LIMINE* NO. 1                              CASE NO.: 3:17-cv-05659-WHA



PLAINTIFF'S MOTION *IN LIMINE* NO. 1        CASE NO.: 3:17-cv-05659-WHA



PLAINTIFF'S MOTION *IN LIMINE* NO. 1                    CASE NO.: 3:17-cv-05659-WHA



PLAINTIFF'S MOTION *IN LIMINE* NO. 1                    CASE NO.: 3:17-cv-05659-WHA



PLAINTIFF'S MOTION *IN LIMINE* NO. 1                    CASE NO.: 3:17-cv-05659-WHA



PLAINTIFF'S MOTION *IN LIMINE* NO. 1                    CASE NO.: 3:17-cv-05659-WHA



**CONCLUSION**

For the foregoing reasons, Finjan's Motion *in Limine* No. 1 should be granted.

DATED:  November 14, 2018

Respectfully submitted,

By: */s/ Kristopher Kastens*
Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Kristopher Kastens (State Bar No. 254797)
KRAMER LEVIN NAFTALIS
 & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

PLAINTIFF'S MOTION *IN LIMINE* NO. 1                    CASE NO.: 3:17-cv-05659-WHA