IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

v.

JUNIPER NETWORKS, INC.,

    Defendant.

No. C 17-05659 WHA

**ORDER RE SEALING OF ORDER ON *DAUBERT* MOTIONS**

The order on the *Daubert* motions, filed under seal today, shall remain under seal for **TWO WEEKS**, during which one or more parties may seek appellate review of this order to obtain redactions. Thereafter, absent order from the United States Court of Appeals for the Federal Circuit, the order on the *Daubert* motions will be filed on the public docket by **DECEMBER 17 AT NOON**.

**IT IS SO ORDERED.**

Dated: December 3, 2018.

/s/ William Alsup
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE