UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

        Plaintiff,

  v.

JUNIPER NETWORK, INC.,

        Defendant.

Case No. 17-cv-05659-WHA

**ORDER FOR JURY REFRESHMENTS**

    IT IS HEREBY ORDERED that the United States District Court shall furnish daily morning refreshments and pastries for the eight members of the jury in the above-entitled matter beginning **December 11, 2018 at 7:00 AM**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 12, 19th Floor, Phillip Burton Federal Building, 450 Golden Gate Avenue. San Francisco, CA 94102.

    IT IS SO ORDERED.

Dated: December 5, 2018

                              WILLIAM ALSUP
                              United States District Judge