IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | No. C 17-05659 WHA |
| Plaintiff, | |
| v. | **REQUEST TO COUNSEL** |
| JUNIPER NETWORK, INC., | |
| Defendant. | |

Counsel shall please bring to jury selection eight copies of the United States Patent No. 8,677,494.

Dated: December 8, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE