IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

v.

JUNIPER NETWORK, INC.,

    Defendant.

No. C 17-05659 WHA

**NOTICE RE TUESDAY MORNING**

    Tomorrow morning, counsel for both sides should be prepared to address the role of apportionment in this case, the United States Court of Appeals for the Federal Circuit's decision in *Finjan, Inc. v. Blue Coat Systems, Inc.*, 879 F.3d 1299 (Fed. Cir. 2018), and whether the accused products have non-infringing features.

Dated: December 10, 2018.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE