PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:   (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No.: 3:17-cv-05659-WHA |
| Plaintiff, | **PLAINTIFF FINJAN, INC.'S NOTICE OF APPEAL** |
| v. | |
| JUNIPER NETWORKS, INC., a Delaware Corporation, | |
| Defendant. | |

1 NOTICE IS HEREBY GIVEN that Plaintiff Finjan, Inc. hereby appeals to the United States Court of Appeals for the Federal Circuit from the Order Re Sealing of Order on *Daubert* Motions entered in this action on December 3, 2018 (Dkt. 284).

Dated:  December 14, 2018              By: */s/ Hannah Lee*
                                            Paul J. Andre (State Bar. No. 196585)
                                            Lisa Kobialka (State Bar No. 191404)
                                            James Hannah (State Bar No. 237978)
                                            Kristopher Kastens (State Bar No. 254797)
                                            Hannah Lee (State Bar No. 253197)
                                            KRAMER LEVIN NAFTALIS
                                            & FRANKEL LLP
                                            990 Marsh Road
                                            Menlo Park, CA  94025
                                            Telephone: (650) 752-1700
                                            Facsimile: (650) 752-1800
                                            pandre@kramerlevin.com
                                            lkobialka@kramerlevin.com
                                            jhannah@kramerlevin.com
                                            kkastens@kramerlevin.com
                                            hlee@kramerlevin.com

                                            *Attorneys for Plaintiff*
                                            FINJAN, INC.