IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

  Plaintiff,

v.

JUNIPER NETWORKS, INC.,

  Defendant.

No. C 17-05659 WHA

**SPECIAL VERDICT FORM**

When answering the following questions and filling out this special verdict form, please follow the directions provided throughout this special verdict form and the final charge to the jury. Your answer to each question must be unanimous.

We, the jury, unanimously agree to the answers to the following questions as our verdict.

### INFRINGEMENT?

1.  Has Finjan proven by a preponderance of the evidence that Juniper's accused products meet the "database" limitation as that term is used in Claim 10 of the United States Patent No. 8,677,494?

      YES _____      NO __✗__

*If you answer "Yes," you will have found that Juniper's accused products infringe Claim 10, and you should go to Question No. 2. If "No," then you will have found that Juniper's accused products do not infringe and you are done — go to the end, sign, and date the form.*

### NOTICE?

2.  Has Finjan proven by a preponderance of the evidence that Finjan and its '494 licensees marked substantially all of their products covered by the '494 patent and/or Finjan gave actual notice to Juniper that Juniper was infringing the '494 patent through the accused products?

      YES _____      NO _____

*If you answer "Yes," then please answer the next question. If "No," then Finjan is not entitled to damages and you are done — please skip to the end, sign, and date the form.*

3. If you answered "Yes" to Question No. 2, please state the earliest date proven by Finjan by which such marking or actual notice occurred.

DATE: ~~12/14/18~~

*If you answer "Yes" to both Question Nos. 1 and 2 and supply a date for Question No. 3, then the issue of damages shall be for the judge. You need not concern yourself with that issue.*

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. Your presiding juror should then sign and date the verdict form in the spaces below and notify the judge (through the court security officer) that you have reached a verdict. The presiding juror should place the verdict form in the envelope provided and bring it when the jury returns to the courtroom to deliver the verdict.

Dated: December 14, 2018.

_____
PRESIDING JUROR
Brian Dodd