IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | No. C 17-05659 WHA |
| Plaintiff, | |
| v. | **ORDER RE MOTION TO STAY UNSEALING OF *DAUBERT* ORDER** |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

The Court has reviewed plaintiff Finjan, Inc.'s motion to stay of the Order Re Sealing of Order on *Daubert* Motions (Dkt. No. 284) pending a final resolution of its appeal (Dkt. No. 331). The *Daubert* order will stay under seal until further order from the United States Court of Appeals for the Federal Circuit.

**IT IS SO ORDERED.**

Dated: December 17, 2018.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE