IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

  v.

JUNIPER NETWORKS, INC.,

    Defendant.

No. C 17-05659 WHA

**POST-TRIAL ORDER**

All post-trial motions regarding Claim 10 of the United States Patent No. 8,677,494 are due **JANUARY 10 AT NOON**. In light of the jury's verdict, the parties shall please advise the Court by January 10 whether defendant Juniper Networks, Inc.'s (1) equitable defenses and/or counterclaims and/or (2) Section 101 defense are moot. Meanwhile, if the equitable defenses and/or counterclaims are not moot, please reserve time for trial on these issues on **JULY 29 AT 7:30 A.M.**

At the same time, please advise the Court on the progress made regarding the second showdown procedure currently scheduled to begin on January 24. Moreover, in light of the second showdown procedure, the deadlines for fact and expert discovery are hereby **VACATED** (as is the trial date originally set for July 8, as stated before).

**IT IS SO ORDERED.**

Dated: January 2, 2019.

                                                WILLIAM ALSUP
                                                UNITED STATES DISTRICT JUDGE