# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CA 90067-4276
TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199

840 NEWPORT CENTER DRIVE, SUITE 400
**NEWPORT BEACH, CALIFORNIA 92660-6324**

TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200
WEBSITE: www.irell.com

**WRITER'S DIRECT**
TELEPHONE (949) 760-5222
RCarson@irell.com

January 24, 2019

Hon. William Alsup
U.S. District Court, Northern District of California

    Re:    *Finjan, Inc. v. Juniper Networks, Inc.*, Case No. 3:17-cv-05659-WHA

Dear Judge Alsup:

    Pursuant to the Court's Order dated November 6, 2018, Juniper writes to inform the Court and Finjan that it selects Claim 9 of U.S. Patent 6,804,780 for the second round of the patent showdown proceedings, which Finjan has asserted against the SRX Series Services Gateways, Sky ATP, and ATP Appliance.

                              Respectfully submitted,

                              */s/ Rebecca L. Carson*
                              Rebecca L. Carson
                              IRELL & MANELLA LLP
                              *Attorneys for Defendant*
                              Juniper Networks, Inc.