IRELL & MANELLA LLP
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
Joshua Glucoft (SBN 301249)
jglucoft@irell.com
Casey Curran (SBN 305210)
ccuran@irell.com
Sharon Song (SBN 313535)
ssong@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
Kevin Wang (SBN 318024)
kwang@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No. 3:17-cv-05659-WHA |
| Plaintiff, | **NOTICE OF WITHDRAWAL OF ATTORNEY SHARON SONG** |
| vs. | |
| JUNIPER NETWORKS, INC., a Delaware Corporation, | |
| Defendant. | |

NOTICE OF WITHDRAWAL OF ATTY SHARON SONG
(Case No. 3:17-cv-05659-WHA)

10644131.1

TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Sharon Song is no longer associated with the firm of Irell & Manella, LLP, and is hereby withdrawn as counsel for Defendant Juniper Networks, Inc. in the above-captioned action.

Irell & Manella, LLP continues to serve as counsel for Defendant Juniper Networks, Inc. and all future correspondence and papers in this action should continue to be directed as such.

Dated: February 15, 2019

By: ⎯⎯⎯/s/ *Sharon Song*⎯⎯⎯⎯⎯⎯⎯
    Sharon Song

NOTICE OF WITHDRAWAL OF ATTY SHARON SONG
(Case No. 3:17-cv-05659-WHA)

10644131.1