IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | No. C 17-05659 WHA |
| Plaintiff, | |
| v. | **QUESTIONS FOR ORAL ARGUMENT** |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

If the Court rules in favor of defendant Juniper Networks, Inc., on the issue of notice in connection with United States Patent No. 8,677,494, does Juniper concede that there is no need to reach any other issue related to the '494 patent at the district court?

In that event, once all issues on the '494 patent that need to be reached are resolved such that no other issues on the '494 patent will be addressed, would a Section 1292 certification for interlocutory review be appropriate?

Dated: February 20, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE