IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | No. C 17-05659 WHA |
| Plaintiff, | |
| v. | **ORDER RE LETTER DATED FEBRUARY 28, 2019** |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

The Court has reviewed the parties' letter requesting more time to meet and confer regarding the case management approaches offered at last week's hearing (Dkt. No. 381). The parties shall have until **MARCH 8 AT NOON** to reach an agreement, after which the order on the request for certification for interlocutory appeal will be filed.

**IT IS SO ORDERED.**

Dated: March 1, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE