# Kramer Levin



**Paul Andre**
Partner
T  650.752.1700
F  650.752.1800
PAndre@kramerlevin.com

990 Marsh Road
Menlo Park, CA 94025-1949
T  650.752.1700
F  650.752.1800

**March 8, 2019**

Honorable William Alsup
U.S. District Court, Northern District of California
San Francisco Courthouse
Courtroom 12 – 19th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Finjan, Inc. v. Juniper Networks, Inc.*, Case No. 3:17-cv-05659-WHA

Dear Judge Alsup:

The parties have met and conferred regarding the case management approaches offered by the Court during the hearing held on February 21, 2019.  Despite good faith and diligent efforts, the parties were not able to reach agreement.

Respectfully submitted,

*/s/ Paul Andre*

Paul Andre
*Counsel for Plaintiff Finjan, Inc.*

*/s/ Rebecca L. Carson*

Rebecca L. Carson
*Counsel for Juniper Networks, Inc.*

**Honorable William Alsup**
March 8, 2019



    In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                                  */s/ Paul Andre*
                                                  Paul Andre