IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

v.

JUNIPER NETWORKS, INC.,

    Defendant.

No. C 17-05659 WHA

**ORDER RE DISCOVERY LETTER**

    The Court has reviewed plaintiff Finjan, Inc.'s discovery letter filed earlier today (Dkt. No. 394). In light of the short time frame regarding Finjan's requested relief, defendant Juniper Networks, Inc. shall respond by **TOMORROW AT 9 A.M.**

    **IT IS SO ORDERED.**

Dated: March 18, 2019.

WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE