United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,                                                No. C 17-05659 WHA

        Plaintiff,

  v.                                                     **ORDER ON DISCOVERY LETTER**

JUNIPER NETWORKS, INC.,

        Defendant.

————————————————/

The Court has reviewed both parties' briefs regarding plaintiff Finjan, Inc.'s discovery request (Dkt. Nos. 394, 398).  In light of the need for prompt resolution given the April 1 reply deadline, the Court rules as follows.  On **MARCH 28 AT 9 A.M.** (or any earlier date agreed upon in writing by the parties), defendant Juniper Networks, Inc. shall produce to Finjan all of the source code requested by Finjan with respect to the instant discovery request.  Juniper itself admits it is relying on portions of the source code.  It is not, however, to simply produce those portions.  Juniper must give Finjan fair opportunity to review source code more broadly so as to find any passage that might counteract Juniper's point on summary judgment.

**IT IS SO ORDERED.**

Dated:  March 19, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE