IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | No. C 17-05659 WHA |
| Plaintiff, | |
| v. | **ORDER RE DISCOVERY LETTER** |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

The Court has reviewed plaintiff Finjan, Inc.'s letter (Dkt. No. 400). Defendant Juniper Networks, Inc. shall respond to Finjan's letter by **5 P.M. TODAY**.

**IT IS SO ORDERED.**

Dated: March 25, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE