IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

  v.

JUNIPER NETWORKS, INC.,

    Defendant.

No. C 17-05659 WHA

**ORDER ON DISCOVERY LETTER**

The Court has reviewed plaintiff Finjan, Inc.'s letter (Dkt. No. 400) and defendant Juniper Networks, Inc.'s response thereto (Dkt. No. 403). Juniper has agreed to print up to 100 pages of the relevant source code for Finjan to attach to its reply brief (Dkt. No. 403 at 1), notwithstanding the limits imposed on the number of pages Finjan is entitled to print under the stipulated protective order (Dkt. No. 149 at 15) and attach as exhibits to its reply brief. In light of the fact that the entire source code will be produced in electronic format on March 28 for Finjan's review and because Finjan appears to overreach in the number of printed pages it now requests, this order finds that Juniper's offer to print an additional 100 pages of source code is sufficient. Finjan's request is therefore **DENIED**.

**IT IS SO ORDERED.**

Dated: March 26, 2019.

                                  WILLIAM ALSUP
                                  UNITED STATES DISTRICT JUDGE