IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | No. C 17-05659 WHA |
| Plaintiff, | |
| v. | **ORDER ON ADMINISTRATIVE MOTION TO EXTEND DEADLINE FOR REPLY** |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

The Court has reviewed plaintiff Finjan, Inc.'s administrative motion to extend the deadline for its reply (Dkt. No. 401) and defendant Juniper Networks, Inc.'s response thereto (Dkt. No. 405). The motion is **GRANTED IN PART**. The Court will allow a one-day extension. As such, both parties' replies are due **APRIL 5**.

**IT IS SO ORDERED.**

Dated: March 27, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE