PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:17-cv-05659-WHA<br><br>**DECLARATION OF DR. NENAD MEDVIDOVIĆ IN SUPPORT OF PLAINTIFF FINJAN, INC.'S OPPOSITION TO DEFENDANT JUNIPER NETWORKS, INC.'S MOTION TO STRIKE THEORIES FROM FINJAN'S MOTION FOR SUMMARY JUDGMENT, AND MOTION TO AMEND**<br><br>Date:         May 2, 2019<br>Time:        8:00 a.m.<br>Courtroom: Courtroom 12, 19th Floor<br>Before:      Hon. William Alsup |

MEDVIDOVIĆ DECL. IN SUPPORT OF FINJAN'S OPP. TO JUNIPER'S MOTION TO STRIKE THEORIES FROM FINJAN'S MOTION FOR SUMMARY JUDGMENT

CASE NO. 3:17-cv-05659-WHA

I, Nenad Medvidović, hereby declare that:

1. I make this Declaration based upon my own personal knowledge, information, and belief, and I would and could competently testify to the matters set forth herein if called upon to do so.

## I. BACKGROUND, EXPERIENCE AND QUALIFICATIONS

2. I received a Bachelor of Science ("BS") degree, Summa Cum Laude, from Arizona State University's Computer Science and Engineering department.

3. I received a Master of Science ("MS") degree from the University of California at Irvine's Information and Computer Science department.

4. I received a Doctor of Philosophy ("PhD") degree from the University of California at Irvine's Information and Computer Science department. My dissertation was entitled, "Architecture-Based Specification-Time Software Evolution."

5. I am employed by the University of Southern California ("USC") as a faculty member in the Computer Science Department, and have been since January 1999. I currently hold the title of Professor with tenure. Between January 2009 and January 2013, I served as the Director of the Center for Systems and Software Engineering at USC. Between July 2011 and July 2015, I served as my Department's Associate Chair for PhD Affairs.

6. I am very familiar with and have substantial expertise in the area of software systems development/software engineering, software architecture, software design, and distributed systems.

7. I have over 25 years of research experience that has spanned a wide range of issues pertaining to large, complex, distributed software systems. This research has included security and trust as significant components. As one example, my research has resulted in a new technique that deploys a software system on a set of distributed computers in a manner that optimizes that system's "non-functional" characteristics, including efficiency, scalability, resource consumption, reliability, as well as security. As another example, motivated by the frequent vulnerability of distributed systems to malicious adversaries, I have developed, published, and eventually patented a novel technique for ensuring system security and data privacy in open computer networks. I have recently developed a tool for protecting Android users from security vulnerabilities originating from remotely downloaded

1

MEDVIDOVIĆ DECL. IN SUPPORT OF FINJAN'S OPP.          CASE NO. 3:17-cv-05659-WHA
TO JUNIPER'S MOTION TO STRIKE THEORIES FROM
FINJAN'S MOTION FOR SUMMARY JUDGMENT

applications. A paper describing the tool won the "best tool-paper" award at a recent major software engineering conference. I have co-authored a widely adopted textbook on software system architectures, in which several chapters deal with the issue of security and one entire chapter is specifically dedicated to security and trust.

8. My rate of compensation for my work in this case is $650 per hour plus any direct expenses incurred. My compensation is based solely on the amount of time that I devote to activity related to this case and is in no way affected by any opinions that I render. I receive no other compensation from work on this action. My compensation is not dependent on the outcome of this matter.

## II. MATERIALS REVIEWED

9. I have reviewed and relied on the documents cited herein, including U.S. Patent No. 8,141,154 (the "'154 Patent").

10. My opinions below are from the perspective of a person of ordinary skill in the art (POSITA). Based on review of the '154 Patent and consideration of the abovementioned factors, it is my opinion that a POSITA at the time of the invention of the '154 Patent would be a person with a Bachelor's degree in computer science or a related academic field, and either (1) two or more years of industry experience and/or (2) an advanced degree in computer science or a related academic field. In forming my opinions in this declaration, I have considered the issues from the perspective of a hypothetical POSITA.

## III. TECHNICAL BACKGROUND

### A. "HTTP://" First Function

11. HTTP is an application layer protocol as understood in the context of Internet protocol suite. An HTTP function is the calling of the HTTP protocol send or receive content on the Internet, and may also be included in HTTP content that is received from a remote webserver.

12. The inputs or resources for HTTP are identified and located on the network by Uniform Resource Locators (URLs), using the Uniform Resource Identifiers (URI's) schemes HTTP and HTTPS. URIs and hyperlinks in HTML documents form interlinked hypertext documents. *See*

2

https://en.wikipedia.org/wiki/Hypertext_Transfer_Protocol.

13. There are a number of ways that the HTTP function may be implemented or invoked. For example, a technique known as "redirection" uses the HTTP function. In particular, the HTTP function is used for "redirection," where a user is redirected to a URL link in an HTTP function.

14. This can be seen in the Wikipedia page for redirection, where a redirection to a URL would involve the encoding the function of http:// and the URL that the person is directed to.

```
HTTP/1.1 301 Moved Permanently
Location: http://www.example.org/
Content-Type: text/html
Content-Length: 174

<html>
<head>
<title>Moved</title>
</head>
<body>
<h1>Moved</h1>
<p>This page has moved to <a href="http://www.example.org/">http://www.example.org/</a>.</p>
</body>
</html>
```

See https://en.wikipedia.org/wiki/URL_redirection.

15. In another example, the reference to a "payload" function that downloads a payload from a particular web source is through an HTTP function. In this example, the HTTP function would identify a file to be downloaded to the system.

16. When content in a network communications includes a URL/IP address it is understood that this is a call to open the link denoted by the "http://" prefix, where the link is naturally associated with an HTTP function for communication with the URL/IP address (such as an HTTP. GET request). The input associated with the call is the address of a site (such as "example.com/malware.exe") as indicated through an URL or IP address.

17. When content in a network communications include a call to a function such as an unescape(), eval(), or document. write() function or iframe code (e.g., the form of "<iframe src="*URL*"></iframe>"), the function may refer to an URL/IP address in an obfuscated form. The URL/IP address (regardless of whether it is in its obfuscated or original form) is considered as an "input" associated with the call to open the link denoted by the "http://" prefix, where the link is naturally associated with an HTTP function for communication with the URL/IP address (such as an

3

HTTP. GET request).

18. In reference to network content that includes URLs, URI, and IP addresses, a POSITA would understand "http://" to be the function taking this content.

19. Likewise, references to JavaScript and iframes, a POSITA would understand "http://" as a function used for directing the network connection.

**B.  "Whitelisting"**

20. Whitelisting is a known technique where, for example, a file hash and/or URL/IP address of a clean file is added to a whitelist. Whitelisting is often understood to be result of a security system or computer indicating that using or invoking the content is safe. It is understood that one way to accomplish this is by finishing the processing and marking the object as "clean" or otherwise allow the communications based on the reputation look up or based on the result from an analysis.

I declare under penalty of perjury of the United States of America that the foregoing is true and correct. Executed on March 28, 2019, in Manhattan Beach, California.

_____
Nenad Medvidovic, Ph.D.

4

MEDVIDOVIĆ DECL. IN SUPPORT OF FINJAN'S OPP.             CASE NO. 3:17-cv-05659-WHA
TO JUNIPER'S MOTION TO STRIKE THEORIES FROM
FINJAN'S MOTION FOR SUMMARY JUDGMENT