IRELL & MANELLA LLP
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
Joshua P. Glucoft (SBN 301249)
jglucoft@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca L. Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
Kevin Wang (SBN 318024)
kwang@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> vs. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | Case No. 3:17-cv-05659-WHA <br><br> **[PROPOSED] ORDER GRANTING JUNIPER NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** <br><br> Judge: Hon. William Alsup |

The Court has received Juniper Networks, Inc.'s ("Juniper") Administrative Motion to File Under Seal pursuant to Civil Local Rules 7-11 and 79-5. Because portions of these documents contain sealable information pursuant to Local Rule 79-5, the Court **GRANTS** Juniper's motion to seal as set forth below:

| | **JUNIPER'S PRIOR ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** | | | | | |
|---|---|---|---|---|---|---|
| | **Docket** | **Filing Date** | **Document** | **Portion to Be Sealed** | **Basis for Sealing** | **Designating Party** |
| 1. | 95-04 | 6/7/2018 | Defendant Juniper Networks, Inc.'s Motion to Summary Judgment Regarding Claim 1 of U.S. Patent No. 6,804,780 | Portions of 25:19-20 | Cyphort Communications with Finjan | Juniper & Finjan |
| 2. | 95-10 | 6/7/2018 | Declaration of Aviel D. Rubin ISO Juniper's MSJ re Claim 1 of '780 Patent | Portions of ¶ 64, 92, 116, 128, 131 | Source Code | Juniper |
| 3. | 125-4 | 6/28/2018 | Juniper's Opposition to Finjan's MSJ re '494 | Portions of 24:13-16 | Source Code | Juniper |
| 4. | 125-10 | 6/28/2018 | Declaration of Aviel D. Rubin ISO Juniper's Opposition to Finjan's MSJ re '494 | Portions of ¶ 49, 59, 91, fn 5 | Source Code | Juniper |
| 5. | 125-15 | 6/28/2018 | Ex. 3 to Juniper's Opposition to Finjan's MSJ re '494 (Tenorio Depo Transcript 5/8/2019) | Portions of 153:14-15 | Source Code | Juniper |
| 6. | 125-18 | 6/28/2018 | Ex. 7 to Juniper's Opposition to Finjan's MSJ re '494 (Juniper Source Code) | Entire Exhibit | Source Code | Juniper |

- 1 -

[PROPOSED] ORDER GRANTING JUNIPER'S MOTION
FOR ADMINISTRATIVE RELIEF TO FILE
DOCUMENTS UNDER SEAL
Case No. 3-17-cv-05659-WHA

| **Juniper's Prior Administrative Motions to File Under Seal** ||||||
|---|---|---|---|---|---|
| | **Docket** | **Filing Date** | **Document** | **Portion to Be Sealed** | **Basis for Sealing** | **Designating Party** |
| 7. | 151-4 | 7/12/2018 | Juniper's Reply ISO MSJ re Claim 1 of '780 | Portions of 5:25-26, 6:19, 7:7, 8:10, 14:2, 14:8-9, 14:11, fn 5, fn 6 | Source Code/ Cyphort Communications with Finjan | Juniper & Finjan |
| 8. | 151-6 | 7/12/2018 | Ex. 1 to Juniper's Reply ISO MSJ re Claim 1 of '780 (Mitzenmach Depo Trans. 7/3/2018) | Portions of 120:2, 120:12-13, 121:3, 121:8, 121:15, 121:23-24, 122:2, 122:16-17 | Source Code | Juniper |
| 9. | 228-7 | 11/12/2018 | Ex. 1 to Juniper's Mot. to Exclude Testimony of Kevin Arst (Arst Report) | Entire Exhibit | Confidential License Agreements | Juniper |
| 10. | 236-4 | 11/19/2018 | Juniper's Opposition to Ugone Daubert Mtn | Portions of 11:14, 11:18 | Confidential License Agreements | Juniper |
| 11. | 236-11 | 11/18/2018 | Ex. 9 to Juniper's Opposition to Ugone Daubert Mtn (Juniper Source Code) | Entire Exhibit | Source Code | Juniper |
| 12. | 236-12 | 11/19/2018 | Ex. 10 to Juniper's Opposition to Ugone Daubert Mtn (Rubin Report) | Entire Exhibit | Confidential License Agreements | Juniper |

[PROPOSED] ORDER GRANTING JUNIPER'S MOTION
FOR ADMINISTRATIVE RELIEF TO FILE
DOCUMENTS UNDER SEAL
Case No. 3-17-cv-05659-WHA

| | | JUNIPER'S PRIOR ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL | | | | |
|---|---|---|---|---|---|---|
| | **Docket** | **Filing Date** | **Document** | **Portion to Be Sealed** | **Basis for Sealing** | **Designating Party** |
| 13. | 261-3 | 11/27/2018 | Finjan's Opposition to Juniper's Motion in Limine No. 1 to Exclude Evidence and Argument Regarding Cyphorty and the ATP Appliance Product | Portions of 2:11-12; 3:4-4:20, 4:23-25, 5:1-13 | Cyphort Communications with Finjan | Juniper |
| 14. | 261-9 | 11/27/2018 | Ex. 2 Juniper's MILs (Expert Report of Kevin Arst) | Entire Exhibit | Confidential License Agreements | Juniper |
| 15. | 261-9 | 11/27/2018 | Ex. 15 to Juniper's MILs (Eric Cole Depo 11/14/2018) | Portions of 162:10, 162:18 | Source Code | Juniper |
| 16. | 261-11 | 11/27/2018 | Ex. 6 to Manes Decl. ISO Finjan's Opp to Juniper's MILs (Ltr from Finjan to Cyphort w/attachments | Entire Exhibit | Cyphort Communications with Finjan | Juniper & Finjan |
| 17. | 261-11 | 11/27/2018 | Ex. 7 to Manes Decl. ISO Finjan's Opp to Juniper's MILs (Ltr from Finjan to Cyphort's counsel) | Entire Exhibit | Cyphort Communications with Finjan | Juniper & Finjan |
| 18. | 261-11 | 11/27/2018 | Ex. 8 to Manes Decl. ISO Finjan's Opp to Juniper's MILs (Presentation slides created by Finjan for Cyphort) | Entire Exhibit | Cyphort Communications with Finjan | Juniper & Finjan |

- 3 -

[PROPOSED] ORDER GRANTING JUNIPER'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
Case No. 3-17-cv-05659-WHA

| FINJANS'S PRIOR ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL | | | | | | |
|---|---|---|---|---|---|---|
| | Docket | Filing Date | Document | Portion to Be Sealed | Basis for Sealing | Designating Party |
| 1. | 90-6 | 5/31/2018 | Ex. 1 to Motion for Leave to File 2nd Amended Complaint (Ex. 33 to Finjan's Second Amended Complaint-Juniper Advanced Anti-Malware Service on SRX) JNPR-FNJN_29002_00173278-340 | Entire document | Source Code | Juniper |
| 2. | 97-4 | 6/7/2018 | Finjan's Motion for Summary Judgment re '494 | Portions of 17:16, 20:9-11, 22:8-9, 23:19-20, 24:2-3 | Source Code | Juniper |
| 3. | 97-6 | 6/7/2018 | Decl. of E. Cole ISO Finjan's MSJ re '494 | Portions of 14:12-13, 14:16-17, 14:20-22, 15:6-8, 15:16, 15:18-20, 16:7-9, 16:11-15, 16:17-17-13, 17:15-18-9, 20:26, 21:23-24, 22:22-23, 22:28-23:1, 23:17, 24:21-25, 25:1-11, 25:14-20 | Source Code | Juniper |

- 4 -

[PROPOSED] ORDER GRANTING JUNIPER'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
Case No. 3-17-cv-05659-WHA

| FINJANS'S PRIOR ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL | | | | | | |
|---|---|---|---|---|---|---|
| | Docket | Filing Date | Document | Portion to Be Sealed | Basis for Sealing | Designating Party |
| 4. | 97-14 | 6/7/2018 | Ex. 6 to Kastens Decl. ISO MSJ re '494 (Juniper Advanced Anti-Malware Service on SRX) JNPR-FNJN_29002-00173278-284 | Entire document | Source Code | Juniper |
| 5. | 97-32 | 6/7/2018 | Ex. 23 to Kastens Decl. ISO MSJ re '494 (Argon Web API Methods) JNPR-FNJN_29024_00170168-169 | Entire document | Source Code | Juniper |
| 6. | 97-36 | 6/7/2018 | Ex. 27 to Kastens Decl. ISO MSJ re '494 (Juniper Source Code) | Entire document | Source Code | Juniper |
| 7. | 97-38 | 6/7/2018 | Ex. 28 to Kastens Decl. ISO MSJ re '494 (Juniper Source Code) | Entire document | Source Code | Juniper |
| 8. | 97-40 | 6/7/2018 | Ex. 29 to Kastens Decl. ISO MSJ re '494 (Juniper Source Code) | Entire document | Source Code | Juniper |
| 9. | 99-6 | 6/8/2018 | Ex. 33 to Finjan's Second Amended Complaint-Juniper Advanced Anti-Malware Service on SRX) JNPR-FNJN_29002_00173278-340 | Entire document | Source Code | Juniper |

- 5 -

[PROPOSED] ORDER GRANTING JUNIPER'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
Case No. 3-17-cv-05659-WHA

| | **FINJANS'S PRIOR ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** | | | | | |
|---|---|---|---|---|---|---|
| | **Docket** | **Filing Date** | **Document** | **Portion to Be Sealed** | **Basis for Sealing** | **Designating Party** |
| 10. | 127-6 | 6/28/2018 | Decl. of M. Mitzenmacher ISO Finjan's Opposition to MSJ re '780 | Portions of 14:25, 17:2-3, 20:15, 22:16-17, 26:16-18, 27:17, 27:20, 29:20-21, 31:10-11, 31:16, 31:18-19, 31:24, 33:13 | Source Code | Juniper |
| 11. | 127-10 | 6/28/2018 | Ex. 2 to Kastens Decl. ISO MSJ Opposition re '780 (SRX Space) JNPR-FNJN_29017_00552580 | Portion of JNPR-FNJN_29017_00552580 | Source Code | Juniper |
| 12. | 127-16 | 6/28/2018 | Ex. 7 to Kastens Decl. ISO MSJ Opposition re '780 (Juniper Source Code) | Entire document | Source Code | Juniper |
| 13. | 127-24 | 6/28/2018 | Ex. 16 to Kastens Decl. ISO MSJ Opposition re '780 (Related Files on SRX) JNPR-FNJN_29003_00163740 | Entire document | Source Code | Juniper |
| 14. | 130-3 | 6/28/2018 | Ex. 29 to Kastens Decl. ISO MSJ Opposition re '780 (Finjan's 2nd Suppl. Resp. to Juniper Rog No. 6) | Portions of 5:2-17 | Source Code | Juniper |

- 6 -

[PROPOSED] ORDER GRANTING JUNIPER'S MOTION
FOR ADMINISTRATIVE RELIEF TO FILE
DOCUMENTS UNDER SEAL
Case No. 3-17-cv-05659-WHA

| | **FINJANS'S PRIOR ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** | | | | | |
|---|---|---|---|---|---|---|
| | Docket | Filing Date | Document | Portion to Be Sealed | Basis for Sealing | Designating Party |
| 15. | 131-1 | 6/29/2018 | Ex. 37 to Kastens Decl. ISO MSJ Opposition re '780 (Finjan Ltr to Cyphort) FINJAN-JN 180255, 261 | Entire document | Cyphort Communications with Finjan | Juniper & Finjan |
| 16. | 131-3 | 6/29/2018 | Ex. 38 to Kastens Decl. ISO MSJ Opposition re '780 (Finjan Ltr to Cyphort) FINJAN-JN 193290-292 | Entire document | Cyphort Communications with Finjan | Juniper & Finjan |
| 17. | 153-4 | 7/12/2018 | Finjan's Reply to MSJ re '494 | Portions of 9:12 | Source Code | Juniper |
| 18. | 153-16 | 7/12/2018 | Ex. 11 to Kastens Decl. ISO MSJ Reply re '494 (Juniper Source Code) | Entire document | Source Code | Juniper |
| 19. | 170-6 | 7/27/2018 | Ex. 33 to Finjan's Second Amended Complaint- Juniper Advanced Anti-Malware Service on SRX) JNPR-FNJN_29002_00173278-340 | Entire document | Source Code | Juniper |
| 20. | 229-6 | 11/12/2018 | Ex. 1 to Martinez Decl. ISO Ugone Daubert Motion (Ugone Rebuttal Expert Report) | Entire document | Confidential License Agreement | Juniper |
| 21. | 229-8 | 11/12/2018 | Ex. 2 to Martinez Decl. ISO Ugone Daubert Motion (Arst Expert Report) | Entire document | Confidential License Agreement | Juniper |

- 7 -

[PROPOSED] ORDER GRANTING JUNIPER'S MOTION FOR ADMINISTRATIVE RELIEF TO FILE DOCUMENTS UNDER SEAL
Case No. 3-17-cv-05659-WHA

| | | | FINJANS'S PRIOR ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL | | | |
|---|---|---|---|---|---|---|
| | **Docket** | **Filing Date** | **Document** | **Portion to Be Sealed** | **Basis for Sealing** | **Designating Party** |
| 22. | 229-10 | 11/12/2018 | Ex. 3 to Martinez Decl. ISO Ugone Daubert Motion (License Agreement) | Entire document | Confidential License Agreement | Juniper |
| 23. | 238-6 | 11/19/2018 | Ex. 1 to Kastens Decl. ISO Opp to Arst Daubert (Cole Expert Report) | Portions of 26:18-19, 26:22-23, 26:26-27:1, 27:12-14, 27:22, 27:24-26, 28:1-30:20, 33:20, 35:3-5, 37:3-9, 38:16-17, 38:20-21, 38:27, 45:8, 45:10, 45:16 | Source Code | Juniper |

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
Hon. William Alsup
United States District Court Judge

- 8 -

[PROPOSED] ORDER GRANTING JUNIPER'S MOTION
FOR ADMINISTRATIVE RELIEF TO FILE
DOCUMENTS UNDER SEAL
Case No. 3-17-cv-05659-WHA