REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

# DKT. 97-6

## (REDACTED)

## HIGHLY CONFIDENTIAL – SOURCE CODE

PAUL ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

### IN THE UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>        Defendant. | Case No.: 3:17-cv-05659-WHA<br><br>**DECLARATION OF DR. ERIC COLE IN SUPPORT OF PLAINTIFF FINJAN, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT OF INRINGEMENT OF CLAIM 10 OF U.S. PATENT NO. 8,677,494**<br><br>Date:         July 26, 2018<br>Time:         8:00 a.m.<br>Courtroom:  Courtroom 12, 19th Floor<br>Before:       Hon. William Alsup |

### HIGHLY CONFIDENTIAL – SOURCE CODE

### UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

**HIGHLY CONFIDENTIAL – SOURCE CODE**

I, Eric Cole, hereby declare that:

1.      I have been asked by Plaintiff Finjan, Inc. to submit an expert declaration on whether Juniper, Inc.'s SRX Gateways[1] and Sky ATP[2] products infringe claim 10 of U.S. Patent No. 8,677,494 (the "'494 Patent"). I relied on the documents cited herein, including the '494 Patent, the file history of the '494 Patent, the source code review computer, source code printouts, the deposition transcripts of Tenorio, Manthena, Nagarajan, and Manocha, as well as exhibits thereto, Finjan's Infringement Contentions, and Juniper's Discovery Responses.

## I.      EXPERIENCE AND QUALIFICATIONS

2.      I hold a master's degree in computer science and a doctorate in information security and have worked in the cyber and technical information security industry for over 25 years. I am a member of the European InfoSec Hall of Fame, a professional membership awarded by nomination and election by a panel of industry experts. I am the founder of Secure Anchor Consulting where I provide cyber security consulting services and am involved in advance information systems security. I am a Fellow and instructor with The SANS Institute, a research and education organization consisting of information security professionals. I am an author of several security courses such as SEC401-Security Essentials and SEC501-Enterprise Defender. I worked for the government for 8 years as an employee and have held various contracting jobs with government agencies, which involved working with

---

[1] SRX Gateways includes all SRX Gateways that are capable of interacting with Sky ATP, and includes SRX100, SRX110, SRX210, SRX220, SRX240, SRX300, SRX340, SRX345, SRX550, SRX550m, SRX650, SRX1400, SRX1500, SRX3400, SRX3600, SRX4000, SRX4100, SRX4200, SRX5400, SRX5600, SRX5800, vSRX Virtual Firewall, vSRX (including 10Mbps, 100Mps, 1000Mbps, 2000Mbps, 4000Mbps version), Next Generation Firewall, cSRX Container Firewall. SRX Gateways include all supporting server or cloud infrastructure, feeds, and other components SRX Gateways utilize.

[2] Sky ATP includes the cloud infrastructure for Sky ATP, and includes the following service subscriptions Free Sky ATP, Basic Sky ATP (SRX340-THRTFEED-1, 3, 5; SRX345-THRTFEED-1, 3, 5; SRX550-THRTFEED-1, 3, 5; SRX1500-THRTFEED-1, 3, 5; SRX4100THRTFEED-1, 3, 5; SRX4200-THRTFEED-1, 3, 5; SRX5400-THRTFEED-1, 3, 5; SRX5600-THRTFEED-1, 3, 5; SRX5800-THRTFEED-1, 3, 5; VSRX10MTHRTFEED-1, 3, 5; VSRX100MTHRTFEED-1, 3, 5; VSRX1GTHRTFEED-1, 3, 5; VSRX2GTHRTFEED-1, 3, 5; and VSRX4GTHRTFEED-1, 3, 5) and Premium Sky ATP (SRX340-ATP-1, 3, 5; SRX345-ATP-1, 3, 5; SRX550-ATP-1, 3, 5; SRX1500-ATP-1, 3, 5; SRX4100-ATP-1, 3, 5; SRX4200-ATP-1, 3, 5; SRX5400-ATP-1, 3, 5; SRX5600-ATP-1, 3, 5; SRX5800-ATP-1, 3, 5; VSRX10M-ATP-1, 3, 5; VSRX100M-ATP-1, 3, 5; VSRX1G-ATP-1, 3, 5; VSRX2G-ATP-1, 3, 5; and VSRX4G-ATP-1, 3, 5). Sky ATP includes all supporting server or cloud infrastructure, feeds, and other components utilized by Sky ATP including Spotlight Secure Threat Intelligence Platform. Sky ATP also includes all products that receive updates from the service.

**HIGHLY CONFIDENTIAL – SOURCE CODE**

classified information.  I held or hold various top-secret security clearances with Department of

Defense, CIA, and Nuclear Regulatory Commission (NRC).  I worked for a wide range of government

organizations including the FBI, NSA, CIA, DOE, DOD, NRC, Treasury, and Secret Service.  As

former Chief Scientist and Senior Fellow for Lockheed Martin, I performed research and development

in information systems security. At Lockheed Martin, I served as technical advisor in high-profile

security projects for government clients including the Department of Defense, the FBI Sentinel case

management systems, Department of Homeland Security Enterprise Acquisition Gateway for Leading

Edge solutions, JetPropulsion Labs, Hanford Labs, and FBI Information Assurance Technology

Infusion programs.  As former CTO for McAfee I executed the technology strategy for technology

platforms and external relationships to establish product vision and achieve McAfee's goals.  I am a

contributing author of "Securing Cyberspace for the 44th President." and served as a commissioner on

cyber security for President Obama.  My 8 books on cyber security include "Network Security Bible -

2nd Edition," "Advanced Persistent Threat," and "Insider Threat," which are recognized as industry-

standard sources.

####    A.    Compensation

3.    My rate of compensation for my work in this case is $475 per hour plus any direct

expenses incurred.  My compensation is based solely on the amount of time that I devote to activity

related to this case and is in no way affected by any opinions that I render.  I receive no other

compensation from work on this action. My compensation is not dependent on the outcome of this case.

## II.    LEGAL STANDARDS

4.    Counsel for Finjan has informed me of the following legal standards that I have used as

a framework in forming my opinions contained herein.

5.    I have been informed that claim construction is a legal issue for the Court to decide.  I

also understand that the Court has not issued a claim construction order in this case.  As such, I have

applied the plain and ordinary meaning of all terms, unless specifically identified below.

6.    I have been informed that infringement is determined on a claim by claim basis.  I have

been further informed that literal infringement is found if an accused product, system or method meets

each and every element of a single claim.  I have been informed that direct infringement is found if a

2

**HIGHLY CONFIDENTIAL – SOURCE CODE**

party or its agents make, use, sell, or offer to sell a product or system that contains all elements of a claimed system or perform all of the steps of a claimed method.

7.      I have been informed that in the case of direct infringement of a system claim, a party can be found to use a patented system even if the party does not exercise physical or direct control over every element of the system.  For elements that are not subject to the physical or direct control of the party, I have been informed that the party is still deemed to be using that component or part of the patented system when (1) it puts the component into service, i.e., causes it to work for its intended purpose and (2) receives the benefit of that purpose. For example, if a company queries a third-party's database, thereby causing the database to run a query and return a result to the company, the company is deemed to have used the database for infringement purposes by putting it into service (causing it to run the query) and receiving the benefit of that operation (the result of the query), even though the company does not own or control the database.

8.      I have been informed that infringement under the doctrine of equivalents is found if an accused product, system or process contains parts or steps that are identical or equivalent to each and every element of a single claim.  A part or step is equivalent if a person of ordinary skill in the art would conclude that the differences between the product or method step and the claim element were not substantial at the time of infringement. I have been further informed that one common test to determine if the difference between a component or method step and a claim element is not substantial is asking if the component or step performs substantially the same function, in substantially the same way, to achieve substantially the same result.

9.      I have been informed that in the case of direct infringement of a multinational system claim where elements of such system are located in multiple countries, a party can be found to use the patented system in the United States if the place where control of the accused system is exercised and where beneficial use of the system is obtained are both within the United States. For example, if the accused system is controlled by a device in the United States that generates requests sent to the accused system and the benefit of the accused system is obtained by the company or person using the device in the United States, the company is deemed to have used the accused system for infringement purposes in the United States even though the accused system has some elements located outside the United States.

3

COLE DECL. IN SUPPORT FINJAN'S MTN. FOR SUM. JUDG.   CASE NO. 3:17-cv-05659-WHA

### A. Person of Ordinary Skill in the Art

10.     Based on review of the Asserted Patents and consideration of the abovementioned factors, it is my opinion that a person of ordinary skill in the art at the time of the invention of the Asserted Patents would be someone with a bachelor's degree in computer science or related field, and either (1) two or more years of industry experience and/or (2) an advanced degree in computer science or related field.  I understand that claim 10 of the '494 Patent claims a priority date of November 8, 1996.  But if the '494 Patent is found to have another priority date it would not materially affect my analysis.

## III.    SUMMARY OF DECLARATION

11.     I have been asked by counsel for Finjan to consider if Juniper infringes claim 10 of the '494 Patent.  I assumed that claim 10 of the '494 Patent is valid and enforceable.  I have not considered any issues related to damages associated with this infringement.

12.     The language of Claim 10 of the '494 Patent is set forth below.

> 10. A system for managing Downloadables, comprising:
>
>     (10a) a receiver for receiving an incoming Downloadable;
>
>     (10b) a Downloadable scanner coupled with said receiver, for deriving security profile data for the Downloadable, including a list of suspicious computer operations that may be attempted by the Downloadable; and
>
>     (10c) a database manager coupled with said Downloadable scanner, for storing the Downloadable security profile data in a database.

13.     I have been asked by counsel for Finjan to consider whether the SRX Gateways operating with Sky ATP and Sky ATP alone infringe claim 10 of the '494 Patent.  I have confirmed that the functionality that I describe was available and in use before January 29, 2017.  I confirmed this with the source code and release notes that the products currently operate in the same manner as what is set forth in those documents.  *See, for example*, Ex. 24,[3] JNPR-FNJN_29006_00162260 at 60-64.  The following description of the products is undisputed based on Juniper's products and testimony.

---

[3] All "Ex." citations are to the Declaration of Kristopher Kastens ("Kastens Decl.") filed herewith.

**HIGHLY CONFIDENTIAL – SOURCE CODE**

## IV.    OVERVIEW OF THE '494 PATENT

14.    The technology of the '494 Patent generally relates to protecting against a potentially malicious "Downloadable." Ex. 1, '494 Patent at Col. 1, ll. 60-63.  A Downloadable is often in the form of executables, JavaScript, PDFs, etc.  *Id.* at Col. 2, ll. 59-64.  In a typical scenario, a Downloadable is delivered to a computer from another computer on the Internet (sometimes called a server) where there is not a sufficient level of trust and is a common avenue for adversaries to deliver malicious code to a system.  *Id.* at Col. 2, ll. 51- Col. 3, ll. 2.  This code often comes from untrusted sites or persons on the Internet and could run without the user's knowledge or permission.  *Id.* at Col. 2, ll. 51- Col. 3, ll. 2.  Claim 10 of the '494 Patent describes a system addressing this problem, and which downloads content, inspects content that is downloaded, determines if the downloaded content may perform malicious or suspicious operations, and stores this security profile in a database.  *Id.* at Claim 10.

15.    The '494 Patent (through its incorporation of the '780 Patent as a parent application), includes a description of the operations that are "suspicious." Ex. 2, '780 Patent, Col. 6, ll. 1-16.

16.    Suspicious operations described include operations for reading and writing files, sending or sending data over a network, and changing the registry.

17.    The system in Claim 10 of the '494 Patent sets forth a number of ways that the security profile can be used to protect against threats.  In one example, the security profile may be used in real-time to make a decision of what action would be allowed to be taken.  In other instances, the profile could be analyzed by other processes as part of a security system used to classify malicious content.  In further instances, the profile could be used to provide information to a customer regarding the types of threats that are observed on the network.

## V.    OVERVIEW OF THE ACCUSED PRODUCTS

### A.    SRX Gateways

18.    Juniper SRX Gateways are next generation security gateways that provides essential capabilities to secure a workforce.  The SRX Gateways all operate using the Junos operating system.  The SRX Gateways operate as a gateway between the untrusted Internet and a trusted internal network.  Ex. 7, FINJAN-JN 005382 at 85.  The SRX Gateways receive content (such as Downloaded files) from the Internet, and depending on what type of content is received, can send the file to Sky ATP for

5

**HIGHLY CONFIDENTIAL – SOURCE CODE**

analysis, and generates a profile which is stored in a database, which includes information such as whether it is likely to perform suspicious or malicious operations.

**B.     Sky ATP**

19.     Juniper Sky ATP is a cloud-based scanning system used by Juniper that is critical to Juniper's differentiation from competitors and to prevent Juniper's products from commoditization. Ex. 6, JNPR-FNJN_29002_00173278 at 83.  Juniper sometimes refers to Sky ATP using its code-names, which include "Argon" and "Advanced Anti-Malware Solution" ("AAMW").  *Id.*  Sky ATP can be used as a service by SRX Gateways.  Ex. 9, FINJAN-JN 005438.  SRX Gateways can submit files to Sky ATP for analysis and Sky ATP will return results that include a profile on the file and describe whether the file is considered suspicious or safe.  Ex. 6, JNPR-FNJN_29002_00173278 at 83.  Sky ATP forms a system with the SRX Gateways and its cloud components.  Ex. 16, FINJAN-JN 044832 at 38 (dated April 2016).

20.     In particular, Sky ATP provides advanced anti-malware and anti-ransom protection against sophisticated "zero-day" and unknown threats.  Ex. 9, FINJAN-JN 005438.  Sky ATP generates "actionable intelligence" that can be used in a security network.  Ex. 16, FINJAN-JN 044832 at 51. Sky ATP includes a malware inspection pipeline with cached results, antivirus, static analysis, and dynamic analysis.  Ex. 9, FINJAN-JN 005438.  The Sky ATP malware inspection pipeline for analyzing and detecting malware and describes how it performs static and dynamic analysis on files to determine whether they perform suspicious operations.  Internally, the inspection pipeline component is internally referred to as the "pipeline manager."  Ex. 8, Tenorio Tr. at 28:1-28:13; Ex. 11, FINJAN-JN 044744 at 762.

21.     Sky ATP performs static analysis to determine if unusual operations are used and dynamic analysis to identify behaviors of the file.  Ex. 11, FINJAN-JN 044744 at 62.  Sky ATP has a static analysis component that is run on the content it receives using scanners.  Ex. 11, FINJAN-JN 044744 at 63.  The static analysis in Sky ATP detects different "features" found in the file, which includes the detection of suspicious operations.  Ex. 16, FINJAN-JN 044832 at 46.  After the static analysis component has finished scanning, it returns the features detected as a result and also behaviors observed.  Ex. 11, FINJAN-JN 044744 at 62-63.  The features returned from static analysis are stored

6

HIGHLY CONFIDENTIAL – SOURCE CODE

1  in a database of the results, which is internally referred to as the "ResultsDB".  Ex. 8, Tenorio Tr. at

2  59:2-24.  The results from the analysis are stored in the database of results and are linked and indexed

3  using the SHA-256 or Sample ID for the file.  Ex. 8, Tenorio Tr. at 11:22-12:4, 28:1-13.

4        22.    Sky ATP also performs dynamic analysis through its sandbox with deception

5  environment, which "detonates" content by running it in a controlled environment.  Ex. 9, FINJAN-JN

6  005438 at 39.  The sandbox is a secure environment that allows the file to run as if it is in a real

7  computer systems.  Ex. 11, FINJAN-JN 044744 at 63.  As part of the "detonation" of the file, the

8  sandbox environment records the operations performed by content, and then identifies suspicious

9  behaviors that were performed.  Ex. 9, FINJAN-JN 005438 at 39.  Sky ATP creates a profile that

10 includes a list of suspicious computer operations that are detected and related to suspicious activity, like

11 allocating memory, performing a long sleep operation, and starting a process with exploit code.

12 Kastens Decl., ¶ 31, https://www.youtube.com/watch?v=K8Y0MkbJwcs&feature=youtu.be

13 ("Lanworks & Juniper Sky ATP Lunch and Learn") (FINJAN-JN 317958).  Juniper internally refers to

14 the dynamic analysis performed in the malware inspection pipeline as the combination of the

15 "deception adapter" and a sandbox called "Joe Sandbox."  Ex. 8, Tenorio Tr. at 51:15-21; 71:9-72:18.

16 The sandbox will record the activity of the file (the Downloadable), and will then identify suspicious

17 operations that were performed with the file executed in the sandbox environment.  Ex. 8, Tenorio Tr.

18 at 72:5-73:8.  The deception adapter identifies results that are relevant to determining whether the file is

19 suspicious or malicious, and returns these for storage in the ResultsDB, a database that stores the results

20 for the processing in Sky ATP.  Ex. 8, Tenorio Tr. at 56:22-57:9.

21 VI.    ANALYSIS OF CLAIM 10 OF THE '494 PATENT

22        A.    Overview of Juniper's Infringement

23        23.    Juniper sells, builds, and operates SRX Gateways and the Sky ATP in the United States.

24 Juniper infringes Claim 10 of the '494 Patent because the combination of the SRX Gateways and Sky

25 ATP meet every element of the claim and Sky ATP on its own meets every element of the claim.  The

26 SRX Gateways are receivers that receive incoming executable files that an internal computer is

27 attempting to download (the Downloadable), and based on the file type detected for the file, can submit

28 the file to Sky ATP for analysis.  The software in Sky ATP is also a receiver because it receives files

7

submitted from SRX Gateways to Sky ATP using the SRX API.  Sky ATP includes a Downloadable scanner in the form of a malware inspection pipeline with static and dynamic analysis components. Sky ATP uses the malware inspection pipeline to scan a Downloadable and generate a profile for it. This security profile generated by the malware inspection pipeline includes results from the static and dynamic analysis that includes a list of suspicious computer operations like creating files, dynamically determining API calls, and contacting remote servers.  Sky ATP stores the results of this scanning in a database, which includes software for managing this database to store and retrieve information.

### B.    Preamble of Claim 10 of the '494 Patent

24.    The preamble of claim 10 of the '494 Patent is "[a] system for managing Downloadables, comprising:".  While I understand that a preamble is only limiting on a claim in certain specific circumstances, I found that the preamble of Claim 10 is met.  I incorporate by reference my summary of the products for this section.

25.    The SRX Gateways, when used in combination with Sky ATP, acts as a system for managing Downloadables because this system acts as a distributed system for analyzing downloaded executable files, and then allowing the management of downloaded files based on the generated information.  In particular, the SRX Gateways will send executable files to Sky ATP for static and dynamic analysis in its malware analysis pipeline, which manages the file during analysis, as well as the results that are generated during analysis.  Sky ATP on its own is a system for managing Downloadables because it receives Downloadables that are submitted to it from SRX Gateways, as well as through a web interface.  Sky ATP performs static and dynamic analysis in its analysis pipeline, which manages the file during analysis, as well as the results that are generated during analysis.  Sky ATP accepts a large range of executable files for analysis, which includes files like Java, PDF and HTML with JavaScript (JS), and executables.  Ex. 11, FINJAN-JN 044744 at 86.

### C.    Element 10(a) of the '494 Patent

26.    The Accused Products include "a receiver for receiving an incoming Downloadable".  I understand that Juniper has admitted that both the SRX Gateways and Sky ATP include "a receiver for receiving an incoming Downloadable."  Further, for the term Downloadable, I have used the construction of "an executable application program, which is downloaded from a source computer and

8

**HIGHLY CONFIDENTIAL – SOURCE CODE**

1  run on the destination computer." I understand that Juniper admitted this was the correct construction

2  and it has also been adopted in other Courts. Further, I have reviewed Juniper's response to Finjan's

3  Interrogatory No. 10, and Juniper did not identify a different understanding that would lead to a non-

4  infringement position related to this term.

5      27.    SRX Gateways are a "receiver" under Claim 10 of the '494 Patent because SRX

6  Appliances receive files incoming from the Internet and to be downloaded to a destination, such as a

7  computer. Ex. 6, JNPR-FNJN_29002_00173278 at 83 ("SRX inspects both ingress and egress network

8  traffic, extracts the interested file content and passes it to Argon cloud server. Argon cloud analyzes

9  the file input from SRX through [a] series of advanced detection technologies and returns a verdict of

10 the file indicating if the file is malicious."). This content includes content like an "executable

11 application program," which as explicitly set forth in the '494 Patent includes portable executables and

12 files containing JavaScript. Ex. 7, FINJAN-JN 005382 at 84. Computers on the internal network

13 request these Downloadables from a server so that it can run them. As such, the SRX Appliances are

14 "receivers" under Claim 10 of the '449 Patent. The SRX Gateways operate as a gateway with

15 components resident within the SRX Gateways that receive files downloaded (a "Downloadable") from

16 servers on the Internet. The SRX Gateway intercepts the transmission of these Downloadables between

17 a source computer (typically a server on the Internet) and a destination computer (like an employee's

18 computer on a company's internal network). Ex. 7, FINJAN-JN 005382 at 85.

19     28.    The Sky ATP service in SRX Gateway receive and pass "incoming files to the Cloud for

20 analysis." Ex. 16, FINJAN-JN 044832 at 38. Sky ATP also includes proxy software components that

21 act as a receiver for incoming Downloadables from SRX Gateways. Specifically, Sky ATP includes a

22 SRX API interface for receiving files that are uploaded to Sky ATP through a SRX Gateway using a

23 connection. The Sky ATP includes proxy software that implements an SRX API that acts as a

24 "receiver" to download and receive files that an SRX Appliance has submitted for processing. The

25 SRX Appliance can submit downloaded files for processing to Sky ATP through an API. Sky ATP

26 includes proxy software that implements an SRX API interface on Sky ATP which is a receiver as

27 stated in the claims because it downloads executable content that is submitted from the SRX Gateway

28 to Sky ATP for analysis and resulting security information. Ex. 7, FINJAN-JN 005382 at 85.

HIGHLY CONFIDENTIAL – SOURCE CODE

29.    Juniper confidential internal documents also confirm that the SRX Gateways and the SRX API module of Sky ATP are receivers that receive incoming Downloadables.  The SRX API uses the Kookaburra software module as a mechanism as part of the SRX API.  Ex. 15, JNPR-FNJN_29017_00552691.  The SRX Gateways include the Juniper Advanced Anti-Malware Solution, which allows the SRX Gateways to integrate with Sky ATP, which is hosted as part of the "Argon Cloud."  The SRX Gateways use their proxy software to receive Downloadables incoming to the web clients on the end users, and then submits the file through the "Data Plane" to Sky ATP.  The SRX Gateways begin transfer after the file in the stream has been identified.  Sky ATP uses its proxy software to implement an API that receives the Downloadable.  Sky ATP can then return a verdict through the Data Plane to the SRX Gateway and additional data through a "Control Plane."  Ex. 6, JNPR-FNJN_29002_00173278 at 84.  The SRX Gateway submits files to Sky ATP, and that Sky ATP includes software components for receiving these files, which is internally referred to as the SRX API.  SRX API include different internal components, such as Kookaburra, which is used by the SRX API to form the connection to receive the file.  Ex. 15, JNPR-FNJN_29017_00552691.

### 1.    Doctrine of Equivalents ("DOE")

30.    In the unlikely event Juniper argues that it does not literally meet the elements of this claim, then it certainly meets the elements under DOE, because the SRX Gateways with Sky ATP, and Sky ATP alone, both perform the same function the same way to achieve the same result.  To the extent Juniper raises new non-infringement positions in response to my analysis, I reserve the right to respond, as the SRX Gateway with Sky ATP and Sky ATP alone both include components that perform the same function of receiving an incoming Downloadable, do this the same way, and achieve the same results.

### D.    Element 10(b) of the '494 Patent

31.    The Accused Products include "a Downloadable scanner coupled with said receiver, for deriving security profile data for the Downloadable, including a list of suspicious computer operations that may be attempted by the Downloadable."  I have reviewed Juniper's response to Finjan's Interrogatory No. 10, and Juniper did not identify any constructions of terms that would lead to a non-infringement position.  SRX Gateways in combination with Sky ATP includes a Downloadable scanner in the malware analysis pipeline in Sky ATP, such as the static analysis scanner and the dynamic

10

**HIGHLY CONFIDENTIAL – SOURCE CODE**

1   analysis (sandboxing) scanner.  Similarly, Sky ATP individually includes the Downloadable scanner in

2   the malware analysis pipeline, which includes the static analysis scanner and the dynamic analysis

3   scanner.  These scanners are "coupled" to the receivers discussed above because the aforementioned

4   receivers pass the Downloadable to the scanners for analysis.  These scanners all derive a security

5   profile data because they analyze the file and provide assessments on the security of the file, which

6   includes specific suspicious, malicious, or potentially malicious operations the Downloadable may

7   perform, including creating files and contacting remote servers, among many others described below.

8       32.   The "malware analysis pipeline" in Sky ATP acts as a "Downloadable scanner" coupled

9   to the SRX Gateway that submits a Downloadable through its proxy software that implements the SRX

10  API.  The SRX API software, which is coupled to Sky ATP, then passes the file to the malware

11  analysis pipeline, which coordinates the scanning of the file for Advanced Threat Prevention analysis,

12  including Downloadable scanners that perform dynamic analysis with a Sandbox with Deception and

13  Static Analysis.  Ex. 11, FINJAN-JN 044744 at 59 (dated 08/02/2016).

14      33.   The proxy software for receiving the Downloadable, internally called the SRX API (also

15  called "Kookaburra"), is also coupled to the malware analysis pipeline because it receives the file that

16  is sent from the SRX Gateway and stores the file for processing when it is submitted by the sample

17  submitter module to the pipeline manager module.  Ex. 11, FINJAN-JN 044744 at 59; Ex. 8, Tenorio

18  Tr. at 28:1-28:13.  As such, the Downloadable scanners in the malware analysis pipeline are coupled to

19  the receiver of the SRX API module because the file is submitted to the pipeline manager to perform

20  the processing with static and dynamic analysis.  Ex. 11, FINJAN-JN 044744 at 62-64; Ex. 8, Tenorio

21  Tr. at 28:1-13.  The pipeline manager in Sky ATP coordinates the malware analysis pipeline that uses

22  both static and dynamic analysis components, and operates as "Downloadable scanners."  Ex. 11,

23  FINJAN-JN 044744 at 62-64.  The malware analysis pipeline processes the Downloadable and

24  generates a security profile for the Downloadable that includes a list of different suspicious operations

25  that can be performed by the file, as described in further detail below.

26      34.   The security profile data associated with identified suspicious computer operations is

27  provided via reports that provide "rich detail on malware behaviors."  Ex. 11, FINJAN-JN 044744 at

28  65.  This "rich detail" is provided by accessing the information from Sky ATP's database of analysis

11

**HIGHLY CONFIDENTIAL – SOURCE CODE**

1  results.  *Id.*  Suspicious operations listed include those for "extensive use of GetProcAddress",

2  "contains functionality to register its own exception handler," "contains functionality to query system

3  information", and Networking operations.  *Id.* at 75 (dated 08/02/2016).

4        35.    The malware analysis pipeline in Sky ATP performs static analysis scanning on the

5  Downloadable to break the Downloadable down to generate different "features" and static analysis

6  results, which include a list of suspicious operations that the Downloadable may attempt, including the

7  types of operations used within the content.  These features include those that are deemed suspicious as

8  part of static analysis and profile the Downloadable to determine if the Downloadable has suspicious,

9  malicious, or potentially malicious attributes that correspond to suspicious behaviors or "operations".

10  Ex. 16, FINJAN-JN 044832 at 46 (dated April 2016).  These features correlate to operations deemed

11  suspicious because they are explicitly look for those that are suspicious signs.  Ex. 11, FINJAN-JN

12  044744 at 62 (dated 08/02/2016).  Juniper further explains that this static analysis includes identifying

13  behavioral signatures showing suspicious operations, such as whether it performs suspicious operations

14  like modifying the windows registry or performing read or write (disk I/O) operations.  Ex. 11,

15  FINJAN-JN 044744 at 63 (dated 08/02/2016).

16        36.    Juniper internal design and development documents support my understanding of how

17  static analysis is performed in the Sky ATP.  Ex. 8, Tenorio Tr. at 28:1-28:13 (describing how after the

18  file is received by the SRX API, it submitted by the "sample submitter" module and then enters into the

19  analysis pipeline where it is managed by the pipeline manager).  Sky ATP performs the static analysis

20  described above using two separate components, which are internally referred to as "Grey Duckling."

21  Ex. 8, Tenorio Tr. at 42:6-43:2; Ex. 17, JNPR-FNJN_29017_00552908 at 12.  The adapters that

22  manage the processing of the file in static analysis.  Ex. 8, Tenorio Tr. at 10:8-21.  This Static Analysis

23  then generates a list of different "features" that are present within a Downloadable.  *Id.* at 42:13-43:1;

24  Ex. 16, FINJAN-JN 044832 at 46; Ex. 27, Juniper Source Code at p. 61, showing different Java

25  features that correlate to operations like downloading, loading_objects, changing permissions, or

26  obfuscation).  These features generated by static analysis include suspicious operations in the form of

27  identifying if specific attributes are used in the file, which would be used as an indicator of whether the

28  file is malicious.  Ex. 12, FINJAN-JN 005387; Juniper Source Code at p. 68, ll. 181-212 (showing

12

**HIGHLY CONFIDENTIAL – SOURCE CODE**

1  different attributes that are suspicious operations in Java and that are stored in the results that are

2  returned and stored in the results database); Juniper Source Code Printouts at p. 90, ll. 10-128 and p. 92,

3  ll. 131-244 (showing detections related to operations performs by APIs in executable files).  Static

4  Analysis will use this list of features to determine if the information corresponds to a suspicious or

5  malicious file and if it matches a signature of this type of file.  Ex. 16, FINJAN-JN 044832 at 46; Ex.

6  12, FINJAN-JN 005387.  Static analysis will also use its verdicts to identify suspicious behavioral

7  operations that are performed and are deemed suspicious by the static analysis.  Juniper Source Code at

8  p. 68.  Examples of suspicious operations that are detected by the static analysis include if the file

9  makes secret API calls or if it includes obfuscated VBA.  Ex. 17, JNPR-FNJN_29017_00552908 at 12.

10  Sky ATP stores the generated security profile information from the static analysis as a profile in a

11  database.  Ex. 11, FINJAN-JN 044744 at 044763.  The information that is stored in the results database

12  is encoded in a "dictionary" that includes the results data.  Juniper Source Code at p. 68, ll. 181-212

13  (showing different attributes that are suspicious operations in Java and that are stored in the results that

14  are returned and stored in the results database).

15      37.    Sky ATP performs dynamic analysis using dynamic analysis through a sandbox that

16  performs behavioral analysis on the Downloadable.  Ex. 25, JNPR-FNJN_29008_00522986.  This

17  behavioral analysis includes looking for operations that the dynamic analysis scanner deems are

18  malicious or potentially malicious.  *Id.* (describing how Sky ATP will look for "hostile" operations and

19  "suspect" operations).

20      38.    Sky ATP performs dynamic analysis on the content with the assistance of a "sandbox,"

21  which is a Downloadable scanner because it will scan the file by running the file and studying it as it is

22  executed.  Sky ATP generates a list of the different malicious and suspicious behaviors that are detected

23  and deemed suspicious while the Downloadable is running the sandbox.  Kastens Decl., ¶ 31,

24  https://www.youtube.com/watch?v=K8Y0MkbJwcs&feature=youtu.be ("Lanworks & Juniper Sky ATP

25  Lunch and Learn") (FINJAN-JN 317958); Ex. 16, FINJAN-JN 044832 at 48 (dated April 2016).

26  Sky ATP stores the results of the dynamic analysis to derive a list of suspicious operations performed

27  by the content.  Ex. 8, Tenorio Tr. at 72:5-18, 236:8-237:23.  Sky ATP stores suspicious information

28  that lists operations like "Check hosts file and opens for reading" and "Contains evasive sleep loops to

13

HIGHLY CONFIDENTIAL – SOURCE CODE

bypass analysis."  These behaviors are each given a specific "Impact" score that indicates the suspiciousness of the behavior.  The impact score is used to determine how suspicious a Downloadable is.  Ex. 26, FINJAN-JN 046082; Ex. 11, FINJAN-JN 044744 at 75 (dated 08/02/2016).

39.    Additional operations that are recorded through dynamic analysis, including creating files, modifying the host file, creating evasive sleep loops, checking for debuggers, or modifying operating system aspects like proxy settings.  Ex. 18, FINJAN-JN 317942.

40.    Juniper's internal design and development documents support my understanding of how dynamic analysis is performed in the Sky ATP.  For example, Exhibit 10, JNPR-FNJN_29017_00552807, confirms the operation of the dynamic analysis in the malware analysis pipeline.  Further, documents show that dynamic analysis uses an adapter called the "deception" adapter for interfacing with the sandbox for dynamic analysis.  Ex. 8, Tenorio Tr. at 9:11-19; Juniper Source Code at p. 37 █████████████████████████████████████ )
████████████████████ )

41.    The sandbox used for dynamic analysis is internally referred to as "Joe Sandbox," which is used for sandboxing code to detect suspicious operations.  Ex. 28, Juniper Source Code at p. 41 ████████████████████████████████████████ )
██████████████      The sandbox scans the file using dynamic analysis and returns activity and behavior information, including a list of behaviors that are determined to be suspicious because they perform operations that match "Behavior Signatures."  Ex. 8, Tenorio Tr. at 236:8-237:23; Ex. 19, FINJAN-JN 304955-56; Juniper Source Code at p. 43 ████████████████████████ )
████████████████████████████████████████ and p. 45 ███ )
████████████████████████████████████ .  These behavior signatures are used to explicitly call out and list behaviors that are malicious or potentially malicious in the Downloadable.  The returned list of operations are encoded in a JSON format called a "dictionary."  Ex. 8, Tenorio Tr. at 290:23-291:11.

42.    "Behavior Signatures" are matched during an example analysis in the sandbox used by Sky ATP and show operations deemed suspicious.  These "Behavior Signatures" list operations that

14

**HIGHLY CONFIDENTIAL – SOURCE CODE**

1  perform potentially malicious or malicious operations, including those specifically identified as

2  examples in the '494 Patent.  Ex. 19, FINJAN-JN 304955.

3        43.    During and after a sample has finished running through the analysis pipeline, a "verdict"

4  adapter can store results that identify what operations the file exhibited and how suspicious those

5  operations are, which is added to the generated Downloadable security profile data.  Ex. 8, Tenorio Tr.

6  at 107:11-110:2; Juniper Source Code at p. 43 ██████████████████████)

7  ████████████████████████████ and p. 45 ████████████)

8  ███████████████████████████) Sky ATP stores the generated security profile

9  information from the dynamic analysis as a profile in a database of results.  Ex. 11, FINJAN-JN 044744

10  at 63 (dated 8/2/2016).  The results include general information on the sample, results from both the

11  static analysis and the sandbox, as well as a verdict score.  Ex. 17, JNPR-FNJN_29017_00552908 at 15

12  (dates of 12/10/2015).

      **1.**    **Source Code**

14        44.    Juniper's source code confirms that Sky ATP uses it analysis pipeline to analyze using

15  static and dynamic analysis and generate a security profile that includes a list of suspicious operations

16  that may be attempted by the Downloadable.  All citations start at "██████████ unless noted.

17        45.    For example, a description of the above processing is shown in the following source

18  code files for Sky ATP:██████████████)

19  ████████████████████████████████████)

20  ████████████████)

21        46.    The list of suspicious computer operations that may be attempted by the Downloadable

22  include the list of behaviors, list of IOCs, signature list, networking activity, signature summary, verdict

23  result, behavior details, list of file scanning activity, behaviors seen, features, API Alerts and sig hits

24  generated by Grey Duckling, Joe Static, Deception-Joe Sandbox and the Verdict Engine.  Examples of

25  behaviors included in the source code: Persistence: Uses a different legitimate application icon to

26  deceive user, Exfiltration: Contains code to install a keyboard hook (sometimes used for keylogging),

27  drops a file containing file decryption instructions, Persistence: Contains code to check whether a

28  window is minimized, Exfiltration: Contains code to read clipboard, Persistence: Deletes itself after

installation, Injects a PE file into a foreign processes, Contains functionality to encrypt and move a file in one function, May delete shadow drive data, Writes a notice file to demand ransom, Contains functionality to import cryptographic keys, Fine-grained behavior: Checks hosts file and opens for reading, Evasion: Contains evasive sleep loops to bypass analysis, Evasion: Performs checks for kernel debuggers, Networking: Sets user agent to be well known browser while communicating via HTTP, Persistence: Listens to changes in registry keys and values.



47.     Examples of static analysis features that correspond to suspicious operations include:

48.     Examples of dynamic analysis behaviors that correspond to suspicious operations includes:

49.     Examples of static analysis features that correspond to suspicious operations:

COLE DECL. IN SUPPORT FINJAN'S MTN. FOR SUM. JUDG.   CASE NO. 3:17-cv-05659-WHA

**HIGHLY CONFIDENTIAL – SOURCE CODE**



50.     Examples of features generated for PDF files that correspond to suspicious operations:

51.     Examples of Java Features corresponding to:

COLE DECL. IN SUPPORT FINJAN'S MTN. FOR SUM. JUDG.   CASE NO. 3:17-cv-05659-WHA

**HIGHLY CONFIDENTIAL – SOURCE CODE**



### 2. Doctrine of Equivalents ("DOE")

52.     In the unlikely event that Juniper argues that it does not literally meet the elements of this claim, then is certainly meets the elements under DOE, because the SRX Gateways with Sky ATP, and Sky ATP alone, both perform the same function the same way to achieve the same result.  To the extent that Juniper raises new non-infringement positions in response to my analysis, I reserve the right to respond.  These products perform the same function because they have a Downloadable scanner (operable with a static and dynamic analysis) to scan Downloadables in order to derive security profile data for the Downloadable that includes a list of suspicious computer operations that may be attempted by the Downloadable.  For example, these products include a dynamic analysis, which carries out substantially the same function as the element because it performs dynamic analysis to identify suspicious computer operations in the Downloadable.  The Downloadable scanner performs dynamic analysis by running the Downloadable in a simulated user environment and recording the different suspicious computer operations that the Downloadable attempts in memory.  The suspicious computer operations identified include, e.g., file read/writes, registry modifications, and starting or stopping a process.  These products perform this function same way because they utilize a scanner (operable with static or dynamic analysist) which scans Downloadables and derives security profile data for the Downloadable, including a list of suspicious computer operations that the Downloadable may attempt.  For example, these products have a Downloadable scanner that performs this function the same way because it runs the Downloadable in a simulated user environment and record the different suspicious

18

**HIGHLY CONFIDENTIAL – SOURCE CODE**

computer operations that the Downloadable attempts in memory.  These products achieve the same

result as this element because a list of suspicious computer operations that may be attempted by the

Downloadable are included in the derived security profile data for the Downloadable.  For example,

these products achieve the same result as this element with the Downloadable scanner because it results

in the generation of security profile data when it analyzes Downloadables using a static or dynamic

analysis module / engine.  The results are the same because the sandbox Downloadable scanner records

suspicious computer operations that the Downloadable attempts (file read/writes, registry

modifications, and starting or stopping a process) in memory.

> **E.    Element 10(c) of the '494 Patent**

53.     The Accused Products include "a database manager coupled with said Downloadable

scanner, for storing the Downloadable security profile data in a database."  For the term database, I

have used the plain and ordinary meaning of the term "database," which refers to "a collection of

interrelated data organized according to a database schema to serve one or more applications."  This is

consistent with my understanding of a database and has been adopted in cases and Courts.  I have

reviewed Juniper's response to Finjan's Interrogatory No. 10, and Juniper did not identify a different

understanding that would lead to a non-infringement position.  Further, Juniper admits that the results

of the malware analysis pipeline (the "adapters") is stored in the database of results.  Ex. 14, Juniper's

Response to Finjan's Fourth Set of Interrogatories at 14 ("DynamoDB and Amazon RDS—which do

store adapter results …").

54.     Sky ATP meets the recited claim language because it includes software components

(database manager) that determine whether to store the results of the malware analysis pipeline (the

Downloadable security profile) in a database.  These results of the pipeline analysis are stored in a

database of results.  The database of results includes a database schema because the results are stored in

a structured format for later retrieval, analysis, and use.  The stored security profile information from

the malware analysis pipeline is interrelated because this data relates to security information for files

and also because information is linked across tables using at least a SHA-256 or Sample ID.  Multiple

applications can use this results data and can access it from the database of results, including the

database manager.  Additionally, the database manager for these results can store, retrieve, update, and

COLE DECL. IN SUPPORT FINJAN'S MTN. FOR SUM. JUDG.   CASE NO. 3:17-cv-05659-WHA

**HIGHLY CONFIDENTIAL – SOURCE CODE**

sort information in the results database.  The database stores the Downloadable security profile data generated by Sky ATP, including whether a detection was made and the results of that detection.

55.     Sky ATP includes a database manager with logic to determine whether security profile data has been previously generated for a Downloadable undergoing inspection and this information is store in a database of previous results.  Ex. 11, FINJAN-JN 044744 at 763 (dated 8/2/2016).  The malware analysis pipeline links in the results database through a SHA-256 hash of the file that identifies the Downloadable as a Sample ID.

56.     Juniper internal design and development documents and source code support my understanding of how profile information, the results from the static and dynamic analysis, is stored in the Sky ATP.  As discussed above, Sky ATP stores the results from the static and dynamic analysis described above for element 10(b), which internally referred to as "ResultsDB."  Ex. 8, Tenorio Tr. at 56:22-57:9; Ex. 23, JNPR-FNJN_29024_00170167 at 69 ("If results for the sample already exists in the Result DB, it will return existing score/verdicts from the result").  The "DB" in "ResultsDB" identifies that this is as software for managing a "database."  Ex. 20, JNPR-FNJN_29030_00553972 at 74 (describing ResultsDB as the "ResultsDB database" and using schema validation); Ex. 8, Tenorio Tr. at 59:2-24; Ex. 22, JNPR-FNJN_29032_00590607 ("In Argon a schema is the format in which the results are stored in our database.  This helps us to index our results as well as fetch them with ease.").

57.     In its internal documentation, Juniper sometimes refers to the ResultsDB (also called the "RDB") as both management software as well as the underlying databases that physically stores the resulting data.  To avoid confusion, I refer to the database management software portion as the ResultsDB Manager and the underlying database as the ResultsDB Database.  The ResultsDB Manager (including the entire software stack used) acts as a database manager that manages the ResultsDB Database because it, and other applications in Sky ATP, interfaces with the ResultsDB Database, and perform actions like adding results, deleting results, searching for results, and presenting sorted search results.  Ex. 10, JNPR-FNJN_29017_00552807 (showing the ADD and UPDATE even in the ResultsDB); Juniper Source Code at pp. 115-16 ██████████████████  When I refer to ResultsDB Manager, this includes the entire software stack for the accessing both a MySQL database and a DynamoDB database.

58.     The ResultsDB Manager is a software interface for storing the results of scans in the ResultsDB Database.  Ex. 8, Tenorio Tr. at 59:2-24.  The ResultsDB Manager is coupled with the malware analysis pipeline, including the static and dynamic analysis scanners, because the ResultsDB Manager receives the results of these scanners so it can store this information in the ResultsDB Database.  Ex. 11, FINJAN-JN 044744 at 63; Ex. 8, Tenorio Tr. at 59:2-24.  The ResultsDB Manager allows other application to access information in the ResultsDB Database, which includes different adapters for storing information.  Juniper Source Code at pp. 115-16 (includes description of "Add adapter scan results" with the sample id, the adapter id, and the "result").  The ResultsDB Manager acts as an interface that abstracts the internal information on the ResultsDB Database, so that the ResultsDB Database acts as single unified database accessible through the ResultsDB Manager.  Juniper Source Code at pp. 115-16.

59.     The ResultsDB Manager allows storage, updating, sorting, and retrieval from the ResultsDB Database, where the SHA-256 or Sample Id is used as the key.  Juniper Source Code at p. 8 (describing how results are returned from the ResultsDB using SHA-256 (Sample ID) as a key).  The ResultsDB Database includes database components, that are used together as a database for the results of the analysis (the security profile of the Downloadable) these databases include a MySQL database, a DynamoDB database, and a S3 database.  These are used for the physical storage of data and are operated and controlled by the ResultsDB Manager.  These databases are operated by the ResultsDB Manager.  The databases store the Downloadable security profile data generated by the malware analysis pipeline, and are linked together (interrelated) using at least the SHA-256 or Sample ID of the Downloadable.  The information stored within the ResultsDB Database has a database schema that is validated by the ResultsDB Manager when data is submitted.  Juniper Source Code at p. 115, l. 226 (includes the use of ████████████████████████ Juniper Source Code at p. 78, ll. 33-58 (showing the ███████████████ that is enforced by the ResultsDB Manager).  Multiple applications can access the ResultsDB Database through the ResultsDB Manager.

60.     The MySQL component of the ResultsDB Database is used by the ResultsDB Manager to store profile data that was generated as a result of the static and dynamic analysis described above.  The ResultsDB incorporates the software for the MySQL database so it can manage the database for

21

1   storage, retrieval, updating, and sorting information.  The information stored includes the hash of the

2   Downloadable as an ID, as well as the verdicts returned from static and dynamic analysis, and other

3   identifying information.  Ex. 8, Tenorio Tr. at 57:11-58:11.  The ResultsDB Manager uses this database

4   to allow searching on that information from the profile data that is stored.  *Id.* at 57:11-58:11.  The

5   MySQL database in the ResultsDB Database also has an associated database schema that organizes the

6   database into tables for management.  Similar to DynamoDB, different "tables" of information can be

7   defined in SQL databases, which describes the structure of the information.  The MySQL portion of the

8   ResultsDB Database is used by the ResultsDB Manager to store information that was generated as a

9   result of the static and dynamic analysis described above.  This includes the hash of the Downloadable

10  as an ID, as well as the verdict, and other identifying information.  *Id.*  at 70:4-71:7.  The ResultsDB

11  Manager uses this database to allow searching on those information stored in this database.  Juniper

12  Source Code at p. 8 (describing how results are returned from the ResultsDB using SHA-256 (Sample

13  ID) as a key).

14         61.     ResultsDB Manager includes software for managing the DynamoDB, including software

15  that is provided by Amazon Web Services (AWS).  The DynamoDB stores the features and behaviors

16  portion of the results from the static and dynamic analysis.  Ex. 8, Tenorio Tr. at 153:20-22.  The

17  DynamoDB in the ResultsDB Database, like all DynamoDB databases, uses a schema that stores the

18  Downloadable security profiles as a series of tables that are accessible through a primary SchemaKey.

19  If the results are too large, instead of storing them in the DynamoDB, only a link will be stored to

20  define the database structure and which acts as an index to an S3 data store.  In all cases, the

21  information is stored according to a JSON schema that is imposed on the underlying data.  Ex. 28,

22  Juniper Source Code at p. 41 ██████████████████ stating for scan results of Joe Sandbox that

23  ██████████████████████████████ )

24         62.     The results data stored by the ResultsDB is a collection of interrelated data because it all

25  relates to scan results for Sky ATP, Further, data is linked through the use of a file hash, which acts an

26  identifier for each file that has been submitted to Sky ATP.  Ex. 20, JNPR-FNJN_29030_00553972 at

27  74 ("No JSON data will be saved to the ResultsDB database table unless it has first passed schema

28  validation"); Juniper Source Code at p. 115-16 ██████████████████████████████ )

COLE DECL. IN SUPPORT FINJAN'S MTN. FOR SUM. JUDG.   CASE NO. 3:17-cv-05659-WHA

**HIGHLY CONFIDENTIAL – SOURCE CODE**

1  ████. This data is organized according to multiple database schemas, which set forth the structure of the

2  stored data into different tables. Finally, the ResultsDB exposes an API that allows for multiple

3  applications in Sky ATP access and store information using ResultsDB.

4        63.      The ResultsDB Database includes multiple schemas that are followed for structuring

5  stored results data (profile), which are identified in Juniper's source code and Juniper's internal design

6  documents. First, the ResultsDB Database has an object called the ResultsDBSchema that defines the

7  schema for the JSON data stored about records." Ex. 20, JNPR-FNJN_29030_00553972 at 74. The

8  ResultsDBSchema is a database schema because it defines the structure that the data must be stored

9  using in the ResultsDB Database. *Id.* ("No JSON data will be saved to the ResultsDB database table

10  unless it has first passed schema validation"). The ResultsDB also uses the "main_schema" to define

11  results records. Ex. 20, JNPR-FNJN_29030_00553972 at 74.

12        64.      The DynamoDB in the ResultsDB Database, like all DynamoDB databases, uses a

13  schema that stores the Downloadable security profiles as a series of tables that are accessible through a

14  primary key schema. Juniper uses a standard implementation of the DynamoDB, which uses a schema

15  of multiple tables and "Keyschema" to store and search for information that has been stored. Ex. 29,

16  Juniper Source Code at p. 297, l. 56 (code for DynamoDB (ddb) showing identification of the schema

17  as "████████████████████████████████. In fact, a schema must

18  be used in DynamoDB, because to create a DynamoDB, a user must include the attribute called a

19  "KeySchema," which sets the attributes for the primary key for each table. The required "KeySchema"

20  that defines the structures how information is stored in a particular table.

21        65.      In the DynamoDB portion of the ResultsDB there are different KeySchema used

22  depending on the table. There is a "main" table that uses the hash of the file (the file ID) as the

23  KeySchema. There is another table that includes that uses the file ID, as well as the name of the

24  adapter (static, dynamic analysis adapters, etc.). DynamoDB is provided as a part of AWS, and

25  documentation on how this database is structured is available online. The DynamoDB has management

26  software that allows this information to be stored, retrieved, updated, searched, and sorted based on the

27  need. For example, the DynamoDB can create information in a table through a "PutItem" operation.

28  DynamoDB can also read data through a "GetItem" operation. DynamoDB can update data through a

23

**HIGHLY CONFIDENTIAL – SOURCE CODE**

1  "UpdateItem" operation.  DynamoDB allows for sorted items based on the partition key through a

2  "Query" or a "Scan" operation.  Sorting is performed by the use of a "sort key" in DynamoDB.

3  DynamoDB also delete data through a "DeleteItem" operation.  These are examples, and there are

4  numerous other commands for storing, updating, retrieving, search, and sorting information.

5      66.      Further, all of the data stored in the ResultsDB Database is structured according to a

6  JavaScript Object Notation, ("JSON") schema, which sets forth the structure of the data in the Results

7  DB.  JSON is "a text syntax that facilitates structured data interchange.  As noted in Juniper's internal

8  documentation, stating that "[t]he format of the JSON data for records stored in the ResultsDB adhere

9  to a strict schema.  This ensures that result data is consistently located in specific areas of the JSON so

10  that conditions can be written against them."  Ex. 20, JNPR-FNJN_29030_00553972 at 74.  This

11  profile that is generated using the static and dynamic Downloadable scanners is stored for long term use

12  so that if the same Downloadable is submitted to Sky ATP in the future, the profile can be sent.

         **1.      Source Code**

14      67.      Juniper's source code confirms that Sky ATP uses its analysis pipeline to analyze

15  content using static and dynamic analysis and generate a security profile that includes a list of

16  suspicious operations that may be attempted by the Downloadable.

17      68.      Source code related to the database managers include the source code components

18  responsible for managing the results database, which includes the Web-API, Web UI, UI-API,

19  ResultsDB, RDB, GlobalDB, Kingfisher, Results Sync, Reputation, Pipeline Manager, Verdict Engine,

20  Internal Compromise Detection, Cache Lookup, Hash Lookup, and Krypton.  See

21  ███████████████████████████████████████████████████

22  ███████████████████████████████████████████████

23  ████████████████████████████████████████████████████

24  ███████████████████████████

25  ██████████████████████████████

26      69.      The ResultsDB Manager includes the software associated with the following

27  components: ResultsDB, RDB, GlobalDB, DynamoDB, Redis, MySQL database, S3, Identified

28  Malware database, C&C Events database, Analytics database, Malware Inspection Pipeline Cache,

24

HIGHLY CONFIDENTIAL – SOURCE CODE

1   Cache Lookup database and Hash Lookup database. ████████████████

2   ████████████████████████████████████████████████████████

3   ████████████████████████████████████████████████████████████

4   ████████████████████████████████████████████████████████████

5   ████████████████████████████████████████████████████████████

6   ████████████████████████████

7        70.        Source code for the ██████████ file includes a ████████████████

8   ████████████████████████) function, which performs the following:  ████████████

9   ████████████████████████████████████████████████████████████

10  ████████████████████████████████████████████████████

11  ████████████████████

12       71.        Database schemas for the ResultsDB Database include: the key schema, the main

13  schema, sample schema, scan result schema, adapter result schema, results schema, results table,

14  malware info schema, keyschema, and ResultsDBSchema. ████████████████████

15  ████████████████████████████████████

16  ████████████████████████████████████

17  ████████████████████████████████████████████

18  ████████████████████████████████████████████

19  ████████████████████████

20  ████████████████████████████████████████████ describing resultsDB

21  which stores security profile  (e.g. adapter results) in the database (e.g. ResultsDB, RDB, DynamoDB)

22  according the main schema, which stores it with the hash of the file (Sample ID) for lookup.

23            **2.        Doctrine of Equivalents ("DOE")**

24       72.     In the unlikely event Juniper argues that it does not literally meet the elements of this

25  claim, then it certainly meets the elements under DOE, because the SRX Gateways with Sky ATP and

26  Sky ATP alone both perform the same function the same way to achieve the same result.  These

27  products perform the same function because they act as a database manager, coupled with a

28  downloadable scanner that stores the Downloadable security profile data in the database.  These

25

**HIGHLY CONFIDENTIAL – SOURCE CODE**

products carry out substantially the same function as the element because the Downloadable scanner stores the results of the dynamic and static analysis in a data repository for future use by applications in a standard JSON markup language where the operation can be encoded.  These products perform the same way because they act as a database manager, coupled with a downloadable scanner that stores the Downloadable security profile data in the database.  These products perform the same way because the Downloadable scanner sends static and dynamic analysis results to a data repository for future use by applications.  These products store the results of the static and dynamic analysis in standard JSON markup language format, where suspicious operations can be encoded.  The products achieve the same result as this element because Downloadable security profile data is stored in the database from data derived from the Downloadable scanner. For example, these products achieve the same result as this element because their Downloadable scanner generates profile data that is stored in a data repository with a defined JSON and keyschema structure, for future use by applications, and can be encoded.

73.     More specifically, I understand the only non-infringement argument that Juniper has raised with respect to element 10(c) of the '494 Patent, is that the "DynamoDB" portion of the ResultsDB does not have a "schema."  I disagree that DynamoDB is "schemaless" for the reasons set forth above.  However, to the extent that DynamoDB is found to not have a "schema," this element is still met under the doctrine of equivalents, because there is an equivalent structure imposed on the data that defines how data is stored in the ResultsDB.  This structure functions that same way because it provides the data structure, it generates the same results because the data is stored in manner for easier access and searching, and the results are the same because the data is stored in a usable manner.  To the extent that Juniper raises new non-infringement positions in response to my analysis, I reserve the right to respond.

## VII.    JUNIPER'S DIRECT INFRINGEMENT

74.     As discussed above, Juniper's products, the SRX Gateways with Sky ATP, and Sky ATP alone, both meet every limitation of Claim 10 of the '494 Patent.  Juniper makes both the SRX Gateways and Sky ATP through its development efforts. Ex. 3, Manthena Tr. at 7:15-18; 10:11-1. Further, Juniper sells the SRX Gateways and Sky ATP as a combined system for use by its U.S. customers. Ex. 3, Manthena Tr. at. 16:10-16; Ex. 4, Juniper Response to Finjan's First RFAs Nos. 53-

26

HIGHLY CONFIDENTIAL – SOURCE CODE

58. Moreover, Juniper directly uses the SRX Gateways with Sky ATP when they perform testing on their products, and when they use them to protect their own internal systems. Ex. 8, Tenorio Tr. at 179:15-180:4. Additionally, Juniper operates Sky ATP in the United States in Oregon, and this is a self-contained deployment that includes all components. *Id.* at 169:4-13.

## VIII.  JUNIPER'S NON-INFRINGEMENT POSITIONS

75.     I reviewed Juniper's response to Interrogatories, in which it provides its position on why it allegedly does not infringe Claim 10 of the '494 Patent.  Further, I note that Juniper's responds that it is unable to understand Finjan's Infringement Contentions.  I have reviewed these contentions as well, and they provide sufficient detail for a Person of Ordinary Skill in the Art to understand Finjan's Infringement Contentions.  I note that several of Juniper's employees would only refer to the DynamoDB used in the ResultsDB Database as a "no schema" or "schemaless" database.  This is incorrect for several reasons.  First, the DynamoDB has a database schema, evident by the fact that all DynamoDBs require the use of a "KeySchema."  Second, the DynamoDB includes multiple tables that store the information, including a "main" and "results" table, and this structure is used in storing the data.  Third, the data is stored with an internal schema to define the structure so the correct data can be collected in JSON.  As such, to the extent that Juniper argues that the ResultsDB does not have a database schema, this argument is without merit.  Further details are also provided above.  Further, while "schemaless" is sometimes used in reference to information in the tables the DynamoDB, it is clear that a database schema is required for a schema key.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on June 7, 2018 in Ashburn, Virginia.

*Dr. Eric Cole*

## ATTESTATION PURSUANT TO L.R. 5-1(I)

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Lisa Kobialka*
Lisa Kobialka

COLE DECL. IN SUPPORT FINJAN'S MTN. FOR SUM. JUDG.   CASE NO. 3:17-cv-05659-WHA