IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | No. C 17-05659 WHA |
| Plaintiff, | |
| v. | **ORDER RE PLAINTIFF'S DISCOVERY LETTER AND REFERRAL OF DISCOVERY TO MAGISTRATE JUDGE** |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

The Court is in receipt of plaintiff Finjan, Inc.'s discovery letter (Dkt. No. 429). In light of the numerous discovery disputes this litigation has spawned, the district judge now needs help in supervising discovery in this case. All existing and future discovery disputes are **HEREBY REFERRED** to **MAGISTRATE JUDGE THOMAS HIXSON**. Counsel must bring their discovery disputes sufficiently early to ensure that all relief will be timely and will not serve as an excuse to delay any forthcoming deadlines.

**IT IS SO ORDERED.**

Dated: April 18, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE