UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>        Plaintiff,<br><br>    v.<br><br>JUNIPER NETWORK, INC.,<br><br>        Defendant. | Case No. 17-cv-05659-WHA (TSH)<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 429 |

Plaintiff Finjan, Inc., has a filed a letter brief claiming that Defendant Juniper Networks, Inc., has improperly withheld documents under a claim of common interest privilege. The three-page letter, however, only states Finjan's arguments and does not contain Juniper's. The Court **ORDERS** Juniper to file its response in a letter brief not to exceed three pages (excluding exhibits) by noon on April 23, 2019. The Court will conduct a telephonic hearing on April 25 at 3:00 p.m. Counsel shall call the following phone number: 888-684-8852/Passcode: 2925506

All future discovery disputes shall be raised pursuant to the undersigned's Discovery Standing Order, which is available at https://www.cand.uscourts.gov/tsh/standing-orders. Any questions should be directed to Courtroom Deputy Rose Maher.

**IT IS SO ORDERED.**

Dated: April 18, 2019

_____
THOMAS S. HIXSON
United States Magistrate Judge