PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:17-cv-05659-WHA<br><br>**DECLARATION OF KRISTOPHER KASTENS IN SUPPORT OF PLAINTIFF FINJAN, INC.'S RESPONSE TO ORDER TO SHOW CAUSE** |

I, Kristopher Kastens, declare:

1. I am an attorney with the law firm Kramer Levin Naftalis & Frankel LLP, counsel of record for Finjan, Inc. ("Finjan"). I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of Plaintiff Finjan, Inc.'s Response to Order to Show Cause.

2. Attached hereto as Exhibit 1 is a true and correct copy of a webpage found at https://fixmywp.com/blog/detect-clean-wordpress-malware-redirect.php on or about May 11, 2019.

3. Attached hereto as Exhibit 2 is a true and correct copy of a webpage found at https://en.wikipedia.org/wiki/URL_redirection#Implementation on or about May 11, 2019..

4. Attached hereto as Exhibit 3 is a true and correct copy of an Administrative Guide for Sky ATP produced by Finjan, bearing bates numbers FINJAN-JN 005246 – 371.

5. Attached hereto as Exhibit 4 is a true and correct copy of a webpage found at https://en.wikipedia.org/wiki/Transport_Layer_Security on or about May 11, 2019..

6. Attached hereto as Exhibit 5 is a true and correct copy of pages 327, 377, 456, 547-548, 586-587, and 592 of printed source code that Juniper produced in this action.

7. Attached hereto as Exhibit 6 is a true and correct copy of a webpage found at https://en.wikipedia.org/wiki/Data_compression on or about May 11, 2019.

8. Attached hereto as Exhibit 7 is a true and correct copy of a white paper produced by Finjan, bearing bates numbers FINJAN-JN 045326 – 38.

9. Attached hereto as Exhibit 8 is a true and correct copy of a document produced by Juniper, bearing bates numbers JNPR-FNJN_29018_00975646 – 92.

10. Attached hereto as Exhibit 9 is a true and correct copy of a white paper produced by Finjna, bearing bates numbers FINJAN-JN 045339 – 45.

11. Exhibit 10 has been intentionally ommitted.

12. Attached hereto as Exhibit 11 is a true and correct copy of a webpage found at https://www.varonis.com/blog/what-is-a-proxy-server on or about May 11, 2019.

13. Attached hereto as Exhibit 12 is a true and correct copy of a document produced by

1

1   Finjan, bearing bates numbers FINJAN-JN 045074 – 79.

2       14.    Attached hereto as Exhibit 13 is a true and correct copy of a document produced by
3   Juniper, bearing bates numbers JNPR-FNJN_29002_00173278 – 340.

4       15.    Attached hereto as Exhibit 14 is a true and correct copy of a document produced by
5   Juniper, bearing bates numbers JNPR-FNJN_29032_00590643 – 72.

6       16.    Attached hereto as Exhibit 15 is a true and correct copy of a document produced by
7   Juniper, bearing bates numbers JNPR-FNJN_29008_00528472 – 567.

8       17.    Attached hereto as Exhibit 16 is a true and correct copy of a document produced by
9   Juniper bearing bates numbers JNPR-FNJN_29018_00979461 – 63.

10      18.    Attached hereto as Exhibit 17 is a true and correct copy of a document produced by
11  Finjan, bearing bates numbers FINJAN-JN 044887 – 5068.

12      19.    Attached hereto as Exhibit 18 is a true and correct copy of a document produced by
13  Juniper bearing bates numbers JNPR-FNJN_29040_01194632 – 45.

14

15  I declare under penalty of perjury under the laws of the United States of America that each of the
16  above statements is true and corrected.  Executed on May 13, 2019, in Menlo Park, California.

17

18                                              */s/ Kristopher Kastens*
19                                              Kristopher Kastens

2

KASTENS DECL. IN SUPPORT OF FINJAN'S                CASE NO.: 3:17-cv-05659-WHA
RESPONSE TO ORDER TO SHOW CAUSE