# EXHIBIT 9



WHITE PAPER

# Combatting Drive-By Downloads

A Next Generation Appoach to an Emerging Threat



FINJAN-JN 045339



## Introduction

When was the last time you bought a cool gadget because you heard an advertisement for it on the radio, or a nice pair of jeans because you saw a commercial for it on the television? You're probably guilty of spending a few hours every month looking for something to buy on Amazon or any other online retailer. Thanks to its convenience, online shopping has become a major trend over the last few years and lets face it, it's here to stay. With the rise of online shopping, marketing experts capitalized on this new avenue to advertise their products. Now your friends nudge you on Facebook to buy a product they love and Google suggests a friendly place across the street where you can get your car fixed. It's become hard to browse even a few pages without running into an ad and because of this increases, malware experts also saw a new avenue of attack - Malvertising.

Malvertising involves injecting malicious code into legitimate advertisements. These attacks started off as amateur "Click on Me!" buttons which fooled a lot of people. A popular example of this is a link that tricks the user into installing a fake Antivirus program which is actually a malware in disguise. However, over time with enough awareness and educating users not to give into the "Ooh, what does this button do?!" reaction, people became mindful of what they clicked and attackers had to become more sophisticated, paving the way for a new type of threat called "Drive-by Downloads". Drive-by download is a method that attackers use to automatically download a malware to the endpoint without a conscious user action such as clicking on a button or link.

FINJAN-JN 045340

White Paper: Combatting Drive-By Downloads                                                                www.cyphort.com

*Even for the well aware, with new vulnerabilities discovered every other day, it becomes tedious for a user to go through the ritual of updating the software - closing all applications that use the software, wait for the update to complete and then start all the applications back again.*

## Anatomy of a Drive-by Download

A drive-by download is a multi-stage attack:

1. The attacker embeds malicious code into an online advertisement displayed on a trusted website.
2. A user visiting the website gets redirected to the attacker's site without the user clicking on the advertisement.
3. An exploit kit from the attacker's site looks for possible vulnerabilities on the user's endpoint.
4. Based on the exploit discovered, a desired malware is downloaded to the endpoint without the user's knowledge.

A drive-by download is a sneaky attack where a user normally browsing a seemingly harmless site can get infected without clicking on anything. The benign website can be compromised in different ways - by embedding malicious code in a comment field on a blog or a poorly secured web form. But the easiest way to go about this is by taking advantage of a flaw in an online advertisement and injecting malicious code in it. Trusted websites that are visited by thousands every day can end up hosting advertisements running malicious code without their knowledge.

The malicious code injected into the advertisement redirects the user to the attacker's website by loading the malicious url in a new window. This new window goes undetected because attackers make use of a common HTML feature called Inline Frame or iFrame for short. An iFrame is an HTML document that is embedded into another HTML document. For example, a YouTube video can be seamlessly embedded into a main webpage. In reality, it is just a regular webpage playing a YouTube video that is inserted into the main page by adjusting the size and removing the borders, it gives an illusion that the YouTube video is actually a part of the main webpage. So when the malicious code redirects the user to a different website, it opens up in a tiny window which can't be easily spotted by the human eye.

Once the user gets redirected to the attacker's web page, an exploit kit examines the endpoint for possible vulnerabilities to take advantage of. This is the beginning of the attack. The exploit kit gathers information about the operating system, browser type, browser version and browser plugins and looks for security holes in them. Browser plugins such as Java Runtime Environment, Adobe Flash Player, Adobe Reader are popular targets. The exploit itself doesn't cause any actual damage - the security codes of the building have been cracked, but nothing has been stolen yet.

Armed with the knowledge of how to attack the victim, the exploit kit proceeds to download an appropriate malware to the victim's endpoint. The malware also known as "payload" is automatically installed on the endpoint without the user's knowledge. The payload download goes unnoticed because it is usually obfuscated. Obfuscation is a common technique used by attackers to evade traditional signature based detection engines and helps mask the real purpose of the malicious code. Once the malware has been downloaded and executed, it proceeds to do what it's best designed for - to make some green for the attacker. The malware can extract crucial banking information or lock your folders in exchange for money (more commonly known as Ransomware). Even more insidious attacks may start with reconnaissance tools that stay "low and slow" and take stock of critical assets on the network and sniff for access credentials.

FINJAN-JN 045341

White Paper: Combatting Drive-By Downloads                                     www.cyphort.com

## Drive-By Downloads On the Rise

Drive-by downloads have become a serious threat and there are several reasons for this:

One of the most compelling reasons is the fact that any person with a malicious intent and almost zero malware writing skills can stage a drive-by download attack on several endpoints across the world. Exploit kits and payloads are sold in the darknet or underground markets and it has become easy for an attacker to get hold of one. Since the darknets are anonymous, it is sufficiently harder to trace these purchases. Sophisticated hackers have also developed exploit kits that are easy to use. Modern exploit kits provide a graphical user interface to help the attacker decide who his next victims will be and also show the progression of infections on a victim's machine. It even has a fancy dashboard that shows statistics on the number of machines the attacker was able to infect that day. The attacker can sort all this data by OS, browser or country, and yes, they can even generate pie charts and graphs to organize the victim data. Some exploit kits have taken it to the next level by including multiple-user support and an authorization system to allow groups of users to manage their data.



The recent Angler exploit gives us some insight into how mature exploit kits have become. The developers of Angler Exploit Kit were always one step ahead in the game. Updates to the kit to exploit new vulnerabilities were faster than security updates to patch the targeted software. The Angler Exploit Kit could detect if an antivirus was installed on the endpoint or if it was being run in a sandbox.

Another reason for the increase in drive-by download attacks is the means by which hackers spread exploits. Planting drive-by downloads on trusted websites using vulnerabilities in online advertisements increased the proliferation of exploits by multiple folds. Cyphort Labs investigated the Angler Exploit Kit and discovered several infected domains spread across the United States, Italy, Germany, Japan, India and more. At least 10 million people visited those websites within a period of 10 days. One of the popular domains that was infected was The Huffington Post.

FINJAN-JN 045342

**White Paper:** Combatting Drive-By Downloads

www.cyphort.com

Last but not least, there is a lack of awareness to keep software applications up to date. People use Netflix, Hulu and YouTube everyday but only a handful know that these internally use other applications such as Flash Player, Microsoft Silverlight and Java, which need frequent security patches. Even for the well aware, with new vulnerabilities discovered every other day, it becomes tedious for a user to go through the ritual of updating the software - closing all applications that use the software, wait for the update to complete and then start all the applications back again. It is hard to worry about a Microsoft Silverlight update when the next season of House of Cards has just been released.  A sophisticated tool that can be used with ease, a convenient medium to spread the attack and unsuspecting victims has really made drive-by downloads stand out among other types of attacks.



*Exploit kits and payloads are sold in the darknet or underground markets and it has become easy for an attacker to get hold of one.*

## Shortcoming of Existing Security Solutions

The earliest occurrence of a drive-by download can be dated to 2006 and it started getting more attention in 2012 with the Blackhole attack. Existing solutions are just not equipped to cope with Drive-by Downloads effectively and here is why:

- **Antivirus Products:** Antivirus products mainly rely on signature detection. When it comes to zero day exploits, antivirus engines are always a few days behind, giving the exploit enough time to spread undetected. Even after signature updates are pushed, they are ineffective in some cases. Angler Exploit and Nuclear Exploit had the capability to detect the presence of an antivirus product on an endpoint. If detected, they would decide not to run. Some malware also use several obfuscation techniques to hide from antivirus engines.
- **Sandbox Solutions:** Sandbox solutions have received a lot of attention in the Advanced Persistent Threats market for identifying zero-day malware which antivirus products cannot. But the Angler exploit was able to evade a standalone Sandbox solution as well. If the exploit kit found out that it was being run in a Virtual Box or VMware or Parallels Desktop environment, it would bail out.
- **Web-Filtering Software:** Web-filtering classifies websites into categories based on their content and historic reputation. This approach requires constant updates making it difficult to keep pace with drive-by downloads.
- **Software Updates:** This solution is recommended by several Operating Systems and Software vendors. Although this is an essential step to keeping malware at bay, it is not sufficient. With attackers eager to update their exploit kits based on new found vulnerabilities, software patches are not installed quick enough to defend the endpoint against exploits, leaving long periods of vulnerability. Some updates involve human intervention and interruption of current tasks which may significantly increase the time involved in installing the patches.

FINJAN-JN 045343

Each of these existing solutions try to convince users that their "silver bullet" will protect users from drive-by downloads but adding more functionality or signatures to products that were originally designed to detect viruses or malicious websites, is no match for the sophisticated attacks we have seen in the past few years.

## The Cyphort Solution

Cyphort has been designed from the beginning to address the dynamic nature of Advanced Persistent Threats. For a complicated problem such as a drive-by download, a single, traditional approach will not do the trick. Cyphort attacks the problem from different angles:

- **Chain Heuristics:** Cyphort uses a heuristics model to identify potentially malicious traffic. As there are thousands of web pages being visited by employees in a company, this is a crucial step to focus on interesting traffic and provide quick results. Cyphort analyzes all the traffic and looks for some indicators such as "Is this browser running a vulnerable version of a browser plugin", "Was this web page referred from a valid resource link", "Why is a field missing in the header", "Is this webpage part of a trusted domain" and other such questions.
- **Browser Behavior Analysis Engine:** If a particular HTTP session is determined to be potentially malicious by the heuristics model, more analysis is done to confirm the verdict. The entire HTTP session is simulated using a browser that runs in Cyphort's sandbox environment. Cyphort examines the browser logs and downloaded artifacts to confirm any suspicious activity.
- **Dropper Analysis:** Cyphort looks for any executable artifacts (dropper) that are downloaded as part of the chain. Cyphort subjects the dropper to static analysis, behavior analysis and reputation analysis to identify if it is a malware.

Cyphort's true strength in combatting drive-by downloads lies in using a combination of techniques to counter different kinds of exploits. Each exploit has its own traits and it would be difficult to detect them all with a single method approach.

Every exploit has a tell - but it is important to know what to look for or it could easily end up being a wild goose chase. These clues are subtle and spread across several requests and responses. Chain Heuristics does not look at packets as mere zeroes and ones that it can match a signature against, it understands the context by inspecting the sequence of HTTP requests and responses between a particular source and a destination. Each of these sequences is called a chain. Chain Heuristics checks for suspicious indicators in the headers and body of each HTTP request and response and also overall in each chain.

The suspicious indicators get constantly updated depending on what exploits are out there. Cyphort Labs researchers study new exploits in the wild and come up with these indicators. The indicators by themselves may not draw attention, but when all the indicators are added up along with enough context, things will start to look suspicious. For example, consider an endpoint in an enterprise that fetches a few webpages from an outside web server hosted on port 8000. That doesn't seem suspicious at all. A lot of web servers run on non-standard ports for enhanced security, but if the same endpoint also downloads an encrypted executable file and its browser runs a vulnerable version of a browser plugin, then things begin to fall into perspective. The strength of Chain Heuristics lies in the context that is extracted from the traffic. With threat intelligence data from Cyphort's Malware Researchers combined with Heuristics, this solution offers a unique angle to the problem.

Depending on the verdict obtained from Chain Heuristics, Cyphort decides if the suspicious chain needs to be looked at by the Browser Behavior Analysis Engine. It recreates the attack by executing

FINJAN-JN 045344

the suspicious HTTP session in a browser environment present on Cyphort's sandbox. As the browser requests for the session web pages, the exact responses captured as part of the session are served. Using this method, Cyphort can replicate the exploit as it happened on the infected endpoint.

Cyphort looks for suspicious activity by examining the properties and function calls made by scripts executed on the browser. For example, if Cyphort notices a particular script making a function call to check for device drivers and all the user was browsing at that time was news, it raises a flag. Cyphort also inspects the source code of Javascripts that were used as part of the exploit. This is a valuable source of information as it can provide clues to the actual intentions of the malware. Browser Behavior Analysis Engine offers the ability to zoom in on the exploit attack and observe how it happened step by step. Armed with information about where the attack originated, how it took place and what it left behind, security administrators can make informed decisions.

Cyphort performs detailed analysis on malware payloads dropped on the endpoint. The executable is detonated in Cyphort's array of sandboxes and its behavior is observed. Cyphort uses machine learning analytics engine to render a verdict. Cyphort also allows customers to configure custom behavior analysis sandbox environments mimicking their actual endpoints. This ability helps customers assess the impact of malware in their environment. In addition, Cyphort can detect callbacks made to external Command and Control Servers. By using a multidimensional approach, Cyphort can provide details about the severity of an attack and how far it has progressed.

## Conclusion

The global threat landscape has transformed tremendously over the last few years. Hackers used to take pride in bringing down as many machines as they could. They were smart, tech-savvy and wanted to show the world that anything could be broken. All this has changed. Hacking is no longer an art, but more like a commercial business. Sophisticated malware is available for purchase in the dark nets. Spear-phishing attacks target specific individuals in an enterprise, lay low for months together and don't stop until they reach the main vault. Social security numbers, home addresses and personal emails now have price tags on them.

Enterprises were content with firewalls that defended their network and antivirus solutions that protected their endpoints, but these solutions have become archaic and fail to effectively protect the companies against sophisticated malware. The need for an Advanced Persistent Threats solution has become crucial to protect the intellectual property of Enterprises and the privacy of its employees.

Cyphort is the next generation APT defense solution for enterprise organizations. Cyphort provides a single pane of glass across perimeter and laterally moving threats, correlates threat signals before and after an incident, while eliminating noise from false alerts and red herrings. Cyphort has leveraged the power of machine learning and data science to build a next generation threat detection engine that evolves ahead of the threats. A virtualized deployment model combined with open API based integration allows customers to address APT security gaps across global locations while leveraging their existing investments in perimeter and endpoint security for threat defense. Cyphort is a privately held company headquartered in Santa Clara, California. For more information, please visit www.cyphort.com and follow us @Cyphort.



**CYPHORT, Inc.**
5451 Great America Pkwy
Suite 225
Santa Clara, CA 95054
P: (408) 841-4665
F: (408) 540-1299
www.cyphort.com

©2016 Cyphort, Inc. All Rights Reserved.

FINJAN-JN 045345