# EXHIBIT 13



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 05~~10~~/25~~23~~/2014~~2015~~ | | |

## Juniper Advanced Anti-Malware Service on SRX
### Software Functional Specification

Hopper Wang hopperw@juniper.net
Xiaosong Yang xyang@juniper.net
Ping Wu png@juniper.net
Andrew Onofreychuk aonofreychuk@juniper.net
Lydia Zhao lydiazhao@juniper.net
Bruce Kao bkao@juniper.net

*TEMPLATE REVISION HISTORY AND GUIDELINES:*

*The revision history is available through the version control function of the application hosting this template.*

*Please read the file named: README_BEFORE_EDITING_TEMPLATES.txt in the **templates folder** BEFORE making changes to this template, ensure you check the accuracy of both contents and format:*
*- Contents: What has changed*
*- Format: Check if owner, version number (everywhere it appears), TL9000 process number and template number are current in the document properties dialogue.*

**Formatted:** Right

© Copyright 2012 Juniper Networks, Inc. all rights reserved– Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed or downloaded copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~05~~10/~~25~~23/~~2014~~2015 | | |

## Table of Contents

1.    Introduction .................................................................................................1
   1.1    Reference.................................................................................................... 3
   1.2    RLI List ....................................................................................................... 4
   1.3    Feature Parity Traceability......................................................................... 4
2.    Functionality ...............................................................................................5
   2.1    Goals ........................................................................................................ 20
   2.2    Exceptions................................................................................................ 21
   2.3    Assumptions............................................................................................. 21
   2.4    Functional competitive data ..................................................................... 21
   2.5    APIs/Messages ........................................................................................ 23
   2.6    Manageability........................................................................................... 23
   2.7    Examples or Interaction Descriptions ...................................................... 33
   2.8    Supportability (Serviceability, Diagnose-ability and Fault Handling) ....... 34
   2.9    Dependencies and Interactions with other Components in the System ... 41
   2.10   Legal Considerations................................................................................ 42
3.    Other Requirements ..................................................................................44
4.    System Resource Estimation ...................................................................45
   4.1    Performance Related Resources............................................................... 45
5.    Scaling and Performance .........................................................................46
   5.1    Target Scaling .......................................................................................... 46
   5.2    Target Performance ................................................................................. 46
6.    Compatibility Issues .................................................................................47
7.    Security Considerations ...........................................................................48
8.    Platforms Supported .................................................................................48
9.    Common Infrastructure ............................................................................51
   9.1    High Availability (HA) ............................................................................... 51
   9.2    Aggregated Ethernet/ SONET/ IRB Support............................................ 52
   9.3    Services/JSF (JUNOS Services Framework) Impact................................ 52
   9.4    Multi-Chassis Support.............................................................................. 52
   9.5    64-Bit Support.......................................................................................... 52
   9.6    IPv6 Support............................................................................................. 52
   9.7    Logical System Support............................................................................ 52
10.   SDK Impact ................................................................................................53
   10.1   SDK Customer Usage .............................................................................. 53
11.   JUNOS Ready Software considerations..................................................54
12.   Notes ..........................................................................................................55
13.   Glossary.....................................................................................................56
14.   Design Specification exception ...............................................................57

© Copyright 2012 Juniper Networks, Inc. all rights reserved– Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed or downloaded copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

**15.   Functional Specification Approver Checklist........................................58**

## Functional Specification Document Checklist

| Section | Section Title | Recommendation | Compliance |
|---|---|---|---|
| 1 | Introduction | MANDATORY | |
| 1.1 | Reference | MANDATORY | |
| 1.2 | RLI List | MANDATORY | |
| 1.3 | Feature Parity Traceability | OPTIONAL | |
| 2 | Functionality | MANDATORY | |
| 2.1 | Goals | MANDATORY | |
| 2.2 | Exceptions | MANDATORY | |
| 2.2.1 | Caveats | MANDATORY | |
| 2.2.2 | Limitations | MANDATORY | |
| 2.2.3 | Non Goals | MANDATORY | |
| 2.3 | Assumptions | MANDATORY | |
| 2.4 | Functional Competitive Data | OPTIONAL | |
| 2.5 | API/Messages | MANDATORY | |
| 2.6 | Manageability | MANDATORY | |
| 2.6.1 | CLI Config | MANDATORY | |
| 2.6.2 | CLI Commands | MANDATORY | |
| 2.6.3 | SNMP | MANDATORY | |

© Copyright 2012 Juniper Networks, Inc. all rights reserved— Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed or downloaded copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

| 2.6.4 | Syslog- ERRMSG | MANDATORY | |
|---|---|---|---|
| 2.6.5 | Software Feature Licensing | MANDATORY | |
| 2.6.6 | Software Packaging | MANDATORY | |
| 2.6.7 | J-Web Quick Configuration and Monitor Screen | MANDATORY | |
| 2.6.8 | Integration with Management Systems | MANDATORY | |
| 2.7 | Examples or Interaction Descriptions | OPTIONAL | |
| 2.8 | Serviceability and diagnose-ability | MANDATORY | |
| 2.9 | Dependencies and Interactions with other Components in the System | MANDATORY | |
| 2.10 | Free Software Considerations | MANDATORY | |
| 2.11 | 3rd party Software Considerations | MANDATORY | |
| 2.11.1 | 3rd party software package information and its functionality | MANDATORY | |
| 2.11.2 | Anticipated usage of 3rd party code | MANDATORY | |
| 2.11.3 | Anticipated integration rules within JUNOS | MANDATORY | |
| 3 | Other Requirements | OPTIONAL | |
| 4 | System Resource Estimation | MANDATORY | |
| 4.1 | Performance Related Resources | MANDATORY | |
| 5 | Scaling and Performance | MANDATORY | |
| 5.1 | Target Scaling | MANDATORY | |
| 5.2 | Target Performance | MANDATORY | |
| 6 | Compatibility Issues | MANDATORY | |
| 7 | Security Issues | MANDATORY | |
| 8 | Platforms Supported | MANDATORY | |
| 9 | Common Infrastructure | | |
| 9.1 | High Availability (HA) | MANDATORY | |
| 9.1.1 | Graceful RE Switchover (GRES), ISSU and NSSU Impact | MANDATORY | |
| 9.1.2 | NSR Impact | MANDATORY | |
| 9.2 | Aggregated Ethernet/ SONET/ IRB Support | MANDATORY | |
| 9.3 | Services/JSF (JUNOS Services Framework) Impact | MANDATORY | |

© Copyright 2012 Juniper Networks, Inc. all rights reserved– Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed or downloaded copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

| 9.4 | Multi-Chassis Support | MANDATORY | |
|---|---|---|---|
| 9.5 | 64-Bit Support | MANDATORY | |
| 9.6 | IPv6 Support | MANDATORY | |
| 9.7 | Logical System Support | MANDATORY | |
| 10 | SDK Impact | MANDATORY | |
| 10.1 | SDK Customer Usage | MANDATORY | |
| 11 | JUNOS Ready Software considerations | MANDATORY | |
| 12 | Notes | OPTIONAL | |
| 13 | Glossary | OPTIONAL | |
| 14 | Design Specification exception | OPTIONAL | |

© Copyright 2012 Juniper Networks, Inc. all rights reserved – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed or downloaded copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/~~2523~~/~~2014~~2015 | | |

# 1.  Introduction

Juniper Advanced Anti-Malware solution can differentiate Juniper from competitors and prevent Juniper's products, solutions and services from commoditization. It is a scalable and high performing designed to:

- Inline blocking of known malware downloads
- Eventual notification of previously unknown malware downloads
- Eventual notification of clients which have become infected

Juniper Advanced Anti-Malware (AAMW) solution integrates with SRX (sensor & enforcer), Argon Cloud Server (detection engine, web portal, host analyzer, connector and so on) to achieve both ingress and egress visibilities and enforcement capabilities.

Argon cloud server implements variety of techniques including fast checking, Anti-virus signatures to the comprehensive sandboxing technologies that trick and watch malware exploding, and scores the threat and renders a verdict for sensor (SRX) to enforce a policy, either inline block for the current and/or for future conversation. Argon cloud is an important part of this solution but should be transparent to the customer in many ways when the solution is complete.

SRX acts as a telemetry/inspection sensor and dynamic action enforcer. As the sensor, SRX inspects both ingress and egress network traffic, extracts the interested file content and passes it to Argon cloud server. Argon cloud analyzes the file input from SRX through series of advanced detection technologies and returns a verdict of the file indicating if the file is malicious. As the enforcer, SRX takes action based on the verdict/threat-level and SRX policy settings.

There are two sets of connections between SRX and Argon cloud. One is on SRX control plane, which is used for SRX to download configurations that include file type/category filters, white/black list, file magic DB from the Argon Cloud, and send health status/counter reports to the Argon Cloud. Another one is on SRX data plane, which is used for SRX to submit files and meta-data to the Argon Cloud and to receive verdicts returned from the Argon Cloud. All the persistent connections will be re-connected if it's broken or timeout for some reason, syslog will be generated and connection counters will be increased.

Figure 1 shows the high-level architecture of the Argon solution.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1                    Template Owner: Ramesh R N



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

**Formatted:** Font: Calibri, 12 pt, Font color: Text 1



**Figure 1 Juniper Advanced Anti-Malware Solution Architecture**

© Copyright 2012 Juniper Networks, Inc. -- Proprietary and Confidential --
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 -- Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173284



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

This document and RLI only focus on the advanced anti-malware service running on the SRX. Details of Argon solution can be referred to "Argon Solution Overview" and "Argon SRX Architecture".

## 1.1 Reference

1. Market Requirements Document (MRD)
https://junipernetworks.sharepoint.com/sites/Projects1/etp/_layouts/15/start.aspx#/supporting/Forms/AllItems.aspx?RootFolder=/sites/Projects1/etp/supporting/Requirements%20and%20ENG%20Response&FolderCTID=0x01200043A0991E98C61B45A93890B65A8EAA83&View=%7B3E5F02B4-1CEA-46E3-8E4B-E3FE7098419A%7D

2. Argon SRX Architecture
https://junipernetworks.sharepoint.com/sites/Projects1/AAMW/controlled/Argon%20Technical%20Documents/Random%20technical%20docs/Argon%20SRX%20Architecture.pdf

3. Argon System Specification
https://junipernetworks.sharepoint.com/sites/Projects1/AAMW/_layouts/15/WopiFrame.aspx?sourcedoc={BC58BB70-C968-418C-B35E-F2B9FB216AE3}&file=Argon%20System%20Specification.docx&action=default

4. Argon Solution Overview
https://junipernetworks.sharepoint.com/sites/Projects1/etp/_layouts/15/WopiFrame.aspx?sourcedoc=%7BF6CFBAF2-183F-46F0-A6A9-D4336573C57F%7D&file=Argon%20Solution%20v9%208.docx&action=default

5. Argon Sample API
https://junipernetworks.sharepoint.com/sites/Projects1/etp/_layouts/15/WopiFrame.aspx?sourcedoc={59A36468-6FE0-47FA-A011-7EC03B754FD3}&file=Argon%20Client%20APIs.docx&action=default

6. Argon Soft Configuration
https://junipernetworks.sharepoint.com/sites/Projects1/etp/_layouts/15/WopiFrame.aspx?sourcedoc={43FC337A-757D-4B1E-9D11-59D2B8332A8E}&file=Argon%20Soft%20Configuration.docx&action=default

7. RLI23819-Move WF to RTCOM Branch FS
http://cvs.juniper.net/cgi-bin/viewcvs.cgi/sw-projects/usp/applications/content_security/viking/RLI23819-Move_WF_to_RTCOMM_Branch_FS.docx

8. JUNOS Qosmos DPI Integration Design Specification
https://matrix.juniper.net/docs/DOC-148132

9. NextGen Common Protocol Parser
https://matrix.juniper.net/docs/DOC-183601

10. Syslog over TLS RTCom and SSL Enhancements
http://cvs.juniper.net/cgi-bin/viewcvs.cgi/*checkout*/sw-projects/jsf/specs/Syslog%20over%20TLS%20RTCom%20and%20SSL%20Enhancements.docx

11. JSF SSL Functional Spec
http://cvs.juniper.net/cgi-bin/viewcvs.cgi/sw-projects/jsf/specs/jsf_ssl.txt?view=markup

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE     JNPR-FNJN_29002_00173285



| RLI Number | 23914 | 1.~~67~~ | 1 |
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/~~2523~~/~~2014~~2015 | | |

12. WebSocket RFC

http://tools.ietf.org/html/rfc6455

## 1.2   RLI List

| RLI No | Description |
| --- | --- |
| 23914 | Juniper Advanced Anti-Malware Service on SRX |

## 1.3   Feature Parity Traceability

This feature is not for Parity purpose.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE            JNPR-FNJN_29002_00173286



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

## 2.   Functionality

### ✧ Control Plane

To enable Juniper Advanced Anti-Malware service on SRX, customer  needs to go to the Argon cloud web portal to register an account first, apply for the license (freemium or premium), get the http link of the bootstrap packages, then use Junos "op url" command to download Argon bootstrap package and script to SRX. The bootstrap package includes related security certificates (e.g., SRX key/certificate, Argon Cloud server's CA certificate) for upcoming mutual authentications between SRX and the Cloud. The script will install related security certificates on the SRX and commit the configuration for Argon cloud connection includes Argon server's URL and the tls-profile. Once the related certificates are installed on SRX, AAMWD daemon starts to establish the secure connections between SRX and the Argon Cloud.  In future, Security Design (SD) will integrate with Argon Cloud, so at that time customer no needs to use Argon cloud web portal, but can use SD for centralized management.



**Figure 2 SRX Advanced Anti-Malware Service & Control Connections with Argon Cloud**

Figure 2 shows JunOS modules running on SRX for advanced anti-malware service and control connections with the Argon Cloud.

From this diagram, we can see there are two logical connections between SRX and Argon cloud:

1. **Bootstrap connection**

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1            Template Owner: Ramesh R N



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510/2523/20142~~015 | | |

The user will use "op url" script to download the install package. This is a temporary https connection. In this connection, there is not a certificate-based mutual authentication between SRX and the Argon Cloud. However, "op url" command can verify file's integrity by checking md5/sha1/sha-256 result after downloading. For example:

```
>op url <https://cloud.juniper.net/customer1/aamw-install-scritp.gz> key md5
<84de21ah1287331Jddfh91>.
Note: The url and key string created and copied from cloud UI.
```

In order to do mutual authentications between SRX and Argon Cloud, SRX needs to have SRX-cert and private key, and Cloud server's CA cert. These certificates and private key will not be available to SRX till the 1st connection is set up, from which Cloud will push the info to the SRX. The URL in "op url" is the place to which SRX sets up the 1st connection. In addition, it is the user who will generate the URL (in "op url") in the Cloud web portal and manually copy & paste it to the SRX CLI (i.e., in the command of 'op url'). It is assumed the mutual authentication is assured considering it is the same user who performs the actions on creating the URL and inputting it on SRX. In addition, the URL (in the "op url") has been designed as a one-time URL, meaning that it will be invalid after the 1st use.

2. **AAMW Control Plane connection**

   A persistent TLS connection is set up between AAMWD daemon and Argon Cloud. This secure connection is used for SRX to receive soft-configurations (including file type/category mapping, customized profile, file magic DB, white/black list from the Argon Cloud and send health data to the Argon Cloud. A certificate-based mutual authentication is performed between SRX and Argon Cloud during the secure channel establishment. At the transport protocol level, WebSocket is used as it supports bi-directional real time communication.

   1) File categories mapping

      This is the global file categories configure which defines category / file type mapping. The mapping table includes category name, mime type, file extension, minimum/maximum size of each file type and submission sample rate.

| Category | Mime Type | File Extension | Min size | Max size | Submission Sample rate |
|---|---|---|---|---|---|
| executable | application/dos-exe | exe | 1024 | 104857600 | 1.0 |
| | application/x-ole-storage | msi, mst, msm, dat | | | |
| portable_d ocument | application/acrobat | pdf | 0 | 104857600 | 1.0 |
| | text/x-pdf | pdf | | | |
| archive | application/x-tar | tar | 1024 | 8388608 | 1.0 |
| | application/rar | rar | | | |
| ... | ... | ... | ... | ... | ... |

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173288



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~05~~10/~~2523~~/~~2014~~2015 | | |

**Table 1 File Category Mapping Table**

~~2)  File Magic DB binary~~

~~File Magic DB is used for SRX to identify the file type. It is maintained and updated at Argon Cloud and is pushed to SRX via the secure control connection.~~

2)  Updatable fast file check table

There is a static fast file check table for file fast identifying. It's generated and managed by cloud which include some static signature for popular file types.

**Formatted:** Indent: Left:  0.75",  No bullets or numbering

3)  Customer specific profile configuration

Customer is allowed to configure for each profile via Argon Web portal is the file types, extensions or file categories that won't be scanned and per-category sample size thresholds. For the detailed info, please refer to the document <Argon_Soft_Configuration>.

4)  Whitelist & Blacklist

Whitelist defines list of file downloading sources from which files downloaded are not needed for an anti-malware inspection. Blacklist defines the list of sources that need to be block for file downloading. There will be 4 lists: Customer White List, Customer Black list, Global White List and Global Black List.  Argon cloud will send these 4 lists to SRX.

In each list, there will be 3 types of entries:

- URLs
  URLs can be defined as basic patterns (* and ? wildcards only) or as exact literal matches. The url pattern must start with "http://", both http and https traffic will be matched.
  The maximum length of each URL entry is 2048 Bytes.
- IPs
  IPs can be defined as subnet masks, ranges, or full IP addresses.
- Hostnames
  Hostnames can be defined as basic patterns (* and ? wildcards only), as partial/subdomains (e.g. all subdomains of Microsoft.com, or all subdomains of cdn.akamai.us), or as literal exact matches.
  The maximum length of each Hostname entry is 128 Bytes.

Juniper White List or Juniper Black List JNPR B/W List has up to 3K entries; Customer White list or Black list has up to 1K entries. Customer can define whitelist and blacklist in Argon web portal, which always have higher priority than other lists.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173289



| RLI Number | 23914 | 1.~~6~~7 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~05~~10/~~25~~23/~~2014~~2015 | | |

The order of Black/White list checking is as follows:

1.  Customer White List
2.  Customer Black List
3.  Global White List
4.  Global Black List

During the matching, First match wins.

~~Note: Global White and Blacklist is customer invisible.~~

The Whitelist and Blacklist of AAMW service are <u>only</u> focused on inspecting files downloaded from servers against malwares. While the Whitelist and Blacklist of security intelligence are focus on enforcements on the connections from/to C&C servers.

5) Health Data

Health data collected by AAMWD will be sent to Argon Cloud via the same connection every 5 minutes, and it includes below contents:

| Category | Data Type | Usage | Comments |
|---|---|---|---|
| System | Software version | 12.1I20141006 | |
| | Model | SRX5600 | |
| | Hostname | Yellow-star | |
| | Cluster | No | Yes or No |
| | Serial number | JN11EF03BAGE | |
| AAMW | connection actives | | |
| | connection failures | | |
| | file sent success | | |
| | file sent failure | | |
| | file sent partial | | |
| | session checked | | |
| | session ignored | | |
| | session permitted | | |
| | session blocked | | |
| | http session processed | | |
| | https session processed | | |
| | whitelist hits | | |
| | blacklist hits | | |

**Table 2 SRX Health &Telemetry data table**

❖ **Data Plane**

Acting as a telemetry sensor and dynamic action enforcer of Juniper Advanced Anti-Malware solution, SRX needs to extract the interested file content from HTTP/HTTPs traffic and pushes them to Argon Cloud for inspections,, and take enforcement  based on the policy settings and the verdict-number/threat-level returned from Argon cloud.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173290



| RLI Number | 23914 | 1.~~67~~ | 1 |
| --- | --- | --- | --- |
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~05~~10/~~25~~23/~~2014~~2015 | | |

There are multiple connections lunched from SRX PFE side via RTCOM plugin and used for sending file sample data to Argon cloud and receiving verdicts. It uses the same mutual authentication methods and protocol as control plane connection, i.e., TLS + WebSocket. For performance considerations, each SPU might initialize 16 TCP persistent connections.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1          Template Owner: Ramesh R N

| RLI Number | 23914 | 1.67 | 1 |
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

**Formatted:** Font: Calibri, 11 pt, Font color: Text 1



© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173292

| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~05~~10/~~25~~23/~~2014~~2015 | | |



**Figure 3 SRX Advanced Anti-Malware Packets and Event Process Diagram**

Figure 3 shows the packets and events workflow on SRX PFE, specifically,

a. A client sends HTTP(s) packets to server, the traffic will pass through SRX plugin list.

b. JDPI plugin gets interest check event for this session, and will query other plugins if having an interest in this session.

c. Only when the SRX Advanced Anti-Malware (AAMW) application service has been configured on the matched FW policy, and Argon file filters have been downloaded and installed on SRX, the AAMW plugin will notify JDPI plugin that it is interested in this session if the session is HTTP(s), and also

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173293



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

registers with JDPI for the protocol contexts that it needs. SRX AAMW plugin also registers with JSF framework for being interested in this session.

d. After interest check, JDPI plugin will call Qosmos engine to identify the protocol and parse the contexts of this session. As AAMW service focuses on the ingress file downloading, SRX will only inspect the file from server to client.

e. SRX AAMW plugin will hold the last one or two data packets before taking policy action.

f. For each packet, JDPI module will copy the packet to Qosmos engine and query Qosmos if any application/context is ready or not. If it is ready, then JDPI sends Application Filter Classification (AFC) events or Parsed Context Propagation (PCP) events to each registered plugin. For an AFC event, it includes the application type (e.g., HTTP or HTTPs).For a PCP event, it includes the protocol type, context type, content length and content. AAMW plugin module will copy and manage interested file contents extracted from HTTP/HTTPs traffic.

g. SRX AAMW plugin processes these events. If it's not HTTP(s), then SRX AAMW plugin ignores this session and notifies JDPI to deregister HTTP protocol/context. Otherwise, SRX AAMW plugin will create a buffer management object to maintain the URI and file context buffers.

h. SRX will look up Argon Whitelist and Black list IP table first, if not match, then waiting for URL event from JDPI. When getting URL event, AAMW plugin will lookup Argon URL/host white list and black list. If the URL or host matches the whitelist, then permits this file. If matching the blacklist, then block the session.

i. Once the accumulated buffer size is larger than 8192 bytes or file end is reached, SRX AAMW plugin will call file identification module to identify the file type. Once getting the file type, SRX AAMW plugin will look it up in the file type filters. When a match is hit, it will send the file content to Argon cloud through secure (RTCOM+TLS) connections from SRX SPU. Otherwise it ignores this file content, but still inspects this session because there might be HTTP pipeline requests.

j. If the file size exceeds the maximum file-size-limit defined in file filter, SRX will stop sending the file to Argon cloud and ignore the rest of file contents. A file terminate notification will be sent to Argon cloud. From http header, SRX may get the length of the file content and will ignore it before sending to Argon cloud in this case.

k. Before sending file contents to Argon cloud, SRX will check the sample rate of the file type. The default sample rate is 100%. The sample rate of each file category is defined in the Argon Cloud and can be modified by Argon cloud. It is pushed to SRX through control plane connection. If the submission sample rate is not 100% (1.0), e.g. 50% (0.5), SRX will send one of this category/type file to Argon and ignore the next one on the same SPU. The sample rate check interval is 5 minutes.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1            Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE

JNPR-FNJN_29002_00173294



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

l.   The connections to Argon cloud is launched on-demand. It is only established when a SRX AAMW policy is matched and SRX needs to send a file to the Argon Cloud. SRX will keep these connections alive after they are established. Once advanced-anti-malware url configuration deleted or deactivated, all these connections will be shutdown.

m.   After getting the file, Argon cloud will conduct malware inspection on it. For each file, Argon cloud will return a result with a verdict-number to SRX. If it returns "undetermined", then SRX will ignore the file but still monitoring the session. If it returns a verdict-number, SRX will lookup AAMW policy and take an action on the session based on the settings of the matched policy (e.g., permit or block).

n.   In order to do inline blocking, AAMW plugin will hold the last 10K bytes for the interested file content. When getting the verdict from cloud server, AAMW plugin will lookup current policy and take corresponding action. If permit, then forward all the contents to client, otherwise will drop these contents and send RST to client.

o.   In this release, we support "block" action as inline blocking. The behavior of block action is to reset the connection by sending RST packet to client and dropping the packets from server. The reason is that if we don't close client session, it will cause partial download. For the server side, we don't want it to know there is advanced anti-malware service inline checking.

### ✧ Implementation

To implement the above functionalities, the following SRX modules need to be involved:

1. **Policy**
   The SRX Advanced Anti-Malware service is applied to the traffic that is inspected by zone based firewall policy rules. The matching criteria of zone-based firewall include legacy 6 tuples lookup (from and to zones, source and destination address/group, destination port, protocol and application). Advanced Anti-Malware policy extends the firewall policy and it includes:
   1) Action and notification based on the verdict-number/threat-level threshold
      The action can be permit or block.
      Log can be configured for notification. Customer can use Log Director or STRM to check SRX Advanced Anti-Malware action's log.
   2) Default action & notification
      This is for the verdict-numbers that less than the threshold. The default action is permit and no log.
   3) Inspection-profile
      Customer need to specify the name of inspection-profile in advanced anti-malware policy. The name string is case sensitive. This profile is defined on Argon cloud server,

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173295



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

and pushed to SRX via control channel. The contents of inspection table includes inspecting file categories and exclude lists.

4) Fallback-options

Fallback options should be taken when resources are out of limits or error conditions occur:

o ~~verdict~~send-timeout-exceeded

File content cannot be sent to cloud in 60 seconds.

o verdict-timeout-exceeded

Argon cloud doesn't return the verdict within ~~3~~ 2 seconds after file ended.

o ~~server-unreachable~~

~~Connection to argon cloud is broken.~~

o out-of-resource

Memory allocation is failed on SRX PFE.

o ~~too-many-requests~~

~~The number of concurrent sessions where SRX is extracting files exceeds the scaling limit. The default maximum file-extracting sessions limit number is 32K on flow SPU, and will be cut by half on combo SPU.~~

o rate-limit

To prevent some corner cases that the system is abused, cloud side will provide sample rate to each file type category and a global rate for whole SRX device. The rates are from 0% to 100% and default is 100%. Category sample rate and global sample rate will be combined (multiplied) together. Based on this combined sample rate, SRX will limit percentage of certain category file contents sending to cloud. When file contents sent exceeded the combined rate, SRX starts to fallback the files by not sending to cloud.

The action of fallback options can be permit or block. Notification can be configured for each item. Default is permit without log.

| Types | Parameters | | Enumerate Values | Default Value |
|---|---|---|---|---|
| Argon policy | Policy name | | policy-name1 | N/A |
| | Applications | | HTTP | HTTP |
| | Inspection-profile | | N/A | N/A |
| | Match | Verdict-threshold | [1-10] recommended | N/A |
| | Then | Action | permit | block | permit |
| | | Notification | log | no log |
| | Default-notification | | log | no log |
| | Whitelist-notification | | log | no log |
| | Blacklist-notification | | log | no log |

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173296



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 05102523/20142015 | | |

| | Fallback option | | permit \| block | permit |
|---|---|---|---|---|
| | | | log | no log |
| **Scaling limit** | maximum-sessions | | 1024 ~ 655360 | 32768 |

**Table 3 SRX AAMW policy table**

Note: Both capacity of argon policy and inspection-profile are 32.

## 2. Administration

1) Argon Cloud configuration

   Administrator needs to specify the Argon cloud URL setting, includes: Hostname, Port and URI.

2) Authentication

   Administrator needs to specify the tls-profile for authentication.

   Note: The tls-profile should bind with the client's key and cert and server's ca-certificate that is generated and downloaded from Argon cloud. For authentication mechanism, please refer to section "7. Security Consideration".

3) Traceoptions

   Trace flag (policy, parser, context, connection, identification, plugin) and level (all, error, info, notice, verbose, warning) will be supported. So it's easy to get the specified trace information.

4) AAMWD restart

   When the certificates of tls-profile are updated after installed, customer must restart AAMWD manually so that AAMWD will reload the new certificates for the mutual authentications with Argon Cloud.

   ```
   > restart advanced-anti-malware ?
   Possible completions:
     <[Enter]>          Execute this command
     gracefully         Gracefully restart the process
     immediately        Immediately restart (SIGKILL) the process
     soft               Soft reset (SIGHUP) the process
     |                  Pipe through a command
   ```

   The secure connections between SRX RE and Argon Cloud will be reestablished.

## 3. Protocol identification and context parsing

JDPI (Juniper Deep Packet Inspection) is a common parser framework, it can support multiple application services like AppFW, AppTrack and AppQos. Juniper Advanced Anti-Malware service also has dependency on JDPI for protocol classification and content parsing. JDPI includes AFC (Application Filter Classification) and PCP (Parsed Context Propagation) modules. The Application and Proto Context are available via JDPI infrastructure for many protocols, and there are rich 1700+ applications and 2500+ protocols contexts supported in JDPI.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173297



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

In the first release, SRX only focuses on **HTTP** (JSF_PROTO_HTTP = 67) and **HTTPs** (JSF_PROTO_HTTPS = 68, JSF_PROTO_SSL = 199) protocols. Regarding the HTTP context types, we need to check below context events:

1) JSF_PROTO_CTXT_HTTP_URI
2) JSF_PROTO_CTXT_HTTP_URILEN
3) JSF_PROTO_CTXT_HTTP_INDEX
4) JSF_PROTO_CTXT_HTTP_PART_FILENAME
5) JSF_PROTO_CTXT_HTTP_CONTENT
6) JSF_PROTO_CTXT_HTTP_CONTENT_RAW
7) JSF_PROTO_CTXT_HTTP_FILE_COMPLETED
8) JSF_PROTO_CTXT_HTTP_REQUEST_END
9) JSF_PROTO_CTXT_HTTP_METHOD
10) JSF_PROTO_CTXT_HTTP_HOST
11) JSF_PROTO_CTXT_HTTP_HEADER_RAW
12) JSF_PROTO_CTXT_HTTP_HEADER
13) JSF_PROTO_CTXT_HTTP_MIME_TYPE
14) JSF_PROTO_CTXT_HTTP_CONTENT_RANGE
15) JSF_PROTO_CTXT_HTTP_CONTENT_LEN
16) JSF_PROTO_CTXT_HTTP_COOKIE
17) JSF_PROTO_CTXT_HTTP_REQUEST_SIZE
18) JSF_PROTO_CTXT_HTTP_DECHUNK_SIZE
1) JSF_PROTO_CTXT_HTTP_CONTENT_ENCODINGJSF_PROTO_CTXT_HTTP_CONTENT_RAW
2) JSF_PROTO_CTXT_HTTP_CONTENT
3) JSF_PROTO_CTXT_HTTP_URI
4) JSF_PROTO_CTXT_HTTP_INDEX
5) JSF_PROTO_CTXT_HTTP_MIME
6) JSF_PROTO_CTXT_HTTP_MIME_TYPE
7) JSF_PROTO_CTXT_HTTP_MIME_TYPE_MAIN
8) JSF_PROTO_CTXT_HTTP_MIME_TYPE_SUB
9) JSF_PROTO_CTXT_HTTP_FILENAME
10) JSF_PROTO_CTXT_HTTP_PART_FILENAME
11) JSF_PROTO_CTXT_HTTP_CONTENT_TRANSFER_ENCODING
12) JSF_PROTO_CTXT_HTTP_FILE_COMPLETED
13) JSF_PROTO_CTXT_HTTP_METHOD
14) JSF_PROTO_CTXT_HTTP_HOST
15) JSF_PROTO_CTXT_HTTP_CONTENT_ENCODING

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE   JNPR-FNJN_29002_00173298



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

16) JSF_PROTO_CTXT_HTTP_ACCEPT_ENCODING
17) JSF_PROTO_CTXT_HTTP_CONTENT_RANGE
18) JSF_PROTO_CTXT_HTTP_CONTENT_LEN
19) JSF_PROTO_CTXT_HTTP_URI_DECODED
20) JSF_PROTO_CTXT_HTTP_USER_AGENT
21) JSF_PROTO_CTXT_HTTP_VERSION

JDPI plugin needs to do TCP reassemble to keep the PCP (Parsed Context Propagation) event in order. SRX Advanced Anti-Malware plugin (jsf_aamw) need to buffer and manage the contexts and send them to Argon cloud through RTCOM+SSL connections.

*Note: To enable advanced-anti-malware service, AI license must be installed and activated.*

4. **SRX JSF_AAMW Service Plugin**

   SRX Advanced Anti-Malware service will add a new JSF packet and stream plugin to the services chain. This plugin will interact with JDPI, register interested protocols and contexts, and provide callback for the parser context event (PCP Event). When a context is ready, it calls file magic to recognize file type and send file content to Argon cloud through RTCOM+TLS session. Argon cloud will return a verdict score/threat-level for the file, and SRX Advanced Anti-Malware plugin takes action based on the score and policy. To support inline blocking, SRX Advanced Anti-Malware plugin will hold the last one or two packets. The length of file content being held needs to be larger than 1Kbyte to make sure the blocking action is more effective. .

   Figure 4 shows the SRX Advanced Anti-Malware plugin architecture:

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173299



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

**Figure 4 SRX Advanced Anti-Malware Plugin Architecture**

JSF AAMV service introduces two plugins named jsf_aamw (packet plugin mode) and jsf_aamw_stream (stream plugin mode). These two plugins share the same JSF infrastructure but only one plugin will handle one http session. The decision of which plugin handles any particular session is based on policy configuration.  When a customer wants to blocking action for suspected malware, a user would configure advanced-anti-malware policy action to block those files with verdict larger than threshold, and in this case, jsf_aamw_stream is the plugin that will handle the session because only in stream mode we can invoke tcp proxy to facilitate inline blocking of the last 10KB of the file content. If customer doesn't want to block any http transaction and only wants to monitor the behavior, the policy action would be configured as permit. In this case, jsf_aamw packet mode will be chosen for the session since TCP proxy will not be required.

JSF AAMW stream/packet plugin has no dependency on IDP and UTM plugins. Secintel plugin handles http URL and cookie in c2s (client to server) direction. IDP focuses on full protocol in both c2s and s2c directions. AAMW plugin focuses on file contents mostly in s2c direction. We plan to put JSF AAMW stream/packet plugin after IDP stream/packet plugin and UTM plugin.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173300



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

5. **Network Transport - RTCOM framework**

RT communication framework provides a scalable TCP session to external servers. The SRX AAMW service plugin can initiate one or more TCP sessions to send and receive data from external servers leveraging RTCOM facility. SRX AAMW service will leverage RTCOM and SSL-I to send extracted content to Argon cloud. Both client and server's certificate will be verified, so the traffic is encrypted and secured. The number of RTCOM connection is 16 on each SPU.

Only when advanced-anti-malware policy configured, SRX AAMW plugin will set up the connection to Argon cloud from each SPU, and will shut down all connections if configuration deleted or deactivated. SRX AAMW plugin will use round robin algorithm to select connection for file transporting, and do affinity binding of file and connection. If connection is closed or broken for some reason, SRX will not resend the file content, and will ignore the future contents of this file.

If error happens in the communication with Argon cloud, RTCOM propagates error codes to SRX AAMW plugin. There are two kind of errors: TCP error and SSL error. RTCOM generates TCP errors via detecting if or not get correct packet and timely response from TCP-I and TCP-T. And for SSL error, RTCOM gets the error code from SSL-I plugin. RTCOM reports the error code to AAMW plugin, then AAMW plugin does error handling actions according to the error code.

6. **Message Communication - WebSocket & Msgpack**

WebSocket defines a full-duplex single socket connection over which messages can be sent between client and server. It uses http-like communication for initial handshake, running untrusted code in a controlled environment to a remote host that has opted-in to communications from that code. The benefits of web-socket is the standard mechanism for server to initiate or send updates without having to have client poll (RPC model). We plan to leverage WebSocket to send verdicts asynchronously, without requiring SRX requesting the verdict in a poll mode. Please refer to RFC for more detailed description: http://tools.ietf.org/html/rfc6455.

7. **File Type Identification -– LibMagicFast File Check Table**

LibMagic is a library for file magic number recognition, it handles the loading of database files that describe the magic numbers used to identify various file types, as well as the associated mime types. We use LibMagic updatable fast file check table for file type identification. If a file type is not included in the file magic database, AAMW plug-in is not able to identify it. The file magic database will be pushed from cloud server to SRX. Besides this, cloud will provide the infectable file types list to SRX, each defined file types has the following additional configuration:

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173301



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

- File types
  Which file types could be infected and need to be analyzed.
- Minimum file size
  The threshold of how large a file of this type must be, before sending to cloud.
- Maximum file size
  How large a file of this type has to be before no longer make senses to analyze.
- Submission sample rate
  Default is 100%, but can be adjusted by Argon cloud.

## 8. PKID

PKID provides the framework for certificate management and authentication. AAMWD daemon will call libpkic to connect with PKID, requesting for SRX client key and cert, validating server's cert and doing CRL check.

## 9. Reverse DNS lookup

When PFE seeing a session, it will query local reverse DNS table on SPU locally. If does not exist, then return NULL and send a request to RE (AAMWD) for reverse DNS lookup.

AAMWD calls system (gethostbyaddr) API to do reverse DNS lookup, and propagates IP/Name mapping entry to all PFEs, if can get the client computer name by IP successfully.

The next time, jsf_aamw plugin will query local DNS cache table on PFE, it will get the client computer name and attach it into metadata with the field hostname of client_info.

If DNS resolution failed on RE, no IP/name mapping message send back to PFE. On PFE, there is no new reverse dns request for this IP in 15min. The maximum name length is 64 Bytes. Each entry timeout is 1 hour.

Whether reverse DNS lookup can be successfully or not, it relies on the DNS configuration on SRX. Please confirm that from SRX shell or CLI you can get the computer name by IP and get IP by name.

<span style="color:gray">Formatted: Font: Calibri, 11 pt, Font color: Text 1, (Asian) Chinese (PRC)</span>

## 9.10.   SSL forward proxy

In order to support HTTPs protocol, customer needs to configure ssl-proxy application services together with advanced-anti-malware on firewall network policy. Please refer to SSL Forward Proxy documents for details.

## 2.1  Goals

- Extract file content from HTTP/HTTPs traffic
- Identify the file types and map to category table
- Take inline actions based on file verdict-number and SRX policy configurations
- Provide secure connections (TLS) between SRX and Argon cloud

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173302



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/~~2523~~/~~2014~~2015 | | |

## 2.2 Exceptions

### 2.2.1 Caveats

- No

### 2.2.2 Limitations

- In the first release, only ~~SRX1K & 3K~~Forge SRX1500 are supported.
- AA mode of HA is not supported because of the limitation of RTCOM.
- Single file multi-thread downloading is not supported.
- Resuming broken downloading is not supported.
- HTTP pipeline is not supported and will be ignored.

### 2.2.3 Non Goals

- LSYS is not supported the first release.
- IPv6 is not supported.
- Other protocols such as SMTP, IMAP, POP3 and FTP are not supported in the first release.

## 2.3 Assumptions

- No

## 2.4 Functional competitive data

- **Palo Alto Networks - WildFire**

  WildFireTM simplifies an organization's response to the most dangerous unknown threats — automatically turning the unknown to known, and quickly preventing them before they compromising organizations. Unlike legacy security solutions, WildFire quickly identifies and stops unknown malware, zero-day exploits, and other advanced attacks without requiring manual human intervention or costly Incidence Response (IR) services after the fact.
  https://www.paloaltonetworks.com/products/technologies/wildfire.html

  https://paloaltonetworks.com/products/features/apt-prevention.html

- **FireEye - Cyber Security & Malware Protection**

  The FireEye FX series is a group of threat prevention platforms that protect against content-based attacks across a wide range of file types. The FireEye FX platforms analyze network file shares to detect and quarantine malware brought into the network through the Web, email, or manual means, such as online file sharing and portable file storage. The FX series thwarts the lateral spread of advanced malware that traditional and next-generation firewalls (NGFW), IPS, AV, and gateways miss. Advanced targeted attacks use sophisticated malware and advanced persistent threat (APT) tactics, not only to penetrate defenses, but also to spread laterally and

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173303



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/~~2523~~/~~2014~~2015 | | |

establish a long-term foothold in the network.

http://www.fireeye.com/products-and-solutions/dynamic-threat-intelligence-cloud.html

http://www.fireeye.com/products-and-solutions/content-security.html

- **Checkpoint - Anti-Malware & Program Control**
  The Check Point Anti-Malware & Program Control Software Blade efficiently detects and removes malware from laptops and desktops with a single scan. Viruses, spyware, keystroke loggers, Trojans and rootkits are identified using signatures, behavior blockers and heuristic analysis. Program control allows only approved programs to run the endpoint. This software blade is easily managed by unified Endpoint Security Management.
  https://www.checkpoint.com/products/anti-malware-program-control.html

- **Fortinet - FortiSandBox**
  FortiSandbox is an Advanced Threat Protection Appliance designed to identify and help customers thwart the highly targeted and tailored attacks that increasingly bypass traditional defenses and lurk within networks. Offering a unique dual-level Sandbox, inspection of all protocols in one appliance and optional integration with your existing FortiGate infrastructure, FortiSandbox delivers highly effective protection against this emerging class of threats that is affordable to buy and simple to deploy and manage. Complement your established defenses with this cutting edge capability; analyzing suspicious and high risk files in a contained environment to uncover the full attack lifecycle. Rich threat intelligence, actionable insight and the option to share information with FortiGuard Labs in order to receive automated protection updates help organizations reduce the risk of compromise and breach.
  http://www.fortinet.com.cn/products/fortisandbox/

- **Cisco Sourcefire AMP (ThreatGrid)**
  Sourcefire Advanced Malware Protection (AMP) for Networks is the only system to give you the visibility and control necessary to protect your organization against highly sophisticated, targeted, zero-day and persistent advanced malware threats. Designed for FirePOWER appliances, AMP for Networks detects, blocks, tracks and contains malware threats across multiple threat vectors within a single system.
  http://www.sourcefire.com/products/advanced-malware-protection/amp-capabilities-network

- **Cyphort - Anti-Sandbox Malware**
  http://www.cyphort.com/products/

- **Lastline - Advanced Malware Protection & APT Security**
  http://www.lastline.com/platform

- **Juniper Advanced Anti-Malware Solution**

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173304



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/~~2523~~/~~2014~~2015 | | |

Please refer to <u>Market Requirements Document (MRD)</u> for detailed info.

## 2.5   APIs/Messages

Please refer to Design Specification.

## 2.6   Manageability

To enable Juniper Advanced Anti-Malware service on SRX, customer needs to configure argon cloud first, including host name, port, authentication info. For security consideration, we will perform mutual authentication between SRX and argon cloud. So please use setup script or manually run "request security pki ..." commands to install the SRX client cert and Argon cloud server's ca certificate, create profiles for these certificates, and reference it in SRX advanced-anti-malware authentication configuration. Both control plane and data plane are using the same authentication method with the same client/server certs. All of these things can be done via bootstrap script.

Customer needs to define AAMW policy, choose the application for inspection, and configure the action for the verdict threshold. Then attach AAMW policy to firewall policy, and commit the configuration. After that, the files transported in the pass through traffic which match this FW policy will be extracted and pushed to Argon cloud. Argon cloud will return a verdict number to SRX for each file, which are represented as integer values between 0 and 10. A value of 0 nearly always represents goodware, while a value of 10 nearly always represents malware. Any value in-between represents an uncertain verdict, but the higher the value, the more likely it is malware. As the number 0 means good, and SRX will permit the session. For other verdict-numbers, customer can define a threshold to block higher in advanced-anti-malware policy. For the file that Argon cloud first seeing, it will return unknown verdict and SRX will permit the session (that is fallback action).

The advanced-anti-malware policy can be enabled on FW policy as an application service, like security intelligence or application firewall. If customer needs to inspect HTTPs traffic, please enable ssl-proxy application service on the same FW policy also.

### 2.6.1   CLI Configuration

- Configure argon cloud url
- Configure source address or source interface
- Configure authentication parameters
- Configure advanced-anti-malware policy
- Configure SSL initiation profile for SRX to Argon connection (~~existing~~existed feature)
- Configure firewall policy to enable advanced-anti-malware application service
- Configure SSL proxy profile to inspect HTTPs traffic in firewall policy (exist~~ing~~ed feature)
- Configure advanced-anti-malware traceoptions
- Sample of advanced-anti-malware configuration

### 2.6.1.1 CLI Configuration Details

- Configure argon-cloud url

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173305



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

```
#set services advanced-anti-malware connection url
    o  set services advanced-anti-malware connection url
       <https://www.hostname.net:443>
```

- Configure authentication parameters

```
#set services advanced-anti-malware connection authentication
    o  set services advanced-anti-malware connection authentication tls-profile
       <srx_to_argon_tls_profile_name>
```

- Configure source address or source interface

```
#set services advanced-anti-malware connection source-address <1.1.1.1>
OR
#set services advanced-anti-malware connection source-interface <ge-0/0/2.0>
    Note:
    1) The source address or source interface uses for specifying the source IP to send
       file contents (data plane) to Argon cloud.
    2) If configures source interface but not source address, SRX will use the IP address
       gotten from the specified interface for connections.
    3) If none of them configured, then SRX will pick up source address automatically.
```

- Configure advanced-anti-malware policy

```
#set services advanced-anti-malware policy
    o  set services advanced-anti-malware policy <name>
    o  set services advanced-anti-malware policy <name> applications
       [<application-name> ...]
    o  set services advanced-anti-malware policy <name> inspection-profile pr1
    o  set services advanced-anti-malware policy <name> match verdict-threshold
       5
    o  set services advanced-anti-malware policy <name> then action block
    o  set services advanced-anti-malware policy <name> then notification log
    o  set services advanced-anti-malware policy <name> default-notification log
    o  set services advanced-anti-malware policy <name> fallback-options
       action <permit/block>
    o  set services advanced-anti-malware policy <name> fallback-options
       notification log
```

- Configure SSL initiation profile - example (existed featureing)

```
#set services ssl initiation
    o  set services ssl initiation profile <srx_to_argon_tls_profile_name>
       client-certificate <srx_client_cert_profile_name>
    o  set services ssl initiation profile <srx_to_argon_tls_profile_name>
       trusted-ca <srx_trust_ca_profile_name>
    o  set services ssl initiation profile <srx to argon tls profile name>
       protocol-version ?
       Possible completions:
         all          TLS version 1 or TLS version 1.1 or TLS version 1.2
         tls1         TLS version 1
         tls11        TLS version 1.1
         tls12        TLS version 1.2
         o
Note: There should be a bootstrap script to import certificates and create
ssl initiation profile. Please refer to "CLI Command Details" section for
how to import certificates by manual. —By default, we will use tlsv1.2 for the
ssl connections to cloud.
```

Formatted: Font color: Text 1

Formatted: Space Before: 0 pt, Bulleted + Level: 2 + Aligned at: 0.75" + Indent at: 1"

Formatted: Indent: Left: 1"

Formatted: Indent: Left: 1", No bullets or numbering

Formatted: Don't add space between paragraphs of the same style

© Copyright 2012 Juniper Networks, Inc. — Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                     JNPR-FNJN_29002_00173306



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

- Configure firewall policy to enable advanced-anti-malware application service
  - ○ **Enable advanced-anti-malware policy**
    ```
    #set security policies from-zone untrust to-zone trust policy 1 then
    permit application-services advanced-anti-malware 
    ```
  - ○ **Need to configure SSL forward proxy if want to inspect HTTPs traffic**
    ```
    #set security policies from-zone untrust to-zone trust policy 1 then
    permit application-services ssl-proxy profile-name ssl-i-........-......
    ```
- Configure ssl proxy profile to inspect HTTPs traffic - example (existed featureing)
  ```
  #set services ssl proxy profile
  ```
  - ○ set services ssl proxy profile ssl-i-........-...... root-ca ssl-inspect-ca
  - ○ **If the user wants to ignore the failure of server cert verification, the user can use the following command:**
    ```
    #set services ssl proxy profile ssl-inspect-profile actions ignore-
    server-auth-failure
    ```

- Configure advanced-anti-malware traceoptions
  ```
  #set services advanced-anti-malware traceoptions flag ?
      Possible completions:
          all                 Trace everything
          connection          Trace connections to server
          content             Trace content buffer management
          daemon              Trace advanced anti-malware daemon
          identification      Trace file identification
          parser              Trace protocol context parser
          plugin              Trace advanced anti-malware plugin
          policy              Trace advanced anti-malware policy
  #set services advanced-anti-malware traceoptions level ?
      Possible completions:
          all                 Match all levels
          error               Match error conditions
          info                Match informational messages
          notice              Match conditions ...
          verbose             Match verbose messages
          warning             Match warning messages
  ```

- Sample of advanced-anti-malware configuration
  ```
  root@yellowstar# show services advanced-anti-malware
  connection {
      url https://cloud.juniper.net:443;
      authentication {
          tls-profile <srx_to_argon_tls_profile_name>;
          # Please use setup script to import SRX and Argon certs OR
          # manually run "request security pki ..." cmd to import the certs
      }
      source-address 5.0.0.2;
  }
  traceoptions {
      file srx_aamw.log size 10m;
      level info;
      flag policy;
  }
  ```

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                                  JNPR-FNJN_29002_00173307



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 05~~10~~/25~~23~~/2014~~2015~~ | | |

```
maximum sessions 32768;
policy po1 {
    inspection-profile insp_profile1; # If this profile could not be found on
SRX, we will use default_profile.

        match {
            application HTTP;
            verdict-threshold 80; # Greater than or equal this number
        }
        then {
            action block;
            notification log;
        }
        default-notification log;
        whitelist-notification log;
        blacklist-notification log;
        fallback-options {
            action permit; # default is permit and no log.
            notification log;
        }
    }
policy po2 {
    inspection-profile insp_profile2;
    match {
        application HTTP;
        verdict-threshold recommended; # The recommended number comes from
Argon cloud via profiles table
        }
        then {
            action block;
            notification log;
        }
    }
}
```

### 2.6.2 CLI Commands
- CLI command to show advanced-anti-malware policy
- CLI command to show advanced-anti-malware profile
- CLI command to show advanced-anti-malware status
- CLI command to show advanced-anti-malware statistics
- CLI command to clear advanced-anti-malware statistics
- CLI command to show flow session summary advanced-anti-malware
- CLI command to install advanced-anti-malware argon-server's ca-certificate
- CLI command to install SRX local certificate

#### 2.6.2.1 CLI Command Details
- CLI command to show advanced-anti-malware policy
  ```
  >show services advanced-anti-malware policy <all/policy_name>
  ```

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173308



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

```
Advanced aAnti-malware configuration:
Policy Name: p1
  Inspection-profile: insp-profile1
  Applications: HTTP
  Verdict-threshold: 5
  Action: block
  Notification: log
  Default-notification: Log
  Whitelist-notification: Log
  Blacklist-notification: Log

  Failback Options:
    Action: permit
    Notification: log
```

- **CLI command to show advanced-anti-malware profile**

```
>show services advanced-anti-malware profile <all/profile_name> summary
Advanced Antianti-malware inspection profile:
Profile Name: insp_profile1
  "profile_name": "profile1",
  v"version": 1422315427,
  "disabled_file_types":
  {
    "application/x-pdfa": ["pdfa"],
    "application/pdf": ["pdfa"],
    "application/mbox": []
  },
  "disabled_categories": ["documents", "code"],
  "category_thresholds": {
  {
    "category": "executable",
    "min_size": 512,
    "max_size": 1048576
  },
  {
    "category": "library",
    "min_size": 4096,
    "max_size": 1048576
  }}
```

- **CLI command to show advanced-anti-malware status**

```
>show services advanced-anti-malware status
Server connection status:
  Server hostname: cloud.juniper.net
  Server port: 443
  Control Plane:
    Connection Time: Sat Dec 14 22:52:26 2014 PST
    Connection Status: Connected/Connecting/Failed
  Service Plane
```

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173309



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

```
      FPC1.SPC0:
          Connection Active Number: 4
          Connection Failures: 12
```
The connection status include below states:

- Not connected
- Initializing
- Connecting
- Connected
- Disconnected
- Connect failed
- Client certificate not configured
- Request client certificate failed
- Request server certificate validation failed
- Server certificate validation succeeded
- Server certificate validation failed
- Server hostname lookup failed

```
      FPC1.SPC1:
          Connection Active Number: 4
          Connection Failures: 12
```

- CLI command to show advanced-anti-malware statistics (all SPUs accumulated)

```
>root@yellowstar> show services advanced-anti-malware statistics
Advanced- anti-malware statistics:
    Session Interested:                     0
    Session Processed:                      0
    Session Ignored:                        0
    Session Permitted:                      0
    Session Blocked:                        0
    HTTP Active Session:                    0
    HTTPS Active Session:                   0
    Total HTTP Session Processed:           0
    Total HTTPS Session Processed:          0
    File Equal or Above Verdict Threshold: 0
    File Under Verdict Threshold:           0
    File Send to Cloud Successfully:        0
    File Send to Cloud Failed:              0
    File Not Send to Cloud:                 0
    File Send to Cloud Partially:           0
    Blacklist Hit:                          0
    Whitelist Hit:                          0
    Fallback Permit:                        0
    Fallback Block:                         0
```

- CLI command to clear advanced-anti-malware statistics

```
>clear services advanced-anti-malware statistics
Note: All advanced-anti-malware statistics on all SPUs will be cleared.
```

**Formatted:** Font: Arial, 10 pt

**Formatted:** Font: (Default) Arial, 10 pt

**Formatted:** Font: (Default) Arial, 10 pt

**Formatted:** Font: (Default) Arial, 10 pt

**Formatted:** Font: (Default) Arial, 10 pt

**Formatted:** Font: (Default) Arial, 10 pt

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173310



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 05̶10/2̶5̶23/2̶0̶1̶42015 | | |

- CLI command to show flow session summary advanced-anti-malware
  >show security flow session summary advanced-anti-malware
  Flow Sessions on FPC5 PIC0:

  Valid sessions: 0
  Pending sessions: 0
  Invalidated sessions: 0
  Sessions in other states: 0
  Total sessions: 0

- CLI command to show flow session summary aamw (hidden command)
  >show security flow session summary advanced-anti-malware
  Flow Sessions on FPC5 PIC0:
  Maximum session: 32768

- CLI command to install argon-server's ca-certificate (exist̶eding command)
  #set security pki ca-profile <srx_trust_ca_profile_name> ca-identity <JUNIPER>
  >request security pki ca-certificate load filename <filename> ca-profile
  <srx_trust_ca_profile_name>

- CLI command to install SRX local certificate (exist̶eding command)
  >request security pki local-certificate load filename <srx_argon_ca.crt> key
  <srx_argon_ca.key> certificate-id <srx_client_cert_profile_name>

### 2.6.2.2 JUNOScript

N/A

### 2.6.3  SNMP

N/A

### 2.6.4  Syslog – ERRMSG

### 2.6.4.1 Reporting Event Log

The format of the log will be same as syslog, which is the only one supported by SI so far. The detailed format and field come from SI and we need update this part after we get feedback from them. The type will be SRX_AAMW_ACTION_LOG.

```
This log contains the following information:-
    - time
    - http-host
    - file-category
    - verdict-number
    - action
    - source-address
    - source-port
    - destination-address
    - destination-port
    - protocol
    - application
    - nested-application
```

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173311



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

- policy-name
- username
- roles
- session-id-32
- source-zone-name
- destination-zone-name

Example:

```
<14>1 2013-12-14T16:06:59.134Z pinarello RT_AAMW - SRX_AAMW_ACTION_LOG
[junos@2636.1.1.1.2.28 http-host="www.sina.com" file-category="executable"
action="BLOCK" verdict-number="8" verdict-source="cloud/blacklist/whitelist" source-
address="4.0.0.1" source-port="57116" destination-address="5.0.0.1" destination-
port="80" protocol-id="6" application="UNKNOWN" nested-application="UNKNOWN" policy-
name="argon_policy" username="user1" session-id-32="50000002" source-zone-
name="untrust" destination-zone-name="trust"]

http-host=www.sina.com file-category=executable action=BLOCK verdict-number=8 verdict-
source=cloud source-address=4.0.0.1 source-port=57116 destination-address=5.0.0.1
destination-port=80 protocol-id=6 application=UNKNOWN nested-application=UNKNOWN
policy-name=argon_policy username=user1 session-id-32=50000002 source-zone-
name=untrust destination-zone-name=trust
```

### 2.6.4.2 ~~FLOW Action Logging~~

~~When SRX AAMW is enabled, an additional field will be added in session close log and session drop log.~~
~~Here is session log example of a session denied by advanced-anti-malware module:~~

~~<14>1 2013-08-13T23:29:28.154Z - RT_FLOW - RT_FLOW_SESSION_DENY [junos@2636.1.1.1.2.34~~
~~source-address="20.0.0.2" source-port="32874" destination-address="21.0.0.2"~~
~~destination-port="80" service-name="junos-http" protocol-id="6" icmp-type="0" policy-~~
~~name="1" source-zone-name="untrust" destination-zone-name="trust"~~
~~application="UNKNOWN" nested-application="UNKNOWN" username="user1"~~
~~roles="role4,role3,role2,role1" packet-incoming-interface="ge-0/0/1.0"~~
~~encrypted="UNKNOWN" reason="Threat detected, session denied by Juniper advanced anti-~~
~~malware"] session-denied 20.0.0.2/32874->21.0.0.2/80 junos-http 6(0) 1 untrust trust~~
~~UNKNOWN UNKNOWN user1(role4,role3,role2,role1) ge-0/0/1.0 UNKNOWN~~ ***Threat detected,***
***session denied by Juniper advanced anti-malware.***

### ~~2.6.4.3~~ 2.6.4.2 Advanced-anti-malware Status Logging

SRX will send RTLOG/RELOG for any normal/abnormal activities. For example:

- Server connection failed

~~<123>1 2014-08-24T17:41:06.212 SRX RT_AAMW - RT_AAMW_CONNECTION_FAILURE~~
~~[junos@2636.1.1.1.2.49 hostname="argon-cloud.juniper.net" ip-~~
~~address="10.208.22.10" port="443"] Access host argon-cloud.juniper.net on ip~~
~~10.208.22.10 port 443 timeout.~~

<123>1 2014-08-24T17:06.212 SRX AAMWD - AAMWD_NETWORK_CONNECT_FAILED
~~AAMWD_CONNECTION_FAILURE~~ [junos@2636.1.1.1.2.49 hostname="argon-
cloud.juniper.net" ip-address="10.208.22.10" port="443"] Access host argon-
cloud.juniper.net on ip 10.208.22.10 port 443 timeout.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the Company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173312



| RLI Number | 23914 | 1.~~6~~7 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~05~~10/~~25~~23/~~2014~~2015 | | |

- Server connection established~~dd~~
  ```
  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMWD_NETWORK_CONNECT_SUCCESS
  AAMWD_NETWORK_CONNECT_SUCCESS-[junos@2636.1.1.1.2.49 hostname="argon-
  cloud.juniper.net" ip-address="10.208.22.10" port="443"] Access host argon-
  cloud.juniper.net on ip 10.208.22.10 port 443 succeeded.
  ```

- AAMW file magic DB updated
  ```
  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMW_FILE_MAGIC_DB_UPDATED
  [junos@2636.1.1.1.2.49 version="11130-2014-01"] Juniper advanced anti-malware
  file magic DB updated.

  <123>1 2014-08-24T17:41:06.212 SRX RT AAMW – RT_AAMW_FILE_MAGIC_DB_UPDATED
  [junos@2636.1.1.1.2.49 slot="FPC1.PIC1" version="11130-2014-01"] FPC1.PIC1
  Juniper advanced anti-malware file magic DB updated.
  ```

- AAMW policy committed
  ```
  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMW_POLICY_COMMITTED
  [junos@2636.1.1.1.2.49 version="11130-2014-01"] Juniper advanced anti-malware
  policy committed.

  <123>1 2014-08-24T17:41:06.212 SRX RT AAMW – RT_AAMW_POLICY_COMMITTED
  [junos@2636.1.1.1.2.49 slot="FPC1.PIC1" version="11130-2014-01"] FPC1.PIC1
  Juniper advanced anti-malware policy committed.
  ```

- AAMW inspection profile ~~updated~~update events
  ```
  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMWD_INSPECT_PROFILE_UPDATE_SUCCESS
  AAMW_INSPECTION_PROFILE_UPDATED-[junos@2636.1.1.1.2.49 version="11130-2014-01"]
  Inspection profile updated to version 1113020141 successfully.Juniper advanced
  anti-malware inspection profile <name> <added/deleted/updated>.

  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMWD_INSPECT_PROFILE_UPDATE_SUCCESS
  [junos@2636.1.1.1.2.49] Inspection profile update failed.
  ```

- AAMW Blacklist/Whitelist update events
  ```
      <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMWD_GWL_UPDATE_SUCCESS
  [junos@2636.1.1.1.2.49 version="1113020141"] Global whitelist updated to
  version 1113020141 successfully.

  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMWD_GWL_UPDATE_FAILED
  [junos@2636.1.1.1.2.49] Global whitelist update failed.

  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMWD_GBL_UPDATE_SUCCESS
  [junos@2636.1.1.1.2.49 version="1113020141"] Global blacklist updated to
  version 1113020141 successfully.

  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMWD_GBL_UPDATE_FAILED
  [junos@2636.1.1.1.2.49] Global blacklist update failed.

  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMWD_CWL_UPDATE_SUCCESS
  [junos@2636.1.1.1.2.49 version="1113020141"] Custom whitelist updated to
  version 1113020141 successfully.

  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMWD_CWL_UPDATE_FAILED
  [junos@2636.1.1.1.2.49] Custom whitelist update failed.

  <123>1 2014-08-24T17:41:06.212 SRX AAMWD – AAMWD_CBL_UPDATE_SUCCESS
  [junos@2636.1.1.1.2.49 version="1113020141"] Custom blacklist updated to
  version 1113020141 successfully.
  ```

**Formatted:** Indent: Left: 0.5", No bullets or numbering

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL – SOURCE CODE                    JNPR-FNJN_29002_00173313



| RLI Number | 23914 | 1.67 | 1 |
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

<123>1 2014-08-24T17:41:06.212 SRX AAMWD - AAMWD CBL UPDATE FAILED
[junos@2636.1.1.1.2.49] Custom blacklist update failed.

> Formatted: Font:

<123>1 2014-08-24T17:41:06.212 SRX RT_AAMW - RT_AAMW_INSPECTION_PROFILE_UPDATED
[junos@2636.1.1.1.2.45 slot="FPC1.PIC1" version="11130-2014-01"] FPC1.PIC1
Juniper advanced anti-malware inspection profile <name>
<added/deleted/updated>.

> Formatted: Font:

### 2.6.5 Software Feature Licensing

AAMW Llicense will be controlled and handled on Argon cloud side, no argon feature license installed on SRX. But,

> Formatted: Space After: 0 pt
> Formatted: Font:

Aaamwrgon service has dependency on JDPI module, which is used by Nextgen AppID also, so Al AppID license must be installed and activated on SRX.

> Formatted: Font: (Default) Arial
> Formatted: List Paragraph, Indent: Left: 0", Line spacing: single

```
root@yellowstar> show system license
License usage:
                   Licenses     Licenses     Licenses     Expiry
    Feature name      used      installed     needed
    idp-sig            0            1            0        2016-04-28 17:00:00 PDT
    logical-system     1            6            0        permanent

Licenses installed:

    License identifier: JUNOS508209
    License version: 4
    Valid for device: AA1808AC1234
    Features:
      idp-sig        - IDP Signature
        date-based, 2014-04-28 17:00:00 PDT - 2016-04-28 17:00:00 PDT
    License version: 2
    Valid for device: AA1808AC1234
    Features:
      appid-sig      - APPID Signature
        date-based, 2013-11-21 16:00:00 PST - 2015-11-20 16:00:00 PST
```

> Formatted: Font: (Default) Arial
> Formatted: Font: (Default) Arial, (Asian) Chinese (PRC)
> Formatted: Font: Bold, (Asian) Chinese (PRC)
> Formatted: Highlight

After installed AppID license, Customer must download and install the latest AppID signature package.

> Formatted: Font: (Default) Arial, 10 pt, Font color: Auto

```
>request services application-identification download
Please use command
      "request services application-identification download status" to check
download status
>request services application-identification install
Please use command
      "request services application-identification install status" to check
install status
```

> Formatted: Font: (Default) Arial, 10 pt, Font color: Auto
> Formatted: Font: (Default) Arial, Not Bold
> Formatted: Font: (Default) Courier New, 9 pt, Font color: Text 1, (Asian) Chinese (PRC)
> Formatted: Font: (Default) Courier New, 9 pt, Font color: Text 1, (Asian) Chinese (PRC)

### 2.6.6 Software Packaging

In this feature, Libmagic, WebSocket and Msgpack are introduced. They will be built into Junos as a library. AAMW plugin will call their exported APIs.

### 2.6.7 J-Web Quick Configuration and Monitor Screen

N/A

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173314



| RLI Number | 23914 | 1.~6~7 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~05~10/~25~23/~2014~2015 | | |

### 2.6.8   Integration with Management Systems

N/A

## 2.7   Examples or Interaction Descriptions

### 2.7.1   JSF Service Chain for Packet Mode

SRX jsf_aamw plugin needs to interact with many plugins such as JDPI, RTCOM, SSL-I and TCP proxy.



| Field Code Changed |
|---|

**Figure 5 JSF Service Chain for Packet Mode**

### 2.7.~1~2.7.2   JSF Service Chain for ~HTTP(s)~Inline Blocking ~Traffic~

In order to support ~HTTPs~ inline blocking~inspections~, SRX AAMW needs to interact with JDPI stream/packet plugin, which needs TCP proxy (TCP-T, TCP-I), SSL proxy (SSL-T, SSL-I) plugin support.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE

JNPR-FNJN_29002_00173315

| RLI Number | 23914 | 1.~~6~~7 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/2~~5~~23/20~~14~~2015 | | |



**Figure 6 JSF Service Chain for ~~HTTPs~~Inline Blocking**

### 2.7.~~2~~2.7.3   Argon Cloud Interaction

For SRX and Argon cloud interaction, please refer to "Argon API" for detailed info.

## 2.8   Supportability (Serviceability, Diagnose-ability and Fault Handling)

### 2.8.1   Serviceability and Diagnose-ability

- Argon traceoptions
    - set services advanced-anti-malware traceoptions flag

      ```
      Possible completions:
        all                Trace everything
        connection         Trace connections to server
        content            Trace content buffer management
        daemon             Trace advanced anti-malware daemon
        identification     Trace file identification
        parser             Trace protocol context parser
        plugin             Trace advanced anti-malware plugin
        policy             Trace advanced anti-malware policy
      ```
    - set services advanced-anti-malware traceoptions level

      ```
      Possible completions:
      ```

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1                    Template Owner: Ramesh R N

Page 34



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 05̶10/2̶5̶23/20̶1̶42015 | | |

```
all                 Match all levels
error               Match error conditions
info                Match informational messages
notice              Match conditions ...
verbose             Match verbose messages
warning             Match warning messages
```

- **VTY plugin list**

```
[flowd64]FPC6.PIC0(vty)# show usp plugins
Number of plugins: 29
Plugin: id: 1, name: junos-syn-term
Plugin: id: 2, name: junos-screen-adapter
Plugin: id: 3, name: junos-fwauth-adapter
Plugin: id: 4, name: junos-syn-init
Plugin: id: 5, name: junos-rtcom
Plugin: id: 6, name: junos-jdpi
Plugin: id: 7, name: junos-appqos
Plugin: id: 8, name: junos-secintel
Plugin: id: 9, name: junos-aamw
Plugin: id: 10, name: junos-idp
Plugin: id: 11, name: junos-userfw
Plugin: id: 12, name: junos-uf
Plugin: id: 13, name: junos-tcp-svr-emul
Plugin: id: 14, name: junos-ssl-proxy
Plugin: id: 15, name: junos-ssl-term
Plugin: id: 16, name: junos-fwauth-stream-adapter
Plugin: id: 17, name: junos-dpi-stream
Plugin: id: 18, name: junos-appfw-stream
Plugin: id: 19, name: junos-aamw-stream
Plugin: id: 20, name: junos-idp-stream
Plugin: id: 21, name: junos-captive-portal
Plugin: id: 22, name: junos-alg
Plugin: id: 23, name: junos-utm
Plugin: id: 24, name: junos-log
Plugin: id: 25, name: junos-test
Plugin: id: 26, name: junos-rtcom-stream
Plugin: id: 31, name: junos-ssl-init
Plugin: id: 32, name: junos-tcp-clt-emul
Plugin: id: 33, name: junos-gprs
    Plugin: id: 34, name: junos-appfw
```

- **JSF AAMW VTY**
  - o  plugin jsf_aamw show policy
  - o  plugin jsf_aamw show profile
  - o  plugin jsf_aamw show status
  - o  plugin jsf_aamw show statistics

```
[flowd64]FPC7.PIC0(vty)# plugin jsf aamw show  statistics
-------------- AAMW plugin statistics ---------------
Session interested         :  0
```

*Formatted:* Font: (Default) Courier New, 9 pt

*Formatted:* Font: (Default) Courier New, 9 pt, Highlight

*Formatted:* Font: (Default) Courier New, 9 pt

*Formatted:* Font: (Default) Courier New, 9 pt, Highlight

*Formatted:* Font: (Default) Courier New, 9 pt

*Formatted:* Indent: Left: 0.5", No bullets or numbering

© Copyright 2012 Juniper Networks, Inc. — Proprietary and Confidential —
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 — Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173317



| RLI Number | 23914 | 1.~~6~~7 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/~~2523~~/~~20142015~~ | | |

```
Session processed              :   0
Session permitted              :   0
Session blocked                :   0
Session ignored                :   0
Log notifications counter      :   0
File equal or over threshold:      0
File below threshold           :   0
File send success              :   0
File send failed               :   0
File send ignore               :   0
File send partial              :   0
Blacklist hit                  :   0
Whitelist hit                  :   0
Http session active            :   0
Https session active           :   0
Http session processed         :   0
Https session processed        :   0
Fallback permitted             :   0
        Fallback blocked               :   0
o  plugin jsf_aamw show counters
   [flowd64]FPC7.PIC0(vty)# plugin  jsf_aamw_show  counters
   ------------ AAMW plugin counters ----------------
File ready events (url)            0
File complete events               0
File complete events c2s           0
File complete events s2c           0
File content total created         0
File content ever handled          0
File type identified               0
File type not identified           0
File size below min size           0
File size exceeds max size         0
File ignored by sample rate        0
File submission send total         0
File verdict got total             0
File verdict counters         0 0 0 0 0 0 0 0 0 0 0 [0]
Verdict after session closed       0

Server connection actives          0
Server connection success          0
Server connection failure          0

        Limit of sessions exceeds       0
o  plugin jsf_aamw show fast_category table
   Version: 1435628487
   -----------------------------------------------------
```

© Copyright 2012 Juniper Networks, Inc. — Proprietary and Confidential —
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 — Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173318

**Formatted:** Indent: Left:  1", No bullets or numbering

**Formatted:** Indent: Left:  1", No bullets or numbering

**Formatted:** Indent: Left:  1"



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 05<del>10</del>/25<del>23</del>/201<del>4</del>2015 | | |

```
offset  pattern len        magic type              ic
after check
-------------------------------------------------------------------
0       4                  application/zip          0    NO
0       4                  application/zip          0    NO
0       8                  application/zip          0    NO
30      6                  application/zip          0    NO
526     5                  application/zip          0    NO
0       3                  application/x-gzip       0    NO
0       4                  application/x-rar        0    NO
0       6                  application/x-shellscript 1   NO
0       4                  application/x-dosexec     0    NO
0       2                  application/x-dosexec     0    NO
0       2                  application/x-dosexec     0    NO
2       3                  application/lha          0    NO
```

> **Formatted:** Indent: Left: 1", No bullets or numbering

- JDPI traceoptions
  - o  set services application-identification traceoptions
- JDPI signature package version
  - o  show services application-identification version
- JDPI VTY
  - o  plugin jdpi set debug level 3
  - o  plugin jdpi set debug module proto_bundle enable
  - o  plugin jdpi set debug module timer enable
  - o  plugin jdpi set debug module engine enable
  - o  plugin jdpi set debug module engine_evt enable
  - o  plugin jdpi set debug module flow enable
  - o  plugin jdpi show application parsed_ctx_stats all
  - o  set usp flow local-debug-buf state 1
  - o  show usp flow trace 0

```
[flowd64]FPC5.PIC0(vty)#plugin jdpi show application parsed_ctx_stats all
Application Name:: http
=======================================================
    Protocol Context Name (ID)      Number of Hits
    -----------------------------------------------
    uri                   (5)             1
    mime_type             (11)            1
    content_len           (27)            1
    filename              (29)            0
    content_range         (30)            0
    header_name           (34)            11
    header_value          (35)            11
    part_filename         (40)            0
    index                 (47)            2
    dechunk_size          (61)            0
```

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE   JNPR-FNJN_29002_00173319



| RLI Number | 23914 | 1.67 | 1 |
| --- | --- | --- | --- |
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

```
host                        (66)     1
content_encoding            (69)     0
accept_encoding             (70)     0
header_raw                  (71)     11
file_completed              (80)     2
uri_decoded                 (82)     1
content                     (530)    17
method                      (555)    1
mime                        (627)    1
mime_type_main              (628)    1
mime_type_sub               (629)    1
content_raw                 (632)    17
content_transfer_encoding(649)       0
```

- **Dynamic Address for B/W IP list**
  - o **CLI**

    ```
    > show security dynamic-address instance advanced-anti-malware
    No.     IP-start        IP-end          Feed             Address
    1       5.5.0.0         5.5.0.10        custom blacklist ID-00000003
    2       11.11.0.0       11.11.0.10      custom whitelist ID-00000004
    ```
        **Formatted:** Font: Bold
        **Formatted:** Indent: Left: 1", No bullets or numbering
        **Formatted:** Indent: Left: 1", No bullets or numbering

  - o **VTY**
        **Formatted:** Font: Bold

    ```
    [flowd64]FPC7.PIC0(vty)# show usp dynamic-address advanced-anti-malware
    <<<DA advanced-anti-malware>>>
                table size: 65536
                hbt key bits: 16
          address item number: 2 (raw 2)
          address tree number : 2
                item add error : 0
                item del error : 0
                item create error : 0
    sync flag (hex)         : 0
    sync started            : no
    sync need replacement   : no
    sync cnt announced      : 0
    sync cnt received       : 0
    sync first ip expected : 0.0.0.0
    sync last  ip expected : 255.255.255.255
    sync end announced ip  : 0.0.0.0
          hbt add           : 4
          hbt del           : 2
             max  time[0]   : 43/49846
             last time[0]   : 4/5045
             max  time[1]   : 31/35940
             last time[1]   : 30/34142

        IP-start        IP-end          hbt-tree  hit-count  da-id
    ```

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE            JNPR-FNJN_29002_00173320



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

5.5.0.0          5.5.0.10          1285          0  (1  ID

**Formatted:** Indent: Left:  1",  No bullets or numbering

)1:3

- RTCOM & SSL traceoptions
  - o  set services ssl traceoptions enable-flow-tracing
- RTCOM & SSL VTY
  - o  show usp jsf counters junos-ssl-init
  - o  plugin junos_ssl show initiation profile all
  - o  show usp jsf rtcom client 1
  - o  show usp jsf rtcom com 11484206

### 2.8.2  Sample outputs of jsf_aamw plugin VTY

- **plugin jsf_aamw show policy <all/policy_name>**
  Advanced-anti-malware threats protection policy status:
  Policy Name: p1
    Inspection-profile: insp_profile1
    Applications: HTTP
    Verdict-threshold: 5
    Action: block
    Notification: log
    Default-notification: Log
    Whitelist-notification: Log
    Blacklist-notification: Log

    Fallback Options:
      Action: permit
      Notification:
- **plugin jsf_aamw show profile <all/profile_name> summary**
  Advanced Anti-malware inspection profile:
  Profile Name: insp_profile1
  Version: 1422315427
- **plugin jsf_aamw test bwlist www.server1.com**
  #www.server1.com in Customer whitelist.
- **Plugin jsf aamw test reverse dns**
  [flowd64]FPC5.PIC0(vty)# plugin jsf aamw test reverse dns 4.0.0.5
  Found ip 4.0.0.5 -> ae5-1096.edge9.Dallas1.Level3.net

  **Formatted:** Indent: Left:  0.5"

  [flowd64]FPC5.PIC0(vty)# plugin jsf aamw test  reverse dns 4.0.0.6
    IP 4.0.0.6 not found in reverse dns table
- **plugin jsf_aamw show status**

  **Formatted:** Indent: Left:  0.5", Space Before: 0 pt, After:  10 pt,  No bullets or numbering

  ------------- SRX AAMW Plugin Status -------------
  JDPI Plugin PCP is Enabled
  File Identification is Enabled
  File Send to Argon Server is Disabled
  Buffer Management is Enabled
  URI Cache is enabled

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

```
++++++++++++++ Connector Server Status +++++++++++++++
Argon Server Hostname/Port: cloud.juniper.net/443
Concurrent Connection: 4
Last Connection Time: Sat Dec 14 22:52:26 2014 PST
Last Connection Status: Connected/Connecting/Failed
```

- **plugin jsf_aamw show dbg_statistics**

```
 [flowd64]FPC5.PIC0(vty)# plugin jsf_aamw show dbg_statistics
-------------- AAMW plugin status ----------------
Pkt plugin interest check   :   2
Pkt plugin session create   :   0
Pkt plugin packet process   :   0
Pkt plugin session destroy  :   2
Stream plugin interest check:   0
Stream plugin session create:   2
Log notifications           :   0
AFC event counter           :   6
PCP event counter           :   1
Fast file type ID counter   :   0
Full file type ID counter   :   0
RTCOM create done           :   0
RTCOM disconnect            :   0
RTCOM receive times         :   9[flowd64]FPC6.PIC0(vty)# plugin jsf aamw show
dbg statistics
-------------- AAMW plugin debug statistics ---------------
Stream plugin interest check:   2108
Stream plugin session create:   0
Stream plugin session close :   0
Packet plugin interest check:   2108
Packet plugin session create:   0
Packet plugin session close :   0
AFC & PCP registration ok   :   0
AFC event failure           :   0
PCP event failure           :   0
AFC event counter           :   0
PCP event counter           :   0
RTCOM connection create done:   0
RTCOM connection abort      :   0
RTCOM peer close            :   0
RTCOM receive times         :   0
Secintel CC hit log events  :   0
Fast file type ID counter   :   0
Full file type ID counter   :   0
Reverse dns ready count     :   0
Total reverse dns entries   :   0

------------------------Processing Time Statistic ------------------------
File identify(ms)        :   0
File category(ms)        :   0
Ctxt parsing(ms)         :   0
Sending file(ms)         :   0
Websocket receiving(ms)  :   0
Websocket sending(ms)    :   0
All websocket event(ms)  :   0
```

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N



| RLI Number | 23914 | 1.~~6~~7 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/~~2523~~/~~20142015~~ | | |

```
-------------------------Fallback Action Statistic -----------------------------
Timeout                       :    0
Connection error              :    0
No resource                   :    0
Size limit                    :    0
Cloud error                   :    0
```

- **plugin jsf_aamw show counters**

```
------------- AAMW plugin counters ----------------
File content ready events        0
File complete events             0
File type identified             0
File type not identified         0
File size below min size         0
File size exceeds max size       0
File ignored by sample rate      0
File submission send total       0
File verdict got total           0
File verdict counters            0 0 0 0 0 0 0 0 0 0 (0)
File verdict not determined      0

Server connection actives        0
Server connection success        0
Server connection failure        0
```

### 2.8.3  Fault Handling

We have fallback configuration. If Argon cloud cannot be connected or timeout, no PFE memory, or no packet buffer, then specified action will be taken.

## 2.9   Dependencies and Interactions with other Components in the System

1. **JDPI Interaction**

   SRX Advanced Anti-Malware feature has dependency on JDPI module. It will register JDPI JSF event and register interested protocols and contexts.

   1) **Subscribe JDPI Event in Plugin Initialization**

   ```
   msvcs_plugin_subscribe_events(jsf_test_pid,
       MSVCS_EV_CLASS_JDPI_AFC,-> Application Flow Classification
       MSVCS_EVENT_MASK_ALL,
       MSVCS_EVENT_MASK_ALL);
   msvcs_plugin_subscribe_events(jsf_test_pid,
       MSVCS_EV_CLASS_JDPI_PCP,->Parsed Context Propagation
       MSVCS_EVENT_MASK_ALL,
       MSVCS_EVENT_MASK_ALL);
   ```

   2) **Send Service Request during MSVCS_DATA_EV_SESSION_INTEREST**

   ```
   int jsf_dpi_service_req(msvcs_session_id_t session_id ,
   msvcs_ctx_sess_interest_info_t *sess_interest, int plugin_id, uint32_t
   service_requested);
   ```

   3) **Register Protocols and Contexts**

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173323



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

```
int32_t jsf_dpi_protocol_context_register(int32_t protocol_id, int32_t
*protocol_ctxt_list, jsf_dpi_proto_ctx_cfg_flag_t flag, int32_t
plugin_id);
```

**4) SRX jsf_aamw plugin get event from JDPI**

- MSVCS_DATA_EV_JDPI_EVT_NEW_CLASSFICATION_AVAILABLE
- MSVCS_DATA_EV_JDPI_EVT_CLASSIFICATION_OVER
  - Return L7 AppID, match state, Nested state.
- MSVCS_DATA_EV_JDPI_EVT_NEW_PARSED_CONTEXT_AVAILABLE
  Return PCG (Parsed Context Group), with context id and context content.
  - JSF_PROTO_CTXT_HTTP_REQUEST
  - JSF_PROTO_CTXT_HTTP_FILE_COMPLETE
  - JSF_PROTO_CTXT_HTTP_CONTENT
  - ...

2. **RTCOM Interaction**
   When SRX Advanced Anti-Malware configuration is pushed to PFE, jsf_aamw plugin will initialize SSL connections to Argon cloud through RTCOM.

3. **SSL Proxy Interaction**
   To support HTTPs protocol, JDPI plugin has to enable SSL proxy plugin to decrypt SSL traffic.

4. **TCP Proxy Interaction**
   SSL proxy plugin needs to enable TCP proxy for inspecting HTTPs traffic.

5. **SSL Initial Interaction**
   RTCOM plugin will call SSL-I to setup SSL/TLS connections.

6. **NSD Interaction**
   NSD is responsible for global policy/setting compiling and pushing.

7. **AAMWD Interaction**
   AAMWD is responsible for advanced anti-malware configuration syncing and health data, telemetry counter reporting.

8. **USPINFO Interaction**
   Uspinfo module will setup temporary PCONN sessions to SRX jsf_aamw plugin on each SPU for fetching PFE status and statistics.

## 2.10  Legal Considerations

### 2.10.1  Third-Party Materials:

Are there any **Third-Party (non-Juniper) Materials** incorporated into the SW?
"**Third-Party Materials**" include (1) Open Source Software, technology, and materials ("OSS"), and (2) Third-Party commercial technology, materials, and code (including code embedded in an ASIC).

**[ √ ] Yes  [  ] No**

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1          Template Owner: Ramesh R N



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~05~~10/~~2523~~/~~2014~~2015 | | |

**If Yes,** submit a **Third-Party Tracking Chart** created by your **Codemaster** listing all such Third-Party Materials to your **BU IP Technology Transaction Attorney**.  Your "**Codemaster**" is the team member assigned to track all Third-Party Materials for a Functional Specification.

**All Third-Party Materials must be approved prior to Functional Specification approval**, as follows:

- All OSS must be approved in accordance with **Juniper's Inbound OSS Policy**; and
- All Third-Party commercial technology must be approved by Legal in accordance with Juniper's **Third-Party Commercial Technology Policy**.

### 2.10.2 Export Control Matters

#### Encryption

All encryption features/content must be reviewed and all US/International legal requirements met prior to HW/SW release.  Such review/approval may take **up to 50 days**.  "HW/SW" includes a system, card, IC device, software OS or application or module embedded therein, or revision of any of the foregoing.

| # | Encryption Questions | Yes/No |
|---|---|---|
| a | Is there cryptography incorporated in, controlled by, or linked (dynamically or otherwise) to HW/SW? | Yes |
| b | Is cryptography used for key exchange, authentication, or message integrity? | Yes |
| C | Does cryptography operate in the HW/SW to decrypt already-encrypted content? | Yes |
| d | Is cryptography used to encrypt or decrypt network management, monitoring or administrative traffic? | Yes |
| e | Is "publicly available" or OSS-derived cryptography used? | No |
| F | Is the HW/SW designed to use encryption embedded in another product? | No |
| g | Is there cryptography in or used by the HW/SW that was furnished, or developed, by a Third-Party? | No |
| h | Does any hardware component incorporated in the HW/SW implement (or accelerate computations for) any cryptographic algorithm or security protocol? | Yes |

If you answered **"Yes" to any of the above questions, then there is encryption** and you must complete the **Encryption Checklist** at https://www.t-baccess.com/juniper/engineering/default.aspx.

#### High-Speed IO Technology

Is the product, subsystem, component or feature designed to, or does it operate to enable the system in which it is incorporated to support >120Gbps per channel I/O?            **[ ] Yes   [X] No**

If **Yes, then email** kniven@juniper.net and cc **compliance_helpdesk@juniper.net** with "URGENT–High Speed Interconnect Issue" as the Subject Line.  In the email, identify the project code name/feature description and a brief description of the product or feature.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173325



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

For questions about encryption or the **Encryption Checklist,** email new_product_export_classification@juniper.net. For all other questions, email legal-ip checklist@juniper.net.

## 3.   Other Requirements

<As necessary, outline the general implementation requirements *not* covered in the project requirements (RLIs, etc.) and call out any specific additional requirements for protocols, edge cases, etc. If there is a significant amount of the latter then you should break this section down in to subsections.>

[=== Everything from here down is internal (white box) documentation and should not be documented or related to customers without a specific need. (e.g. customer support workarounds for critical issues,  performance targets where the performance is the feature, etc.) ===]

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE



| RLI Number | 23914 | 1.~~6~~7 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 05~~10~~/25~~23~~/2014~~2015~~ | | |

## 4.   System Resource Estimation

Similar to UTM or IDP feature, SRX Advanced Anti-Malware feature needs more PFE arena memory for session state maintenance, file context list caching, and packet holding.

For each session, there is a global cookie for maintaining session state machine. Roughly estimation, it needs ~~about 100~~+248Bytes.

For each file, there is a buffer list data structure, including uri, http header, file context, file size and spinlock.

Each file content needs:

> +~~32~~384(file content structure)
> +256(average URI length)
> +4(method)
> +100(http User-Agent)
> +32(average hostname length)
> +356(average HTTP Header length)
> +64(hash)
> +24(lock)
> +8K(file content for identification)32 buffer list
> +48 parsed buffer list
> =~~8788Bytes.~~ 434Bytes

Each session at least need 248+434=682Bytes.

~~For each file piece, it needs 48(pointer) + 128(Submission ID) + 22(WebSocket message padding) + piece size memory.~~

~~SRX will copy the first 1KB content for file identification and hold a copy of last one/two content packets for inline blocking, so totally for each session it needs about 786 + 198 * 3 (packets) + 1KB + 2KB ~~ 5KB~~ memory.~~

By design, there are also some global variables, such as global lock, counters, policy tree. They just needs less than 10KB.

Additionally, in order to support URI caching, it needs about 2000*(nKB) memory. If support ~~10K~~ 3K URL caching, totally needs about ~~20MB~~ 6MB memory.

As SRX jsf_aamw plugin will enable PCP mode of JDPI, it also needs more memory for TCP reassembling, packet holding and context event buffer.

### 4.1   Performance Related Resources

Except for global variables and policy, all other memory are performance related.

Formatted: Font: (Default) Arial

Formatted: Indent: Left: 0"

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1                    Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173327



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/~~2523~~/~~2014~~2015 | | |

# 5.   Scaling and Performance

Actually, it's very hard to measure the end-to-end performance, as there are so many modules involved, such as JDPI, SRX jsf_aamw plugin (Plugin framework, Buffer management/transport, WebSocket, ~~Libmagic,~~ MSGPACK), SSL proxy, TCP Proxy, RTCOM, and SSL-I. We are planning to track SnP data in separated document.

## 5.1   Target Scaling

The expected concurrent session scaling should reach 32K XLR flow mode SPU, 16K for combo SPU.

## 5.2   Target Performance

The scaling and performance numbers of Juniper AAMW can be found in the document
SRX_Argon_Scaling_Performance.

## 5.3   Limits

1. Policy and profile limit
   The capacity number of advanced anti-malware policies is 32.
   The capacity number of inspection-profiles is 32.
2. Blacklist or whitelist limit
   - Customer whitelist
     The capacity number is 1024.
   - Customer blacklist
     The capacity number is 1024.
   - Global whitelist
     The capacity number is 3072.
   - Global blacklist
     The capacity number is 3072.
3. Whitelist and Blacklist URL and Hostname limit
   - Hostname Length Limit
   The maximum length of each hostname entry is 128 Bytes.
   - URL Length Limit
   The maximum length of each URL entry is 2048 Bytes.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173328



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

## 6.   Compatibility Issues

This is the first release for security-argon feature.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1                    Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173329



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~05~~10/~~25~~23/~~2014~~2015 | | |

## 7.   Security Considerations

Communication between the SRX and Argon needs to be authenticated and encrypted. A number of properties are required:

- Integrity of data: we know that the data has not been altered
- Endpoint authentication: both Argon and any client need to be sure that they are communicating with the correct entity
- Endpoint tracking: The Argon needs to be able to log a unique client ID for requests
- Endpoints should be able to be revoked: Should an endpoint, be it Argon or client, be compromised there should be a simple way to revoke access.
- Sections of the API should be role restricted: a sample submitting client should not be allowed to submit scores, etc.
- The mechanism should scale for many clients and many Argon machines.

The scheme proposed is to use TLS client certificates to provide the properties we want.

Argon will act as a Certificate Authority. For each client of the API, Argon will issue its cert's public key and a client certificate derived from the same certificate. It is assumed that there is a secure distribution mechanism that bootstraps the system. The client certificate will include two pieces of information that are specific to the individual client,

**Common Name(CN)**: <SHA256(customer ID + salt)><delim><SHA256(unique ID +salt)>

**Organizational Unit Name(OU)**: <AES encrypted unique ID + list of role names>

The **customer ID** is global to a customer, and is a way to refer to the entity who has purchased the entitlement to Argon. This document does not consider the case of a sell-through, or resell arrangement.

The **unique ID** is a stable piece of information about the client. In the SRX case it will be the serial of the particular SRX the certificate is assigned to.

The **role name** is a description of the access level the client has to the API. It will be a single string that denotes a role. There will be a number of roles pre-configured for the Argon API, something that could be extended at a later date to be more flexible.

Note: encrypting the data in the certificate raises the bar for forgeries. It will also require a separate key that remains private to the Argon machines.

Once the client has its certificate and the public key of the server cert, TLS proceeds normally with strict server and client certificate checking. This will ensure that application level code is not exposed until the TLS layer has completed. This gives an added level of protection to the application layer. The second stage of authentication is at the application level, where the OU is extracted from the client certificate, decrypted, and the role extracted so that it may be compared against the URL being accessed, or the messages being sent. This role determines, at the application level, what operations are possible.

This scheme generalizes to multiple Argon machines and clients. Where there are multiple Argon machines, each must behave identically. To do this each Argon must have the same server certificate and issue client certs identically. The server cert and encryption keys are again, assumed to be shared securely by an outside mechanism.

The CN includes derivatives of the customer ID and the unique ID, which may be used to route connections or apply policy based on them. This gives us the ability to alter our service later without having to reissue certificates.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173330



| RLI Number | 23914 | 1.67 | 1 |
| --- | --- | --- | --- |
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

The SHA + salt, make it harder for an adversary to learn the value of the customer ID and the unique ID.

To handle the case where we wish to revoke access, a client "untrusting" an Argon cloud is simply a matter of removing the server's public key from the trusted set.

The reverse is only moderately more difficult. The client, who we wish to revoke access for, has their certificate added to a Certificate Revocation List (CRL). This CRL is loaded by the Argon application server, and the CRL is distributed in the cluster.

This CRL is the third piece of information that needs to be shared, and maintained to be identical within a cluster of Argon machines.

The distribution mechanism, while being outside the scope of this document, is to be conducted by the cloud bootstrap procedure in the first release. Subsequent releases may use Security Director to achieve secure distribution.

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173331



| RLI Number | 23914 | | 1.~~67~~ | 1 |
|---|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | | |
| Version Date | ~~0510~~/~~2523~~/~~2014~~2015 | | | |

## 8. Platforms Supported

This feature support only SRX1500 platforms includes:
SRX1500

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1        Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE

JNPR-FNJN_29002_00173332



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/~~2523~~/~~2014~~2015 | | |

## 9.   Common Infrastructure

### 9.1   High Availability (HA)

#### 9.1.1   Graceful RE Switchover (GRES), ISSU and NSSU Impact

The bootstrap package only needs to be downloaded and run on primary nodes, the script will install certificates via CLI commands, all the certs and configurations will be synced to backup nodes automatically.

For control plane, only the daemon on primary will connect to Argon cloud for profile syncing, file DB downloading and health/telemetry data reporting. File magic DB will be copied to backup node after downloaded on primary. When doing failover, daemon on the new primary will download all profiles, and will check the version on PFE to see if need resync with it.

For data plane, RTCOM only can setup connection from primary node, so no connection to Argon cloud on backup. With this limitation, argon feature does not support AA mode.

For AP mode, during failover, the original master SRX clears session state, file context list, shutdown RTCOM connection. New master will set up new connections to Argon via RTCOM. New pass through HTTP/HTTPS sessions will go to new master node. The current existing session will be ignored. So ISSU is not supported and NSSU is supported.



**Figure 7 SRX Advanced Anti-Malware HA Process Diagram**

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173333



| RLI Number | 23914 | 1.67 | 1 |
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

**9.1.2  NSR Impact**

N/A

**9.2  Aggregated Ethernet/ SONET/ IRB Support**

N/A

**9.3  Services/JSF (JUNOS Services Framework) Impact**

N/A

**9.4  Multi-Chassis Support**

Yes

**9.5  64-Bit Support**

Yes

**9.6  IPv6 Support**

No

**9.7  Logical System Support**

No

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1          Template Owner: Ramesh R N



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

## 10.  SDK Impact

N/A

## 10.1  SDK Customer Usage

N/A

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE      JNPR-FNJN_29002_00173335



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

## 11.   JUNOS Ready Software considerations

N/A

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173336



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

## 12.   Notes

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE                    JNPR-FNJN_29002_00173337



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

## 13. Glossary

AAMW - Advanced Anti-Malware

AFC - Application Filter Classification

PCP - Parsed Context Propagation

JDPI - Juniper Deep Packet Inspection

JSF - Juniper Service Framework

SD - Security Design

PKID - Public Key Infrastructure Daemon

IPFD - Security Intelligence feed handling Daemon

RTCOM - Real-Time Socket like API for TCP/UDP connection

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N



| RLI Number | 23914 | 1.67 | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | 0510/2523/20142015 | | |

## 14.  Design Specification exception

<If you do not intend to provide design spec for this RLI/feature, please provide detailed explanation here. Also include software director approval in section 20 (Review Comments) indicating his/her approval on the Design Specification exception. If you plan provide Design Specification, mark this section as NA.>

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05.T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE

JNPR-FNJN_29002_00173339



| RLI Number | 23914 | 1.~~67~~ | 1 |
|---|---|---|---|
| Document Title | Juniper Advanced Anti-Malware Service on SRX | | |
| Document Owner | Hopper Wang, Xiaosong Yang, Ping Wu, Andrew Onofreychuk, Lydia Zhao | | |
| Version Date | ~~0510~~/~~2523~~/~~2014~~2015 | | |

## 15.  Functional Specification Approver Checklist

| Org. | Role | Approver's checklist (If you agree with the statements in the cell next to your role, please sign and date in the Approved by column) | Approved by & date (or NA) |
|---|---|---|---|
| PLM | Approver | The FS has detailed requirements for the feature and is in-line with the customer/product requirements. | |
| SW Eng. | Approver | The FS has detailed functional and system scale & performance requirements and correctly captures the overall system impact | |
| Sys Test | Approver | The FS has detailed functional and system scale & performance requirements for use to create the feature test plan | |
| Information Experience | Approver | The FS has detailed functional and system scale & performance requirements for use as input to create the documentation plan | |
| Architecture Reviewer | Approver (optional) | The FS has detailed functional and system scale & performance requirements and is consistent with overall system architecture | |
| Hardware | Approver (Optional) | The FS has detailed functional and system scale & performance requirements and is consistent with the H/w design | |
| Regression Test | Approver | The FS  has detailed requirements that provide inputs to identify the regression test plan | |
| Program Mgmt | Approver (Optional) | The FS has detailed requirements and correctly captures the overall requirements for the feature | |
| Customer Service | Approver (Optional) | The FS captures the overall requirements for the feature and provide inputs required to create any Customer support plan document | |
| Manufacturing | Approver (Optional) | The FS correctly identifies any impact to Manufacturing process | |

© Copyright 2012 Juniper Networks, Inc. – Proprietary and Confidential –
Do not distribute outside of the company without the permission of Juniper Networks engineering
Printed copies are for reference only!
Template: J3.02.P05 T01 – Ver. 1.1          Template Owner: Ramesh R N

HIGHLY CONFIDENTIAL - SOURCE CODE          JNPR-FNJN_29002_00173340