PAUL J. ANDRE (State Bar No. 196585)
pandre@kramerlevin.com
LISA KOBIALKA (State Bar No. 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (State Bar No. 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (State Bar No. 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:17-cv-05659-WHA<br><br>**DECLARATION OF KRISTOPHER KASTENS IN SUPPORT OF PLAINTIFF FINJAN, INC.'S REPLY TO DEFENDANT JUNIPER NETWORKS, INC.'S LETTER TO COURT RE DKT. NO. 459** |

I, Kristopher Kastens, declare:

1. I am an attorney with the law firm Kramer Levin Naftalis & Frankel LLP, counsel of record for Finjan, Inc. ("Finjan"). I have personal knowledge of the facts stated herein and can testify competently to those facts. I make this declaration in support of Plaintiff Finjan, Inc.'s Reply to Defendant Juniper Networks, Inc.'s Letter to Court regarding Dkt. No. 459.

2. Attached hereto as Exhibit 1 is a true and correct copy of a Juniper Networks, Inc. ("Juniper") document entitled "Security Intelligence Enforcement on SRX" produced by Juniper, bearing bates numbers JNPR-FNJN_29002_00172622 – 56.

3. Attached hereto as Exhibit 2 is a true and correct copy of a Juniper document entitled "Junos OS" produced by Juniper, bearing bates numbers JNPR-FNJN_29007_00009506 – 07.

4. Attached hereto as Exhibit 3 is a true and correct copy of page 19 from the transcript of the deposition of Yuly Tenorio, taken on May 9, 2018.

5. Attached hereto as Exhibit 4 is a true and correct copy of pages 15 and 22 from the transcript of the deposition of Chandra Nagarajan, taken on May 31, 2018.

6. Attached hereto as Exhibit 5 is a true and correct copy of a presentation entitled "Sky ATP Advanced Threat Protection Juniper's Sky IS the limit!" produced by Finjan, bearing bates numbers FINJAN-JN 044832 – 53.

7. Attached hereto as Exhibit 6 is a true and correct copy of a datasheet entitled "Juniper Sky Advanced Threat Prevention" produced by Finjan, bearing bates numbers FINJAN-JN 005438 – 42.

8. Attached hereto as Exhibit 7 is a true and correct copy of a manual entitled "Sky Advanced Threat Prevention Guide" produced by Finjan, bearing bates numbers FINJAN-JN 044744 – 99.

9. Attached hereto as Exhibit 8 is a true and correct copy of a Juniper document produced by Juniper, bearing bates numbers JNPR-FNJN_29017_00553620 – 75.

10. Attached hereto as Exhibit 9 is a true and correct copy of a Juniper document entitled "SRX Advance Integration with JATP" produced by Juniper, bearing bates numbers JNPR-FNJN_29018_00962784 – 98.

I declare under penalty of perjury under the laws of the United States of America that each of the above statements is true and correct. Executed on May 16, 2019, in Menlo Park, California.

                                      */s/ Kristopher Kastens*
                                      Kristopher Kastens

**ATTESTATION PURSUANT TO L.R. 5-1(I)**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

                                      */s/ Lisa Kobialka*
                                      Lisa Kobialka