# EXHIBIT 5



# Sky ATP Advanced Threat protection
## Juniper's Sky IS  the limit!

Juniper Networks, April 2016

Santanu Ganguly <santanu@juniper.net>

FINJAN-JN 044832

# An Evolving Threat Landscape

New actors, new threats, and new technologies means the threat landscape is constantly evolving.

- State sponsored actors and targeted attacks change the landscape
- Attackers are constantly looking for, and finding, new vectors
- Security solutions need to be agile to keep up
- The impact of security breaches can't be understated

The Head of Cyber of British Intelligence, in his first public, yet anonymous interview stated: "There are now three certainties in life: there's death, there's taxes and there's a foreign intelligence service on your system."

2

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044833



FINJAN-JN 044834



FINJAN-JN 044835

# What is Sky Advanced Threat Prevention



Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044836

# Why Cloud?

- Cloud environments are flexible and massively scalable
- A shared platform means everyone benefits from new threat intelligence in near real-time
- Security developers can update their defenses as new attack techniques come to light, with no delay to distribute the threat intel.
- On-site platforms offer lower efficiency, scalability, efficacy and agility.

The connection between the SRX and the Cloud is encrypted. Customer data exported to the Cloud is destroyed after analysis. Customer data is isolated to ensure privacy.

6

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044837

# Sky Advanced Threat Prevention Architecture:

Sky components are divided between the SRX, embedded in Junos, and the cloud

- Components in Junos:
  - SecIntel Service
    - Receives feeds from the cloud
      - GeoIP
      - Command and Control
      - *Infected Hosts*
  - Sky ATP Service
    - Passes incoming files to the Cloud for analysis
    - Enforces policies based on Cloud verdicts

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044838

# Sky Advanced Threat Prevention Architecture:

Sky components are divided between the SRX, embedded in Junos, and the cloud

- Components in the Cloud:
  - Analytics
    - Malware analysis pipeline
    - C&C / Malware Event correlation
  - Threat feeds
    - Cascade – generating the C&C Feed
    - GeoIP – externally sourced
    - *Infected Hosts* – Generated by event correlation
  - Management
    - Web UI for all your management love and affection

8

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044839

## Sky Advanced Threat Prevention

Infected Hosts:

The ***Infected Hosts*** feed allows automated quarantining and active responses to internal threats.  This is an "Event Driven" feed, created in the Cloud based on what's actively happening on a protected network.

9

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044840



Use Cases

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044841



# Sky Advanced Threat Prevention Use Cases

**Use cases across the deployment spectrum of SRX**

A. **Campus Edge Firewall**
   - **Protection of end user devices from files downloaded from the Internet**

B. **Branch Router**
   - **Protection for split-tunnel deployments**

C. **Data Center Edge**
   - **Application protection from infected files**

Sky ATP

Data Center

Branch Locations

Campus Locations

11

Copyright © 2016 Juniper Networks, Inc



# The ATP verdict chain

Staged analysis: combining rapid response and deep analysis

**Suspect file** — Suspect files enter the analysis chain in the cloud

**1** **Cache lookup: (~1 second)**
Files we've seen before are identified and a verdict immediately goes back to SRX

**2** **Anti-virus scanning: (~5 second)**
Multiple AV engines to return a verdict, which is then cached for future reference

**3** **Static analysis: (~30 second)**
The static analysis engine does a deeper inspection, with the verdict again cached for future reference

**4** **Dynamic analysis: (~7 minutes)**
Dynamic analysis in a custom sandbox leverages deception and provocation techniques to identify evasive malware

13

Copyright © 2016 Juniper Networks, Inc

# Anti-Virus: First Pass

- Overcoming <u>False Positives (FP)</u> and <u>False Negatives (FN)</u>
  - Use multiple AV engines
  - Combine with Machine Learning



14

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044845

# Static Analysis: Pulling apart the code

- Break file down into features
  - File structure
  - Meta info (file name, vendor, etc...)
  - Categories of instructions used
  - File entropy
  - Etc...
- Feed features into machine learning algo
  - First teach it what malware looks like
  - Then ask if something is malware

Static analysis is traditionally done with rules.  Argon extends this by adding machine learning to improve verdict accuracy.



15

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044846

# Dynamic Analysis:  Sandboxing



## Inside a custom Sandbox environment



- Spool up a live desktop
- Hook into the OS to record everything
- Upload and execute the suspect file
- Apply Sky's Deception and Provocation Techniques
  - *The full run takes approximately 7 minutes*
- Download the activity recording for analysis
- Tear down the live desktop
- Generate a verdict with Machine Learning

At release: *Windows 7*
Future: Windows 8, 10, *Android, Linux, other.*





16

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044847

## Sandboxing: Behavioral Analysis

Behavior analysis gives us a better understanding of what a suspect file is trying to do.  Some behaviors are usually considered benign, while others may be benign, but are also seen in malicious programs. Still others are usually associated with attack behaviors.  Some examples:



**Hostile**

Often Malicious behaviors
- Allocates large chunks of memory
- Unusually long sleep times (> 3 minutes)
- Executes a file in the exploit directory

Copyright © 2016 Juniper Networks, Inc

**FINJAN-JN 044848**

# Machine Learning

Digging through massive piles of data: letting machines do what machines do best

- Samples of "Known Good" items
  - Extract features from the good ones

- Samples of "Known Bad" items
  - Extract features from the bad ones

- Compare a new "Unknown" to see how closely it resembles good or bad samples

These are good

These are Bad

"Feature" Analysis

This is unknown

The final verdict is based on how closely a new sample resembles the known samples of known "Good" or known "Bad" features. This large data set, ever can deliver very accurate results.

Copyright © 2016 Juniper Networks, Inc

18

FINJAN-JN 044849



Summary

Copyright © 2016 Juniper Networks, Inc

**FINJAN-JN 044850**

# How is Sky ATP Different?

- High Efficacy, Scalable and Tightly integrated solution
  - Distributed sensing and enforcement on SRX (no additional sensors)
  - Actionable Intelligence
  - In-line blocking to prevent zero-day infections from getting in
  - Unique deception & provocation techniques to counter evasive threats
  - Advanced machine learning
- Support for different types of analysis targets
  - Multi-platform executable and application support
  - Exploits and malicious content embedded in documents (MS Office, PDF)
  - Dangerous web applications (Java, Flash) – *future*
- Cost-effective, non-intrusive solution with full network coverage

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044851

# Summary

Leveraging the Cloud to provide efficacy and agility

- [text illegible due to overlapping layers] ... at scale.

Copyright © 2016 Juniper Networks, Inc

FINJAN-JN 044852



FINJAN-JN 044853