IRELL & MANELLA LLP
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
Alan Heinrich (SBN 212782)
aheinrich@irell.com
Joshua Glucoft (SBN 301249)
jglucoft@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
Kevin Wang (SBN 318024)
kwang@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>vs.<br><br>JUNIPER NETWORKS, INC.,<br><br>    Defendant. | Case No. 3:17-cv-05659-WHA<br><br>**DEFENDANT JUNIPER NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge: Hon. Thomas Hixson |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10669478

JUNIPER'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
Case No. 3:17-cv-05659-WHA

## NOTICE OF MOTION AND MOTION

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rules 7-11 and 79-5, defendant Juniper Networks, Inc. ("Juniper") respectfully moves to seal documents filed as exhibits with Juniper's motion to compel production by non-party Ms. Dawn-Marie Bey because plaintiff Finjan, Inc. ("Finjan") and Ms. Bey have designated the information in those documents as confidential:

| Document | Portion to Be Sealed | Designating Party |
|---|---|---|
| Ex. 4 to Juniper's motion to compel Ms. Bey ("Finjan, Inc.'s Supplemental Privilege Log") | Entire Exhibit | Finjan / Ms. Bey |
| Ex. 5 to Juniper's motion to compel Ms. Bey ("Finjan, Inc.'s Amended May 14, 2019 Supplemental Privilege Log") | Entire Exhibit | Finjan / Ms. Bey |
| Ex. 6 to Juniper's motion to compel Ms. Bey ("Finjan, Inc.'s Amended May 14, 2019 Supplemental Redaction Log") | Entire Exhibit | Finjan / Ms. Bey |

Dated: May 22, 2019

Respectfully submitted,

By:   */s/ Joshua Glucoft*
Joshua Glucoft
*Attorney for Defendant*
Juniper Networks, Inc.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10669478

- 1 -

JUNIPER'S ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
Case No. 3:17-cv-05659-WHA