IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | No. C 17-05659 WHA |
| Plaintiff, | |
| v. | **ORDER ON DEFENDANT'S LETTER RE JOE SECURITY** |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

The Court has reviewed defendant Juniper Networks, Inc.'s letter regarding the order dated May 22 denying the parties' motions to seal with respect to third party Joe Security, LLC's confidentiality designations (Dkt. No. 496). Juniper shall notify Joe Security that it must make its submission by **JUNE 3 AT NOON**. The parties shall wait to publicly refile the documents designated by Joe Security as confidential until the Court has ruled on Joe Security's submission. All other relevant documents in connection with the sealing order dated May 22 must be refiled by the original deadline.

**IT IS SO ORDERED.**

Dated: May 29, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE