# EXHIBIT 6

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1              UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF CALIFORNIA
 3                 SAN FRANCISCO DIVISION
 4    - - - - - - - - - - - - - - - - - -x
 5    FINJAN, INC., a Delaware           :  Case No.
 6    Corporation,                       :  3:17-cv-05659-WHA
 7         Plaintiff,                    :
 8    v.                                 :
 9    JUNIPER NETWORKS, INC., a          :
10    Delaware Corporation,              :
11         Defendant.                    :
12    - - - - - - - - - - - - - - - - - -x
13
14     HIGHLY CONFIDENTIAL SOURCE CODE - ATTORNEYS' EYES ONLY
15
16         VIDEOTAPED DEPOSITION OF CHANDRA NAGARAJAN
17                   Sunnyvale, California
18                   Thursday, May 31, 2018
19                        9:05 a.m.
20
21
22
23    Job No.:  189837
24    Pages:  1 - 245
25    Reported By:  Charlotte Lacey, RPR, CSR No. 14224
```

| | | |
|---|---|---|
| 1 | 10:51 a.m. | 10:51:21 |
| 2 |       Please proceed, Counsel. | 10:51:23 |
| 3 | BY MR. LEE: | 10:51:25 |
| 4 |    Q   Do you recall earlier we were discussing why | 10:51:25 |
| 5 | Sky ATP was added? | 10:51:30 |
| 6 |    A   Yes.  There was a question about that. | 10:51:35 |
| 7 |    Q   And you mentioned that it was to give SRX this | 10:51:37 |
| 8 | next-generation capability, correct? | 10:51:42 |
| 9 |       MR. KAGAN:  Objection; form. | 10:51:45 |
| 10 |    A   So -- so the -- the -- ATP is one of the | 10:51:46 |
| 11 | functionalities of NG firewall, and one of the many | 10:51:53 |
| 12 | functionalities of it has evolved.  Since that piece was | 10:51:57 |
| 13 | missing in SRX, the Sky ATP was developed. | 10:51:58 |
| 14 |    Q   When you say that piece is missing, what do | 10:52:11 |
| 15 | you mean? | 10:52:14 |
| 16 |    A   The ATP, as a functionality, is missing in | 10:52:14 |
| 17 | SRX. | 10:52:19 |
| 18 |    Q   So does the ATP contribute to the | 10:52:22 |
| 19 | next-generation capability at all? | 10:52:25 |
| 20 |       MR. KAGAN:  Objection; form. | 10:52:28 |
| 21 |    A   The ATP is one of the many functionalities in | 10:52:29 |
| 22 | NG firewall.  To that extent, the ATP functionality is | 10:52:33 |
| 23 | missing. | 10:52:33 |
| 24 |       THE REPORTER:  To... | 10:52:33 |
| 25 |    A   To NG firewall, and to that extent, it's -- | 10:52:39 |

HIGHLY CONFIDENTIAL SOURCE CODE - ATTORNEYS' EYES ONLY
Transcript of Chandra Nagarajan
Conducted on May 31, 2018                                          64

| | | |
|---|---|---|
| 1 | it's a missing functionality. | 10:52:45 |
| 2 | Q   How does ATP contribute to the next-generation | 10:52:48 |
| 3 | capability? | 10:52:52 |
| 4 | MR. KAGAN:  Objection; form. | 10:52:53 |
| 5 | A   So -- this is basically the market demands, | 10:52:56 |
| 6 | right?  There's no general definition of what an NG | 10:53:05 |
| 7 | firewall is.  So it all depends on what your competition | 10:53:09 |
| 8 | offers in -- in NG firewall and what are all the various | 10:53:14 |
| 9 | functionalities which are missing against the | 10:53:19 |
| 10 | competition, and that is to the extent... | 10:53:22 |
| 11 | Q   What did SRX have before it had Sky ATP? | 10:53:25 |
| 12 | MR. KAGAN:  Objection; form. | 10:53:30 |
| 13 | A   So before Sky ATP -- before Sky ATP was added, | 10:53:32 |
| 14 | there was a AV engine functionality in SRX, which -- | 10:53:38 |
| 15 | which is -- which detects malwares.  But it -- it only | 10:53:46 |
| 16 | detects known -- known malwares. | 10:53:52 |
| 17 | Q   What do you mean by it only detects known | 10:53:55 |
| 18 | malware? | 10:54:00 |
| 19 | A   So whatever is known to the AV -- AV software | 10:54:00 |
| 20 | we use, it detects those malwares. | 10:54:04 |
| 21 | Q   And Sky ATP detects unknown malware, right? | 10:54:08 |
| 22 | A   Sky ATP can -- can detect malwares which were | 10:54:12 |
| 23 | not previously known to others. | 10:54:17 |
| 24 | Q   Is there a name for this AV software? | 10:54:21 |
| 25 | A   I -- I don't work in -- in that area, so | 10:54:25 |