# EXHIBIT 14

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED



Sky Advanced Threat Prevention

Bopaiah Puliyanda
Product Manager

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Trial Exhibit 88**

Case No. 17-CV-05659-WHA

Date Entered: _____ By: _____
Deputy Clerk

JNPR-FNJN_29008_00514106



# Juniper's Security Focus

- Software Defined Secure Networks
- High Performance Platforms
- Advanced Threat Protection
- Central Management and User Experience
- Automation and Operator Efficiency

JUNIPER NETWORKS CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Software Defined Secure Networks (SDSN)
Unified Security Platform



**Detection**
- Fast, effective protection from advanced threats
- Integrated threat intelligence

**Policy**
- Adaptive enforcement to firewalls, switches, 3rd party devices and routers
- Robust visibility and management

**Enforcement**
- Consistent protection across physical/virtual
- Open and programmable environment

*Roadmap, subject to change

*Network as a single enforcement domain - Every element is a policy enforcement point*

JUNIPER NETWORKS CONFIDENTIAL



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY          JNPR-FNJN_29008_00514108

# Threats are Everywhere

Perimeter security isn't enough.
Malware walks in with your employee!
**Stop Threats. Faster.**



Increasing sophistication

Increasing variability

Threats are already inside

Keeping data secure throughout your network is key!

JUNIPER NETWORKS CONFIDENTIAL

# Speaker Notes for Slide 4

Outside your network, inside your network and between endpoints and the cloud apps your employees use. It's a zero trust world. (Zero trust can be the only security posture.)

Threats have changed. From phishing, anti-malware, and morphing executables to security hackers who infiltrate Enterprises to retrieve data for financial gain.  The attacks are targeted, focused and use advanced persistent threats.  And today, these attackers have the advantage of time on their side.  Enterprises have the disadvantage of the complexity of their networks as well as organizational complexity working against them.

Attackers are also are increasingly able to socially engineer their way into your internal network.  The variability of threats range from large, organized and systematic attacks to employees of a company who may have accessed public Wi-Fi or inadvertently clicked on the wrong link and as a result is now unknowingly infected with malware. They then spread the threat as their device connects directly within the network.  The best (and only) security approach has to assume that threats are already inside your enterprise perimeter.  And it must assume that new types of threats will pop up every day, which means your security approach needs to be more agile than ever and more decisive once a breach is found.

Security used to only need to be at the edge of your network. Now you have to secure at every point of access in your network, because it's not just the intruder trying to break in. The threat can now be your employee who has walked through your front door with malware on their device or an employee who was developing in a container and accidentally copied malware into his code. (And with the proliferation of BYOD and IoT, trying to secure endpoints is nearly impossible)  Enterprise security posture today requires zero trust of anything entering or leaving the network.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Malware continues to dominate



| Industry | Total | Small | Large | Unknown |
|---|---|---|---|---|
| Accommodation (72) | 282 | 136 | 10 | 136 |
| Administrative (56) | 18 | 6 | 2 | 10 |
| Agriculture (11) | 1 | 0 | 0 | 1 |
| Construction (23) | 4 | 0 | 1 | 3 |
| Educational (61) | 29 | 3 | 8 | 18 |
| Entertainment (71) | 38 | 18 | 1 | 19 |
| Finance (52) | 795 | 14 | 94 | 687 |
| Healthcare (62) | 115 | 18 | 20 | 77 |
| Information (51) | 194 | 12 | 12 | 170 |
| Management (55) | 0 | 0 | 0 | 0 |
| Manufacturing (31-33) | 37 | 5 | 11 | 21 |
| Mining (21) | 7 | 0 | 6 | 1 |
| Other Services (81) | 11 | 5 | 2 | 4 |
| Professional (54) | 53 | 10 | 4 | 39 |
| Public (92) | 193 | 4 | 122 | 67 |
| Real Estate (53) | 5 | 3 | 0 | 2 |
| Retail (44-45) | 137 | 96 | 12 | 29 |
| Trade (42) | 4 | 2 | 2 | 0 |
| Transportation (48-49) | 15 | 1 | 3 | 11 |
| Utilities (22) | 7 | 0 | 0 | 7 |
| Unknown | 270 | 109 | 0 | 161 |
| Total | 2,260 | 447 | 312 | 1501 |

Small = organizations with fewer than 1,000 employees, Large = organizations with 1,000+ employees.

Number of breaches per threat action category over time. (n=9,009)

Number of security incidents with confirmed data loss by victim industry and organization size, 2015 dataset

**Source:** Verizon DBIR 2016 report

6   JUNIPER NETWORKS CONFIDENTIAL          © 2016 Juniper Networks, Inc. All rights reserved.     Juniper

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514111

**Speaker Notes for Slide 5**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514112



# Impact of security breaches:
## Target breach

Ponemon Institute:
Average breach costs $214 per record stolen

Target Stolen Data: 110M Records

Theft

Reputation    Revenue

Cost of the breach:
• Gross expense of $191M
• Net cost of $162M

A dozen lawsuits in progress, lost customers

JUNIPER NETWORKS CONFIDENTIAL                © 2016 Juniper Networks, Inc. All rights reserved.     juniper

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    JNPR-FNJN_29008_00514113

**Speaker Notes for Slide 6**

While the monetary cost of a breach is relatively easy to calculate the cost in reputation and public trust can be much greater, as well as more difficult to estimate.  Several organizations have been target more than once, with huge costs in both financial and more ephemeral terms.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



!!! IMPORTANT INFORMATION !!!!

All of your files are encrypted with RSA-2048 and AES-128 ciphers.
More information about the RSA and AES can be found here:

http://en.wikipedia.org/wiki/Advanced_Encryption_Standard

Decrypting of your files is only possible with the private key and decrypt program, which is on our secret server.
To receive your private key follow one of the links:
1. http://i3ezivkoi7...
2. http://i3ezivkoi7...
3. http://i3ezivkoi7fwyood.onion.cab/F345A06BF0396B3F

If all of this addresses are not available, follow these steps:

!!! Your personal identification ID: F345A06BF0396B3F !!!□5A

In January, Mount Pleasant, Texas-based **Titus Regional Medical Center** was hit with a ransomware attack that prevented the hospital's access to computer files

**The University of Calgary in Canada** paid a demanded $20,000 after a ransomware cyberattack on its computer systems.

In February, hackers shut down the IT system of Hollywood (Calif.) Presbyterian Medical Center and demanded a ransom, which experts claimed the hackers designed. The hospital paid $17,000 in bitcoin, equivalent to $3.4 million.

Two hospitals in Germany were victims of ransomware campaigns in February. Neuss-based **Lukas Hospital** did not have email access and was conducting business using pencils, paper and fax machines. North Rhine-Westphalia-based **Klinikum Arnsberg hospital** was also affected by a ransomware attack

Auburn, Ind.-based **DeKalb Health** suffered a ransomware attack that temporarily disrupted the health system's administrative computer system and forced it to divert patients to other hospitals.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Speaker Notes for Slide 7**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514116

# Malware Evolution and Sky ATP



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Sky ATP Efficacy



JUNIPER NETWORKS CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# What is Sky Advanced Threat Prevention



HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Sky ATP Threat Intelligence Feeds

Reputation based Command and Control (CC) feeds

GeoIP feeds

Custom Feeds

JUNIPER NETWORKS CONFIDENTIAL    © 2016 Juniper Networks, Inc. All rights reserved.    Juniper

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Command and Control feeds

Derived from a global sensor network and malware sandnet

50 to 100K domain names and 350 to 500K IPs

13 different categories including Command and Control (CC), Drop sites, Spyware sites, P2P CC, Bitcoin related, ToR nodes, AbusedTLD

Separate lists for IPs, URLs (FQDNs supported too)

Updated in real-time and aggressively aged to reflect current conditions. Over 30% turned over every 3-4 weeks

Threat scores (1->10). Scores driven by both volume and type of activity

Data is based on multiple commercial sources as well as proprietary Juniper Sky ATP intelligence (we don't use open source data sources)

Data quality is enhanced using additional network intelligence done by Juniper and a machine learning backend rescores all entries continually

16     JUNIPER NETWORKS CONFIDENTIAL                                    © 2016 Juniper Networks, Inc. All rights reserved.     JUNIPer

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514121

# Integrated open source feeds



- One click import of threat feeds from multiple sources

- Enforce on SRX firewall

JUNIPER NETWORKS CONFIDENTIAL

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514122

# Sky ATP Highlights

## Technical

| Feature | Supported elements |
|---------|-------------------|
| Platforms | SRX340,SRX345,SRX550M,vSRX,SRX1500,SRX4000,SRX5000 |
| Protocols | HTTP, HTTPs, Email – SMTP(s) |
| Sandbox operating Systems | Win 7,Win 10,Android |
| File Types | Executables, PDF, MSOffice, Archives, Java, Flash, DLLs, Media, etc. |

## Commercial

Sky ATP follows a 'FREEMIUM' pricing model

| | FREE | PREMIUM |
|---|------|---------|
| Licensing | No license reqd. Available to all customers with a valid support contract. | 1 YR, 3YR,5YR subscription license |
| File Types | Executables only | All supported file types |
| Feeds | Infected Host (Sky ATP generated) | C&C, GeoIP, Infected Host |

JUNIPER NETWORKS CONFIDENTIAL



LICENSING

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Licensing Model

- Sky ATP offers a "Freemium" model i.e. limited features for 'FREE', charge for other features

- 1YR,3YR and 5YR software subscription SKUs

| FREE | BASIC | PREMIUM |
|------|-------|---------|
| • Available on any SRX – valid support contract reqd.<br>• Processes executable file type only<br>• No threat feeds | • Threat Feeds (CC, GeoIP, custom) included<br>• Limited APIs<br>• No anti-malware protection (executables are processed) | • Full anti-malware protection – all supported file types<br>• Threat Feeds included<br>• All APIs included<br>• Infected host feed included |



Spotlight Secure transition

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Spotlight Secure – Security Director 16.1



- ✓ Policy Enforcer is a new component effectively behaving as a 'connector'
- ✓ Non-SDSN mode sufficient for feeds

*CC = Command and Control

JUNIPER NETWORKS CONFIDENTIAL     © 2016 Juniper Networks, Inc. All rights reserved.     Juniper

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY     JNPR-FNJN_29008_00514127



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Threat Feeds deployment models

### Sky ATP 'Basic' Feed-only mode



### Spotlight Secure



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514129

# Spotlight vs Threat Feed vs Sky ATP

|  | Spotlight Secure | Sky ATP Basic - Threat Feeds Only | Sky ATP Premium |  |
|---|---|---|---|---|
| CC, Geo IP feeds | ✓ | ✓ | ✓ | |
| Malware detection | ✗ | ✗ | ✓ | Functionality |
| Infected Host Feed | ✗ | ✗ | ✓ | |
| SDSN Policy Enforcer reqd. | ✓ | ✗ | ✗ | Deployment |
| Legacy platforms supported | ✓ | ✗ | ✗ | Licensing |
| License example | SPOT-CC-1500-1 | SRX1500-THRTFEED-1 | SRX1500-ATP-1 | |

JUNIPER

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



DEPLOYMENT
SCENARIOS

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514131

# PLACES IN THE NETWORK

**Use cases across the deployment spectrum of SRX**

**A.   Campus Edge Firewall**
- **Protection of end user devices from files downloaded from the Internet**

**B.   Branch Router**
- **Protection for split-tunnel deployments**

**C.   Data Center Edge**
- **Application protection from infected files**



JUNIPER NETWORKS CONFIDENTIAL                    © 2016 Juniper Networks, Inc. All rights reserved.

# FedRAMP:Sky ATP Cloud for US Federal/DoD

❑ FedRAMP = Federal Risk and Authorization Management Program

❑ Applicable to Cloud based services – part of the "Cloud-first" initiative announced in Dec. 2010

❑ CSPs undergo an extensive certification process to become FedRAMP certified: One of the most in-depth compliance exercise any organization can attempt

❑ Prior to FedRAMP, every Federal agency conducted its own risk assessment service for every procured Cloud service: resulted in redundancy

❑ CSPs that complete a FedRAMP assessment obtain an ATO (Authority to Operate) i.e. becomes eligible for procurement by Federal agency

JUNIPER NETWORKS CONFIDENTIAL                    © 2016 Juniper Networks, Inc. All rights reserved.    JUNIPEr

# FedRAMP:Sky ATP offering



| Stages 1 -> 3 | Run on AWS (Amazon Web Services) | Stage 4 (Sandboxing) | Runs on third party DC |

AWS GovCloud (US)

**Note:** VMware sold its vCloud Government Service to Carpathia, which was then acquired by QTS

JUNIPER NETWORKS CONFIDENTIAL    © 2016 Juniper Networks, Inc. All rights reserved.

JNPR-FNJN_29008_00514134



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Sky ATP architecture



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# The ATP verdict chain

Staged analysis: combining rapid response and deep analysis



Suspect file

Suspect files enter the analysis chain in the cloud

**1**

**Cache lookup: (~1 second)**
Files we've seen before are identified and a verdict immediately goes back to SRX

**2**

**Anti-virus scanning: (~5 second)**
Multiple AV engines to return a verdict, which is then cached for future reference

**3**

**Static analysis: (~30 second)**
The static analysis engine does a deeper inspection, with the verdict again cached for future reference

**4**

**Dynamic analysis: (~7 minutes)**
Dynamic analysis in a custom sandbox leverages deception and provocation techniques to identify evasive malware

JUNIPER NETWORKS CONFIDENTIAL                    © 2016 Juniper Networks, Inc. All rights reserved.      JUNIPEr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    JNPR-FNJN_29008_00514137

# Private (hash only) mode



- Mitigate privacy concerns – protection level tradeoff. Position in RFPs
- No cache store/lookup on SRX – being evaluated
- Configurable by File Category
- HTTP 206 (Partial-Content) not supported – SRX cannot use disk to store file segments

JUNIPER NETWORKS CONFIDENTIAL                    ©2016 Juniper Networks, Inc. All rights reserved.    JUNIPER

# Anti-Virus: First Pass

- Overcoming <u>False Positives (FP)</u> and <u>False Negatives (FN)</u>
  - Use multiple AV engines
  - Combine with Machine Learning



© 2016 Juniper Networks, Inc. All rights reserved.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514139

# Static Analysis: Pulling apart the code

- Break file down into features
  - File structure
  - Meta info (file name, vendor, etc...)
  - Categories of instructions used
  - File entropy
  - Etc...
- Feed features into machine learning algo
  - First teach it what malware looks like
  - Then ask if something is malware

Static analysis is traditionally done with rules. Argon extends
this by adding machine learning to improve verdict accuracy.



JUNIPER NETWORKS CONFIDENTIAL © 2016 Juniper Networks, Inc. All rights reserved. juniper

JNPR-FNJN_29008_00514140

# Dynamic Analysis:  Sandboxing

## Inside a custom Sandbox environment



- Spool up a live desktop
- Hook into the OS to record everything
- Upload and execute the suspect file
- Apply Sky's Deception and Provocation Techniques
  - *The full run takes approximately 7 minutes*
- Download the activity recording for analysis
- Tear down the live desktop
- Generate a verdict with Machine Learning

Today: *Windows 7, Android*
Future: Windows 10, OSX, *other.*

JUNIPER NETWORKS CONFIDENTIAL                                                     © 2016 Juniper Networks, Inc. All rights reserved.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                          JNPR-FNJN_29008_00514141

# Machine Learning

Digging through massive piles of data: letting machines do what machines do best



The final verdict is based on how much a new example resembles the known good or bad samples.  By comparing many features across large data sets, we can deliver very accurate results.

JUNIPER NETWORKS CONFIDENTIAL

JNPR-FNJN_29008_00514142

**Speaker Notes for Slide 33**

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Deception and Provocation

**Provocation**
Provoking Malware.

- Attach debuggers
- Run malware multiple times
- Actively interfere with malware operations
- Actively interfere with network communications



Juniper's Sky Advanced Threat Prevention looks for over 300 different malware behaviors and includes over 50 different deception techniques to provoke malware into revealing itself.

**Deception**: Convince it it's on a valid target to get a reaction
**Provocation**: Poke it with a stick and see how it reacts

22    JUNIPER NETWORKS CONFIDENTIAL                                    © 2016 Juniper Networks, Inc. All rights reserved.    Juniper

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Sandboxing: Behavioral Analysis

**Hostile**
- Allocate large chunks of memory
- Long sleep times
- Document exploit

**Suspect**
- Launch processes in debugging mode
- Create mutex
- Drop PE

**Benign**
- Create temporary files
- Read .ini files
- Create files in user directory

JUNIPER NETWORKS CONFIDENTIAL        © 2016 Juniper Networks, Inc. All rights reserved.      Juniper

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Email – how it comes together



MTA = Mail Transfer Agent

MUA = Mail User Agent aka 'mail client'

JUNIPER NETWORKS CONFIDENTIAL



# So what does this mean for Sky ATP?

# SMTP support – cheat sheet

- 15.1X49-D80 release. Supported platforms: SRX1500,SRX5K,SRX4K. Other platforms will be supported in 17.4

- SMTPs supported – mid-session STARTTLS and implicit TLS

- Emails with malicious (based on cache check) attachments can be:

  - ✓ Quarantined – replacement email sent to end user
  - ✓ Tag-and-deliver
    - o X-Distribution, X-Spam-Flag, Subject line prefix
  - ✓ Permit

- Release options
  - o Recipient can release (careful!)
  - o Recipient can request Admin to release

JUNIPER NETWORKS CONFIDENTIAL                         © 2016 Juniper Networks, Inc. All rights reserved.    JUNIPER



Sky ATP in Action

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Sky ATP in Action: Detecting Locky



Locky



| Traits seen in 'Locky' | Good documents | Malicious documents |
|---|---|---|
| Document has macros | 0.9% | 84.4% |
| No title | 6.6% | 50.2% |
| Single paragraph document | 7.5% | 45.3% |
| Obfuscation function calls found | < 0.1% | 39.6% |
| Code Page 1251 Windows Cyrillic (Slavic) | varies | 27.6% |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514150

# Sky ATP in Action: Detecting Locky



| Trait | Good applications | Malware |
|---|---|---|
| Accesses hosts file | 21.8% | 49.5% |
| DNS resolution | 27.4% | 50.4% |
| Excessive sleep calls | 43.6% | 67.1% |
| DNS resolution of many domain names with many failures | 0.2% | 12.2% |
| Generates new code (typically unpacking or expanding shellcode) | 2.4% | 9.7% |
| Posts data to a webserver | 1.7% | 3.9% |
| Creates PE files with a name already existing in Windows | < 0.1% | 1.9% |
| System process connects to network | 0.2% | 1.1% |



46   JUNIPER NETWORKS CONFIDENTIAL   © 2016 Juniper Networks, Inc. All rights reserved.   JUNIPer

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY      JNPR-FNJN_29008_00514151

# Sky ATP in Action: Detecting Locky

| File | Features Examined |
|---|---|
| Locky Word Document | ~216,000 |
| Locky Executable | ~20,000,000 |



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514152

# Sky ATP in Action: WannaCry

## The origins

Exploits Windows SMB (Server Message Block) vulnerability

Vulnerability originally discovered by NSA and codenamed 'Eternal Blue'

NSA did not inform Microsoft (why bother right?) but was made public by Shadow   Brokers dump leaking classified NSA tool kit

Following leak by Shadow Brokers, Microsoft issued patch (MS17-010) but patch application     takes months, sometimes years

## Threat vector

Possibly Email (phishing) or HTTP, not definitely known

## Kill Switch

The malware starts by attempting to connect to: www.iuqerfsodp9ifjaposdfjhgosurijfaewrwergwea.com Aborts if attempt succeeds.

43    JUNIPER NETWORKS CONFIDENTIAL                                            © 2016 Juniper Networks, Inc. All rights reserved.    

# Sky ATP in Action: WannaCry mitigation



- **24 unique samples examined as of 5/12**

- **30 seconds time to detection**

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514154

# Sky ATP in Action: WannaCry mitigation



© 2016 Juniper Networks, Inc. All rights reserved.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514155



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Open API Framework

New

| Threat Intel API | File/Hash API | Sky ATP Blacklist/Whitelist API | Infected Host API | IPFilter API |
|---|---|---|---|---|
| •Inject IP,URL or domain into CC feed<br>•30 named feeds supported<br>•Whitelists/Blacklists supported – named IP/URLs | •Lookup samples by submitting hash<br>•Submit samples for analysis<br>•Optional parameter to obtain detailed report | •BL/WL already available on UI<br>•Programmatic way to update BL/WL<br>•No named option | •Add/remove infected hosts | •Update IPFilter dynamic address objects to use in firewall policies as SRC/DST<br>•Named feeds supported |

❑ RESTful API – standard methods include POST,PATCH,GET,DELETE

❑ Supports a Swagger API specification in JSON format. APIs conform to a standard called the OpenAPI Initiative. Programmers can interact with both APIs using auto-generated code

❑ Application token required to interact – generated per Sky ATP realm

© 2016 Juniper Networks, Inc. All rights reserved.   juniper

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514157

# Juniper Security Alliances

| CASB | Access Security | Endpoint Security |
|---|---|---|







**Cloud App Security**

- Cloud App risk mgmt.
- Visibility & Control
- Cloud malware & threat protection
- Extend security policy

**Access Security**

- Context-Based
- BYOD Onboarding
- Role-based Network Access Assignment
- NAC / Access Policy Enforcement

**Endpoint Protection**

- Continuous Policy Enforcement
- Discovery of all end-points
- Vulnerability and Patch management

## Ready to deploy comprehensive security solutions

JUNIPER NETWORKS CONFIDENTIAL © 2017 Juniper Networks, Inc. All rights reserved.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Shadow IT Discovery



**Customer Benefits**

- Enterprise customers will have visibility to Cloud Applications
- Enterprise Policy can be extended to Cloud Applications

**Use case**                                          *Available Now*

- SRX Firewall sends syslog feed to Netskope Active Platform
- Netskope digests log information and provides visibility into Users, Applications and Compliance.

54   JUNIPER NETWORKS CONFIDENTIAL                                    © 2017 Juniper Networks, Inc. All rights reserved.   JUNIPEr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    JNPR-FNJN_29008_00514159

# Advanced Threat Protection



**Customer Benefits**

- Threat Protection extended to Cloud Apps
- Advanced Malware protection via Sky ATP
- Data Security extended to Cloud Apps
- Enforce compliance on Cloud data

**Use case**  *Available Now*

- Netskope will send File Hash to Sky ATP for malware identification
- Sky ATP responds back to Netskope with appropriate verdict

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                JNPR-FNJN_29008_00514160

# Threat Intelligence Sharing



**Customer Benefits**
- Enhanced security through Cloud Threat intelligence sharing
- SRX becomes 'Cloud App Aware' and enforces policy control

**Use case**     *Available Now*
- Netskope feeds URL verdicts to SRX
- SRX will block user access to destinations specified in URL feed

JUNIPER NETWORKS CONFIDENTIAL                    © 2017 Juniper Networks, Inc. All rights reserved.



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514161

# Threat Intel Sharing from SkyATP

## THREAT INTEL: FROM SKY ATP To Cb

juniper

**Sky ATP**

IOC Event

Threat Detected

Sky ATP API (STIX/TAXII)

Carbon Black

SRX

Query End Point for Threats Protect & Remediate

## Use case workflow

Planning 4Q2017

- Sky ATP shares IOC with Cb Response
- Cb Response detects & reveals compromised endpoints network-wide
- Operator or auto remediate action taken on endpoint using Cb Response

## Benefits

- Secures the network from vulnerabilities and risks from Malware and Compromised Hosts
- Offers a highly simplified, scalable solution for large deployments

JUNIPER NETWORKS CONFIDENTIAL

© 2016 Juniper Networks, Inc. All rights reserved.

juniper

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Speaker Notes for Slide 52

THREAT INTEL: FROM SKY ATP To Cb

10+ IOCs that include File Hash, File Name, IP address, malicious URLs & more
more
API

# Infected Host Report from Endpoint

INFECTED HOST INTEL: FROM Cb TO SKY ATP



**Sky ATP**

Infected Host
Sky ATP API
Infected Host

Carbon Black

SRX

| Use case workflow | Planning (3Q2017) |
|---|---|

- Cb Response & Cb Defense observe malicious end point behavior, send Infected Host (IP address) to Sky ATP
- Sky ATP adds IP to Infected Host list and communicates to SRX
- SRX blocks traffic from Infected Host

**Benefits**

- Secures the network from vulnerabilities and risks from Compromised Hosts

JUNIPER NETWORKS CONFIDENTIAL                    © 2016 Juniper Networks, Inc. All rights reserved.    JUNIPEr

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

## Speaker Notes for Slide 53

In this solution, we are receiving INFECTED HOST INTEL: FROM Cb TO SKY ATP

Note CB has near realtime capability of detecting infected end points.

We are using Sky ATP API (RESTFul API) for IH

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Speaker Notes for Slide 54**

Specially useful in the off-line devices , that go On-net and are infected.

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY   JNPR-FNJN_29008_00514167



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Case Study: Malware detection at scale

- Sky ATP deployed in TAP mode on SRX5600 by ISP in North America – primarily serving educational institutions

- Ingress and egress traffic inspected. Inline blocking not enabled

- 7 day period in March 2017

## 535,302
**Total Files Processed**

## 55,629
**Unique Files**

## 142
Files Determined to be Malware

## 69%
**Discovered Malware was Previously Known**

## 31%
**Discovered Malware was previously unseen**

## Outbound high risk CC connections: 843,346 (1 day)

JUNIPER NETWORKS CONFIDENTIAL          © 2016 Juniper Networks, Inc. All rights reserved.   JUNIPER

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Case Study: Botnet detection with Sky ATP feeds

- Large IT consulting and managed IT service provider wanted a robust edge protection solution for its campus and branch offices

- Existing desktop and server based AV solutions not detecting advanced threats

Solution: Juniper SRX1500 + Sky ATP



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    JNPR-FNJN_29008_00514170

# Case Study: Automated enforcement with API

- Major Service Provider in LATAM has to comply with government regulations that require blocking access to questionable content – pedophile sites, gambling, etc.

- New sites/URLs constantly being added so needs dynamic programmatic solution to update firewalls. Also requires ability to redirect to web portals

- 40Gbps IMIX, 600K cps, 100-150M sessions

Solution: Juniper SRX5800 + Sky ATP



Malicious URLs – custom feed categories

JUNIPER NETWORKS CONFIDENTIAL

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514171



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Sky ATP cloud – geo locations

| Stages 1 -> 3 | Run on AWS (Amazon Web Services) | Stage 4 (Sandboxing) | Runs on third party (Internap) DC |
|---|---|---|---|

Ireland (AWS) + Netherlands (sandboxing)

US West Coast

JUNIPER NETWORKS CONFIDENTIAL © 2016 Juniper Networks, Inc. All rights reserved.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514173

# Sky ATP Security and Privacy



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Sky ATP Security and Privacy

https://sky.junipersecurity.net

**Select Geographic Region**

You (the "Customer", "You", or "Your") need to select the location of your SKY ATP Cloud Service.

If you select "North America", Your data sent to the Juniper Service will be stored on servers hosted in the United States. If you select "European Union", Your data sent to the Juniper Service will be stored on servers hosted in the European Union ("EU"). Your choice of location where Your Juniper SRX product is deployed and consequently where Your data will be stored as part of the Juniper Service may have implications for Your compliance with applicable privacy and data protection laws. Juniper shall act according to Your selection below and shall not be responsible for Your selection or any regulatory or legal consequence of such selection.

The Sky ATP Privacy Policy statement, and the broader Juniper Privacy Policy, can be found here: Juniper Networks Privacy Policy. The Sky ATP Terms of Use is also available for review.

North America is recommended for SRX deployments in North, Central, and South America. European Union is recommended for the rest of the world.

Please select a geographic location:

North America ▼    Go



JUNIPER NETWORKS CONFIDENTIAL

© 2016 Juniper Networks, Inc. All rights reserved.

JNPR-FNJN_29008_00514175



IoT malware

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Real world examples of IoT malware / ransomware

- Thermostat ransomware[1]



- Amazon cameras malware[2]



- Jeep remote control[3]



1. http://motherboard.vice.com/read/internet-of-things-ransomware-smart-thermostat
2. http://www.securityweek.com/malware-found-iot-cameras-sold-amazon
3. https://www.wired.com/2015/07/hackers-remotely-kill-jeep-highway/

JUNIPER NETWORKS CONFIDENTIAL    © 2016 Juniper Networks, Inc. All rights reserved.    JUNIPEr

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Getting ransomware and malware into IoT networks

- DNS spoofing

- Default passwords

- Phishing attacks



IoT apps    AEP    CDP

**Both IoT devices and IoT application servers / supporting servers**

JUNIPER NETWORKS CONFIDENTIAL    © 2016 Juniper Networks, Inc. All rights reserved.    Juniper

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY        JNPR-FNJN_29008_00514178

# Targets for IoT ransomware and malware

IoT devices

IoT application servers
- IoT application servers
- Application Enablement Platforms
- Connected Device Platforms



AEP servers

CDP servers

App servers

JUNIPER NETWORKS CONFIDENTIAL                    © 2016 Juniper Networks, Inc. All rights reserved.    JUNIPER

                    JNPR-FNJN_29008_00514179

# IoT specific Advanced Threat Detection



AEP servers
CDP servers
App servers



IoT servers

- Based on Windows or Linux
- Juniper Policy Enforcer can stop East-West propagation

IoT devices

- Many are Linux based
- Sky ATP: static and dynamic analysis for IoT malware
- Will be tailored for specific devices / applications

SkyATP supports 3rd party detection integration

JUNIPER NETWORKS CONFIDENTIAL

© 2016 Juniper Networks, Inc. All rights reserved.   juniper

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514180



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Competitive differentiators

| Other ATP vendors | Juniper Sky ATP | |
|---|---|---|
| Signature based: Takes longer to generate signature - signatures have to be propagated to all deployed appliances in customer's network | No signature generation – global cache is updated with verdict and meta-data | Superior Inline Blocking |
| 10MB maximum file size | 32MB maximum file size | Higher file size limits |
| Less granular. Only 3 verdict levels – 'Good', 'Bad', 'Grayware' or variant | Verdict levels on scale of 1 – 10 | More granular and flexible policies |
| Only ZIP file type support | TAR, RAR, 7ZIP file types supported | Comprehensive archive file support |

'Infected Host' feed is unique to Sky ATP – allows blocking traffic from specific infected hosts

JUNIPER NETWORKS CONFIDENTIAL     © 2016 Juniper Networks, Inc. All rights reserved.     JUNIPEr

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY

# Sky ATP: Threats prevented

## WannaCry

- Exploits vulnerabilities in SMBv1 that allows remote code execution

## Locky

- Uses VB macros to download payload, encrypts disk with key obtained from C&C server

## Zepto

- Locky variant that renames files with .zepto extension

## Kovter's

- Almost fileless malware! Uses obfuscated Javascript and 'garbage' batch files

.........................and many more!

✓ *Machine Learning* at every stage

✓ *Deception Techniques* and *Behavioral analysis* are used to differentiate malware from good software

✓ *Thousands of features from static, dynamic and hybrid analysis are extracted from a large, continually-updated collection of samples – both malicious and benign – to construct a machine learning classifier that identifies and blocks previously unseen malware types*

JUNIPER NETWORKS CONFIDENTIAL                    © 2016 Juniper Networks, Inc. All rights reserved.    juniper

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# How is Sky ATP Different?

- High Efficacy, Scalable and Tightly integrated solution
  - Distributed sensing and enforcement on SRX (no additional sensors)
  - Actionable Intelligence
  - In-line blocking to prevent zero-day infections from getting in
  - Unique deception & provocation techniques to counter evasive threats
  - Advanced machine learning
- Support for different types of analysis targets
  - Multi-platform executable and application support
  - Exploits and malicious content embedded in documents (MS Office, PDF)
  - Dangerous web applications (Java, Flash)
- Cost-effective, non-intrusive solution with full network coverage

HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

JNPR-FNJN_29008_00514185