# EXHIBIT 15

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

EndUser - Country (Text)    (Multiple Items)

| Row Labels | Sum of Shipment Quantity at Serial Number | Sum of Shipments Net Value | Sum of Shipment Quantity |
|---|---|---|---|
| SRX1500-AC | 65 | 4679323.23 | 707 |
| SRX1500-CHAS | 5 | 248546.99 | 169 |
| SRX300 | 3 | 97870.7 | 270 |
| SRX340 | 16 | 801428.7 | 585 |
| SRX345 | 20 | 696998.3 | 410 |
| SRX4100-AC | 1 | 105840 | 6 |
| SRX4200-AC | 1 | 4873.59 | 1 |
| SRX5400E-B2-AC | 2 | 55412 | 2 |
| SRX5400X-B5-AC-BB | 2 | 125612.96 | 4 |
| SRX5600X-BASE | 2 | 34216 | 2 |
| SRX5800BASE-HC-DC | 1 | 27200 | 2 |
| SRX5800E-B1-AC-TAA | 1 | 312700 | 2 |
| SRX5800X-BASE | 2 | 29564.02 | 2 |
| Grand Total | 121 | $ 7,219,586.49 | 2162 |



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Trial Exhibit 490**

Case No. 17-CV-05659-WHA

Date Entered: _____  By: _____
Deputy Clerk