# EXHIBIT 16

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

| Ship To Party - Country (Text) | (Multiple Items) | | |
|---|---|---|---|
| Achievement Quarter | (Multiple Items) | | |

| Row Labels | Sum of Achievement Net | Sum of Achievement Cost | Sum of Achievement Quantity |
|---|---:|---:|---:|
| **Branch SRX** | 4,866,086 | 2,423,095 | 5,546 |
| SRX300 | 356,015 | 636,865 | 3,054 |
| SRX340 | 483,133 | 322,552 | 788 |
| SRX345 | 267,810 | 144,260 | 324 |
| SRX550-645AP | 367,438 | 90,229 | 119 |
| SRX550645AP-J | 19,326 | 0 | 13 |
| SRX550-645AP-M | 902,102 | 190,143 | 236 |
| SRX550-645AP-M-TAA | 183,286 | 47,969 | 46 |
| SRX550-645AP-TAA | 2,099,001 | 950,812 | 916 |
| SRX550-645DP | 29,391 | 6,177 | 8 |
| SRX550-645DP-M | 158,584 | 34,088 | 42 |
| **High-End SRX Series** | 7,913,610 | 1,468,930 | 235 |
| SRX5400E-B2-AC | 2,116,324 | 707,476 | 44 |
| SRX5400E-B5-AC-BB | 3,955,392 | 739,529 | 56 |
| SRX5600X-BASE | 1,242,926 | 15,423 | 94 |
| SRX5800BASE-HC-DC | 0 | 0 | 0 |
| SRX5800X-BASE | 598,968 | 6,502 | 41 |
| **Mid-End SRX Series** | 2,571,104 | 1,274,531 | 713 |
| SRX1500-AC | 2,320,504 | 1,112,711 | 677 |
| SRX1500-CHAS | 9,272 | 6,013 | 4 |
| SRX4100-AC | 172,188 | 126,585 | 26 |
| SRX4200-AC | 69,140 | 29,222 | 6 |
| **Sky ATP** | 614,840 | 0 | 219 |
| SRX1500-ATP-1 | 110,833 | 0 | 86 |
| SRX1500-ATP-3 | 173,523 | 0 | 30 |
| SRX300-ATP-1 | 49 | 0 | 1 |
| SRX340-ATP-1 | 4,635 | 0 | 41 |
| SRX340-ATP-3 | 2,327 | 0 | 11 |
| SRX345-ATP-1 | 1,496 | 0 | 6 |
| SRX345-ATP-3 | 5,861 | 0 | 17 |
| SRX4200-ATP-BUN-1 | 42,098 | 0 | 2 |
| SRX5400-ATP-1 | 162,484 | 0 | 12 |
| SRX5400-ATP-3 | 57,834 | 0 | 3 |
| SRX550-ATP-1 | 2,345 | 0 | 7 |
| SRX550-ATP-3 | 545 | 0 | 1 |
| SRX5600-ATP-1 | 50,811 | 0 | 2 |
| **Grand Total** | 15,965,640 | 5,166,556 | 6,713 |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**Trial Exhibit 494**

Case No. 17-CV-05659-WHA

Date Entered: _____ By: _____
Deputy Clerk



EXHIBIT 16
WIT: Gupta
DATE: 12-7-18
Heather J. Bautista, CSR