# EXHIBIT 19

# UNREDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

```
 1          IN THE UNITED STATES DISTRICT COURT
 2       FOR THE NORTHERN DISTRICT OF CALIFORNIA
 3              SAN FRANCISCO DIVISION
 4            Case No.: 3:17-cv-05659-WHA
 5   FINJAN, INC., a Delaware Corporation,
 6        Plaintiff,
 7   V.
 8   JUNIPER NETWORKS, INC., a Delaware
 9   Corporation,
10        Defendant.
11   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
12            AUDIO-VISUAL DEPOSITION OF
13             MICHAEL D. MITZENMACHER
14
15            ** HIGHLY CONFIDENTIAL **
16
17                  July 3, 2018
18                   9:32 a.m.
19
20          Esquire Deposition Solutions
21          50 Federal Street, 6th Floor
22             Boston, Massachusetts
23
24          Kristin M. Kelley, RPR, CRR
```



| | | |
|---|---|---|
| 1 | | and ordinary meaning could benefit from | 00:39:19 |
| 2 | | explanation and I provide particular | 00:39:21 |
| 3 | | explanation in paragraphs 39 to 41.  But in | 00:39:29 |
| 4 | | particular in paragraph 39 I point out that | 00:39:32 |
| 5 | | this term has been construed before with a | 00:39:35 |
| 6 | | construction adopted by multiple courts | 00:39:38 |
| 7 | | which I think really just clarifies what one | 00:39:41 |
| 8 | | would generally understand to be the plain | 00:39:48 |
| 9 | | and ordinary meaning.  So I certainly kept | 00:39:51 |
| 10 | | that in mind in this context. | 00:39:55 |
| 11 | Q. | And that construction that you identified | 00:39:57 |
| 12 | | was performing a hashing function on the | 00:40:00 |
| 13 | | Downloadable together with its fetched | 00:40:03 |
| 14 | | components to generate a Downloadable ID, | 00:40:08 |
| 15 | | correct? | 00:40:12 |
| 16 | | MS. HEDVAT:  Objection, form. | 00:40:13 |
| 17 | A. | Yeah.  I think you might have missed a word. | 00:40:13 |
| 18 | | I think it's with its fetched software | 00:40:17 |
| 19 | | components, at least what I have in front of | 00:40:19 |
| 20 | | me, but otherwise I think that's right. | 00:40:21 |
| 21 | Q. | Okay.  What does it mean to perform "a | 00:40:23 |
| 22 | | hashing function on the Downloadable | 00:40:25 |
| 23 | | together with its fetched software | 00:40:27 |
| 24 | | components"? | 00:40:33 |



| | | |
|---|---|---|
| 1 | A. | I would say in general that depends on the | 00:40:34 |
| 2 | | context. | 00:40:43 |
| 3 | Q. | Does "together with" require it to occur at | 00:40:44 |
| 4 | | the same time? | 00:40:46 |
| 5 | A. | No.  I don't believe that's a specific | 00:40:47 |
| 6 | | requirement or I didn't see any timing | 00:40:49 |
| 7 | | requirement in the claim language. | 00:40:51 |
| 8 | Q. | Does it -- does "together with" require it | 00:40:53 |
| 9 | | to be the same type of hashing function? | 00:40:58 |
| 10 | A. | I would just add to the last answer, | 00:41:01 |
| 11 | | certainly together in time might be a way to | 00:41:10 |
| 12 | | achieve together with.  I didn't want to | 00:41:15 |
| 13 | | suggest it wouldn't be related but it | 00:41:16 |
| 14 | | certainly wouldn't have to be the only way, | 00:41:18 |
| 15 | | sort of what I was thinking in that form. | 00:41:20 |
| 16 | Q. | Just before we move on to clarify.  So, in | 00:41:22 |
| 17 | | other words, it wouldn't have to be -- | 00:41:25 |
| 18 | | strike that. | 00:41:27 |
| 19 | | So, in other words, the hashing of the | 00:41:28 |
| 20 | | Downloadable and the fetched software | 00:41:30 |
| 21 | | components wouldn't have to occur at the | 00:41:32 |
| 22 | | same time in order for it to constitute | 00:41:34 |
| 23 | | "together with"? | 00:41:38 |
| 24 | | MS. HEDVAT:  Objection, form. | 00:41:39 |



| | | |
|---|---|---|
| 1 | A. Right. I don't think it would have to be at | 00:41:40 |
| 2 | the same time but that could certainly -- | 00:41:42 |
| 3 | yeah. I don't think that's a requirement. | 00:41:45 |
| 4 | I don't see a temporal requirement. | 00:41:48 |
| 5 | Q. Okay. And so the second portion of that | 00:41:50 |
| 6 | that I was asking about is whether "together | 00:41:52 |
| 7 | with" would require performing the same type | 00:41:55 |
| 8 | of hashing function on the Downloadable and | 00:42:04 |
| 9 | the fetched software components? | 00:42:07 |
| 10 | A. I think I need to you at least clarify what | 00:42:12 |
| 11 | you mean by saying same type of hashing | 00:42:15 |
| 12 | function. | 00:42:17 |
| 13 | Q. We talked a little earlier about MD5 or | 00:42:17 |
| 14 | SHA-256. Those are different types of | 00:42:21 |
| 15 | hashing functions, right? | 00:42:23 |
| 16 | MS. HEDVAT: Objection, form. | 00:42:24 |
| 17 | A. I would say they're different hashing | 00:42:25 |
| 18 | functions. I'm not exactly clear what you | 00:42:27 |
| 19 | mean by different types. If you just want | 00:42:30 |
| 20 | to say those are two different hash | 00:42:35 |
| 21 | functions, I agree. | 00:42:37 |
| 22 | Q. So does "together with" require that you use | 00:42:38 |
| 23 | the same hashing function on the | 00:42:41 |
| 24 | Downloadable and the fetched software | 00:42:45 |



|  |  |  |
|---|---|---|
| 1 |  components? | 00:42:48 |
| 2 | A. No.  I wouldn't think so.  I wouldn't think | 00:42:48 |
| 3 |  that would be a requirement.  I could easily | 00:42:53 |
| 4 |  imagine possible schemes where you might use | 00:42:56 |
| 5 |  different subhash functions or suboperations | 00:42:58 |
| 6 |  on various different components and combine | 00:43:04 |
| 7 |  them in various different ways. | 00:43:07 |
| 8 | Q. Does the "together with" aspect require that | 00:43:09 |
| 9 |  the hashing function for the Downloadable | 00:43:13 |
| 10 |  and the fetched software components be | 00:43:17 |
| 11 |  completed by the same component in the | 00:43:21 |
| 12 |  source code? | 00:43:24 |
| 13 |      MS. HEDVAT:  Objection, form. | 00:43:25 |
| 14 | A. I feel like the way I've heard the question | 00:43:26 |
| 15 |  you've gotten somewhat confused or using | 00:43:37 |
| 16 |  terms differently.  You know, so there's a | 00:43:40 |
| 17 |  hashing function that's performed on the | 00:43:43 |
| 18 |  Downloadable together with its fetched | 00:43:45 |
| 19 |  components.  There might be suboperations | 00:43:48 |
| 20 |  that are used in constructing or performing | 00:43:51 |
| 21 |  that hashing function. | 00:43:55 |
| 22 |     So, for instance, when you say does it | 00:43:57 |
| 23 |  require using the same hashing function on | 00:43:59 |
| 24 |  the components, it definitely needs to be | 00:44:03 |



| | | |
|---|---|---|
| 1 | understood that there's sort of a global | 00:44:06 |
| 2 | hashing function that's acting on the | 00:44:08 |
| 3 | collection.  Those may use suboperations or | 00:44:10 |
| 4 | subcomponents which may involve hashing on | 00:44:16 |
| 5 | the individual components, and so that was | 00:44:18 |
| 6 | the sense in which I was saying you could -- | 00:44:21 |
| 7 | when you were saying can they use different | 00:44:26 |
| 8 | types of hash functions or I would say | 00:44:28 |
| 9 | different hash functions, certainly as | 00:44:30 |
| 10 | subpieces of the global hash calculation you | 00:44:33 |
| 11 | might do different things at different parts | 00:44:36 |
| 12 | or different components. | 00:44:40 |
| 13  Q. | How would you be able to tell whether it's | 00:44:42 |
| 14 | subparts of a global hashing function versus | 00:44:44 |
| 15 | separate hashing functions? | 00:44:46 |
| 16  A. | Again by the code itself or how they're | 00:44:48 |
| 17 | collected together. | 00:44:53 |
| 18  Q. | So would it have to be in the same | 00:44:53 |
| 19 | directory? | 00:44:56 |
| 20  A. | Would what have to be in the same directory? | 00:44:57 |
| 21  Q. | So I asked how you would tell if it was | 00:45:02 |
| 22 | subhashing functions or two separate hashing | 00:45:05 |
| 23 | functions and you said by looking at the | 00:45:08 |
| 24 | code.  So what would you look for in the | 00:45:10 |



| | | |
|---|---|---|
| 1 | code to see if it was a subhashing | 00:45:12 |
| 2 | functionality versus two separate ones? | 00:45:15 |
| 3 | MS. HEDVAT: Objection, form. | 00:45:19 |
| 4 | A. That would depend on the context, but one | 00:45:19 |
| 5 | thing I might look for is are the hashes | 00:45:23 |
| 6 | again one thing we brought in was are they | 00:45:27 |
| 7 | hashed over a certain time period. Another | 00:45:30 |
| 8 | thing I would look at is are they hashed and | 00:45:32 |
| 9 | combined into a collection of some form. | 00:45:36 |
| 10 | Q. Could you have two separate hash functions | 00:45:39 |
| 11 | that are later combined? | 00:45:42 |
| 12 | A. I think that would fit into what I was | 00:45:47 |
| 13 | discussing. You'd be hashing together with. | 00:45:50 |
| 14 | Yes. You might for various reasons not have | 00:45:57 |
| 15 | them be hashed at the same point in time. | 00:46:00 |
| 16 | That could be more effective or more | 00:46:03 |
| 17 | efficient depending on when and where the | 00:46:05 |
| 18 | fetch components were coming into the | 00:46:09 |
| 19 | system, for instance. So it could certainly | 00:46:13 |
| 20 | have the hashing done at different points in | 00:46:16 |
| 21 | time or locations in the code, I guess I | 00:46:19 |
| 22 | would say for efficiency and effectiveness | 00:46:23 |
| 23 | reasons, and then combine them into a single | 00:46:28 |
| 24 | hash of a Downloadable together with the | 00:46:31 |



| | | |
|---|---|---|
| 1 | fetch components. | 00:46:33 |
| 2 | Q. It's your understanding even if you did | 00:46:34 |
| 3 | separate hashing functions on the | 00:46:37 |
| 4 | Downloadable and the fetched software | 00:46:39 |
| 5 | components using different portions of the | 00:46:43 |
| 6 | code, as long as you combine them together, | 00:46:45 |
| 7 | then that would satisfy the "together with" | 00:46:49 |
| 8 | aspect of the claim construction? | 00:46:53 |
| 9 | MS. HEDVAT:  Objection, form. | 00:46:54 |
| 10 | A. I would think that could be one way of | 00:46:55 |
| 11 | satisfying it and, again, I think that has | 00:46:58 |
| 12 | to be with the understanding that you're | 00:47:01 |
| 13 | doing the sort of suboperations or what I | 00:47:03 |
| 14 | might call subhashing functions in the | 00:47:08 |
| 15 | course of creating the larger global ID, | 00:47:10 |
| 16 | Downloadable ID. | 00:47:15 |
| 17 | Q. Is it your understanding that the | 00:47:24 |
| 18 | Downloadable ID can consist of more than one | 00:47:26 |
| 19 | hash value? | 00:47:28 |
| 20 | A. So I sort of want to -- well, yes, and let | 00:47:28 |
| 21 | me clarify with two different explanations | 00:47:45 |
| 22 | depending on the interpretation of your | 00:47:49 |
| 23 | question. | 00:47:50 |
| 24 | So a Downloadable ID has to include a | 00:47:51 |



| | | |
|---|---|---|
| 1 | hash.  It's supposed to be generated by | 00:47:59 |
| 2 | hashing -- or what's the exact word | 00:48:01 |
| 3 | something you perform a hashing function on | 00:48:05 |
| 4 | the Downloadable and the fetch software | 00:48:08 |
| 5 | components to generate a Downloadable ID?  I | 00:48:11 |
| 6 | think the patent specifically states that | 00:48:16 |
| 7 | the Downloadable ID might contain other | 00:48:18 |
| 8 | information.  It might consist of more than | 00:48:21 |
| 9 | just a hash so certainly you might have -- | 00:48:23 |
| 10 | as long as you have a hashing function on | 00:48:29 |
| 11 | the Downloadable on the hashing components | 00:48:31 |
| 12 | to generate a Downloadable ID, you might | 00:48:34 |
| 13 | have additional stuff which might include | 00:48:37 |
| 14 | additional values formed by hashing or | 00:48:38 |
| 15 | elsewhere. | 00:48:41 |
| 16 |     Alternatively, the other way, again, | 00:48:45 |
| 17 | the way I've been trying to be clear and | 00:48:49 |
| 18 | explain it to you, you may have a single | 00:48:51 |
| 19 | value which consists of a collection of | 00:48:53 |
| 20 | subvalues or results of subcomputations that | 00:48:56 |
| 21 | are combined.  That is one of the ways of | 00:49:01 |
| 22 | generating a hash value.  So to the extent | 00:49:04 |
| 23 | that I understand your question is saying | 00:49:06 |
| 24 | can a single hash value arise from computing | 00:49:10 |



| | | |
|---|---|---|
| 1 | multiple like subhash functions or | 00:49:14 |
| 2 | subcomputations that are later made into a | 00:49:16 |
| 3 | hash, I would say yes.  And, in fact, I | 00:49:20 |
| 4 | think I've given one or more examples of how | 00:49:23 |
| 5 | I know that's done in the art in my report. | 00:49:26 |
| 6 | Q.  Okay.  So just to make sure I understand, is | 00:49:32 |
| 7 | it your understanding that a system that | 00:49:38 |
| 8 | computed two different what you're calling | 00:49:40 |
| 9 | subhash values and put them together to | 00:49:43 |
| 10 | collectively identify the Downloadable and | 00:49:46 |
| 11 | the fetched software components would meet | 00:49:50 |
| 12 | the "together with" limitation? | 00:49:53 |
| 13 | MS. HEDVAT:  Objection, form. | 00:49:56 |
| 14 | A.  So I would say as always when looking for | 00:49:57 |
| 15 | infringement I would want to look for a | 00:50:06 |
| 16 | specific implementation, but I believe at | 00:50:08 |
| 17 | that level that would be certainly | 00:50:11 |
| 18 | potentially one possible way of infringing. | 00:50:12 |
| 19 | Q.  Taking a look at the infringement section | 00:50:15 |
| 20 | for Element 1(c) of your declaration which | 00:50:42 |
| 21 | begins on page 29 at paragraph 83, did you | 00:50:48 |
| 22 | identify any source code in your declaration | 00:50:58 |
| 23 | that performs a hashing function? | 00:51:00 |
| 24 | MS. HEDVAT:  Objection, form. | 00:51:06 |



MICHAEL D. MITZENMACHER  Highly Confidential  July 03, 2018
FINJAN V. JUNIPER NETWORKS                              221

```
 1   Reference No.: 2395311
 2
 3   Case:  FINJAN V. JUNIPER NETWORKS
 4
          DECLARATION UNDER PENALTY OF PERJURY
 5
          I declare under penalty of perjury that
 6   I have read the entire transcript of my Depo-
     sition taken in the captioned matter or the
 7   same has been read to me, and the same is
     true and accurate, save and except for
 8   changes and/or corrections, if any, as indi-
     cated by me on the DEPOSITION ERRATA SHEET
 9   hereof, with the understanding that I offer
     these changes as if still under oath.
10
          _____
11
12             Michael D. Mitzenmacher
13
14             NOTARIZATION OF CHANGES
15                  (If Required)
16
17   Subscribed and sworn to on the _____ day of
18
19   _____, 20____ before me,
20
21   (Notary Sign)_____
22
23   (Print Name)                   Notary Public,
24
25   in and for the State of ____Massachusetts____
```



ESQUIRE
DEPOSITION SOLUTIONS

800.211.DEPO (3376)
EsquireSolutions.com

MICHAEL D. MITZENMACHER Highly Confidential        July 03, 2018
FINJAN V. JUNIPER NETWORKS                              222

```
 1   Reference No.: 2395311
     Case:  FINJAN V. JUNIPER NETWORKS
 2
 3   Page No. 5    Line No. 21   Change to:_____
 4   "convenience" to "convenient"
 5   Reason for change: typographical
 6   Page No. 19   Line No. 16   Change to:_____
 7   "of" to "or"
 8   Reason for change: typographical
 9   Page No. 23   Line No. 3    Change to:_____
10   "they're" to "there are"
11   Reason for change: typographical
12   Page No. 40   Line No. 14   Change to:_____
13   "the fetch" to "fetch"
14   Reason for change: typographical
15   Page No. 40   Line No. 16   Change to:_____
16   "tempo" to "temporal"
17   Reason for change: typographical
18   Page No. 41   Line No. 19   Change to:_____
19   "to restoring" to "to storing"
20   Reason for change: typographical
21   Page No. 56   Line No. 21   Change to:_____
22   "sites" to "cites"
23   Reason for change: typographical
24
     SIGNATURE: _____  DATE: 7/20/18
25   Michael D. Mitzenmacher
```

ESQUIRE DEPOSITION SOLUTIONS                800.211.DEPO (3376)
                                            EsquireSolutions.com

MICHAEL D. MITZENMACHER  Highly Confidential            July 03, 2018
FINJAN V. JUNIPER NETWORKS                                       223

```
 1   Reference No.: 2395311
     Case:  FINJAN V. JUNIPER NETWORKS
 2
 3   Page No. 58   Line No. 1    Change to:_____
 4   "an executable file" to "a text file"
 5   Reason for change: typographical
 6   Page No. 58   Line No. 8    Change to:_____
 7    "wrote" to "was written"
 8   Reason for change: typographical
 9   Page No. 58   Line No. 11   Change to:_____
10   "sealing which" to "C language"
11   Reason for change: typographical
12   Page No. 58   Line No. 13   Change to:_____
13   "files contain" to "files can contain"
14   Reason for change: typographical
15   Page No. 61   Line No. 5    Change to:_____
16   "original" to "additional"
17   Reason for change: typographical
18   Page No. 62   Line No. 11   Change to:_____
19   "typically" to "particularly"
20   Reason for change: typographical
21   Page No. 67   Line No. 21   Change to:_____
22   "such as JSON" to "such as gzip"
23   Reason for change: typographical
24
     SIGNATURE: _____  DATE: 7/20/18
25   Michael D. Mitzenmacher
```



MICHAEL D. MITZENMACHER  Highly Confidential                July 03, 2018
FINJAN V. JUNIPER NETWORKS                                          222

```
1   Reference No.: 2395311
    Case:  FINJAN V. JUNIPER NETWORKS
2
3   Page No. 83   Line No. 13   Change to: _____
4   "varying" to "variant"
5   Reason for change: typographical
6   Page No. 112   Line No. 8   Change to: _____
7   "context" to "content"
8   Reason for change: typographical
9   Page No. 129   Line No. 18   Change to: _____
10  "fetch components" to "fetched components"
11  Reason for change: typographical
12  Page No. 130   Line No. 1   Change to: _____
13  "fetch components." to "fetched components."
14  Reason for change: typographical
15  Page No. 141   Line No. 20   Change to: _____
16  "fetch components." to "fetched components."
17  Reason for change: typographical
18  Page No. 147   Line No. 9   Change to: _____
19  "drop files" to "dropped files"
20  Reason for change: typographical
21  Page No. 154   Line No. 2   Change to: "I'd say in different
22  context." to "I'd say it's different in different context."
23  Reason for change: typographical
24
    SIGNATURE: _____[signature]_____   DATE: 7/20/18
25  Michael D. Mitzenmacher
```

ESQUIRE DEPOSITION SOLUTIONS                      800.211.DEPO (3376)
                                                  EsquireSolutions.com

MICHAEL D. MITZENMACHER  Highly Confidential           July 03, 2018
FINJAN V. JUNIPER NETWORKS                                       223

```
 1 | Reference No.: 2395311
   | Case:  FINJAN V. JUNIPER NETWORKS
 2 |
 3 | Page No. 159  Line No. 15   Change to:_____
 4 | "profile basis" to "per file basis"
 5 | Reason for change:  typographical
 6 | Page No. 179  Line No. 17   Change to:_____
 7 | "function is" to "function that is"
 8 | Reason for change:  typographical
 9 | Page No. 186  Line No. 6    Change to:_____
10 | "the junior products" to "the Juniper products"
11 | Reason for change:  typographical
12 | Page No. 199  Line No. 7    Change to:_____
13 | "fetch components" to "fetched components"
14 | Reason for change:  typographical
15 | Page No. 205  Line No. 6    Change to:_____
16 | "are a standard" to "and a standard"
17 | Reason for change:  typographical
18 | Page No. 205  Line No. 7    Change to:_____
19 | "functions. Can be by" to "functions, can be by"
20 | Reason for change:  typographical
21 | Page No. 215  Line No. 17   Change to:_____
22 | "made an argument." to "made in my argument."
23 | Reason for change:  typographical
24 |
   | SIGNATURE:          DATE: 7/20/18
25 | Michael D. Mitzenmacher
```