**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**
**DECLARATION OF DR. MICHAEL MITZENMACHER**

I, Michael Mitzenmacher, hereby declare that:

1.      I have been asked by Plaintiff Finjan, Inc. to submit an expert declaration on whether Juniper, Inc.'s SRX Gateways, Sky ATP and ATP Appliance products infringe claim 1 of U.S. Patent No. 8,141,154 (the "'154 Patent"). Ex. 1.[1] I relied on the documents cited herein, including the '154 Patent, the file history of the '154 Patent, the source code, the deposition transcripts of Tenorio, Manthena, Nagarajan, and Manocha, the trial transcript for this case, exhibits thereto, Finjan's Infringement Contentions, and Juniper's Discovery Responses.

## I.      EXPERIENCE AND QUALIFICATIONS

2.      I received a Ph.D degree in Computer Science from the University of California at Berkeley in 1996. I am currently employed as a Professor of Computer Science at Harvard University. I have published over 200 research papers in computer science conferences and journals, many of which have explored computer securities and computer networks, such as algorithms and data structures for communication networks and data transmission. I regularly serve on program committees for conferences in networking, algorithms, and communication, including SIGCOMM, NSDI, and CoNEXT. I have also taught graduate courses relating to computer networking.

3.      My rate of compensation for my work in this case is $750 per hour plus any direct expenses incurred. My compensation is based solely on the amount of time that I devote to activity related to this case and is in no way affected by any opinions that I render. I receive no other compensation from work on this action. My compensation is not dependent on the outcome of this case.

## II.      LEGAL STANDARDS

4.      Counsel for Finjan has informed me of the following legal standards that I have used as a framework in forming my opinions contained herein.

5.      I have been informed that claim construction is a legal issue for the Court to decide. I also understand that the Court has not issued a claim construction order for the '154 Patent in this case. As such, I considered both parties' proposed constructions of disputed terms and applied the plain and ordinary meaning for all other terms.

---

[1] All "Ex." citations are to the Declaration of Kristopher Kastens ("Kastens Decl.") filed herewith.

MITZENMACHER DECL. IN SUPPORT OF FINJAN'S MSJ          CASE NO. 3:17-cv-05659-WHA

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

6.      I have been informed that infringement is determined on a claim by claim basis.  A product may infringe a claim either literally or under the doctrine of equivalents.

7.      I have been further informed that literal infringement is found if an accused product, system or method meets each and every element of a single claim.  Direct infringement is found if a party, or its agents, makes, uses, sells, or offers for sale a product or system that contains all elements of a claimed system or performs all of the steps of a claimed method.  I have been informed that a party can be found to use the patented system even if that party does not exercise physical or direct control over every element of the system.  I have been informed that for elements that are not subject to the physical or direct control of the party, that party is still deemed to be using that component or part of the patented system where the party (i) puts the component into service – that is, the party causes it to work for its intended purpose and (ii) receives the benefit of that purpose. I have been informed that direct infringement can be found in a multinational system claim where elements of such system are located in multiple countries, when the place where control of the accused system is exercised and where beneficial use of the system is obtained are both within the United States.

8.      I have been informed that infringement under the doctrine of equivalents is found if an accused product, system or process contains parts or steps that are identical or equivalent to each and every element of a single claim.  A part or step is equivalent if a person of ordinary skill in the art ("POSITA") would conclude that, at the time of infringement, the differences between the product or method step and the claim element were not substantial. One common test to determine if the difference between a component or method step and a claim element is not substantial is to determine whether the component or step performs substantially the same function, in substantially the same way, to achieve substantially the same result.

9.      Based on review of the Asserted Patents and consideration of the abovementioned factors, it is my opinion that a person of ordinary skill in the art at the time of the invention of the Asserted Patents would be someone with a bachelor's degree in computer science or related field, and either (1) two or more years of industry experience and/or (2) an advanced degree in computer science or related field.  I understand that claim 1 of the '154 Patent claims a priority date of December 12, 2005.  But if the '154 Patent is found to have another priority date it would not materially affect my

2

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

analysis.

## III.   SUMMARY OF DECLARATION

10.   I have been asked by counsel for Finjan to consider if Juniper infringes claim 1 of the '154 Patent.  I have assumed that claim 1 of the '154 Patent is valid and enforceable.  I have not considered damages related issues associated with this infringement.

11.   The language of claim 1 is set forth in the '154 Patent at 17:31-44.

12.   I have been asked by counsel for Finjan to consider the following infringement scenarios with respect to claim 1 of the '154 Patent: (1) SRX Gateways ("SRX") by themselves, (2) SkyATP by itself, (3) ATP Appliance by itself.  My opinion on the current product features is based on the information available, including source code, release notes, Juniper's documents, and deposition testimonies of Juniper's employees.

## IV.   OVERVIEW OF THE '154 PATENT

13.   The '154 Patent describes protecting a computer system from dynamically generated malicious content.  *See* '154 Patent, Abstract.  Many types of documents (such as PDF, Office, HTML) allow for generating content dynamically.  As one example, a document may be embedded with a JavaScript ("JS") script, which is able to call a link from which to download a file.  As another example, an iFrame (which is another HTML document embedded into the main HTML page) inserts external content into the main HTML page, and thereby allows for dynamically generated malicious content.  As a further example, an email or a document may include an HTTP link to a site.  The HTTP link by default is associated with an HTTP function (such as an HTTP GET request), which allows a computer to automatically communicate with the site hosted by the HTTP link upon the activation of the HTTP link.

14.   The ability to dynamically generate content allows malicious code to evade detection through obfuscation.  Obfuscation is a mechanism which allows malicious code to be encoded or reformatted in a string that it appears to be benign, but the encoded or reformatted string is later decoded or reformatted to generate the malicious code for execution.  *See* '154 Patent at 3:31-64 (describing how dynamically generated content would result in malicious code being inserted).  Obfuscation is one way in which activation of a seemingly benign link may result in malicious code being injected into a

3

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

document or causing a malware to be downloaded. Dynamically generated malicious content typically comes in the form of a multi-stage attack such as a drive-by Download, or through a link on a webpage or email. Ex. 15, FINJAN-JN 045339 at 41 (describing the mechanism of a drive-by Download attack); FINJAN-JN 045326 at 29-30 (describing different ways ransomware infects a computing system). The dynamically generated malicious code cannot be detected by conventional reactive content inspection or gateway level analysis because the malicious code is not present in the content before runtime, which is when the malicious code is generated. '154 Patent at 3:65-4:8. Claim 1 of the '154 Patent describes the use of a content processor to process content which includes a call to a first function and the call has an input. *See id.*, Claim 1. The '154 Patent also recites sending the input to a security computer for inspection. *See id.* Claim 1 also recites invoking a second function with the input only if a security computer indicates that it is safe to invoke the second function. *Id.* By utilizing "behavioral analysis technologies," Claim 1 of the '154 Patent allows a security system to detect "day-zero" threats which escape the detections by traditional security technologies.

## V.   OVERVIEW OF THE ACCUSED PRODUCTS

### A.   SRX Gateways

15.     SRX is the next generation security gateway that provides essential capabilities to protect a network of computers such as a corporate network. The SRX Gateways operate as a gateway between the untrusted Internet and a trusted internal network. Ex. 9, JNPR-FNJN_29002_00173278 at 84. It is my understanding that the SRX all operate using the Junos operating system. The SRX Gateways can receive content (such as network communications, downloaded files) from the Internet, can send objects such as files and URLs to Sky ATP or ATP appliance for analysis, can receive a result from Sky ATP or Appliance, and can take an action (such as blocking or allowing files or network communications) based on the result received from Sky ATP or ATP Appliance. *Id.*; *see also* Ex. 6, JNPR-FNJN_29018_00962784 at 91-92. This process allows the SRX to detect new viruses and zero-day threats before they harm the computers in the protected network.

### B.   Sky ATP

16.     Juniper Sky ATP is a cloud-based scanning system that is part of Juniper's Advanced Anti-Malware Solution "AAMW". Ex. 9, JNPR-FNJN_29002_00173278 at 83. Sky ATP sometimes

HIGHLY CONFIDENTIAL – SOURCE CODE
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

is also referred to as Argon or Argon cloud.  *Id.*  Sky ATP can be used as a service by SRX Gateways.  *Id.* (showing that AAMW solution integrates with SRX and Argon Cloud Server).  SRX can submit files or URLs to Sky ATP for analysis and Sky ATP will return a verdict and threat intelligence data feeds including black/white lists.  *Id.* at 83-84.  The results are returned in the JSON format includes verdict information such as sample ID, malware info, malware among others,.  *See, e.g.*, Ex. 2, JNPR-FNJN_29017_00553620 at 74 (describing fields for malware event data and host threat level/status change data).

17.  In particular, Sky ATP provides advanced anti-malware and anti-ransom protection against sophisticated "zero-day" and unknown threats.  *See* Ex. 13, FINJAN-JN 044887 at 905 (stating that Sky ATP protects against evolving security threats); Ex. 9, JNPR-FNJN_29002_00173278 at 83.  Sky ATP generates "actionable intelligence" that can be used in a security network to take an action based on the threats discovered by Sky ATP.  Ex. 9, JNPR-FNJN_29002_00173278 at 83-84.  Sky ATP includes a malware pipeline manager;  a file runs through the malware analysis pipeline, which includes adapters for performing a series of analyses, based on cached results, antivirus analysis, static analysis, and dynamic analysis.  Ex. 13, FINJAN-JN 044887 at 907.  The malware analysis includes an antivirus adapter, two static adapters, and a sandbox and deception adapters.  Ex. 14, JNPR-FNJN_29017_00552908 at 909.

18.  Sky ATP performs static analysis to determine if unusual operations are used and dynamic analysis to identify behaviors of the file.  Ex. 13, FINJAN-JN 044912.  Sky ATP has a static analysis component that is run on the input it receives.  *See id.*  The static analysis in Sky ATP inspects file's metadata and instruction categories to detect suspicious signs such as usual instructions.  *Id.*  Static analysis analyzes the metadata information, categories of instructions used, and file entropy (e.g., encryptions in a file), feeds the outputs into a machine learning algorithm to generate a verdict.  *Id.*  Sky ATP performs dynamic analysis by executing the content in a sandboxed environment as if the file is run in a real computer system.  *Id.*  As part of the "detonation" of the file, the sandbox environment records the operations performed by content.  *Id.*  It is my understanding that Juniper internally refers to the dynamic analysis performed in the malware inspection pipeline as the combination of the "deception adapter" and a sandbox called "Joe Sandbox."

5

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

19.      As the file is running through the pipeline, SkyATP generates metadata and communicates with a verdict engine which provides a verdict score of the sample based on the new file information as received from the malware analysis pipeline at each stage of the malware analysis.  Ex. 14, JNPR-FNJN_29017_00552908 at 09; Ex. 11, JNPR-FNJN_29017_00552892 at 93.  A file does not have to run through the entire malware analysis pipeline.  *Id.*  The scanning may stop at the end of a stage (without reaching to the end of the malware analysis pipeline) based a determination from the verdict engine, when the verdict engine has the sufficient confidence to determine that the file is malicious or safe.  Ex. 14, JNPR-FNJN_29017_00552909.  The Sky ATP returns a verdict to SRX which indicates a threat level a file, and the SRX Gateway uses the verdict to determine whether to allow the file or the communication with the site hosted by the URL/IP address.  Ex. 9, JNPR-FNJN_29002_00173283-84.

### C.      ATP Appliance

20.      ATP Appliance (also referred to as Cyphort) monitors network traffic, such as web content, emails and communications within a network, to identify threats such as exploits, malware downloads, communications with botnet servers among others.  FINJAN-JN 045074 at 75. ATP Appliance receives network traffic through its "collectors", an example of which is SRX.  *Id.* at 78. The network traffic received by ATP appliance is subject to Smart Core's Multi-Stage Threat Analysis pipeline.  *Id.* at 77; Ex. 20, JNPR-FNJN_29018_00975646 at 53, 68-69.  The analysis pipeline includes engines for performing, for example, network, static, reputation, and behavioral analyses.  Ex. 12, JNPR-FNJN_29018_00971201 at 17.  Specifically, as one example, the traffic received by ATP appliance would first go through a Network Analysis Pipeline which performs a snort rules analysis and a Chain Heuristics analysis.  The Chain Heuristics Analysis flags and submits the suspicious traffic to a Browser Behavior Analysis Engine.  Ex. 17, FINJAN-JN 045326 at 32; *see also* Ex. 15, FINJAN-JN 045339 at 44.  The Browser Behavior Analysis Engine simulates the entire HTTP session using a browser that runs in a sandbox environment.  *Id.*  The JATP appliance examines the activities in the HTTP session and download the files referenced in a web communication to determine whether there are any suspicious activities.  *Id.*  The ATP appliance also analyzes all files through object analysis engines including Static AV Engine (for signature-based virus detection), Reputation Engine (for

6

HIGHLY CONFIDENTIAL – SOURCE CODE
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

reputation lookup based on a file's metadata), Behavioral Engine (for performing a dynamic analysis in a sandboxed environment), Emulation Engine (which emulates files containing scripts), and Yara Engine (which allows Yara rules to files and memory dumps obtained during the behavioral analysis). Ex. 17, FINJAN-JN 045326 at 31-32.

## VI.   ANALYSIS OF CLAIM 1 OF THE '154 PATENT

### A.   Overview of Juniper's Infringement

21.     Juniper sells, builds, and tests SRX, Sky ATP, and ATP appliance in the United States. Juniper infringes Claim 1 of the '154 Patent because SRX, SkyATP, and ATP appliance each meets every element of the claim.

22.     SRX includes a content processor which processes network communications. The network communications include an URL/IP address or a file (such as a webpage or an executable file) received from the Internet , both of which are "content" that includes a call to a first function where the call includes an input. As one example, the URL/IP address is a call to the first function where the call is the denoted by "http://" prefix and input is the address of a site (such as "example.com/malware.exe") as indicated through an URL or IP address or the file hosted at the URL/IP address. The URL/IP address is associated with a HTTP function for communication with the URL/IP address (such as an HTTP.GET request). As another example, the  file received over a network can have a script that includes a call to a first function (e.g., a unescape(), eval(), or document.write() function) that would inject code into a file. The injected code may involve communications or a download from a compromised site. The call includes an input which is the URL/IP address (or a file referenced by the injected code) associated with the compromised site. Because processing a webpage involves a series of communications between internal and external computers and the SRX is situated in between internal and external computers, the SRX can process a request by an internal computer to download a file from a link while the internal computer is assembling a webpage. Because the webpage includes a link or a script, such a request to SRX is a result of an internal computer's invocation of the webpage. The SRX includes a transmitter that can submit the link or the content for analysis by SkyATP or the ATP appliance. The SRX is also able to detect the presence of certain functions (such as the presence of an unescape function in an HTML file)

7

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1   when it receives a file.  The SRX can flag a file in which it found the obfuscated content, and send the

2   link or the content to SkyATP or ATP appliance. Based on the score received from SkyATP or the ATP

3   appliance, SRX can decide whether to invoke the second function associated with the inspected URL/IP

4   address, such as forwarding the file to an internal computer or otherwise allow  communications with

5   the inspected site.

6        23.     The Sky ATP also includes a malware analysis pipeline which is a content processor that

7   is able to process network traffic through a series of adapters.  The Sky ATP is able to protect an

8   internal computer from dynamically generated malicious content including: (1) when the network

9   communications include an URL/IP address as metadata of a sample (i.e. URL/IP address indicating

10  the source of the sample); and (2) when the sample has a reference to malicious content such as a

11  malicious link or code that is able to inject malicious links/content.  In the first example, the content

12  includes a call to open the link denoted by the "http://" prefix, where the link is naturally associated

13  with an HTTP function for communication with the URL/IP address (such as an HTTP.GET request).

14  The input associated with the call is the address of a site (such as "example.com/malware.exe") as

15  indicated through an URL or IP address.  In the second example, the content includes a call to a

16  function such as an unescape(), eval(), or document.write() function or iframe code (e.g., the form of

17  "<iframe src="*URL*"></iframe>").  The function may refer to an URL/IP address in an obfuscated

18  form.  The URL/IP address (regardless of whether it is in its obfuscated or original form) is considered

19  as an "input" associated with the call.  Continuing with the first example, the malware analysis pipeline

20  invokes the link by sending the input (i.e. a sample) to a verdict engine (i.e. a security computer) which

21  the verdict engine will return a score and malware information for the sample.  The input can be sent in

22  the form of a link to the sample or a hash of the sample.  The input is sent by the malware analysis

23  pipeline (which includes a transmitter) when the first function is invoked through downloading the

24  sample from the link.  Based on the verdict returned from the verdict engine, the malware analysis

25  pipeline determines whether to continue with a subsequent processing of the sample (i.e. invoking a

26  second function with the sample).  With reference to the second example, the malware analysis pipeline

27  is able to extract features from a sample, such as links, functions, scripts, or other code; sends such

28  features to the verdict engine (i.e. transmitting an input to the security computer); and receives a score

8

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

from the verdict engine.  The transmission of the input occurs when the first function is invoked as part of the dynamic analysis of simulating the execution of the sample, or through de-obfuscation of the code.  In both examples above, the malware analysis pipeline determines whether to continue with a subsequent processing of the sample or to add the sample (or its features) to a whitelist (i.e. invoking a second function with the input) based on the verdict returned from the verdict engine.  Furthermore, in an alternative scenario, the malware analysis pipeline (such as its DeceptionAdapters) can send an URL/IP address in the sample or the sample's URL/IP address to a reputation server for a reputation lookup, which returns a reputation score to the malware analysis pipeline. The URL/IP address or the hash of the file hosted by the URL/IP address can be added to a whitelist based on the result of the reputation lookup.

24.     ATP appliance has a similar mechanism as SkyATP.  The ATP appliance is able to perform a multi-staged analysis on network traffic and objects. As explained in the overview section, ATP Appliance's Smart Core (also referred to as Cyphort Core) is a content processor that analyzes the network traffic and files through a series of engines in the analysis pipeline.  The network traffic and files include a call to a first function and the call has an input for reasons mentioned above with reference to Sky ATP.  The Smart Core sends the input to a reputation engine/server or an analysis pipeline (or an engine in the analysis pipeline) for analysis.  The transmission of the input can be performed by the ATP appliance, an engine in the Smart Core analysis pipeline, or the pipeline Agent.  The transmission occurs when the first function is invoked as part of the activating a link to download a file or through de-obfuscation.  As one example, the Chain Heuristics analysis and submits suspicious traffic to a browser based dynamic analysis environment which is able to detect obfuscated malicious code (or malicious communications).  As another example, the analysis pipeline is able to activate or extract a link (invoking a first function) in the suspicious traffic, and send input associated with the link to a reputation engine where the reputation engine sends input to a server for reputation lookup.  The SmartCore decides whether to invoke a second function with the input, only if the security computer indicates that such invocation is safe by moving  the analyzed object to an END state, market the object as "clean" or otherwise allow the communications based on the reputation look up or based on the result from the pipeline analysis.

9

HIGHLY CONFIDENTIAL – SOURCE CODE
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

### B.   Preamble of Claim 1 of the '154 Patent

25.   The preamble of claim 1 of the '154 Patent recites "[a] system for protecting a computer from dynamically generated malicious content, comprising:". While I understand that a preamble is not typically limiting, it is my opinion that the preamble of claim 1 is met by SRX, SkyATP, and ATP Appliance. I incorporate by reference my summary of the products for this section.

26.   SRX is a system for protecting a computer from dynamically generated malicious content because this system acts as a gateway system for analyzing network communications to protect one or more internal computers. *See* Ex. 9, JNPR-FNJN_29002_00173283-84. As explained above, SRX is able to detect malicious code in a file or malicious URLs, and thereby protecting an internal computer from dynamically generated content through the malicious code or URLs. SRX sends a URL/IP address associated with a sample or the sample itself to Sky ATP or ATP appliance which returns a result (such as a score). Ex. 9, JNPR-FNJN_29002_00173283-84. SRX determines whether to block or allow the sample (or the URL/IP address) based on the result. *Id*. The SRX Gateways can examine JavaScript payload of a sample to determine if the JavaScript script is obfuscated or potentially malicious. Ex. 4, JNPR-FNJN_29040_01042912 at 13-14; Ex. 3, JNPR-FNJN_29017_00552579 at 89. The SRX Gateways can also extract potentially malicious objects (e.g., links) or files from the sample (such as a webpage), and send the malicious objects and files to SkyATP or ATP appliance, which perform analysis and determine the reputation of the link or the sample. *Id*. SRX receives a result of the analysis in the form of a verdict which SRX uses to allows a file to an internal computer. Ex. 13, FINJAN-JN 044887 at 907, 956; JNPR-FNJN_29002_00173278-79. SRX also receives the threat intelligence data feeds (which include C&C feeds and infected hosts feeds) from Sky ATP or ATP appliance, which SRX uses to allow or block a communication with an infected internal computer or with an external computer that serves as a command and control server. Ex. 13, FINJAN-JN 044887 at 907; JNPR-FNJN_29002_00173278-79; JNPR-FNJN 29032_00590643 at 65; *see also* Ex. 16, Juniper Source Code at 342-344,

27.   Sky ATP on its own meets this element because it receives and analyzes web objects and

10

HIGHLY CONFIDENTIAL – SOURCE CODE
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

files.  JNPR-FNJN_29002_00173278 at 78-79; Ex. 4, JNPR-FNJN_29040_01042912.  Sky ATP performs static and dynamic analysis in its analysis pipeline, whose pipeline manager manages the analyses, as well as the results that are generated during analyses.  Ex. 11, JNPR-FNJN_29017_00552892 at 93 (showing results from greyduck (i.e. static anlaysis) and deception (i.e. dynamic analysis).  Sky ATP accepts a large range of executable files for analysis, such as HTML with JS scripts, which is able to dynamically generate malicious content.  *See, e.g.*, Ex. 4, JNPR-FNJN_29040_01042912 (which shows Sky ATP accepts network objects from SRX).  Sky ATP also performs reputation lookups for a file hash and/or an URL/IP address which is associated with dynamically generated malicious content.  Ex. 10, JNPR-FNJN_29017_00552634 at 36; JNPR-FNJN_29008_00528472 at 541-542.

28.    ATP appliance is a system for protecting a computer from dynamically generated malicious content because it processes malicious content such as a webpage or an executable file.  Ex. 17, FINJAN-JN 045332; FINJANJN 045333-36 (which describes the use cases of ATP appliance).  ATP appliance has a Smart Core (also referred to as Cyphort Core or JATP Core) which obtains files submitted from web collectors (including SRX) and analyzes the files through analysis pipeline.  Ex. 6, JNPR-FNJN_29018_00962784 at 91-92, 97-98; Ex. 7, FINJAN-JN 045069 at 70; Ex. 17, FINJAN-JN 045331-32; Ex. 12, JNPR-FNJN_29018_00971201 at 19.  ATP appliance detects threats from dynamically generated malicious content, such as execution of malicious code, exploits, malicious URLs, etc.  *See* Ex. 12, JNPR-FNJN_29018_00971201 at 20 (describing files types and threats analyzed by ATP appliance); Ex. 17 at FINJAN-JN 045331; FINJAN-JN 045329-30; Ex. 15, FINJAN-JN 045339 at 44. ATP appliance extracts payloads and deliver the network objects for a multi-staged analysis in Smart Core's detection engine.  Ex. 12, JNPR-FNJN_29018_00971201 at 25 ("Cyphort detonation engines fully execute suspicious traffic objects: code, attachments, files, and URLs").

## 1.    Element 1(a) of the '154 Patent

29.    The Accused Products include "a content processor (i) for processing content received over a network, the content including a call to a first function, and the call including an input, and (ii) for invoking a second function with the input, only if a security computer indicates that such invocation is safe."  It is my opinion that SRX, SkyATP, and ATP Appliance each includes a content processor

HIGHLY CONFIDENTIAL – SOURCE CODE
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

which performs the claimed functions.  I incorporate by reference my summary of the products for this section.

### a)     SRX By Itself Infringes Element 1(a) of the '154 Patent.

30.     The SRX appliance or its software includes "a content processor [] for processing content received over a network" because SRX is a gateway system for processing a network traffic. Ex. 9, JNPR-FNJN_29002_00173278 at 83 ("SRX inspects both ingress and egress network traffic); *id.* at 84 (The SRX Gateway intercepts the file transmissions between a source computer and a destination computer).  The network traffic includes web content, such as web pages which have objects such as JS scripts or links to malicious executables or files.  *See, e.g.*, Ex. 4, JNPR-FNJN_29040_01042912 at 13-14.  SRX examines the network traffic and is able to extract files or network objects.  *Id.*; *see also* Ex. 9, JNPR-FNJN_29002_00173278 at 83

31.     The content has "a call to a first function and the call including an input".  As one example, the web pages or network requests include a call to open a link denoted by the "http://" prefix, which is a call to a first function.  The call includes an input which is the URL /IP address such as "example.com/malware.exe" associated with the "http://" prefix or the file hosted by the URL/IP address.  Ex. 3, JNPR-FNJN_29017_ 00552579 at 83 (showing that URL and source IP are provided from SRX to SkyATP for look-up); Ex. 10, JNPR- FNJN_29017_00552634 at 36 (showing IP, URL, and sample_id, is provided to Sky ATP).  As another example, the webpage includes code, such as HTML or JS scripts that have a call to a first function such as an unescape() or document.write() function that is used to obfuscate a suspicious link or URL.  The input to the first function in this example is the obfuscated URL/ IP address or a file hosted by such URL/IP address.  Ex. 4, JNPR-FNJN_29040_01042912 at 13-14.

32.     SRX sends the input to Sky ATP for lookup and analysis, where the Sky ATP returns a verdict.  Ex. 3, JNPR-FNJN_29017_ 00552583; Ex. 10, JNPR-FNJN_29017_00552634 at 36 (showing that Sample Submitter module submits IP addresses or URLs to a ReputationClient which queries a Reputation Server); Ex. 3, JNPR-FNJN_29017_00552582 (showing Kookaburra is used to connect SkyATP and SRX Gateways).  SRX can send the input in two forms, one as an URL/IP address, and two as a file retrieved from the URL/IP address (e.g., as a pdf file retrieved from the URL

MITZENMACHER DECL. IN SUPPORT OF FINJAN'S MSJ          CASE NO. 3:17-cv-05659-WHA

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

"example.com/baddoc.pdf").  SkyATP is a security computer that receives the input and returns the verdict to SRX.  Ex. 9, JNPR-FNJN_29002_00173278 at 83; *see also* Ex. 11, JNPR-FNJN_29017_00552892 at 93 (where verdict engine returns an updated verdict to Pipeline Manager as part of the malware analysis pipeline). The verdict is a number which indicates the score, or threat level, where a higher number indicates a higher threat. *Id.* Based on the verdict, the content processor invokes a second function with the input.  Such a second function is typically a subsequent function that causes a downloaded file associated with the URL/IP address to be forwarded to an internal computer or allowing communications with a remote server hosted by the URL/IP address using HTTPSendRequest, InternetReadFile with input.  *See* Ex. 13, FINJAN-JN 044887 at FIG.19 (describing how the email with the attachment is allowed to pass if threat score is assigned to low by SkyATP Cloud); *see also* Ex. 9, JNPR-FNJN_29002_00173278 at 83 (showing that SRX series device performs inline blocking based on verdicts from SkyATP).

33.     Juniper's source code further supports my opinion for this element. For example Juniper's source code describes the AAMW module in SRX for invoking ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ which permits a content based on a verdict. Ex. 16, Juniper Source Code at pg. 344, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

34.     As another example (illustrated below), the AAMW module in SRX  has code which takes an action on held data (permit content download) based on the score/ verdict returned by Sky ATP.  *See* Ex. 16, Juniper Source Code at pgs. 379-80, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

35.     As yet another example, the AAMW module in SRX permitting the content at the URL to downloaded based on the verdict score returned from Argon server as shown below.  *See* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮

36.     SRX is also able to submit the input to ATP appliance.  Ex. 6, JNPR-FNJN_29018_00962784 at 97-98 (showing file submissions from network traffic and email attachments from SRX to ATP appliance); *see also id.* at 91 (showing submissions of file metadata as

13

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

well as raw streams to JATP Core).  Here, the ATP appliance is the security computer and it is able to perform malware analysis, including static analysis, payload analysis, behavioral analysis, and malware reputation analysis among others.  Ex. 7, FINJAN-JN 045069 at 71; *see also* Ex. 12, JNPR-FNJN_29018_00971201 at 17.  The ATP appliance provides a verdict to the SRX appliance which is able to determine whether to invoke a second function such as allowing a client system to complete the download or otherwise communicate with the URL, based on the verdict (as explained in the paragraph above).  Ex. 6, JNPR-FNJN_29018_00962784 at 91-92; Ex. 19, JNPR-FNJN_29018_01003705 at 05-06; JNPR-FNJN-29018_00979461 at 61-62.

37.     The Sky ATP or ATP appliance provides SRX threat intelligence data feeds.  Ex. 9, JNPR-FNJN_29002_00173278 at 84; Ex. 19, JNPR-FNJN_29018_01003705-06; Ex. 13, FINJAN-JN 044887 at 907 (showing that Command and control (C&C) cloud feeds C&C feeds include a list of servers that are known command and control for botnets, and servers that are known sources for malware downloads.").  The threat intelligence data feeds are generated based on the analysis of the input.  *Id.*; *see also* JNPR-FNJN_29008_00528472 at 522.  The threat intelligence data feeds indicate whether the communications (or downloads) from an URL/IP address is malicious or safe.  Ex. 13, FINJAN-JN 044887 at 905 ("When a host on your network tries to initiate contact with a possible C&C server on the Internet.  The SRX Series device can intercept the traffic and perform an enforcement action based on real-time intelligence feed information that identifies the C&C server IP address and URL"); *see also* Ex. 22, FINJAN-JN 044731 at 31-32 (which showing example fields for HTTP downloads including threat levels, top indicators, domain/IP information).

38.     The SRX invokes a second function with the input  (such as blocking or allowing a file or communications with the URL/IP address as shown in the paragraph above) based on the threat intelligence data feeds.  FINJAN-JN 045009 (the SRX allows or blocks an outbound request to C&C host at the URL/IP address (i.e. the input) based on the threat intelligence data feeds); Ex. 13 at 44907 ("SRX Series…Performs inline blocking based on verdicts from the analysis cluster."); Ex. 19, JNPR-FNJN_29018_01003705 at 06; *see also* Ex. 9, JNPR-FNJN_29002_00173278 at 84.

**b)     Sky ATP By Itself Infringes Element 1(a) of the '154 Patent.**

39.     SkyATP itself includes "a content processor [] for processing content received over a

14

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

network, the content including a call to a first function and the call including an input". As explained above, SkyATP cloud receives network objects over a network from SRX Gateways. Ex. 9, JNPR-FNJN_29002_00173278 at 83; Ex. 3, JNPR-FNJN_29017_00552582 (describing using Kookaburra software module for receiving content from SRX Gateways). SkyATP cloud includes a malware analysis pipeline which is a "content processor". Ex. 14, JNPR-FNJN_29017_00552909. The malware analysis pipeline infringes in two scenarios.

40.     In the first scenario, the malware analysis pipeline includes the Deception Adapters which collectively, perform dynamic analysis on a file and observe the behaviors of the file. Ex. 13, FINJAN-JN 044887 at 912. As explained above in ¶23, the content that Deception Adapters processes includes a call to a first function such as a call to open a link denoted by the "http://" prefix with an input including an URL or an IP address such as "example.com/malware.exe". Ex. 10, JNPR-FNJN_29017_00552634 at 36 (showing that Deception Adapters query for any contacted IPs). As explained above, in this example, the input can also be the file named "malware.exe" that is downloaded from the URL.

41.     The content processor is also "for invoking a second function with the input only if a security computer indicates that such invocation is safe." The Deception Adapters submits the input such as URL/IP address (or a hash representing a file) to a server for lookup(i.e. a security computer). *Id.* (showing an URL lookup at the reputation server). The server responds with the threat level for the input. Ex. 10, JNPR- FNJN_29017_00552634 at 37. The malware analysis pipeline invokes the second function with the input by adding the IP/URLs (or file hash) to a whitelist. Adding the URL/IP address to a whitelist occurs only if the lookup finds that the URL/IP address (or the file hash) is not malicious. *See* ████████████████████████████████████ Ex. 16, Juniper Source Code at pg. 683, ████████████████████████████████ ████████████████

42.     In the second scenario, the malware analysis pipeline (i.e., the content processor) which processes content that includes a call to a first function and the call has an input, and invokes a second function with the input (i.e. invoking a subsequent processing or early exit) based on a result received from a verdict engine (i.e. a security computer).

15

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

43.    As one example, content includes a call to open a link denoted by the "http://" prefix. The input of the call is a sample downloaded from the link. *See* Ex. 13, FINJAN-JN 044887 at 912.  In this example, the malware analysis pipeline sends the input (which can be in the form of a link to the sample or a hash of the sample) to a verdict engine (i.e. a security computer).  Ex. 11, JNPR-FNJN_29017_00552892 at 93.  The verdict engine will return a score for the sample to the malware analysis pipeline, indicating a threat level of the sample.  *Id.*

44.    As another example, the content includes scripts or code which obfuscate malicious content.  The content includes a call to a function such as an unescape(), eval(), or document.write() function or iframe code (e.g., in the form of "<iframe src="*URL*"></iframe>").  The function may refer to an URL/IP address in an obfuscated form, and the URL/IP address (regardless of whether it is in its obfuscated or original form) is considered as an input associated with the call.  The malware analysis pipeline extracts the features, including the links, functions, scripts, or other codes, from the sample, and submit the extracted features to the verdict engine.  Ex. 11,  JNPR-FNJN_29017_00552893 (showing that the pipeline manager (which manages the malware analysis pipeline) submits the metadata of a file object and results from an adapter to a verdict engine).  The verdict engine responds with a score, which indicates the threat level associated with the file.  *Id.* (showing that the verdict engine returns an HTTP response with a score for an object to the analysis pipeline).

45.    In both examples, the malware analysis pipeline invokes a second function based on the score from the verdict engine, where the second function can be a decision to end the analysis early (i.e. the sample is safe, stop scanning), invoke a subsequent processing (i.e. the sample appears to be safe but will need more testing), or to mark the sample as done.  Ex. 14, JNPR-FNJN_29017_00552908 at 09-11 (describes the malware analysis pipeline can stop subsequent processing on the result from the previous adapter).  Furthermore, as shown above, the malware analysis pipeline also invokes a second function with the input by adding an URL/IP address or the sample (or its features) to a whitelist.  *See* ████████████████████████████████████████████████  Ex. 16, Juniper Source Code at pg. 683.████████████████████████████████████████████

46.    The source code file ████████████████████████████████████████████████████████████ further supports that SkyATP's

16

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

content processor processes content including a call to a first function, and the call including an input (where the file includes code for determining reputations of contacted IP addresses and domains made by a sample during analysis by DeceptionAdapters).  Ex. 16, Juniper Source Code at pgs. 679-80.

47.     Juniper's source code also includes code for updating a whitelist with a file hash and URL/IP address (invoking a second function with the input) once they are determined to be safe.  *See e.g.,* ███████████████████████████████████████████████████████████████ (which shows how the whitelist is updated with the hash of the file (i.e. adding the input to a whitelist) when the security computer indicates that such invocation is safe); Ex. 16, Juniper Source Code at pg. 683, ████████████████████████████████████████████████████████████████ (which shows updating a whitelist and feeds with an IP address found to be safe); ██████████████████████████████████████████████████████ (updating and posting new entries in the whitelist (i.e. ███████████████████████████████████████████ ███████████████████████████████████ which illustrates batching and filtering with URL/IP and/or hash of the file).

### c)     ATP Appliance By Itself Infringes Element 1(a) of the '154 Patent

48.     ATP appliance includes "a content processor [] for processing content received over a network, the content including a call to a first function and the call including an input".  The ATP appliance receives network communications from web collectors (where SRX is one of the collectors). Ex. 12, JNPR-FNJN_29018_00971201 at 16.  ATP appliance's SmartCore is a content processor as it "inspects traffic across multiple vectors such as Web, e-mail, and lateral spread" between two networks as well as within a network.  FINJAN-JN 045074; *see also* Ex. 17, FINJAN-JN 045331-32.  Juniper's documents describe the ATP appliance as being able to detect a variety of threats (arising from dynamically generating content), including Drive-by Infections Using Exploit Kits such as a website with injected code to redirect the user to the exploit kit, or similar threats where the user's browser is redirected towards an intermediate site that contains JavaScript that will identify vulnerabilities either in the browser or its plugins and deliver a payload that will trigger the exploitation;  Direct Web Downloads; Wormable Exploits; Trojan Downloaders; phishing attacks.  FINJAN-JN 045326 at 29-30.

49.     The ATP appliance's Smart Core processes content such as executables, pdf, office, and

17

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

emails which include scripts having a call to a first function such as a call to open a link denoted by the "http://" prefix with an input including an URL or an IP address or a call to inject malicious code, where the URL/IP address may hosts a malicious file). Ex. 7, FINJAN-JN 045071; Ex. 12, JNPR-FNJN_29018_00971201 at 25 (Cyphort detonation engines fully execute suspicious traffic objects: code, attachments, files, and URLs). ATP appliance submits an URL/a file hash to Cyphort's reputation engine/server, which performs a reputation lookup for determining whether the submitted input is malicious. Ex. 12, JNPR-FNJN_29018_00971257; *see also* Ex. 18, JNPR-FNJN_29018_00970801 at 803; Ex. 20, JNPR-FNJN_29018_00975646 at 74; Ex. 19, JNPR-FNJN_29018-01003705 at 06-08. Either the reputation server or the reputation engine is considered as a security computer.

50.     In addition to reputation lookup of URLs, ATP appliance also submits network traffic events and files to an analysis pipeline. Ex. 20, JNPR-FNJN_29018_00975646 at 68-71; Ex. 19, JNPR-FNJN_29018_01003705 at 06, 08. The analysis pipeline or its engine(s) is considered as a security computer because it involves discrete components and uses a virtual computing environment (i.e. as if it is a computer) for performing malware analysis. *See id.*

51.     As one example workflow performed by the ATP appliance, ATP appliance uses the Network Analysis Pipeline for processing traffic visible to Cyphort which includes performing a Chain Heuristics analysis that flags suspicious traffic and submits it to a browser-based dynamic analysis environment where heuristics rules are applied to identify malicious traffic like exploit kits redirects. Ex. 17, FINJAN-JN 045332. The ATP appliance is able to detect an email with links used for phishing attacks and to download ransomware, such as a phishing email with Click to follow link to "http://voperforseanx[.]top/site/chrome_update.html" which leads to downloading a Cerber Ransomware. FINJAN-JN 045332-34. This link includes a call to a first function with an input (explained above). The input is submitted SmartCore's reputation engine which has the capability to perform a reputation lookup of the URL before allowing the downloading of Cerber Ransomware from that URL. *Id.* As another example, the SmartCore is able to process a web page which has been compromised with an iframe injection to redirect to mobilalibey.com which hosts the RIG landing page. *Id.* at 34-35. The link is able to be submitted to SmartCore's reputation engine which has the

18

HIGHLY CONFIDENTIAL – SOURCE CODE
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

capability to perform a reputation lookup of the URL before allowing the download of a Flash exploit, which in turn downloads the final payload which is Cerber ransomware. *Id.*

52.    The ATP appliance is also able to detect an email with attachments that contain malicious scripts such as a malicious obfuscated Visual Basic (VB) script. FINJAN-JN 045329. The obfuscated VB script includes a call to a first function and the call including an input. The VB script will either embed the ransomware binary in its own data, proceed to decrypt it, write it to disk then launch it, where a call to a first function would be to a call to decrypt, write to disk, or to launch the ransomware (i.e. the input of the call). *Id.* Alternatively, the VB script will reach out to a web site to download the ransomware binary then execute it. In this instance, a call to a first function would be a call to connect with a website or to download the ransomware and the input is the ransomware (or the URL/IP address associated with the ransomware). *Id.* Another example malicious script is a malicious JavaScript code inside a zip file to emails where the script files will have file extensions that seem to be documents to entice the victim to open them. *Id.* The script would then download the ransomware from the internet and launch it. *Id.* In this example, the scripts include a call to a first function (i.e. to download the ransomware from a site) and the input would be the URL/IP address of the site or the ransomware.

53.    The ATP appliance also uses an Object Analysis Pipeline in its Smart Core for processing files. Ex. 17 at FINJAN-JN 045331-32. As explained in § VI.A above, the files include a call to a first function such as malicious scripts or links, and the URL/IP address injected or obfuscated by the malicious scripts/links are the input to the call. As one example, the ATP appliance can detect threats in a malicious PDF which could attempt to exploit an unpatched or zero-day vulnerability in Adobe Acrobat Reader, drop the ransomware binary, then execute it; or Microsoft Office or PDF attachments containing links to a website which hosts the ransomware. FINJAN-JN 045329.

54.    The content processor of the ATP appliance also performs "for invoking a second function with the input, only if a security computer indicates that such invocation is safe" Based on results from the security computer in the scenarios related to reputation lookup and submissions to pipeline analysis, Smart Core is able to invoke a second function such as moving the object to 'END' state or marking the object as "clean". Ex. 15, FINJAN-JN 045339 at 44 ("Depending on the verdict

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1   obtained from Chain Heuristics, Cyphort decides if the suspicious chain needs to be looked at by the

2   Browser Behavior Analysis Engine" and otherwise marking as clean if determined that "this web page

3   referred from a valid resource link" or "this webpage part of a trusted domain"); *see also* Ex. 16,

4   Juniper Source Code at pgs. 588-589 ████████████████████████████████████████████

5   ███████████████████████

6         55.     Additionally, the source code file ████████████████████████████

7   ████████████████████████████████████ shows that ATP appliance processes content

8   that includes a call to a first function and the call including an input. Ex. 16, Juniper Source Code at

9   pg. 728. This file include code for processing, for example, email or webpage including certain URLs,

10   █████████████████████████████ *Id.* This file also includes functions which classifies

11   URLs (e.g., as clean) based on reputation lookup (see example routines: ████████████████

12   ████████████████████████████████████ *Id.*

13         56.     The source code file ██████████████████████████████████

14   █████████████████████████████████████████ describes a process for

15   checking URLs against a set of feeds until one of them reports URL as bad. Ex. 16, Juniper Source

16   Code at pg. 515, 518. The source code describes that ███████████████████████████

17   ██████████████████████ *Id.*

18         57.     The source code file █████████████████████████████

19   ████████████████████████████████████████████

20   describes that the ATP appliance receives a set of scores such as ██████████████████

21   ███████████████ returned from the reputation lookup, as well as ████████████████████

22   █████████████ Ex. 16, Juniper Source Code at pgs. 508-510.

23         58.     The source code file ████████████████████████████

24   ████████████████████████████████████████ shows that ATP appliance processes

25   content which includes a call to a first function where the input of the call is email or webpage

26   including phishing URLs, shortened URLs and other dynamically generated URLs. Ex. 16, Juniper

27   Source Code at pgs. 720-722. This source code file also shows that ATP Appliance invokes the second

28   function within the meaning of the claim by marking an URL as clean and updating the variable

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

1  ▮▮▮▮▮▮▮▮▮▮▮ based on the reputation results returned from the reputation engine), as illustrated in

2  the example snippets below.



12              **d)      Juniper's Claim Constructions**

13        59.      I understand that the parties have competing constructions of the term "content

14  processor" and "safe".  My analysis above applies to both constructions.  In particular, I understand that

15  for the "content processor" element, Juniper contends that this must be located on a "client computer."

16  Dkt. No. 182 at 20.  SRX is considered as a client in its deployment architecture because it acts as a

17  client computer that receives network communications from an Internet server.  Sky ATP is considered

18  as a client computer because it simulates the client computer's environment during its dynamic

19  analysis.  Sky ATP is also considered as a client computer because it acts as a client computer and

20  receives the network communications from an endpoint.  ATP appliance is considered as a client

21  computer for similar reasons as Sky ATP.  Notably, ATP appliance is able to simulate a browser based

22  dynamic analysis environment, which mimics the execution environment of a client computer.

23  Furthermore, SRX, Sky ATP, and ATP appliance all include typical components of a computer, such as

24  a processor, memory, and an operating system.

25        60.      Juniper's construction of the word "safe" is also met because the verdict or threat

26  intelligence data feeds received from the Sky ATP or ATP appliance indicates a threat level which is

27  determined in relation with a security policy.  The reputation score or the verdict from the reputation

28  server or the verdict engine, respectively, also meet the definition of "safe" for similar reasons

HIGHLY CONFIDENTIAL – SOURCE CODE
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

explained immediately above.

2. **Element 1(b) of the '154 Patent**

61. The Accused Products include "a transmitter for transmitting the input to the security computer for inspection, when the first function is invoked; and." It is my opinion that SRX, SkyATP, and ATP Appliance each includes a transmitter which performs the claimed functions. I incorporate by reference my summary of the products for this section.

a) **SRX By Itself Infringes Element 1(b) of the '154 Patent**

62. SRX includes a transmitter that is in communication with SkyATP or ATP appliance, and submits the network objects to the SkyATP or ATP appliance, where the Sky ATP or the ATP appliance is a security computer. *See, e.g.,* Ex. 3, JNPR-FNJN_29017_00552589; Ex. 4, JNPR-FNJN_29040_01042912 at 13-14; Ex. 13, FINJAN-JN 044887 at FIG. 19 (describing how SRX devices transparently submit potentially malicious email attachments to the cloud for inspection.). SRX includes a network interface which is able to communicate with the SkyATP or ATP appliance over a network, where the network interface is a transmitter. The SRX Gateways uses its "data plane" to submit files and metadata to SkyATP and receives verdict returned from SkyATP. Ex. 9, JNPR-FNJN_29002_00173278 at 83.

63. Furthermore, SRX includes an SRX API which includes a SampleSubmitter module that sends files or IP/URL to Sky ATP, where the Sample Submitter or the SRX API is considered as a "transmitter". Ex. 10, JNPR- FNJN_29017_00552634 at 36. After the submissions to the SkyATP, SkyATP analyzes the file and URLs through its malware analysis pipeline. *Id*.; Ex. 13, FINJAN-JN 044887 at 907. The same SRX API also submits the files and URLs to ATP appliance. Ex. 6, JNPR-FNJN_29018_00962784 ("The JATP Core will use the existing SRX APIs, so that no changes are required for SRX appliances."). The ATP appliance returns a verdict to SRX. *Id.* at 91.

64. The transmission to the security computer occurs when the first function is invoked by a client computer while a client computer is iteratively loading a web page, where the input to the call of the first function includes a URL/IP address that is part of the web page or a file downloaded from the URL/IP address. During the loading process, the client computer would communicate back and forth with servers to obtain the content of the web page, which involves invoking an http:// link or executing

22

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

a script of a webpage.  Because the SRX gateway is in-between the client computer and the server, the SRX gateway intercepts the communications between the client computer and the server and processes the content and file associated with the link and the script.

65.     The transmission to the security computer can also occur when the first function is invoked by SRX.  The SRX includes a parser which extracts HTML  and other network objects from network communications.  The parser is able to extract links or obtain the a file reference by a link.  Ex. 4, JNPR-FNJN_29040_01042912 at 12-13.  The SRX is able to send the URL or the file (i.e. the input) to Sky ATP or ATP appliance as explained above.  The parser is also able to check the JS payload (which includes the input) where the JS payload  would sometimes would be obfuscated through a function call.  *Id.*  In order the extract the JS payload, the SRX Gateway will invoke the function to obtain the JS payload.  Ex. 4, JNPR-FNJN_29040_01042912 at 13.

66.     The source code file ███████████████████████████████████████ ████████████████████████████████████████  further supports that SRX includes a transmitter for transmitting the input to the security computer for inspection, when the first function is invoked; by describing the AAMW module in SRX for transmitting the content metadata containing: ████████████████████████████████████████████████████  to SkyATP.  Ex. 16, Juniper Source Code at 343.

**b)     Sky ATP By Itself Infringes Element 1(b) of the '154 Patent**

67.     I provided two example scenarios for Sky ATP with reference element 1(a) of the '154 Patent. In the first scenario, I explained that the Deception Adapters, which collectively is a transmitter that submits an input, such as an URL/IP address or a file (in the form of a hash) to the security computer (i.e. a reputation server or a metascan server) which performs a lookup.  *See* Ex. 10, JNPR-FNJN_29017_00552634 at 36; Ex. 16, Juniper Source Code at pgs. 449, 453-454, ███████████████████████████████████████████████████; JNPR-FNJN_29040_01194632 at 45 (which shows results associated with metascan).  The SkyATP also includes a reputation client which is a transmitter that submits the URLs or IP address to the reputation server for lookup.  *Id.*

68.     In the second scenario, I explained that the malware analysis pipeline communicates

MITZENMACHER DECL. IN SUPPORT OF FINJAN'S MSJ          CASE NO. 3:17-cv-05659-WHA

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

with a verdict engine a sample (in the form of a link or hash) or features extracted from a sample to a verdict engine (i.e. a security computer). In this instance, the malware analysis pipeline includes a transmitter that transmits an input such as a sample (in the form of a link or hash) and features extracted from a sample to a verdict engine.  Ex. 11, JNPR-FNJN_29017_00552892 at 93 (which illustrates sending an http post request of a link to the sample or a hash of the sample from the pipeline manager to a verdict engine)

69.     In both scenarios, the transmission occurs when the first function is invoked because the Sky ATP extracts  the URL and IP addresses as part of the dynamic analysis which observes the behaviors of the files such as function calls or because Sky ATP de-obfuscates or activates the links (which involves invoking the first function).  Ex. 10, JNPR- FNJN_29017_00552634 at 36; *see also* JNPR-FNJN_29008_00528472 at 541-544 (which illustrates examples of obfuscation).

70.     Juniper's source code further supports my opinion.

describe a transmitting an URL for a reputation lookup at a reputation server and performing hash lookup of dropper files at a hash lookup server (sometimes referred to as metascan server).  The transmission occurs  when the first function is invoked because the URL and the dropper files occurs as a result of de-obfuscation or through the activation of a link.  Specifically, the files include code describing obtaining 1) the ▮▮▮▮ from the  lookup to the reputation server for contacted IP addresses and domains when the file contacts IP's and domains during the execution of that file during dynamic analysis; and 2) ▮▮▮▮▮▮ included in the deception results as a result of a hash lookup of dropped files resulting from the execution of the sample during dynamic analysis.

71.     As another example, ▮▮▮▮▮▮▮▮ file describes how the Deception adapter  (JoeSandbox) makes a lookup to the reputation server for contacted IP addresses and domains when the file contacts IP addresses and domains during the execution of that file for the dynamic analysis.  Ex. 16, Juniper Source Code at pgs. 679-680.  Below are a few example lines from this source code file.

24

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**



file also supports my opinion.  Ex. 16, Juniper Source Code at pgs. 449, 453-454.  This source code file

describes the lookup to the reputation server for contacted IP addresses and domains when the file

contacts IP addresses and domains during the execution of that file during dynamic analysis and the

hash lookup of dropped files from those IP's and domains.

73.    The same source code file also includes the following code which shows that Sky ATP

performs a hash lookup on a hash of a dropped file and a reputation search on domain names and IP

addresses.



MITZENMACHER DECL. IN SUPPORT OF FINJAN'S MSJ        CASE NO. 3:17-cv-05659-WHA

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

74. ██████████████████████████████████████ further supports that SkyATP includes a transmitter for transmitting the input to the security computer for inspection, when the first function is invoked by describing how the URL is submitted to the reputation server for contacted IP's and domains when the file contacts IP addresses and domains during analysis.

75. ██████████████████████████████ further supports that SkyATP includes a transmitter for transmitting the input to the security computer for inspection, when the first function is invoked by describing how the Deception adapter (JoeSandbox) makes a lookup to the reputation server for contacted IP's and domains when the file contacts IP's and domains during the execution of that file during dynamic analysis. This source code file includes a client library for Argon Web API. The source code includes ███████████████ which describes a Class for holding sample's metadata along with temporary download URL. This source code file contains code for downloading the sample from stored URLs. For example, this source code file includes a function ███████████ which gets the sample content using an S3 link directly or ask API server to stream the content on-demand. The function ████████████ downloads a sample from an URLs indicated by ████████████ The class ███████████████ is a Class for holding archive metadata along with temporary download URLs. This file also includes a class for Argon API client (i.e. █████████████ This class includes the following functions ████████████████████████ which performs an HTTP request; ██████████████████ which makes the HTTP request to an API server; █████████████████████ █████ which makes an HTTP request to the API server and parse JSON response body and return python object; ███████████████████████ which submits a sample to a queue; ███████████████████ In addition, this Argon API client class includes the following two functions.

26

MITZENMACHER DECL. IN SUPPORT OF FINJAN'S MSJ        CASE NO. 3:17-cv-05659-WHA

HIGHLY CONFIDENTIAL – SOURCE CODE
REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED

c)      **ATP Appliance By Itself Infringes Element 1(b) of the '154 Patent**

76.      The ATP appliance includes "a transmitter for transmitting the input to the security computer for inspection, when the first function is invoked". In the scenario of performing a lookup with Cyphort reputation engine/server, the transmitter is ATP appliance's communications interface that communicates with the reputation engine/server to perform the URL or IP address lookup.  Ex. 12, JNPR-FNJN_29018_00971201 at 57, 1576.  In another example, the transmitter is the pipeline agent or engine in the analysis pipeline which is able to submit a link associated with a file object to a reputation engine/server (i.e. a security computer) which is able to perform a reputation lookup of the URL or domain and assess the risk;  perform a crawl of the URL and assess the risk based on the content returned; and perform predictive analysis based on past history of the site or URL to estimate how likely is the site going to be malicious in the future.  Ex. 20, JNPR-FNJN_29018_00975646 at 74; Ex. 19, JNPR-FNJN_29018_01003705 at 06-08.

77.      In the second scenario (which relates to submitting network events or objects to one or more engines in the pipeline analysis), the transmitter is the Smart Core .  In one example, the Smart Core has a pipeline agent that transmits a dropper file (extracted from the inspected content) to an Object Analysis Pipeline, which subjects the dropper to static analysis, behavior analysis, and reputation analysis.  *See* Ex. 20, JNPR-FNJN_29018_00975646 at 71.  In this scenario, the dropper file is the input and the security computer is the pipeline (which includes a virtual environment that simulates a computing environment).  As another example, Smart Core includes  Chain Heuristics analysis engine that is able to transmit network events including a link (i.e. the input) to a browser-based dynamic analysis engine (i.e. the security computer).  As yet another example, the Smart Core, transmits the network traffic which includes the input to the Chain Heuristics analysis which provides a verdict to the ATP Appliance. Ex. 15, FINJAN-JN 045344.

78.      In the scenarios above, the transmitter transmits the input when the first function is

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

invoked because the ATP appliance is able to de-obfuscate an URL or execute a link in a dynamic analysis environment which involves activating a link to download a file or to communicate with a site. Alternatively, the first function is invoked by an internal computer during a network session. Ex. 15, FINJAN-JN 045339 at 44 (Smart Core, in particular its Chain Heuristics analysis, "inspect[s] the sequence of HTTP requests and responses between a particular source and a destination."); Ex. 20, JNPR-FNJN_29018_00975646 at 70 (which describes submitting the network event chain into the pipeline for analysis).

79.     Juniper's source code also supports my opinion.  The source code file



includes code (e.g., shown below) for the reputation lookup to the reputation server for the download URLs and phishing URLs that were de-obfuscated during the analysis.  Ex. 16, Juniper Source Code at pgs. 508-510.

80.     The source code file

MITZENMACHER DECL. IN SUPPORT OF FINJAN'S MSJ          CASE NO. 3:17-cv-05659-WHA

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

████████████████████████████████████ includes code on how the URL reputation component transmits input (e.g. ███████████████████████████) for reputation lookup during analysis. Ex. 16, Juniper Source Code at pg. 728. The source code file ████████████████████████████████████████ includes the following definitions which further shows that ATP appliance performs a lookup of URLs and files. *Id.* at pg. 738.

████████████████████████████

██████████████████████████████████████

████████████████████████████

███████████████████████████████████

81. The source code file ████████████████████ ████████████████████████████████ shows performing an URL lookup to the database for a verdict during the Chain Heuristics analysis (e.g. ████████████ ████████████████████████████████████████████ ████████████. Ex. 16, Juniper Source Code at pg. 701. This source code file further supports my opinion that the transmitter transmits an input (i.e. URL) to a security computer for inspection when the first function is invoked.

### 3. Element 1(c) of the '154 Patent

82. The Accused Products include "a receiver for receiving an indicator from the security computer whether it is safe to invoke the second function with the input." It is my opinion that SRX, SkyATP, and ATP Appliance each includes a receiver which performs the claimed functions. I incorporate by reference my summary of the products for this section.

### a) SRX By Itself Infringes Element 1(c) of the '154 Patent

83. SRX includes a receiver which receives a verdict from the JATP core or Sky ATP regarding the submitted file. Ex. 6, JNPR-FNJN_29018_00962784 at 92 (showing bidirectional communications between SRX and JATP core's Apache server); JNPR-FNJN_29032_00590643 at 45 (showing getting a verdict from Sky ATP); Ex. 19 at JNPR-FNJN_29018_01003709 (showing a response from Reputation Engine in reply to a reputation request of an IP address where the response

MITZENMACHER DECL. IN SUPPORT OF FINJAN'S MSJ          CASE NO. 3:17-cv-05659-WHA

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

includes risk score, and confidence score). The SRX will use the verdict to determine whether to invoke the second function with the input such as forwarding a file from the link to a client computer or allowing a client computer to communicate with the webserver hosted by link. Ex. 6 at 00962791. SRX is also able to receive a verdict from Sky ATP. Ex. 9, JNPR-FNJN_29002_00173278 at 83 ("SRX data plane which is used for SRX to … receive verdicts returned from the Argon Cloud"); *see also* Ex. 3, JNPR-FNJN_29017_00552579 at 88. The verdict indicates whether the file is malicious. *Id.* SRX takes an action such as allowing or blocking files or communications from a link based on the verdict. *Id.*

84.     Juniper's source code also supports my opinion. For example, the source code file ███████████████████████████████████████████████████████████████████ ██████████ describes the AAMW module in SRX for receiving the verdicts from Sky ATP, which shows that SRX includes a receiver that receives an indicator from the security computer (which is Sky ATP in this instance). Ex. 16, Juniper Source Code at pg. 342.

85.     The SRX also receives threat intelligence data feeds from SkyATP or ATP appliance. Ex. 9, JNPR-FNJN_29002_00173278 at 83 (SRX's control plane is used to "download configurations that include file type/category filters, white/black list, file magic DB from the Argon Cloud"); Ex. 6, JNPR-FNJN_29018_00962784 at 93-94 (describing receiving threat feeds from JATP Core to SRX where the ATP appliance is deployed on the premise of a user); *see also* Ex. 19, JNPR-FNJN_29018_01003705-07. The data feeds indicate the threat levels associated with a URL. *See, e.g.*, Ex. 13, FINJAN-JN 044887 at 907. SRX, using the data feeds, can determine whether to invoke the second function on the input, such as whether it is safe to establish a communication with the URL or download files from the URLs when it receives a subsequent request (i.e. determining whether to invoke the second function with the input). *Id.* (e.g., SRX performs blocking based on the verdict); Id. at 956 (allowing an email to pass if the threat score is low).

**b)     Sky ATP By Itself Infringes Element 1(c) of the '154 Patent**

86.     SkyATP  includes a receiver for receiving an indicator from the security computer whether it is safe to invoke the second function with the input. For example, SkyATP includes a reputation client which receives the results reputation lookup from the reputation server. Ex. 10, JNPR-

30

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

FNJN_29017_00552634 at 36.  As another example, Sky ATP's malware analysis pipeline receives a result of the lookup from the reputation server or the metascan server.  *See, e.g.*, Juniper Source Code at pgs. 449, 453-454, ███████████████████████████████████████████████████████████.  Sky ATP's malware analysis pipeline's Deception Adapters also includes a receiver which receives the result from the reputation server.  Ex. 10, JNPR- FNJN_29017_00552634 at 36.

87.     In an alternative scenario, SkyATP's malware analysis pipeline includes a receiver (i.e. a pipeline manager) for receiving a result from the verdict engine (i.e. via HTTP response).  Ex. 11 at JNPR-FNJN_29017_00552893.  The result include a score and malware information along with other information (where the score or the result is considered as an "indicator").  *Id.*  The analysis pipeline determines whether to invoke a second function on the sample, such as whether to invoke subsequent processing or stop processing, based on the result returned from the verdict engine.  Ex. 14, JNPR-FNJN_29017_00552908 at 09-11.

88.     Juniper's source code also supports my opinion. For example, the source code file ████████████████████████████████████████████████████████ include code related to responses from the reputation server.  This source code file shows that the response's schema which is defined to include fields such as an object's type, properties, and signatures.  As another example, the following source code files
████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████ include code for receiving ██████ and ████████████ from a server for reputation lookup (or hash lookup). This information can be used to determine whether to invoke a second function (e.g., for adding URL/IP address or hash of the sample to a whitelist).

89.     ████████████████████████████████████████ further supports my opinion because it shows that Sky ATP receives ████████ or match data for ██████ from reputation server).  Ex. 16, Juniper Source Code at pgs. 679-680.

c)     **ATP Appliance By Itself Infringes Element 1(c) of the '154 Patent**

90.     ATP appliance includes a receiver for receiving an indicator from the security computer

31

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

whether it is safe to invoke the second function with the input.  For example, as explained above, ATP appliance receives the results of a reputation lookup.  Ex. 12, JNPR-FNJN_29018_00971201 at 57, 1576.  The ATP appliance's smart core, network interface, and pipeline agent can be a "receiver" which receives the results of a reputation lookup from the reputation engine or the reputation server.

91.     In another scenario, the ATP appliance includes a receiver that receives the results of an analysis in a multi-staged analysis.  *See, e.g.*, Ex. 15, FINJAN-JN 045339 at 44.  In this scenario, the receiver is an engine in analysis pipeline for the subsequent analysis or the pipeline agent.  In both scenarios, the results can be used to determine whether to invoke a subsequent processing of the submitted object or mark as "clean" (i.e. invoking the second function).  Ex. 16, Juniper Source Code at pgs. 720-722, █████████████████████████████████
████████████████████████████████████████████ *id.* at pg. 728,
██████████████████████████████████████████████████████████

92.     Juniper's source code further shows that the ATP appliance discloses this element.  *See, e.g.,* Ex. 16, Juniper Source Code at pgs. 508-510, ████████████████████████
███████████████████████████████████████
(describing the ███████████████████████████ returned from the reputation lookup to the reputation server for the download URLs and phishing URLs that were de-obfuscated during the analysis); *id.,* ████████████████████████
████████████████████████████████████████████
(describing the ██████████████████████████ returned from the reputation lookup and ██████████████████████████

93.     As another example, the source code file ██████████████████████████
█████████████████████████████████ shows retrieving virus information on certain URL and returns a result based on whether it is malicious, clean, or suspicious).  Ex. 16, Juniper Source Code at pg. 728.  The source code file ██████████████████████████████
█████████████████████████████████████████████
shows the verdict returned from the URL lookup as follows.  *Id.* at pgs. 508-510.
██████████████████████

32

**HIGHLY CONFIDENTIAL – SOURCE CODE**
**REDACTED VERSION OF DOCUMENT SOUGHT TO BE SEALED**

**C.    Doctrine of Equivalents**

94.    The accused products also meet the element of "invoking a second function with the input, only if a security computer indicates that such invocation is safe" under the doctrine of equivalents.  The products infringe under the doctrine of equivalents because they receive threat information (in the form of a score, individually or in combination with metadata of the analyzed object) that indicates the level of threat associated with an URL or file, and the threat information is used to determine an action such as whether to continue processing, block or allow content/communications, or to add to a whitelist.  The threat information (in particular the verdict) performs substantially the same function as this element, performs this function substantially the same way, and achieves substantially the same result.  The threat information (in particular the verdict) returned (1) from Sky ATP or ATP appliance  to SRX, (2) from the reputation server to Sky ATP or ATP appliance, or (3) from the verdict engine to malware analysis pipeline performs substantially the same function because its function is to allow the recipient to make security decisions relative to the content based on the safety of the content, including whether to block or allow the input.  The threat information (in particular the verdict) returned performs this function in substantially the same way because it provides an indication of security information, in particular providing an indication of whether the second function will be safe.  Finally, the verdict achieves substantially the same result because it can prevent content from being processed that was not determined to be "safe" according to a security policy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on February 12, 2019 in Lexington, Massachusetts.

_____
Dr. Michael Mitzenmacher

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

_/s/ Lisa Kobialka_____
Lisa Kobialka

MITZENMACHER DECL. IN SUPPORT OF FINJAN'S MSJ        CASE NO. 3:17-cv-05659-WHA