UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>JUNIPER NETWORK, INC., et al.,<br><br>　　　　　　Defendants. | Case No. 17-cv-05659-WHA (TSH)<br><br>**DISCOVERY ORDER**<br>Re: Dkt. No. 510 |

　　　　In the joint discovery letter brief pending at ECF No. 510, the parties disagree on how long Finjan deposed Khurram Islah. In footnote 3, Juniper offers to file the deposition transcript that includes time stamps for the Court to make an independent calculation. The Court **ORDERS** Juniper to provide the time-stamped transcript by noon on June 5, 2019.

　　　　**IT IS SO ORDERED.**

Dated: June 4, 2019

　　　　　　　　　　　　　　　　　　　　　　　　THOMAS S. HIXSON
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge