# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CA 90067-4276
TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CALIFORNIA 92660-6324

TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200
WEBSITE: www.irell.com

WRITER'S DIRECT
TELEPHONE (949) 760-5110
KWang@irell.com

June 5, 2019

Honorable Thomas S. Hixson
U.S. Magistrate Judge

Re: *Finjan, Inc. v. Juniper Networks, Inc.*,
Case No. 3:17-cv-05659-WHA (N.D. Cal.)

Dear Judge Hixson:

Juniper Networks, Inc. ("Juniper") writes in response to the Court's Order on June 4, 2019 (Dkt. No. 511) ordering Juniper to provide the time-stamped deposition transcript of Khurram Islah, which is attached as Exhibit 1. The highlighting on Exhibit 1 was not part of the original transcript, but has been provided as an aid to the Court to show the time Finjan used on the record, which excludes breaks and any time when the witness was being examined by Juniper's counsel. The highlighted portions are the times that were not counted against Finjan.

Respectfully submitted,

 */s/ Kevin Wang*
Kevin X. Wang
IRELL & MANELLA LLP
*Attorneys for Defendant*
Juniper Networks, Inc.