UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORK, INC., et al., <br><br> Defendants. | Case No. 17-cv-05659-WHA (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 513 |

At ECF No. 513 Juniper moves to seal a deposition transcript on the ground that third party Joe Security designated it as confidential. However, Juniper did not file a proof of service stating that it served the supporting declaration on Joe Security on the same day it was filed, as required by Local Rule 79-5(e). The Court **ORDERS** Juniper to serve the declaration on Joe Security if it has not done so already and then to file a proof of service.

**IT IS SO ORDERED.**

Dated: June 6, 2019

THOMAS S. HIXSON
United States Magistrate Judge