UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

          Plaintiff,

    v.

JUNIPER NETWORK, INC., et al.,

          Defendants.

Case No. 17-cv-05659-WHA (TSH)

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL**

Re: Dkt. No. 513

On June 5, 2019 Juniper filed a motion to seal the entirety of the deposition transcript of Khurram Islah on the ground that third party Joe Security had designated it as confidential. ECF No. 513. On June 7, 2019 Joe Security filed the declaration of Stefan Buehlmann, which provided substantiation for redactions to large portions of the Islah declaration. ECF No. 524-1. However, the declaration does not demonstrate that the entirety of the transcript must be filed under seal. Local Rule 79-5 states that requests to seal "must be narrowly tailored to seek sealing only of sealable material . . ." Accordingly, the Court **GRANTS IN PART** and **DENIES IN PART** the motion to seal. Within seven days Joe Security shall provide to Juniper redactions to the Islah deposition transcript that redact any confidential information. Juniper shall then file the transcript as redacted by Joe Security.

    **IT IS SO ORDERED.**

Dated: June 11, 2019

THOMAS S. HIXSON
United States Magistrate Judge

United States District Court
Northern District of California