PAUL J. ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (SBN 254797)
kkastens@kramerlevin.com
KRAMER LEVIN NAFTALIS & FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

Jonathan Kagan (SBN 166039)
jkagan&irell.com
Alan Heinrich (SBN 212782)
aheinrich@irell.com
Joshua Glucoft (SBN 301249)
jglucoft@irell.com
Harry Mittleman (SBN 172343)
hmittleman@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
Telephone: (650) 752-1700
Facsimile: (650) 752-1800

Rebecca Carson (254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
Kevin X. Wang (SBN 318024)
kwang@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Ste. 400
Newport Beach, CA  92660
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Case No.: 3:17-cv-05659-WHA<br><br>**PLAINTIFF FINJAN, INC. AND DEFENDANT JUNIPER NETWORKS, INC.'S JOINTLY PROPOSED CASE SCHEDULE AND [PROPOSED] ORDER** |

Pursuant to the Court's Order Re Remaining Triable Issues (Dkt. No. 487), Finjan, Inc. ("Finjan") and Juniper Networks, Inc. ("Juniper") jointly propose the following case schedule:

| | |
|---|---|
| July 15, 2019 | Close of fact discovery |
| July 19, 2019 | Deadline to serve opening expert reports (along with Finjan's damages designations) |
| August 16, 2019 | Deadline to serve opposition expert reports (along with Juniper's damages designations) |
| August 23, 2019 | Close of expert discovery |
| August 29, 2019 | Deadlines to file motions for summary judgment and/or Daubert motions with deadlines set by the N.D. Cal. Civil Local Rules |
| September 19, 2019 | Deadline to serve motions *in limine* |
| September 20, 2019 | Deadline to serve pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) with deposition, Requests for Admission, and Interrogatory designations exchanged pursuant to Judge Alsup's Trial Guidelines for Civil Jury Cases |
| September 30, 2019 | Deadline to serve oppositions to motions *in limine* |
| October 2, 2019 | Parties file joint statements pursuant to Judge Alsup's Trial Guidelines for Civil Jury Cases |
| October 3, 2019 | Hearing on motions for summary judgment and/or Daubert motions |
| October 9, 2019 | Pre-trial conference |
| October 10, 2019 | Parties file joint summary of pre-trial conference rulings |
| October 21, 2019 | Start of trial; parties submit a joint statement of the case to be read to the jury during voir dire |

///

///

///

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: June 14, 2019 | By: | */s/ Kristopher Kastens* |

Paul J. Andre (State Bar No. 196585)
Lisa Kobialka (State Bar No. 191404)
James Hannah (State Bar No. 237978)
Kristopher Kastens (State Bar No. 254797)
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA 94025
Telephone: (650) 752-1700
Facsimile: (650) 752-1800
pandre@kramerlevin.com
lkobialka@kramerlevin.com
jhannah@kramerlevin.com
kkastens@kramerlevin.com

*Attorneys for Plaintiff*
FINJAN, INC.

| | | |
|---|---|---|
| | | Respectfully submitted, |
| Dated: June 14, 2019 | By: | */s/ Rebecca Carson* |

Jonathan S. Kagan (SBN 166039)
Alan Heinrich (SBN 212782)
Joshua P. Glucoft (SBN 301249)
Harry Mittleman (SBN 172343)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067
Telephone: (310) 277-1010
Facsimile: (310) 203) 7199
jkagan@irell.com
aheinrich@irell.com
jglucoft@irell.com
hmittleman@irell.com

Rebecca L. Carson (SBN 254105)
Ingrid M. H. Petersen (SBN 313927)
Kevin X. Wang (SBN 318024)
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660
Telephone:  (949) 760-0991
Facsimile:  (949) 760-5200
rcarson@irell.com
ipetersen@irell.com
kwang@irell.com

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

**ATTESTATION**

In accordance with Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from any other signatory to this document.

*/s/ Kristopher Kastens*
Kristopher Kastens

## [PROPOSED] ORDER

The Court adopts the case schedule jointly proposed by the parties, as set forth above.

**IT IS SO ORDERED.**

Dated: _____   _____
The Honorable William Alsup