IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

v.

JUNIPER NETWORKS, INC.,

    Defendant.

No. C 17-05659 WHA

**FOURTH AMENDED CASE MANAGEMENT ORDER**

The Court **ADOPTS IN PART** the parties' jointly proposed case schedule (Dkt. No. 527), as follows:

| | | | |
|---|---|---|---|
| 1. | July 15, 2019 | Close of fact discovery |
| 2. | July 19, 2019 | Deadline to serve opening expert reports (along with Finjan's damages designations) |
| 3. | August 8, 2019 | Deadline to file motion(s) for summary judgment |
| 4. | August 16, 2019 | Deadline to serve opposition expert reports (along with Juniper's damages designations) |
| 5. | August 23, 2019 | Close of expert discovery |
| 6. | August 29, 2019 | Deadline to file *Daubert* motions with deadlines set by the N.D. Cal. Civil Local Rules |
| 7. | September 12, 2019 | Hearing on motion(s) for summary judgment |

| | | |
|---|---|---|
| 8. | September 19, 2019 | Deadline to serve motions *in limine* |
| 9. | September 20, 2019 | Deadline to serve pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3) with deposition, Requests for Admission, and Interrogatory designations exchanged pursuant to Judge Alsup's Trial Guidelines for Civil Jury Cases |
| 10. | September 30, 2019 | Deadline to serve oppositions to motions *in limine* |
| 11. | October 2, 2019 | Parties file joint statements pursuant to Judge Alsup's Trial Guidelines for Civil Jury Cases |
| 12. | October 3, 2019 | Hearing on *Daubert* motions |
| 13. | October 9, 2019 | Pre-trial conference |
| 14. | October 10, 2019 | Parties file joint summary of pre-trial conference rulings |
| 15. | October 18, 2019 | Parties submit a joint statement of the case to be read to the jury during voir dire |
| 15. | October 21, 2019 | Start of trial |

**IT IS SO ORDERED.**

Dated: June 19, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE