UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JUNIPER NETWORK, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-05659-WHA (TSH)<br><br>**ORDER REGARDING MOTION TO SEAL**<br><br>Re: Dkt. No. 535 |

On June 14, 2019 Finjan filed an administrative motion to seal Exhibit A to the joint discovery letter related to source code review tools. ECF No. 531. On June 18, 2019, Juniper filed the Declaration on Ingrid Petersen in support of the motion to seal. ECF No. 535. Paragraph 8 of her declaration states in part: "Exhibit A is Juniper's First Supplemental Response to Plaintiff Finjan, Inc.'s Second Set of Interrogatories, and it is my understanding that Juniper's response to Interrogatory No. 5 contains pricing information for Juniper's products, which are not released to the public or Juniper's customers." *Id*. However, Exhibit A is actually Juniper's third supplemental response to Finjan's second set of interrogatories, and it contains responses only to interrogatories 4, 6 and 9 – not 5. If Juniper wants any part of Exhibit A filed under seal, it must file a corrected declaration by June 20, 2019.

**IT IS SO ORDERED.**

Dated: June 19, 2019

THOMAS S. HIXSON
United States Magistrate Judge