UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORK, INC., et al., <br><br> Defendants. | Case No. 17-cv-05659-WHA (TSH) <br><br> **DISCOVERY ORDER** <br> Re: Dkt. No. 543 |

The parties' discovery letter brief at ECF No. 543 cites the complaint and a motion to dismiss in the *Finjan v. Trustwave* case but does not attach either document as an exhibit. The Court **ORDERS** the parties to provide these documents to the Court by noon on June 25, 2019.

**IT IS SO ORDERED.**

Dated: June 24, 2019

THOMAS S. HIXSON
United States Magistrate Judge