UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JUNIPER NETWORK, INC., et al.,<br><br>    Defendants. | Case No. 17-cv-05659-WHA (TSH)<br><br>**ORDER REGARDING MOTION TO SEAL**<br><br>Re: Dkt. No. 542 |

On June 20, 2019, Juniper filed a motion to seal Finjan's responses to interrogatories 1-10 on the ground that Finjan had designated the responses confidential. ECF No. 542. On June 24, 2019, Finjan filed a declaration explaining why portions of its interrogatory responses merit sealing, ECF No. 553, and then filed proposed redactions. ECF No. 553. Most of the proposed redactions are appropriate. However, the eighth and ninth bullet points on page 8, lines 12-15 on page 25, and the second half of line 8 through the end of line 9 on page 30 repeat facts stated in the public record in the discovery letter brief at ECF No. 543 and therefore are not confidential. The Court **ORDERS** Finjan to revise its proposed redactions consistent with this order and to submit them tomorrow.

**IT IS SO ORDERED.**

Dated: June 25, 2019

THOMAS S. HIXSON
United States Magistrate Judge