UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br>　　　　Plaintiff,<br>　　v.<br>JUNIPER NETWORK, INC., et al.,<br>　　　　Defendants. | Case No. 17-cv-05659-WHA (TSH)<br><br>**ORDER REGARDING MOTION TO SEAL**<br>Re: Dkt. No. 542 |

Juniper's motion to seal at ECF No. 542 is **GRANTED IN PART** and **DENIED IN PART**. The more limited redactions that Finjan proposes at ECF No. 562 satisfy the standards for a motion to seal. Accordingly, Juniper may file the referenced exhibits with the redactions set forth in ECF No. 562.

**IT IS SO ORDERED.**

Dated: July 1, 2019

THOMAS S. HIXSON
United States Magistrate Judge