IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>  v.<br><br>JUNIPER NETWORKS, INC.,<br><br>    Defendant. | No. C 17-05659 WHA<br><br>**ORDER RE MOTIONS FOR SUMMARY JUDGMENT, *DAUBERT* MOTIONS, AND MOTIONS *IN LIMINE*** |

Previously, the Court said each side may bring up to two motions for summary judgment (Dkt. No. 487 at 1). For all motions for summary judgment, the opening and opposition briefs shall each be limited to **TWENTY PAGES**. Attachments, declarations, and exhibits shall not exceed **FIFTY PAGES** in length per side. The reply briefs shall not exceed **TEN PAGES** in length (no attachments, declarations, or exhibits). All evidentiary objections must be made within the four corners of the brief. All requests for judicial notice will be counted toward the fifty-page limit.

Moreover, the Court is concerned over the litigious nature of this case and the plethora of *Daubert* motions the parties may bring. As such, no *Daubert* motions may be filed without advance permission. If either side wishes to seek such permission, please submit a letter not exceeding **THREE PAGES** in length (no attachments, declarations, or exhibits) by **AUGUST 8 AT NOON** with concise summaries of any proposed *Daubert* motions. The other side may file a response (also limited to three pages, no attachments) by **AUGUST 12 AT NOON.** The Court may limit the number of *Daubert* motions to one or two motions.

Each side in this action shall be limited to **SIX** motions *in limine* leading up to the final pretrial conference. Motions *in limine* and responses thereto shall not exceed **SIX PAGES** in length (no attachments, declarations, or exhibits).

**IT IS SO ORDERED.**

Dated: July 31, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE