| | |
|---|---|
| PAUL J. ANDRE (State Bar No. 196585)<br>pandre@kramerlevin.com<br>LISA KOBIALKA (State Bar No. 191404)<br>lkobialka@kramerlevin.com<br>JAMES HANNAH (State Bar No. 237978)<br>jhannah@kramerlevin.com<br>KRISTOPHER KASTENS (State Bar No. 254797)<br>kkastens@kramerlevin.com<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>990 Marsh Road<br>Menlo Park, CA 94025<br>Telephone: (650) 752-1700<br>Facsimile: (650) 752-1800<br><br>*Attorneys for Plaintiff*<br>FINJAN, INC. | IRELL & MANELLA LLP<br>Jonathan S. Kagan (SBN 166039)<br>jkagan@irell.com<br>Alan Heinrich (SBN 212782)<br>aheinrich@irell.com<br>Joshua Glucoft (SBN 301249)<br>jglucoft@irell.com<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067-4276<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br><br>Rebecca Carson (SBN 254105)<br>rcarson@irell.com<br>Ingrid M. H. Petersen (SBN 313927)<br>ipetersen@irell.com<br>Kevin Wang (SBN 318024)<br>kwang@irell.com<br>840 Newport Center Drive, Suite 400<br>Newport Beach, California 92660-6324<br>Telephone: (949) 760-0991<br>Facsimile: (949) 760-5200<br><br>*Attorneys for Defendant*<br>JUNIPER NETWORKS, INC. |

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>　　　　　Defendant. | Case No.: 3:17-cv-05659-WHA<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff Finjan, Inc. ("Finjan") and Defendant Juniper Networks, Inc. ("Juniper"), hereby stipulate as follows:

WHEREAS, Finjan agrees to dismiss with prejudice all of its asserted claims against Juniper relating to the U.S. Patent Nos. 7,647,633, 7,418,731, and 6,154,844, and all asserted claims on the U.S. Patent No. 8,677,494 for the ATP Appliance ("Voluntarily Dismissed Claims");

WHEREAS, Juniper agrees to dismiss with prejudice all pending counterclaims against Finjan for the Voluntarily Dismissed Claim, including all pending claims of non-infringement, invalidity, and equitable defenses;

WHEREAS, the parties agree that as all pending claims and counterclaims have been resolved, the case is ripe for appeal of the issues already decided by the Court with respect to U.S. Patent No. 8,677,494 in connection with the SRX and SkyATP products; U.S. Patent No. 8,141,154; and U.S. Patent No. 6,804,780; and

NOW, THEREFORE, Finjan and Juniper agree that all pending claims and counterclaims relating to the U.S. Patent Nos. 7,647,633, 7,418,731, and 6,154,844, and all asserted claims on the U.S. Patent No. 8,677,494 for the ATP Appliance in the above-captioned action may be dismissed with prejudice according to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

|   |   |   |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 |  | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
| 3 | Dated: August 2, 2019 |  |
| 4 |  | By: */s/ James Hannah*<br>James Hannah |
| 5 |  |  |
| 6 |  | *Attorneys for Plaintiff*<br>FINJAN, INC. |

Respectfully submitted,

IRELL & MANELLA LLP

Dated: August 2, 2019

By: */s/ Jonathan Kagan*
Jonathan Kagan

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

# ATTESTATION

I, James Hannah, am the ECF user whose identification and password are being used in this filing. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all other signatories to this document have concurred in the filing of this document.

*/s/ James Hannah*
James Hannah