IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., | No. C 17-05659 WHA |
| Plaintiff, | |
| v. | **ORDER RE PROPOSED JUDGMENT** |
| JUNIPER NETWORKS, INC., | |
| Defendant. | |

The Court has reviewed the parties' stipulation to dismiss all pending claims, thereby rendering all issues already decided ripe for appeal (Dkt. No. 601). Accordingly, the parties shall please jointly file a proposed judgment by **AUGUST 8 AT NOON**.

In light of the dismissal, the undersigned judge, as a concession to the shortness of life, will allow all material provisionally filed under seal to remain under seal (thus granting all pending motions to seal) with the exception of docket number 284, already ruled on, which is now pending review before the United States Court of Appeals for the Federal Circuit.

**IT IS SO ORDERED.**

Dated: August 6, 2019.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE