**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,                                                    No. C 17-05659 WHA

        Plaintiff,

  v.                                                            **JUDGMENT**

JUNIPER NETWORKS, INC.,

        Defendant.

_____/

      Plaintiff Finjan, Inc. and defendant Juniper Networks, Inc. entered into a joint stipulation of dismissal with prejudice, where the parties agreed to dismiss with prejudice all pending claims and counterclaims in the case, thereby rendering all issues already decided ripe for appeal (Dkt. No. 601).  Accordingly, all orders in this case are final and **FINAL JUDGMENT IS HEREBY ENTERED**.  The Clerk **SHALL CLOSE THE FILE**.

      The Rule 54(d)(2)(B)(i) deadline for filing a motion for attorney's fees and/or nontaxable costs is **HELD IN ABEYANCE** pending resolution of the parties' appeal on the merits. If no party timely appeals, then the Rule 54(d)(2)(B)(i) deadline shall be fourteen days after the time to appeal expires.

      **IT IS SO ORDERED.**

Dated:  August 13, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE