IRELL & MANELLA LLP
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
Alan Heinrich (SBN 212782)
aheinrich@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid Petersen (SBN 313927)
ipetersen@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No. 3:17-cv-05659-WHA |
| Plaintiff, | [PROPOSED] ORDER GRANTING WITHDRAWAL OF JOSHUA GLUCOFT AS COUNSEL FOR JUNIPER NETWORKS, INC. |
| vs. | |
| JUNIPER NETWORKS, INC., a Delaware Corporation, | |
| Defendant. | |

Having considered the Notice of Withdrawal of Counsel for Defendant Juniper Networks, Inc. in the above-captioned matter,

IT IS HEREBY ORDERED THAT:

(1) Joshua Glucoft is relieved as counsel of record for Juniper Networks, Inc. in the above-captioned matter; and

(2) Joshua Glucoft is terminated from electronic notifications in this action.

IT IS SO ORDERED.

Dated: January 13, 2020.

_____
Hon. William Alsup
United States District Court Judge