# United States Court of Appeals
# for the Federal Circuit

---

**FINJAN, INC.,**

*Plaintiff-Appellant*

v.

**JUNIPER NETWORKS, INC.,**

*Defendant-Appellee*

---

2019-1837

---

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-05659-WHA, Judge William H. Alsup.

---

**JUDGMENT**

---

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**VACATED AND REMANDED**

ENTERED BY ORDER OF THE COURT

October 20, 2020          /s/ Peter R. Marksteiner
                          Peter R. Marksteiner
                          Clerk of Court