PAUL ANDRE (SBN 196585)
pandre@kramerlevin.com
LISA KOBIALKA (SBN 191404)
lkobialka@kramerlevin.com
JAMES HANNAH (SBN 237978)
jhannah@kramerlevin.com
KRISTOPHER KASTENS (SBN 254797)
kkastens@kramerlevin.com
HANNAH LEE (SBN 253197)
hlee@kramerlevin.com
KRAMER LEVIN NAFTALIS
& FRANKEL LLP
990 Marsh Road
Menlo Park, CA  94025
Telephone:  (650) 752-1700
Facsimile:  (650) 752-1800

*Attorneys for Plaintiff*
FINJAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| FINJAN, INC., a Delaware Corporation, | Case No. 3:17-cv-05659-WHA |
|---|---|
| Plaintiff, | **[PROPOSED] ORDER GRANTING PLAINTIFF FINJAN, INC.'S UNOPPOSED MOTION TO WITHDRAW AND SUBSTITUTE COUNSEL** |
| v. | |
| JUNIPER NETWORKS, INC., a Delaware Corporation, | |
| Defendant. | |

Having reviewed and considered the Plaintiff Finjan, Inc.'s Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Paul Andre, Lisa Kobialka, James Hannah, Kristopher Kastens, Hannah Lee, Yuridia Caire, Shannon Hedvat, Michael Lee, Phuong Nguyen, Austin Manes, Cristina Martinez, Dan Williams, and Linjun Xu of Kramer Levin Naftalis & Frankel LLP be permitted to withdraw as counsel of record, and , Juanita R. Brooks, Francis Albert, Robert Courtney, and Oliver Richards of Fish & Richardson P.C., may be substituted as counsel of record for Finjan, Inc.  The Court's ECF system shall be updated to reflect these changes.

IT IS SO ORDERED.

Date: _____, 2020

_____
Judge William Alsup
United States District Court Judge