UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

        Plaintiff,

v.

JUNIPER NETWORK, INC., et al.,

        Defendants.

No. C 17-05659 WHA

**ORDER GRANTING MOTION TO WITHDRAW**

Following resolution of several appeals to the Court of Appeals for the Federal Circuit, counsel for patent owner, Kramer Levin Naftalis & Frankel LLP, seek to withdraw and substitute Fish & Richardson P.C. as counsel. Defendants do not oppose. The motion is **GRANTED**, save and except that the Court will retain jurisdiction over counsel from Kramer Levin to entertain any motions for sanctions or further relief at the end of this action (without any judgment now as to whether such motions would be warranted).

**IT IS SO ORDERED.**

Dated: October 22, 2020.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE