# United States Court of Appeals for the Federal Circuit

---

**FINJAN, INC.,**
*Plaintiff-Appellant*

v.

**JUNIPER NETWORKS, INC.,**
*Defendant-Appellee*

---

2019-2405

---

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-05659-WHA, Judge William H. Alsup.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered October 9, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

November 16, 2020            /s/ Peter R. Marksteiner
                             Peter R. Marksteiner
                             Clerk of Court