# Exhibit 6

**Payne, Stephen**

| | |
|---|---|
| **From:** | Kastens, Kris <KKastens@KRAMERLEVIN.com> |
| **Sent:** | Tuesday, January 8, 2019 3:11 PM |
| **To:** | Glucoft, Josh; ~Andre, Paul; ~Caire, Yuridia; ~Hannah, James; ~Hedvat, Shannon; ~Kobialka, Lisa; ~Lee, Hannah; ~Lee, Michael; ~Manes, Austin; ~Martinez, Cristina; ~Nguyen, Stephanie; ~Xu, Linjun |
| **Cc:** | Carson, Rebecca; Curran, Casey; Heinrich, Alan; Holland, Eileen; Isaac, Shawana; Kagan, Jonathan; Manzano, Jim; Petersen, Ingrid; Quarnstrom, Brian; Song, Sharon; Theilacker, Leah; Wang, Kevin |
| **Subject:** | RE: Finjan v. Juniper |

Josh,

Claims 14 and 18 depend from Claim 10 of the '494 Patent, and as such, the jury determination on infringement on Claim 10 is applicable to these claims as well. However, Claim 9 of the '780 Patent is an independent claim, therefore the Court's finding of no infringement for Claim 1 of the '780 Patent on summary judgment does not apply to this claim. Finjan reserves all rights to appeal or otherwise seek further review of these determinations.

I hope this addresses your confusion.

Sincerely,
Kris

Kris Kastens
Partner

Kramer Levin Naftalis & Frankel LLP
990 Marsh Road, Menlo Park, California 94025
**T** 650.752.1715   **F** 650.752.1815

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Glucoft, Josh <JGlucoft@irell.com>
**Sent:** Monday, January 7, 2019 11:46 AM
**To:** Kastens, Kris <KKastens@KRAMERLEVIN.com>; Andre, Paul <PAndre@KRAMERLEVIN.com>; Caire, Yuridia <YCaire@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Hedvat, Shannon H. <SHedvat@KRAMERLEVIN.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Lee, Hannah <HLee@KRAMERLEVIN.com>; Lee, Michael H. <MHLee@KRAMERLEVIN.com>; Manes, Austin <AManes@KRAMERLEVIN.com>; Martinez, Cristina <CMartinez@KRAMERLEVIN.com>; Nguyen, Stephanie <SNguyen@KRAMERLEVIN.com>; Xu, Linda <LXu@KRAMERLEVIN.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; Curran, Casey <ccurran@irell.com>; Heinrich, Alan <AHeinrich@irell.com>; Holland, Eileen <EHolland@irell.com>; Isaac, Shawana <SIsaac@irell.com>; Kagan, Jonathan <JKagan@irell.com>; Manzano, Jim <JManzano@irell.com>; Petersen, Ingrid <ipetersen@irell.com>; Quarnstrom, Brian

<BQuarnstrom@irell.com>; Song, Sharon <ssong@irell.com>; Theilacker, Leah <LTheilacker@irell.com>; Wang, Kevin <kwang@irell.com>; #Juniper/Finjan [Int] <Juniper-Finjan@irell.com>
**Subject:** [EXTERNAL] RE: Finjan v. Juniper

Kris,

This is at least the third time we have had to follow up seeking clarification on Finjan's position. We need this information in order to fully respond to the Court's inquiries, and we will advise the Court of Finjan's inexplicable refusal to provide this information.

Regards,
Josh

**From:** Glucoft, Josh
**Sent:** Friday, January 4, 2019 2:14 PM
**To:** ~Kastens, Kristopher <kkastens@kramerlevin.com>; ~Andre, Paul <pandre@kramerlevin.com>; ~Caire, Yuridia <ycaire@kramerlevin.com>; ~Hannah, James <jhannah@kramerlevin.com>; ~Hedvat, Shannon <shedvat@kramerlevin.com>; ~Kobialka, Lisa <lkobialka@kramerlevin.com>; ~Lee, Hannah <hlee@kramerlevin.com>; ~Lee, Michael <mhlee@kramerlevin.com>; ~Manes, Austin <amanes@kramerlevin.com>; ~Martinez, Cristina <cmartinez@kramerlevin.com>; ~Nguyen, Stephanie <SNguyen@KRAMERLEVIN.com>; ~Xu, Linjun <lxu@kramerlevin.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; Curran, Casey <ccurran@irell.com>; Heinrich, Alan <AHeinrich@irell.com>; Holland, Eileen <EHolland@irell.com>; Isaac, Shawana <SIsaac@irell.com>; Kagan, Jonathan <JKagan@irell.com>; Manzano, Jim <JManzano@irell.com>; Petersen, Ingrid <ipetersen@irell.com>; Quarnstrom, Brian <BQuarnstrom@irell.com>; Song, Sharon <ssong@irell.com>; Theilacker, Leah <LTheilacker@irell.com>; Wang, Kevin <kwang@irell.com>; #Juniper/Finjan [Int] <Juniper-Finjan@irell.com>
**Subject:** RE: Finjan v. Juniper

Kris,

Please advise regarding the below.  We need this information in order to fully respond to the Court's inquiries.  Additionally, if Finjan refuses to confirm that Claim 9 of the '780 Patent and Claims 14 and 18 of the '494 Patent are only at issue for the ATP Appliance and no longer at issue for the SRX and Sky ATP products, please be prepared to discuss the issue during our confer next week.

Regards,
Josh

**From:** Glucoft, Josh
**Sent:** Thursday, January 3, 2019 12:40 PM
**To:** ~Kastens, Kristopher <kkastens@kramerlevin.com>; ~Andre, Paul <pandre@kramerlevin.com>; ~Caire, Yuridia <ycaire@kramerlevin.com>; ~Hannah, James <jhannah@kramerlevin.com>; ~Hedvat, Shannon <shedvat@kramerlevin.com>; ~Kobialka, Lisa <lkobialka@kramerlevin.com>; ~Lee, Hannah <hlee@kramerlevin.com>; ~Lee, Michael <mhlee@kramerlevin.com>; ~Manes, Austin <amanes@kramerlevin.com>; ~Martinez, Cristina <cmartinez@kramerlevin.com>; ~Nguyen, Stephanie <SNguyen@KRAMERLEVIN.com>; ~Xu, Linjun <lxu@kramerlevin.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; Curran, Casey <ccurran@irell.com>; Heinrich, Alan <AHeinrich@irell.com>; Holland, Eileen <EHolland@irell.com>; Isaac, Shawana <SIsaac@irell.com>; Kagan, Jonathan <JKagan@irell.com>; Manzano, Jim <JManzano@irell.com>; Petersen, Ingrid <ipetersen@irell.com>; Quarnstrom, Brian <BQuarnstrom@irell.com>; Song, Sharon <ssong@irell.com>; Theilacker, Leah <LTheilacker@irell.com>; Wang, Kevin <kwang@irell.com>; #Juniper/Finjan [Int] <Juniper-Finjan@irell.com>
**Subject:** RE: Finjan v. Juniper

Kris,

Please confirm Finjan's position that Claim 9 of the '780 Patent and Claims 14 and 18 of the '494 Patent are only at issue for the ATP Appliance and no longer at issue for the SRX and Sky ATP products.

I am not available at 1 pm next Wednesday, January 9, but you can call my office at 2 pm next Wednesday to discuss the joint defense / common interest issue.

Best,
Josh

---

**From:** Kastens, Kris <KKastens@KRAMERLEVIN.com>
**Sent:** Thursday, January 3, 2019 11:35 AM
**To:** Glucoft, Josh <JGlucoft@irell.com>; ~Andre, Paul <pandre@kramerlevin.com>; ~Caire, Yuridia <ycaire@kramerlevin.com>; ~Hannah, James <jhannah@kramerlevin.com>; ~Hedvat, Shannon <shedvat@kramerlevin.com>; ~Kobialka, Lisa <lkobialka@kramerlevin.com>; ~Lee, Hannah <hlee@kramerlevin.com>; ~Lee, Michael <mhlee@kramerlevin.com>; ~Manes, Austin <amanes@kramerlevin.com>; ~Martinez, Cristina <cmartinez@kramerlevin.com>; ~Nguyen, Stephanie <SNguyen@KRAMERLEVIN.com>; ~Xu, Linjun <lxu@kramerlevin.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; Curran, Casey <ccurran@irell.com>; Heinrich, Alan <AHeinrich@irell.com>; Holland, Eileen <EHolland@irell.com>; Isaac, Shawana <SIsaac@irell.com>; Kagan, Jonathan <JKagan@irell.com>; Manzano, Jim <JManzano@irell.com>; Petersen, Ingrid <ipetersen@irell.com>; Quarnstrom, Brian <BQuarnstrom@irell.com>; Song, Sharon <ssong@irell.com>; Theilacker, Leah <LTheilacker@irell.com>; Wang, Kevin <kwang@irell.com>
**Subject:** Finjan v. Juniper

Josh,

Regarding the '494 and '780 Patents, the Court specifically excluded any determination of infringement of the ATP Appliance from the early summary judgment. As such, the claims of the '494 Patent and '780 Patent that were addressed during early summary judgment are still pending for the infringement of this product.

Also, we are available at 1PM on Wednesday, January 9th to discuss the joint defense/common interest issue. We'll call your office.

Provide alternative dates for the 30(b)(6) deposition.

Sincerely,
Kris



Kris Kastens
Partner

Kramer Levin Naftalis & Frankel LLP
990 Marsh Road, Menlo Park, California 94025
T 650.752.1715   F 650.752.1815
kkastens@kramerlevin.com

Bio

3

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Glucoft, Josh <JGlucoft@irell.com>
**Sent:** Wednesday, January 2, 2019 12:42 PM
**To:** Andre, Paul <PAndre@KRAMERLEVIN.com>; Caire, Yuridia <YCaire@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Hedvat, Shannon H. <SHedvat@KRAMERLEVIN.com>; Kastens, Kris <KKastens@KRAMERLEVIN.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Lee, Hannah <HLee@KRAMERLEVIN.com>; Lee, Michael H. <MHLee@KRAMERLEVIN.com>; Manes, Austin <AManes@KRAMERLEVIN.com>; Martinez, Cristina <CMartinez@KRAMERLEVIN.com>; Nguyen, Stephanie <SNguyen@KRAMERLEVIN.com>; Xu, Linda <LXu@KRAMERLEVIN.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; Curran, Casey <ccurran@irell.com>; Glucoft, Josh <JGlucoft@irell.com>; Heinrich, Alan <AHeinrich@irell.com>; Holland, Eileen <EHolland@irell.com>; Isaac, Shawana <SIsaac@irell.com>; Kagan, Jonathan <JKagan@irell.com>; Manzano, Jim <JManzano@irell.com>; Petersen, Ingrid <ipetersen@irell.com>; Quarnstrom, Brian <BQuarnstrom@irell.com>; Song, Sharon <ssong@irell.com>; Theilacker, Leah <LTheilacker@irell.com>; Wang, Kevin <kwang@irell.com>; #Juniper/Finjan [Int] <Juniper-Finjan@irell.com>
**Subject:** [EXTERNAL] Discovery

Kris,

Juniper agrees to perform a reasonable search for the documents related to Joe Security that you identified in your December 20 letter.

Please provide times on Wednesday, January 9 that you are available to confer regarding documents that have been withheld pursuant to a joint defense/common interest privilege.

Lastly, Finjan failed to confirm the proposed January 8 date for the deposition of Juniper's 30(b)(6) witness on Topic 1.  *See* 11/19/2018 Glucoft email to Kastens.  As a result of Finjan's failure to respond, this deposition will be rescheduled.

Thanks,
Josh

---

**Joshua P. Glucoft** | Irell & Manella LLP | 310.203.7189 | www.irell.com

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.