# Exhibit 8

# Payne, Stephen

| | |
|---|---|
| **From:** | Kagan, Jonathan |
| **Sent:** | Thursday, August 1, 2019 11:52 PM |
| **To:** | Holland, Eileen; Isaac, Shawana |
| **Subject:** | FW: Dismissal of pending claims and counterclaims |
| **Attachments:** | KL3-#3236534-v3-Finjan_Juniper_-_Stip_Dismissal (002).docx |

**From:** Kagan, Jonathan
**Sent:** Thursday, August 1, 2019 11:51 PM
**To:** ~Andre, Paul <pandre@kramerlevin.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; ~Kobialka, Lisa <lkobialka@kramerlevin.com>; ~Hannah, James <jhannah@kramerlevin.com>; ~Andre, Paul <pandre@kramerlevin.com>
**Subject:** RE: Dismissal of pending claims and counterclaims

Paul,

I was very surprised and disappointed to see the draft stipulation you sent earlier today. Far from being a "clean dismissal of the claims and counterclaims," Finjan is attempting to use what should be a straightforward process to attempt to gain a litigation advantage. We see this as yet another example of the improper litigation tactics Finjan has attempted to use throughout this litigation.

For example, although the IPR for the '731 patent has nothing to do with the claims and counterclaims in this case—and the parties did not even discuss this IPR in connection with this stipulation—Finjan attempted to insert a provision into the proposed stipulation that would require Juniper to terminate the '731 IPR.

Also, although Finjan had proposed that the stipulation would not be used as a "basis for attorney fees," Finjan changed this language in the proposed stipulation to provide that the dismissal itself would not be used as a basis for attorneys' fees. This is entirely unacceptable (as you know) because Juniper must reference the fact that the claims have been dismissed to establish that Finjan obtained less than half of the amount it was seeking on each of these claims.

If Finjan is genuinely interested in a stipulation that would dismiss all pending claims and counterclaims in this action, it can agree to the attached redline--which removes the improper language Finjan attempted to insert into the stipulation.

-Jonathan Kagan

**From:** Andre, Paul <PAndre@KRAMERLEVIN.com>
**Sent:** Thursday, August 1, 2019 4:07 PM
**To:** Kagan, Jonathan <JKagan@irell.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; ~Kobialka, Lisa <lkobialka@kramerlevin.com>; ~Hannah, James <jhannah@kramerlevin.com>; ~Andre, Paul <pandre@kramerlevin.com>
**Subject:** RE: Dismissal of pending claims and counterclaims

Please see attached

**Paul Andre**
Partner and Co-chair, Intellectual Property

Kramer Levin Naftalis & Frankel LLP
990 Marsh Road, Menlo Park, California 94025
T 650.752.1710

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

---

**From:** Kagan, Jonathan <JKagan@irell.com>
**Sent:** Thursday, August 1, 2019 2:11 PM
**To:** Andre, Paul <PAndre@KRAMERLEVIN.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Andre, Paul <PAndre@KRAMERLEVIN.com>
**Subject:** [EXTERNAL] RE: Dismissal of pending claims and counterclaims

Thanks Paul,

I do not foresee any problems as long as it is a clean dismissal of the claims and counterclaims.

---

Jonathan S. Kagan | Irell & Manella LLP | 310.203.7092 | www.irell.com

---

**From:** Andre, Paul <PAndre@KRAMERLEVIN.com>
**Sent:** Thursday, August 1, 2019 1:49 PM
**To:** Kagan, Jonathan <JKagan@irell.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; ~Kobialka, Lisa <lkobialka@kramerlevin.com>; ~Hannah, James <jhannah@kramerlevin.com>; ~Andre, Paul <pandre@kramerlevin.com>
**Subject:** RE: Dismissal of pending claims and counterclaims

We will send over a draft of the stipulation and see if the parties can reach agreement. If not, Finjan intends to inform the Court of the status.

Paul

**Paul Andre**
Partner and Co-chair, Intellectual Property

Kramer Levin Naftalis & Frankel LLP
990 Marsh Road, Menlo Park, California 94025
T 650.752.1710

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Kagan, Jonathan <JKagan@irell.com>
**Sent:** Thursday, August 1, 2019 12:29 PM
**To:** Andre, Paul <PAndre@KRAMERLEVIN.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Andre, Paul <PAndre@KRAMERLEVIN.com>
**Subject:** [EXTERNAL] RE: Dismissal of pending claims and counterclaims

Paul,

We see no need to send this letter to the Court. Instead, we should just prepare and file the stipulation of dismissal. If the Court accepts the stipulation, it can then enter final judgment.

If Juniper uses the stipulation for an improper purpose in its fees motion (which it does not intend to do), then Finjan is free to file a motion to strike those portions of the motion.

Requesting a status conference seems like an unnecessary and wasteful step now that Finjan has finally agreed to drop its claims on the '844, '633, and '731 Patents, as well as the remaining claims on the '494 Patent.

**Jonathan S. Kagan** | Irell & Manella LLP | 310.203.7092 | www.irell.com

---

**From:** Andre, Paul <PAndre@KRAMERLEVIN.com>
**Sent:** Thursday, August 1, 2019 11:48 AM
**To:** Kagan, Jonathan <JKagan@irell.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; ~Kobialka, Lisa <lkobialka@kramerlevin.com>; ~Hannah, James <jhannah@kramerlevin.com>; ~Andre, Paul <pandre@kramerlevin.com>
**Subject:** RE: Dismissal of pending claims and counterclaims

Attached is a draft of the letter we would like to file with the Court today.

Paul

**Paul Andre**
Partner and Co-chair, Intellectual Property

Kramer Levin Naftalis & Frankel LLP
990 Marsh Road, Menlo Park, California 94025
T 650.752.1710

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Andre, Paul <PAndre@KRAMERLEVIN.com>
**Sent:** Thursday, August 1, 2019 10:48 AM
**To:** Kagan, Jonathan <JKagan@irell.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Andre, Paul <PAndre@KRAMERLEVIN.com>
**Subject:** RE: Dismissal of pending claims and counterclaims

Do you have time for a call today?  We disagree with the need to mention the stipulation in a fee motion, but I think this is something we can discuss with the court if we can't come to an agreement.  We should also let the court know by joint letter that the parties have reached a stipulated dismissal on the remaining claims.

Paul

**From:** Kagan, Jonathan <JKagan@irell.com>
**Sent:** Thursday, August 1, 2019 10:01 AM
**To:** Andre, Paul <PAndre@KRAMERLEVIN.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>
**Subject:** [EXTERNAL] Re: Dismissal of pending claims and counterclaims

Paul,

Juniper will agree to stipulate to the dismissal of these claims and counterclaims, but it cannot agree that the dismissal will not be mentioned or cited in Juniper's motion for fees.  Because this motion will need to discuss the fact that certain of the claims were voluntarily dismissed, it will almost certainly make mention of the stipulation.

I understand Meredith will be teaching out to Julie this morning to discuss other options.

-Jonathan Kagan

On Jul 31, 2019, at 6:55 PM, Andre, Paul <PAndre@kramerlevin.com> wrote:

> Please let me know early tomorrow, as we plan to send a letter to the court tomorrow.
>
> Paul
>
>
> Paul Andre
> Partner and Co-chair, Intellectual Property
>
> Kramer Levin Naftalis & Frankel LLP
> 990 Marsh Road, Menlo Park, California 94025
> T 650.752.1710
>
> This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.
>
>> **From:** Kagan, Jonathan <JKagan@irell.com>
>> **Sent:** Wednesday, July 31, 2019 11:20 AM

4

**To:** Andre, Paul <PAndre@KRAMERLEVIN.com>
**Cc:** Carson, Rebecca <RCarson@irell.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>
**Subject:** [EXTERNAL] Re: Dismissal of pending claims and counterclaims

Paul,

I do not believe I will get a response before close of business today, as one of the key people is out of the office.

-Jonathan Kagan

On Jul 31, 2019, at 5:57 AM, Andre, Paul <PAndre@kramerlevin.com> wrote:

> John,
>
> I would like to contact the Court today regarding this issue, so please let me know your position as soon as possible.
>
> Thanks,
> Paul
>
>
> Paul Andre
> Partner and Co-chair, Intellectual Property
>
> Kramer Levin Naftalis & Frankel LLP
> 990 Marsh Road, Menlo Park, California 94025
> T 650.752.1710
>
> This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.
>
>> **From:** Kagan, Jonathan <JKagan@irell.com>
>> **Sent:** Tuesday, July 30, 2019 8:15 PM
>> **To:** Andre, Paul <PAndre@KRAMERLEVIN.com>
>> **Cc:** Carson, Rebecca <RCarson@irell.com>; Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>
>> **Subject:** [EXTERNAL] Re: Dismissal of pending claims and counterclaims
>>
>> Paul,
>>
>> We have raised this with our client and they are discussing internally. I expect to hear back within the next day or two.
>>
>> -Jonathan Kagan
>>
>> On Jul 30, 2019, at 12:57 PM, Andre, Paul <PAndre@kramerlevin.com> wrote:

5

John & Rebecca,

Can you let me know when we can expect a response to the proposal below.

Thanks,
Paul

Paul Andre
Partner and Co-chair, Intellectual Property

Kramer Levin Naftalis & Frankel LLP
990 Marsh Road, Menlo Park, California 94025
T 650.752.1710
pandre@kramerlevin.com

Bio

This communication (including any attachments) is intended solely for the recipient(s) named above and may contain information that is confidential, privileged or legally protected. Any unauthorized use or dissemination of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by return e-mail message and delete all copies of the original communication. Thank you for your cooperation.

**From:** Andre, Paul <PAndre@KRAMERLEVIN.com>
**Sent:** Monday, July 29, 2019 6:31 PM
**To:** RCarson@irell.com; JKagan@irell.com
**Cc:** Kobialka, Lisa <LKobialka@KRAMERLEVIN.com>; Hannah, James <JHannah@KRAMERLEVIN.com>; Andre, Paul <PAndre@KRAMERLEVIN.com>
**Subject:** Dismissal of pending claims and counterclaims

John & Rebecca,

We would like to propose a stipulated dismissal of all currently pending claims and counterclaims in the Finjan v. Juniper case. Specifically, Finjan would dismiss its infringement claims for the '494 and '844 Patents on the ATP Appliance, and all claims on the '633 and '731 Patents, in exchange for Juniper dismissing all counterclaims. Finjan will be free to appeal the orders of non-infringement for the '780 and '154 Patents, and non-infringement finding of the '494 Patent regarding SRX and Sky ATP. The parties would agree that the stipulation would not be used as a basis for attorney fees.

Please let me know when you can discuss this proposal.

Paul



PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.