# Exhibit 9

```
 1            THE UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3               SAN FRANCISCO DIVISION

 4   ---------------------------X

 5   FINJAN, INC., a Delaware

 6   Corporation,

 7            Plaintiff,

 8   V.                    Case No. 3:17-cv-05659-WHA

 9   JUNIPER NETWORKS, INC., a

10   Delaware Corporation,

11            Defendant.

12   ---------------------------X

13            Videotaped Deposition of

14               DR. ERIC B. COLE

15

16          Herndon, Virginia 20171

17          Thursday, June 21, 2018

18               8:00 a.m.

19

20

21   Denise Dobner Vickery, RMR, CRR

22   JOB NO. J2328299
```



```
 1                  THE WITNESS:  So what we're
 2   saying that what infringes is ResultsDB.  ResultsDB
 3   has two components.  It has a management component
 4   and a database component.
 5                  And then if we go to page 21 line
 6   14 at the end:
 7                  "The ResultsDB Database includes
 8   database components, that are used together as a
 9   database for the results of the analysis."  And
10   these databases include MySQL database, a Dynamo
11   database, and an S3 database.
12         Q.    Have you done any analysis to determine
13   whether any of these components -- the MySQL
14   database, DynamoDB, and S3 -- independently would
15   infringe Claim 10?
16                  MR. KASTENS:  Objection.  Form.
17                  THE WITNESS:  That analysis was
18   not performed.
19   BY MS. CARSON:
20         Q.    Could you take a look at paragraph --
21   strike that.
22                  Could you take a look at paragraph 61.
```

