# Exhibit 10

# Payne, Stephen

| | |
|---|---|
| **From:** | Glucoft, Josh |
| **Sent:** | Wednesday, December 19, 2018 6:24 PM |
| **To:** | ~Andre, Paul; ~Caire, Yuridia; ~Hannah, James; ~Hedvat, Shannon; ~Kastens, Kristopher; ~Kobialka, Lisa; ~Lee, Hannah; ~Lee, Michael; ~Manes, Austin; ~Martinez, Cristina; ~Nguyen, Stephanie; ~Xu, Linjun |
| **Cc:** | #Juniper/Finjan [Int] |
| **Subject:** | Stipulation |

Kris,

We received your voicemail proposing to stipulate to vacate the current fact discovery and full expert report deadlines in view of the Court's Order regarding the second round of summary judgment. We agree that it makes sense to take those dates off calendar. Please circulate a draft stipulation and proposed order for our review.

Relatedly, please confirm which claims from the '780 and '494 Patents Finjan believes are still at issue in this case following the Court's rulings in the first round of summary judgment and the recent trial, if any. We had understood from Lisa's comment to Judge Alsup during the trial that Finjan believed that all issues related to the '780 and '494 patents had been resolved, but Finjan's press release after the trial seemed to suggest otherwise.

Regards,
Josh

---

**Joshua P. Glucoft** | Irell & Manella LLP | 310.203.7189 | www.irell.com

1