1  IRELL & MANELLA LLP
   Jonathan S. Kagan (SBN 166039)
2  jkagan@irell.com
   1800 Avenue of the Stars, Suite 900
3  Los Angeles, California 90067-4276
   Telephone: (310) 277-1010
4  Facsimile: (310) 203-7199

5
   Rebecca Carson (SBN 254105)
6  rcarson@irell.com
   Ingrid M. H. Petersen (SBN 313927)
7  ipetersen@irell.com
   840 Newport Center Drive, Suite 400
8  Newport Beach, California 92660-6324
   Telephone: (949) 760-0991
9  Facsimile: (949) 760-5200

10
   *Attorneys for Defendant*
11 JUNIPER NETWORKS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:17-cv-05659-WHA<br><br>**[PROPOSED] ORDER GRANTING JUNIPER NETWORKS, INC'S MOTION FOR ATTORNEYS' FEES PURSUANT TO 35 U.S.C. § 285**<br><br>Hearing Date: January 7, 2021<br>Hearing Time: 8:00 a.m.<br>Judge: Hon. William Alsup<br>Courtroom: 12 |

1  Having considered Juniper Networks, Inc.'s Motion for Attorneys' Fees and all materials
2  submitted in conjunction therewith, the Court hereby finds that Juniper is the prevailing party and
3  that this case exceptional pursuant to 35 U.S.C. § 285. The Court further finds that Juniper's
4  requested amount of fees is reasonable, and orders Plaintiff Finjan, Inc. to pay Juniper its attorney's
5  fees in the amount of $8,656,971.
6  IT IS SO ORDERED.

Dated: _____

Hon. William Alsup
Judge, United States District Court