# United States Court of Appeals for the Federal Circuit

---

**FINJAN, INC.,**
*Plaintiff-Appellant*

v.

**JUNIPER NETWORKS, INC.,**
*Defendant-Appellee*

---

2019-1837

---

Appeal from the United States District Court for the Northern District of California in No. , Judge William H. Alsup.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered October 20, 2020, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

November 30, 2020      /s/ Peter R. Marksteiner
                                               Peter R. Marksteiner
                                               Clerk of Court