UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

        Plaintiff,

v.

JUNIPER NETWORK, INC., et al.,

        Defendants.

No. C 17-05659 WHA

**ORDER REFERRING MATTER TO UNITED STATES MAGISTRATE JUDGE**

The matter of attorney's fees is **REFERRED** to Magistrate Judge Nathanael Cousins for settlement. The parties shall nonetheless proceed with the current briefing schedule.

**IT IS SO ORDERED.**

Dated: December 2, 2020.

                    WILLIAM ALSUP
                    UNITED STATES DISTRICT JUDGE