

Fish & Richardson P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130

858 678 5070 main
858 678 5099 fax

January 8, 2021

**Juanita R. Brooks**
Principal
brooks@fr.com
858 678 4377  direct

Hon. William H. Alsup
United States District Judge
United States District Court for the Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94012

Re:     *Finjan, Inc. v. Juniper Networks, Inc.*, No. 3:17-cv-05659-WHA

Dear Judge Alsup:

I write to correct a statement I made during yesterday's argument relating to Juniper's motion for attorneys' fees (Dkt. 634).  While presenting to the Court, I stated that the gentleman who provided the declaration regarding notice to Juniper of the '780 Patent, is a licensed attorney in good standing.  I believed that representation to be accurate.  I have since learned that although he is experienced in patent licensing, he is not an attorney, but instead a respected licensing professional.  I apologize for that mistake and hope this correction resolves any misunderstanding.

Very truly yours,

/s/ *Juanita Brooks*

Juanita Brooks
Counsel for Finjan, Inc.

cc:     Counsel of record