
1  Juanita R. Brooks (CA SBN 75934), brooks@fr.com
2  Frank J. Albert (CA SBN 247741), albert@fr.com
   Oliver J. Richards (CA SBN 310972), ojr@fr.com
3  FISH & RICHARDSON P.C.
   12860 El Camino Real, Suite 400
4  San Diego, CA 92130
   Telephone: (858) 678-5070 / Fax: (858) 678-5099
5
   Robert Courtney (CA SBN 248392), courtney@fr.com
6  FISH & RICHARDSON P.C.
   60 South Sixth Street, Suite 3200
7  Minneapolis, MN 55402
   Tel: (612) 335-5070 / Fax: (612) 288-9696
8
9  Attorneys for Plaintiff, FINJAN, INC.

10                     UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

12 | FINJAN, INC.,              | Case No. 3:17-cv-05659-WHA
13 |         Plaintiff,         | FINJAN, INC.'S STATEMENT
14 |     v.                     | CONFIRMING NO OPPOSITION TO THE
                                  APPOINTMENT OF MATTHEW BORDEN
15 | JUNIPER NETWORKS, INC.,    | AS SPECIAL MASTER
16 |         Defendant.         |
17 |                            | U.S. District Judge William H. Alsup
                                  Courtroom 12

                                                    Case No. 3:17-cv-05659-WHA
FINJAN'S NON-OPPOSITION TO APPOINTMENT OF SPECIAL MASTER MATT BORDEN

As per the Court's order of January 9, 2021 (D.I. 649), Finjan states that it has no objection to the appointment of Mr. Borden as special master for the parties' dispute over attorney fees.

Finjan respectfully asks that the Court's appointment of the special master include an instruction that the special master's report include recommended findings concerning the responsibility of Finjan's previous counsel Kramer Levin Naftalis & Frankel LLP ("Kramer Levin") for any fees that the special master may recommend awarding. As the Court knows, Kramer Levin was Finjan's counsel for the period in which the Court found § 285 exceptionality. Finjan's current counsel Fish & Richardson P.C. did not represent Finjan at that time. The Court's Order of October 22, 2020 retained jurisdiction over Kramer Levin "to entertain any motions for sanctions or further relief at the end of this action," (D.I. 631). Finjan respectfully proposes that Kramer Levin's involvement is necessary to the fair assessment of the fee issues, particularly in view of the Attorney Eyes Only information implicated by those issues, which Finjan was unable to review under the case's Protective Order.

Dated:  January 28, 2021                     Respectfully Submitted,

By:  */s/ Robert Courtney*
Juanita R. Brooks (CA SBN 75934) brooks@fr.com
Frank J. Albert (CA SBN 247741) albert@fr.com
Oliver J. Richards (CA SBN 310972) ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (CA SBN 248392), courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff FINJAN, INC.