IRELL & MANELLA LLP
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>    Defendant. | Case No. 3:17-cv-05659-WHA<br><br>**JUNIPER NETWORKS, INC.'S NOTICE OF NON-OBJECTION TO APPOINTMENT OF MATT BORDEN AS SPECIAL MASTER** |

10910259

Pursuant to the Court's Order at Dkt. 649, Juniper Networks, Inc. hereby notifies the Court that it does not object to the appointment of Matt Borden as special master.

Dated: January 28, 2021

Respectfully submitted,

IRELL & MANELLA LLP

By: /s/ *Rebecca Carson*
    Rebecca Carson

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.