# APPENDIX 1

| | | Allocation Cross-Checking Worksheet | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | **Project: Initial Analysis of Asserted Patents** | **Time** | **Rate** | | **Amt** | | **New Alloc** | **New Amt** |
| 11/13/17 | KAGN | Reviewed prior art for '780 patent | 1.70 | $ 1,095 | $ | 1,862 | | 100% | $ 1,861.50 |
| 11/26/17 | KAGN | Reviewed prior art for '494 patent | 2.50 | $ 1,095 | $ | 2,738 | | 100% | $ 2,738 |
| 11/27/17 | KAGN | Reviewed prior art for '494 patent | 3.70 | $ 1,095 | $ | 4,052 | | 100% | $ 4,052 |
| 11/28/17 | RCLI | Review and analysis re: invalidity issues. | 4.60 | $ 950 | $ | 4,370 | | 28.6% | $ 1,249.82 |
| 11/29/17 | RCLI | Review and analyze patents and prior art. | 4.30 | $ 950 | $ | 4,085 | | 28.6% | $ 1,168.31 |
| 12/01/17 | KAGN | Reviewed prior art for '494 patent | 3.50 | $ 1,095 | $ | 3,833 | | 100% | $ 3,832.50 |
| 12/06/17 | RCLI | Research and analyze prior art and prosecution history | 4.30 | $ 950 | $ | 4,085 | | 28.6% | $ 1,168.31 |
| 12/11/17 | KAGN | Reviewed '968 patent and history of patent | 3.40 | $ 1,095 | $ | 3,723 | | 0% | $ - |
| 12/13/17 | JGLC | Review Finjan asserted patents for invalidity and non-infringement arguments. | 4.90 | $ 750 | $ | 3,675 | | 28.6% | $ 1,051.05 |
| 12/14/17 | KAGN | Reviewed existing prior art and search strategies; tried to identify new search strategies | 3.70 | $ 1,095 | $ | 4,052 | | 28.6% | $ 1,158.73 |
| 12/19/17 | RCLI | Review and analysis re: '494 and '633 invalidity issues. | 3.20 | $ 950 | $ | 3,040 | | 50% | $ 1,520.00 |
| 12/20/17 | RCLI | Research and analysis re: invalidity arguments for '633 and '494 patents. | 4.90 | $ 950 | $ | 4,655 | | 50% | $ 2,327.50 |
| 12/29/17 | RCLI | Research and analysis re: invalidity arguments for '494 patent. | 3.50 | $ 950 | $ | 3,325 | | 100% | $ 3,325.00 |
| 01/05/18 | JGLC | Draft prior art search guidance and patent analysis | 3.80 | $ 750 | $ | 2,850 | | 28.6% | $ 815.10 |
| 01/12/18 | RCLI | Review and analysis re: '494 and '633 patents re: invalidity issues. | 3.80 | $ 950 | $ | 3,610 | | 50% | $ 1,805.00 |
| 01/16/18 | RCLI | Review and analysis re: Finjan patents re: invalidity and non-infringement issues | 6.40 | $ 950 | $ | 6,080 | | 28.6% | $ 1,738.88 |
| 01/17/18 | RCLI | Review and analysis re: '494 and '633 patents re: non-infringement and invalidity issues | 5.10 | $ 950 | $ | 4,845 | | 50% | $ 2,422.50 |
| 01/17/18 | RCLI | Fact investigation re: non-infringement arguments. | 2.10 | $ 950 | $ | 1,995 | | 28.6% | $ 570.57 |
| 01/18/18 | JGLC | Begin developing non-infringement theories. | 6.50 | $ 750 | $ | 4,875 | | 28.6% | $ 1,394.25 |
| 01/19/18 | RCLI | Review and analysis re: '840 and '494 invalidity theories. | 2.20 | $ 950 | $ | 2,090 | | 50% | $ 1,045.00 |
| 01/23/18 | RCLI | Review and analyze prior art re: '844 and '494 patents | 4.30 | $ 950 | $ | 4,085 | | 50% | $ 2,042.50 |
| 02/01/18 | RCLI | Review and analyze pre-suit negotiation documents. | 1.50 | $ 950 | $ | 1,425 | | 28.6% | $ 407.55 |
| 02/12/18 | RCLI | Review and analysis invalidity of '844 and '494 patents | 4.20 | $ 950 | $ | 3,990 | | 50% | $ 1,995.00 |
| 02/12/18 | RCLI | Review and analysis re: non-infringement arguments for '494 and '844 patents. | 3.90 | $ 950 | $ | 3,705 | | 50% | $ 1,852.50 |
| 02/13/18 | KWAN | Review patent analysis to analyze Finjan's asserted patents and develop strategies for prior art searches. | 1.50 | $ 600 | $ | 900 | | 28.6% | $ 257.40 |
| 02/13/18 | RCLI | Research re: prior art for '633 and '494 patents. | 2.40 | $ 950 | $ | 2,280 | | 50% | $ 1,140.00 |
| 02/15/18 | RCLI | Prior art searching re: '633 and '494 patents. | 4.50 | $ 950 | $ | 4,275 | | 50% | $ 2,137.50 |
| 02/22/18 | RCLI | Review and analysis re: non-infringement arguments for '844, '494, and'926 patents. | 3.40 | $ 950 | $ | 3,230 | | 33% | $ 1,065.90 |
| 02/22/18 | RCLI | Review and analysis re: invalidity arguments for '154 and '780 patents. | 2.40 | $ 950 | $ | 2,280 | | 50% | $ 1,140.00 |
| 02/23/18 | RCLI | Review and analysis re: non-infringement positions re: '844, '780 and '926 patents. | 4.20 | $ 950 | $ | 3,990 | | 33% | $ 1,316.70 |
| 03/05/18 | KWAN | Review and analyze the '494 and '844 patents for non-infringement and invalidity arguments | 1.30 | $ 600 | $ | 780 | | 50% | $ 390.00 |

APPENDIX 1

Page 1

| Date | Initials | Description | Hours | | Rate | | Amount | % | | Adjusted |
|------|----------|-------------|-------|---|------|---|--------|---|---|----------|
| 03/05/18 | RCLI | Review and analysis re: '844 and '494 non-infringement arguments. | 1.90 | $ | 950 | $ | 1,805 | 50% | $ | 902.50 |
| 03/07/18 | KWAN | Review and analysis on the '844 and '494 patents to formulate potential non-infringement and invalidity arguments. | 1.40 | $ | 600 | $ | 840 | 50% | $ | 420.00 |
| 03/09/18 | KWAN | Analyze the '494 and '844 patents to develop invalidity and non-infringement arguments | 3.80 | $ | 600 | $ | 2,280 | 50% | $ | 1,140.00 |
| 03/14/18 | JGLC | Analyze potential invalidity and claim construction arguments for '633 and '780 Patents. | 1.90 | $ | 750 | $ | 1,425 | 50% | $ | 712.50 |
| 03/14/18 | KWAN | Analyze the '844 and '494 patents for invalidity and non-infringement arguments | 6.00 | $ | 600 | $ | 3,600 | 50% | $ | 1,800.00 |
| 03/15/18 | JGLC | Develop invalidity and non-infringement theories for the '944, '494, '633, and '780 Patents | 2.80 | $ | 750 | $ | 2,100 | 50% | $ | 1,050.00 |
| 03/19/18 | RCLI | Review and analyze '844 claim construction orders from prior litigations and prosecution history re: assessment of non-infringement arguments. | 4.20 | $ | 950 | $ | 3,990 | 0% | $ | - |
| 03/23/18 | JGLC | Call with expert S. Nielson regarding invalidity and non-infringement arguments for '844 and '494 Patents. | 1.30 | $ | 750 | $ | 975 | 50% | $ | 487.50 |
| 03/23/18 | JGLC | Development of Invalidity and non-infringement contentions for '844 and '494 Patent | 1.80 | $ | 750 | $ | 1,350 | 50% | $ | 675.00 |
| 03/23/18 | KWAN | Analyze invalidity and non-infringement for the '844 and '494 patents. | 1.50 | $ | 600 | $ | 900 | 50% | $ | 450.00 |
| 04/01/18 | JGLC | Analyze '494, '844, and '926 patents for priority date. | 2.50 | $ | 750 | $ | 1,875 | 33% | $ | 618.75 |
| 04/14/18 | RCLI | Review and analysis re: '780 invalidity theories. | 3.40 | $ | 950 | $ | 3,230 | 100% | $ | 3,230.00 |
| 04/19/18 | JGLC | Analysis regarding expiration dates of patents. | 0.30 | $ | 750 | $ | 225 | 28.6% | $ | 64.35 |
| | | | | | | | | | | |
| | | **Project Total** | **144.50** | | | $ | **129,373** | | | |
| | | | | | | | | | | |
| | | **Juniper Allocation: 50%** | | | | | | **50%** | **Adjusted Allocation** | **47%** |
| | | | | | | | | | | |
| | | | | | | | | | | |
| | | **Adjusted Total** | **72.25** | | | $ | **64,686** | | | **$ 60,538.67** |

APPENDIX 1
Page 2