IRELL & MANELLA LLP
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
Alan Heinrich (SBN 212782)
aheinrich@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca L. Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JUNIPER NETWORKS, INC.,<br><br>　　　　　Defendant. | Case No. 3:17-cv-05659-WHA<br><br>**DEFENDANT JUNIPER NETWORKS, INC.'S ADMINISTRATIVE MOTION TO FILE DOCUMENTS UNDER SEAL**<br><br>Judge: Hon. William Alsup |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JUNIPER'S ADMINISTRATIVE MOTION TO FILE
UNDER SEAL
Case No. 3:17-cv-05659-WHA

**NOTICE OF MOTION AND MOTION**

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT pursuant to Civil Local Rules 7-11 and 79-5, Defendant Juniper Networks, Inc. ("Juniper") brings this Administrative Motion to File Documents Under Seal for the documents identified below, which contain confidential and personal information of Plaintiff, Finjan, Inc. ("Finjan") and Juniper. Specifically, there exists good cause to file the following documents under seal:

| Document | Description | Portion to Be Sealed | Basis for Sealing | Designating Party |
|---|---|---|---|---|
| Ex. 1 to Declaration of Jonathan S. Kagan in Response to Juniper's Objection to Special Master's Report and Recommendation re Attorney's Fees and Expenses | Declaration of Jonathan S. Kagan in Support of Request for Fees and Expenses, Exhibit D | Highlighted portions at pgs. 12-23, 25, 29-30, 32-35 | Personal Home Addresses of Attorneys and Experts | Juniper |
| Ex. 2 to Declaration of Jonathan S. Kagan in Response to Juniper's Objection to Special Master's Report and Recommendation re Attorney's Fees and Expenses | Finjan's Brief Regarding Juniper's Submission on Fees | Entirety | Designated by Finjan as Confidential | Finjan |
| Ex. 3 to Declaration of Jonathan S. Kagan in Response to Juniper's Objection to Special Master's Report and Recommendation re Attorney's Fees and Expenses | Declaration of Robert Courtney Supporting Finjan's Brief Regarding Juniper's Submission on Fees | Entirety | Designated by Finjan as Confidential | Finjan |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

JUNIPER'S ADMINISTRATIVE MOTION TO FILE
UNDER SEAL
Case No. 3:17-cv-05659-WHA

- 1 -

Juniper seeks to seal the personal home addresses of attorneys and experts contained in Ex. 1 of the Kagan declaration. Juniper also seeks to seal Ex. 2 and Ex. 3 of the Kagan declaration, which contains Finjan's brief and declaration regarding Juniper's submission on fees because Finjan has designated those documents as confidential.

Dated: June 10, 2021                    Respectfully submitted,

                                        By:   */s/ Ingrid Petersen*
                                              Ingrid Petersen
                                              *Attorney for Defendant*
                                              Juniper Networks, Inc.

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

- 2 -

JUNIPER'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:17-cv-05659-WHA