IRELL & MANELLA LLP
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No. 3:17-cv-05659-WHA |
| Plaintiff, | **JUNIPER NETWORKS, INC.'S NOTICE OF HEARING ON SPECIAL MASTER'S REPORT AND RECOMMENDATION RE ATTORNEY'S FEES AND COSTS** |
| vs. | |
| JUNIPER NETWORKS, INC., a Delaware Corporation, | Date: July 15, 2021
Time: 8:00 a.m.
Location: Courtroom 12, 19th Floor
Judge: William Alsup |
| Defendant. | |

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10967199

JUNIPER NETWORKS, INC.'S NOTICE OF HEARING
(Case No. 3:17-cv-05659-WHA)

# NOTICE OF HEARING

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on July 15, 2021, at 8:00 a.m., or as soon thereafter as the matter may be heard before Honorable William Alsup, United States Senior District Judge, at the United States District Courthouse, San Francisco, California, Defendant Juniper Networks, Inc. ("Juniper") will and hereby does object to the Special Master's finding that a consideration of the expert fees and travel expenses the Court had ordered Juniper to provide to the Special Master was premature because the Court's preliminary fees order does not have an express finding of bad faith. *See* Dkt. 661. Juniper provides this notice of hearing on July 15, 2021, pursuant to the Court's order stating that objections to the Special Master's report and recommendation will "be heard on the normal 35-day track" once the objections are filed on June 10, 2021. Dkt. 654 ¶ 4.

Dated:  June 22, 2021

Respectfully submitted,

IRELL & MANELLA LLP

By:  /s/ *Ingrid Petersen*
Ingrid Petersen

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10967199

JUNIPER NETWORKS, INC.'S NOTICE OF HEARING
Case No. 3:17-cv-05659-WHA