IRELL & MANELLA LLP
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324
Telephone: (949) 760-0991
Facsimile: (949) 760-5200

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>  Defendant. | Case No. 3:17-cv-05659-WHA<br><br>**NOTICE OF CHANGE IN COUNSEL – WITHDRAWAL OF ALEXIS P. FEDERICO** |

**IRELL & MANELLA LLP**
A Registered Limited Liability
Law Partnership Including
Professional Corporations

10968856

NOTICE OF CHANGE IN COUNSEL - WITHDRAWAL
OF ALEXIS P. FEDERICO
(Case No. 3:17-cv-05659-WHA)

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that the appearance of Alexis P. Federico of Irell & Manella LLP, as attorney of record for the Defendant Juniper Networks, Inc. ("Juniper") is hereby withdrawn and respectfully requests that her name be removed from all applicable service lists, including Notices of Electronic Filing.

Defendant Juniper will continue to be represented in this case by counsel of record at Irell & Manella LLP.

Dated: June 28, 2021                              IRELL & MANELLA LLP

                                                  By: */s/ Alexis P. Federico*
                                                  Alexis P. Federico
                                                  *Attorneys for Defendant*
                                                  JUNIPER NETWORKS, INC.

IRELL & MANELLA LLP
A Registered Limited Liability
Law Partnership Including
Professional Corporations

NOTICE OF CHANGE IN COUNSEL - WITHDRAWAL
OF ALEXIS P. FEDERICO
(Case No. 3:17-cv-05659-WHA)

- 1 -