Juanita R. Brooks (CA SBN 75934), brooks@fr.com
Frank J. Albert (CA SBN 247741), albert@fr.com
Oliver J. Richards (CA SBN 310972), ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Robert P. Courtney (CA SBN 248392), courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696

*Attorneys for Plaintiff*
FINJAN, INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 3:17-cv-05659-WHA<br><br>Hon. William H. Alsup<br><br>**FINJAN, INC.'S NOTICE OF HEARING**<br><br>Date: July 22, 2021<br><br>Time: 8:00 a.m. PT<br><br>Via AT&T Conference Line |

## I. NOTICE OF MOTION

PLEASE TAKE NOTICE that on July 22, 2021, at 8:00 a.m., or as soon thereafter as this matter may be heard before Judge William Alsup of the U.S. District Court for the Northern District of California via AT&T Conference Line platform, plaintiff Finjan, Inc. ("Finjan") will and hereby does object to the Special Master's Report and Recommendation on Attorney's Fees and Expenses (D.I. 658). *See* Finjan Objs. (D.I. 659). Finjan plans to present its objections as part of the Court's previously scheduled hearing regarding objections by Juniper. (D.I. 665)

Dated: July 13, 2021

/s/ *Robert Courtney*
Juanita R. Brooks (CA SBN 75934),
brooks@fr.com
Frank J. Albert (CA SBN 247741),
albert@fr.com
Oliver J. Richards (CA SBN 310972),
ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070 / Fax: (858) 678-5099

Robert P. Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Telephone: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff
**FINJAN, INC.**