| | |
|---|---|
| 1 | Juanita R. Brooks (CA SBN 75934), brooks@fr.com |
| 2 | Frank J. Albert (CA SBN 247741), albert@fr.com |
|   | Oliver J. Richards (CA SBN 310972), ojr@fr.com |
| 3 | FISH & RICHARDSON P.C. |
|   | 12860 El Camino Real, Suite 400 |
| 4 | San Diego, CA 92130 |
|   | Telephone: (858) 678-5070 / Fax: (858) 678-5099 |
| 5 | |
| 6 | Robert Courtney (CA SBN 248392), courtney@fr.com |
|   | FISH & RICHARDSON P.C. |
| 7 | 60 South Sixth Street, Suite 3200 |
|   | Minneapolis, MN 55402 |
| 8 | Tel: (612) 335-5070 / Fax: (612) 288-9696 |
| 9 | Attorneys for Plaintiff, FINJAN, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., | Case No. 3:17-cv-05659-WHA |
| Plaintiff, | **FINJAN, INC.'S NOTICE OF PAYMENT** |
| v. | |
| JUNIPER NETWORKS, INC., | U.S. District Judge William H. Alsup |
| | Courtroom 12 |
| Defendant. | |

Case No. 3:17-cv-05659-WHA

FINJAN'S NOTICE OF PAYMENT

PLEASE TAKE NOTICE that on this day, August 5, 2021, Plaintiff Finjan Inc. paid, via wire transfer, $7,980.00 to the law firm of BraunHagey & Borden LLP, for services rendered by Matthew Borden as Special Master in this case, as instructed by the Court in its Order of July 26, 2021 (D.I. 669).

Dated:  August 5, 2021               Respectfully Submitted,

By: */s/ Robert Courtney*
    Juanita R. Brooks (CA SBN 75934) brooks@fr.com
    Frank J. Albert (CA SBN 247741) albert@fr.com
    Oliver J. Richards (CA SBN 310972) ojr@fr.com
    FISH & RICHARDSON P.C.
    12860 El Camino Real, Suite 400
    San Diego, CA 92130
    Phone: (858) 678-5070 / Fax: (858) 678-5099

    Robert Courtney (CA SBN 248392),
    courtney@fr.com
    FISH & RICHARDSON P.C.
    60 South Sixth Street, Suite 3200
    Minneapolis, MN 55402
    Tel: (612) 335-5070 / Fax: (612) 288-9696

    Attorneys for Plaintiff FINJAN, INC.