IRELL & MANELLA LLP
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067-4276
Telephone: (310) 277-1010
Facsimile: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
840 Newport Center Drive, Suite 400
Newport Beach, California 92660-6324

*Attorneys for Defendant*
JUNIPER NETWORKS, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., a Delaware Corporation, | Case No. 3:17-cv-05659-WHA |
| Plaintiff, | **JUNIPER NETWORKS, INC.'S NOTICE OF PAYMENT TO SPECIAL MASTER MATT BORDEN** |
| vs. | |
| JUNIPER NETWORKS, INC., a Delaware Corporation, | |
| Defendant. | |

10993682

1       Pursuant to the Court's Order at Dkt. 669, Juniper Networks, Inc. hereby notifies the Court that it has paid $7,980 to Special Master Matt Borden.

Dated:  August 5, 2021

Respectfully submitted,

IRELL & MANELLA LLP

By:   */s/ Ingrid Petersen*
       Ingrid Petersen

*Attorney for Defendant*
JUNIPER NETWORKS, INC.