| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934), brooks@fr.com <br> Frank J. Albert (CA SBN 247741), albert@fr.com <br> Oliver J. Richards (CA SBN 310972), ojr@fr.com <br> FISH & RICHARDSON P.C. <br> 12860 El Camino Real, Suite 400 <br> San Diego, CA 92130 <br> Phone: (858) 678-5070 / Fax: (858) 678-5099 <br><br> Robert Courtney (CA SBN 248392), courtney@fr.com <br> FISH & RICHARDSON P.C. <br> 60 South Sixth Street, Suite 3200 <br> Minneapolis, MN 55402 <br> Tel: (612) 335-5070 / Fax: (612) 288-9696 <br><br> Attorneys for Plaintiff, FINJAN, INC. | Jonathan S. Kagan (SBN 166039) jkagan@irell.com <br> IRELL & MANELLA LLP <br> 1800 Avenue of the Stars, Suite 900 <br> Los Angeles, CA 90067-4276 <br> Phone: (310) 277-1010 / Fax: (310) 203-7199 <br><br> Rebecca Carson (SBN 254105) rcarson@irell.com <br> Ingrid M. H. Petersen (SBN 313927) ipetersen@irell.com <br> IRELL & MANELLA LLP <br> 840 Newport Center Drive, Suite 400 <br> Newport Beach, CA 92660-6324 <br><br> Attorneys for Defendant <br> JUNIPER NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | Case No. 3:17-cv-05659-WHA <br><br> **JOINT STATUS REPORT OF AUGUST 23, 2021** <br><br> U.S. District Judge William H. Alsup <br> Courtroom 12 |

Pursuant to the Court's Order of July 26, 2021 (D.I. 669), Finjan, LLC and Juniper Networks, Inc. provide the following status report:

1. This is the parties' first 28-day report since the Court's Order.

2. **Regarding reimbursement to the special master:** The parties jointly certify that they have made the payments required by the Court to reimburse the special master for services rendered in this case. No later than August 5, 2021, Finjan, LLC and Juniper Networks, Inc. each paid $7,980.00 to the law firm of BraunHagey & Borden LLP. The parties jointly understand that no further payments are owed in connection with reimbursing the special master.

3. **Regarding the Court's order on attorney fees:** Finjan plans to appeal the Court's Order of July 26 as to attorney fees, and plans to move under Rule 62(b) for a stay, pending appeal, against execution of that aspect of the Order. As security for such a stay, Finjan has proposed to Juniper that Finjan fund an escrow account with an amount equaling 125% of the Court's award, establishing the account such that Juniper may draw on it should Finjan exhaust its appeal rights without relief and should the parties not arrange alternative payment. Juniper has agreed to Finjan's proposal, provided the parties are able to agree on mutually acceptable terms for the escrow account. The parties are currently discussing those terms.

4. The parties will file their next 28-day status report no later than September 20, 2021.

Dated: August 23, 2021

Respectfully Submitted,

By: /s/ Robert Courtney
Juanita R. Brooks (CA SBN 75934) brooks@fr.com
Frank J. Albert (CA SBN 247741) albert@fr.com
Oliver J. Richards (CA SBN 310972) ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

|   |   |
|---|---|
| | Robert Courtney (CA SBN 248392), |
| | courtney@fr.com |
| | FISH & RICHARDSON P.C. |
| | 60 South Sixth Street, Suite 3200 |
| | Minneapolis, MN 55402 |
| | Tel: (612) 335-5070 / Fax: (612) 288-9696 |
| | Attorneys for Plaintiff FINJAN, INC. |

Dated:  August 23, 2021                         IRELL & MANELLA LLP

                                                By:  /s/ Jonathan S. Kagan
                                                     Jonathan S. Kagan (SBN 166039)
                                                     jkagan@irell.com
                                                     IRELL & MANELLA LLP
                                                     1800 Avenue of the Stars, Suite 900
                                                     Los Angeles, CA 90067-4276
                                                     Phone: (310) 277-1010 / Fax: (310) 203-7199

                                                     Rebecca Carson (SBN 254105)
                                                     rcarson@irell.com
                                                     Ingrid M. H. Petersen (SBN 313927)
                                                     ipetersen@irell.com
                                                     IRELL & MANELLA LLP
                                                     840 Newport Center Drive, Suite 400
                                                     Newport Beach, CA 92660-6324
                                                Attorney for Defendant
                                                JUNIPER NETWORKS, INC.

    Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

Dated:  August 23, 2021                         FISH & RICHARDSON P.C.


                                                By:  /s/ Robert Courtney
                                                     Robert Courtney

                                                Attorney for Plaintiff
                                                FINJAN LLC