Juanita R. Brooks (CA SBN 75934),
brooks@fr.com
Frank J. Albert (CA SBN 247741),
albert@fr.com
Oliver J. Richards (CA SBN 310972),
ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff, FINJAN, INC.

Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010 / Fax: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
Ingrid M. H. Petersen (SBN 313927)
ipetersen@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324

Attorneys for Defendant,
JUNIPER NETWORKS, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUNIPER NETWORKS, INC.,<br><br>　　　　Defendant. | Case No. 3:17-cv-05659-WHA<br><br>**JOINT STATUS REPORT OF SEPTEMBER 20, 2021**<br><br>U.S. District Judge William H. Alsup<br>Courtroom 12 |

Pursuant to the Court's Order of July 26, 2021 (D.I. 669), Finjan, LLC and Juniper Networks, Inc. provide the following status report:

1. This is the parties' second 28-day report since the Court's Order.

2. The Federal Circuit has docketed Finjan's appeal regarding the Court's Order as appeal no. 21-2253. The parties are continuing to discuss Finjan's proposal to provide security to Juniper for a stay on any enforcement of the Court's Order.

4. The parties will file their next 28-day status report no later than October 18, 2021.

Dated: September 20, 2021                    Respectfully Submitted,

By: */s/ Robert Courtney*
Juanita R. Brooks (CA SBN 75934) brooks@fr.com
Frank J. Albert (CA SBN 247741) albert@fr.com
Oliver J. Richards (CA SBN 310972) ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696
Attorneys for Plaintiff FINJAN, INC.

| | | |
|---|---|---|
| 1 | Dated: September 20, 2021 | IRELL & MANELLA LLP |
| 2 | | By:  /s/ Jonathan Kagan |
| | | Jonathan S. Kagan (SBN 166039) |
| 3 | | jkagan@irell.com |
| | | IRELL & MANELLA LLP |
| 4 | | 1800 Avenue of the Stars, Suite 900 |
| 5 | | Los Angeles, CA 90067-4276 |
| | | Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| 6 | | |
| 7 | | Rebecca Carson (SBN 254105) |
| | | rcarson@irell.com |
| 8 | | Ingrid M. H. Petersen (SBN 313927) |
| 9 | | ipetersen@irell.com |
| | | IRELL & MANELLA LLP |
| 10 | | 840 Newport Center Drive, Suite 400 |
| | | Newport Beach, CA 92660-6324 |
| 11 | | Attorney for Defendant |
| 12 | | JUNIPER NETWORKS, INC. |

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

| | | |
|---|---|---|
| Dated: September 20, 2021 | | FISH & RICHARDSON P.C. |
| | | By:  /s/ Robert Courtney |
| | | Robert Courtney |
| | | Attorney for Plaintiff |
| | | FINJAN LLC |