Juanita R. Brooks (CA SBN 75934),
brooks@fr.com
Frank J. Albert (CA SBN 247741),
albert@fr.com
Oliver J. Richards (CA SBN 310972),
ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff, FINJAN, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., | Case No. 3:17-cv-05659-WHA |
| Plaintiff, | **FINJAN'S STATUS REPORT OF OCTOBER 18, 2021** |
| v. | |
| JUNIPER NETWORKS, INC., | U.S. District Judge William H. Alsup |
| Defendant. | Courtroom 12 |

Pursuant to the Court's Order of July 26, 2021 (D.I. 669), Finjan, LLC provides the following status report:

1. This is the third 28-day report since the Court's Order.

2. The Federal Circuit has docketed Finjan's appeal regarding the Court's Order as appeal no. 21-2253. Finjan has provided Juniper with a letter of credit as security and is awaiting Juniper's confirmation.

4. The parties will file their next 28-day status report no later than November 15, 2021.

5. After requesting Juniper's consent to file the present update as a joint submission, Finjan did not receive a response. The present update is therefore filed solely by Finjan.

Dated: October 18, 2021            Respectfully Submitted,

By: */s/ Robert Courtney*
Juanita R. Brooks (CA SBN 75934) brooks@fr.com
Frank J. Albert (CA SBN 247741) albert@fr.com
Oliver J. Richards (CA SBN 310972) ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696
Attorneys for Plaintiff FINJAN, INC.