| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934), brooks@fr.com | Jonathan S. Kagan (SBN 166039) jkagan@irell.com |
| Frank J. Albert (CA SBN 247741), albert@fr.com | IRELL & MANELLA LLP 1800 Avenue of the Stars, Suite 900 |
| Oliver J. Richards (CA SBN 310972), ojr@fr.com | Los Angeles, CA 90067-4276 Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| FISH & RICHARDSON P.C. 12860 El Camino Real, Suite 400 San Diego, CA 92130 | Rebecca Carson (SBN 254105) rcarson@irell.com |
| Phone: (858) 678-5070 / Fax: (858) 678-5099 | Ingrid M. H. Petersen (SBN 313927) ipetersen@irell.com |
| Robert Courtney (CA SBN 248392), courtney@fr.com | IRELL & MANELLA LLP 840 Newport Center Drive, Suite 400 |
| FISH & RICHARDSON P.C. 60 South Sixth Street, Suite 3200 Minneapolis, MN 55402 | Newport Beach, CA 92660-6324 |
| Tel: (612) 335-5070 / Fax: (612) 288-9696 | Attorneys for Defendant JUNIPER NETWORKS, INC. |
| Attorneys for Plaintiff, FINJAN, INC. | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | Case No. 3:17-cv-05659-WHA <br><br> **JOINT STATUS REPORT OF NOVEMBER 15, 2021** <br><br> U.S. District Judge William H. Alsup <br> Courtroom 12 |

Pursuant to the Court's Order of July 26, 2021 (D.I. 669), Finjan, LLC and Juniper Networks, Inc. provide the following status report:

1. This is the parties' fourth 28-day report since the Court's Order.

2. The Federal Circuit has docketed Finjan's appeal regarding the Court's Order as appeal no. 21-2253, and Finjan filed its opening brief on October 27, 2021.  Finjan has provided Juniper with a letter of credit as security and is awaiting Juniper's confirmation.

4. The parties will file their next 28-day status report no later than Monday, December 13, 2021.

Dated: November 15, 2021            Respectfully Submitted,

                                    By: /s/ Robert Courtney
                                    Juanita R. Brooks (CA SBN 75934) brooks@fr.com
                                    Frank J. Albert (CA SBN 247741) albert@fr.com
                                    Oliver J. Richards (CA SBN 310972) ojr@fr.com
                                    FISH & RICHARDSON P.C.
                                    12860 El Camino Real, Suite 400
                                    San Diego, CA 92130
                                    Phone: (858) 678-5070 / Fax: (858) 678-5099

                                    Robert Courtney (CA SBN 248392),
                                    courtney@fr.com
                                    FISH & RICHARDSON P.C.
                                    60 South Sixth Street, Suite 3200
                                    Minneapolis, MN 55402
                                    Tel: (612) 335-5070 / Fax: (612) 288-9696
                                    Attorneys for Plaintiff FINJAN, INC.

| | |
|---|---|
| Dated: November 15, 2021 | IRELL & MANELLA LLP |
| | By: */s/ Jonathan Kagan* |
| | Jonathan S. Kagan (SBN 166039) |
| | jkagan@irell.com |
| | IRELL & MANELLA LLP |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067-4276 |
| | Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| | |
| | Rebecca Carson (SBN 254105) |
| | rcarson@irell.com |
| | Ingrid M. H. Petersen (SBN 313927) |
| | ipetersen@irell.com |
| | IRELL & MANELLA LLP |
| | 840 Newport Center Drive, Suite 400 |
| | Newport Beach, CA 92660-6324 |
| | Attorney for Defendant |
| | JUNIPER NETWORKS, INC. |

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

| | |
|---|---|
| Dated: November 15, 2021 | FISH & RICHARDSON P.C. |
| | |
| | By: */s/ Robert Courtney* |
| | Robert Courtney |
| | |
| | Attorney for Plaintiff |
| | FINJAN LLC |