| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934), brooks@fr.com | Jonathan S. Kagan (SBN 166039) jkagan@irell.com |
| Roger A. Denning (CA SBN 228998, denning@fr.com | IRELL & MANELLA LLP 1800 Avenue of the Stars, Suite 900 |
| Frank J. Albert (CA SBN 247741), albert@fr.com | Los Angeles, CA 90067-4276 Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| Oliver J. Richards (CA SBN 310972), ojr@fr.com | Rebecca Carson (SBN 254105) rcarson@irell.com |
| FISH & RICHARDSON P.C. 12860 El Camino Real, Suite 400 San Diego, CA 92130 Phone: (858) 678-5070 / Fax: (858) 678-5099 | Ingrid M. H. Petersen (SBN 313927) ipetersen@irell.com IRELL & MANELLA LLP 840 Newport Center Drive, Suite 400 Newport Beach, CA 92660-6324 |
| Robert Courtney (CA SBN 248392), courtney@fr.com FISH & RICHARDSON P.C. 60 South Sixth Street, Suite 3200 Minneapolis, MN 55402 Tel: (612) 335-5070 / Fax: (612) 288-9696 | |
| Attorneys for Plaintiff, FINJAN, INC. | Attorneys for Defendant, JUNIPER NETWORKS, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | Case No. 3:17-cv-05659-WHA <br><br> **JOINT STATUS REPORT OF JANUARY 10, 2022** <br><br> U.S. District Judge William H. Alsup <br> Courtroom 12 |

Pursuant to the Court's Order of July 26, 2021 (D.I. 669), Finjan, LLC and Juniper Networks, Inc. provide the following status report:

1. This is the parties' sixth 28-day report since the Court's Order.

2. The Federal Circuit has docketed Finjan's appeal regarding the Court's Order as appeal no. 21-2253, and Finjan filed its opening brief on October 27, 2021.  Juniper's response brief is due on January 21, 2022.

3. Finjan has provided Juniper with a letter of credit as security.

4. The parties will file their next 28-day status report no later than Monday, February 7, 2022.

Dated:  January 10, 2022                Respectfully Submitted,

By: /s/ Roger A. Denning
Juanita R. Brooks (SBN 75934) brooks@fr.com
Roger A. Denning (SBN 228998, denning@fr.com
Frank J. Albert (SBN 247741) albert@fr.com
Oliver J. Richards (SBN 310972) ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (SBN 248392), courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696
Attorneys for Plaintiff FINJAN, INC.

| | | |
|---|---|---|
| 1 | Dated: January 10, 2022 | IRELL & MANELLA LLP |
| 2 | | By: /s/ Jonathan Kagan |
| | | Jonathan S. Kagan (SBN 166039) |
| 3 | | jkagan@irell.com |
| 4 | | IRELL & MANELLA LLP |
| | | 1800 Avenue of the Stars, Suite 900 |
| 5 | | Los Angeles, CA 90067-4276 |
| | | Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| 6 | | |
| 7 | | Rebecca Carson (SBN 254105) |
| | | rcarson@irell.com |
| 8 | | Ingrid M. H. Petersen (SBN 313927) |
| | | ipetersen@irell.com |
| 9 | | IRELL & MANELLA LLP |
| | | 840 Newport Center Drive, Suite 400 |
| 10 | | Newport Beach, CA 92660-6324 |
| 11 | | Attorney for Defendant, JUNIPER NETWORKS, INC. |

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

| | | |
|---|---|---|
| 16 | Dated: January 10, 2022 | FISH & RICHARDSON P.C. |
| 18 | | By: /s/ Roger A. Denning |
| | | Roger A. Denning |
| 20 | | Attorney for Plaintiff, FINJAN LLC |