| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934), brooks@fr.com | Jonathan S. Kagan (SBN 166039) jkagan@irell.com |
| Roger A. Denning (CA SBN 228998, denning@fr.com | IRELL & MANELLA LLP 1800 Avenue of the Stars, Suite 900 |
| Frank J. Albert (CA SBN 247741), albert@fr.com | Los Angeles, CA 90067-4276 Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| Oliver J. Richards (CA SBN 310972), ojr@fr.com | Rebecca Carson (SBN 254105) |
| FISH & RICHARDSON P.C. 12860 El Camino Real, Suite 400 | rcarson@irell.com IRELL & MANELLA LLP |
| San Diego, CA 92130 Phone: (858) 678-5070 / Fax: (858) 678-5099 | 840 Newport Center Drive, Suite 400 Newport Beach, CA 92660-6324 |

Robert Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff, FINJAN, INC.          Attorneys for Defendant
                                               JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | Case No. 3:17-cv-05659-WHA <br><br> **JOINT STATUS REPORT OF MARCH 7, 2022** <br><br> U.S. District Judge William H. Alsup <br> Courtroom 12 |

Pursuant to the Court's Order of July 26, 2021 (D.I. 669), Finjan, LLC and Juniper Networks, Inc. provide the following status report:

1. This is the parties' eighth 28-day report since the Court's Order.

2. The Federal Circuit has docketed Finjan's appeal regarding the Court's Order as appeal no. 21-2253, and Finjan filed its opening brief on October 27, 2021.  Juniper filed its response brief on January 21, 2022.  Finjan's reply brief is due on March 14, 2022.

3. Finjan has provided Juniper with a letter of credit as security.

4. The parties will file their next 28-day status report no later than Monday, April 4, 2022.

Dated: March 7, 2022                    Respectfully Submitted,

                                        By: /s/ Roger A. Denning
                                            Juanita R. Brooks (SBN 75934) brooks@fr.com
                                            Roger A. Denning (SBN 228998, denning@fr.com
                                            Frank J. Albert (SBN 247741) albert@fr.com
                                            Oliver J. Richards (SBN 310972) ojr@fr.com
                                            FISH & RICHARDSON P.C.
                                            12860 El Camino Real, Suite 400
                                            San Diego, CA 92130
                                            Phone: (858) 678-5070 / Fax: (858) 678-5099

                                            Robert Courtney (SBN 248392), courtney@fr.com
                                            FISH & RICHARDSON P.C.
                                            60 South Sixth Street, Suite 3200
                                            Minneapolis, MN 55402
                                            Tel: (612) 335-5070 / Fax: (612) 288-9696
                                            Attorneys for Plaintiff FINJAN, INC.

| | | |
|---|---|---|
| 1 | Dated: March 7, 2022 | IRELL & MANELLA LLP |
| 2 | | By: /s/ Jonathan Kagan |
| 3 | | Jonathan S. Kagan (SBN 166039) |
| | | jkagan@irell.com |
| 4 | | IRELL & MANELLA LLP |
| | | 1800 Avenue of the Stars, Suite 900 |
| 5 | | Los Angeles, CA 90067-4276 |
| | | Phone: (310) 277-1010 / Fax: (310) 203-7199 |

Rebecca Carson (SBN 254105)
rcarson@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324

Attorney for Defendant, JUNIPER NETWORKS, INC.

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

Dated: March 7, 2022                FISH & RICHARDSON P.C.

By: /s/ Roger A. Denning
    Roger A. Denning

Attorney for Plaintiff, FINJAN LLC