Juanita R. Brooks (CA SBN 75934),
brooks@fr.com
Roger A. Denning (CA SBN 228998,
denning@fr.com
Frank J. Albert (CA SBN 247741),
albert@fr.com
Oliver J. Richards (CA SBN 310972),
ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff, FINJAN, INC.

Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010 / Fax: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324

Attorneys for Defendant
JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>    Defendant. | Case No. 3:17-cv-05659-WHA<br><br>**JOINT STATUS REPORT OF APRIL 1, 2022**<br><br>U.S. District Judge William H. Alsup<br>Courtroom 12 |

Pursuant to the Court's Order of July 26, 2021 (D.I. 669), Finjan, LLC and Juniper Networks, Inc. provide the following status report:

1. This is the parties' ninth 28-day report since the Court's Order.

2. The Federal Circuit has docketed Finjan's appeal regarding the Court's Order as appeal no. 21-2253, and Finjan filed its opening brief on October 27, 2021. Juniper filed its response brief on January 21, 2022. Finjan filed its reply brief on March 14, 2022. The Federal Circuit has not yet scheduled oral argument.

3. Finjan has provided Juniper with a letter of credit as security.

4. The parties will file their next 28-day status report no later than Monday, May 2, 2022.

Dated: April 1, 2022                    Respectfully Submitted,

                                        By: */s/ Roger A. Denning*
                                        Juanita R. Brooks (SBN 75934) brooks@fr.com
                                        Roger A. Denning (SBN 228998, denning@fr.com
                                        Frank J. Albert (SBN 247741) albert@fr.com
                                        Oliver J. Richards (SBN 310972) ojr@fr.com
                                        FISH & RICHARDSON P.C.
                                        12860 El Camino Real, Suite 400
                                        San Diego, CA 92130
                                        Phone: (858) 678-5070 / Fax: (858) 678-5099

                                        Robert Courtney (SBN 248392), courtney@fr.com
                                        FISH & RICHARDSON P.C.
                                        60 South Sixth Street, Suite 3200
                                        Minneapolis, MN 55402
                                        Tel: (612) 335-5070 / Fax: (612) 288-9696
                                        Attorneys for Plaintiff FINJAN, INC.

Dated:  April 1, 2022                IRELL & MANELLA LLP

By:  /s/ Jonathan Kagan
Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010 / Fax: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324

Attorney for Defendant, JUNIPER NETWORKS, INC.

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

Dated:  April 1, 2022                FISH & RICHARDSON P.C.

By:  /s/ Roger A. Denning
Roger A. Denning

Attorney for Plaintiff, FINJAN LLC