| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934), brooks@fr.com | Jonathan S. Kagan (SBN 166039) jkagan@irell.com |
| Roger A. Denning (CA SBN 228998, denning@fr.com | IRELL & MANELLA LLP 1800 Avenue of the Stars, Suite 900 |
| Frank J. Albert (CA SBN 247741), albert@fr.com | Los Angeles, CA 90067-4276 Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| Oliver J. Richards (CA SBN 310972), ojr@fr.com | Rebecca Carson (SBN 254105) rcarson@irell.com |
| FISH & RICHARDSON P.C. 12860 El Camino Real, Suite 400 San Diego, CA 92130 Phone: (858) 678-5070 / Fax: (858) 678-5099 | IRELL & MANELLA LLP 840 Newport Center Drive, Suite 400 Newport Beach, CA 92660-6324 |

Robert Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff, FINJAN, INC.                Attorneys for Defendant
                                                      JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | Case No. 3:17-cv-05659-WHA <br><br> **JOINT STATUS REPORT OF MAY 2, 2022** <br><br> U.S. District Judge William H. Alsup <br> Courtroom 12 |

Pursuant to the Court's Order of July 26, 2021 (D.I. 669), Finjan, LLC and Juniper Networks, Inc. provide the following status report:

1. This is the parties' tenth 28-day report since the Court's Order.

2. The Federal Circuit has docketed Finjan's appeal regarding the Court's Order as appeal no. 21-2253, and Finjan filed its opening brief on October 27, 2021. Juniper filed its response brief on January 21, 2022. Finjan filed its reply brief on March 14, 2022. The Federal Circuit has not yet scheduled oral argument.

3. Finjan has provided Juniper with a letter of credit as security.

4. The parties will file their next 28-day status report no later than Monday, May 30, 2022.

Dated: May 2, 2022                    Respectfully Submitted,

By: */s/ Roger A. Denning*
Juanita R. Brooks (SBN 75934) brooks@fr.com
Roger A. Denning (SBN 228998, denning@fr.com
Frank J. Albert (SBN 247741) albert@fr.com
Oliver J. Richards (SBN 310972) ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (SBN 248392), courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696
Attorneys for Plaintiff FINJAN, INC.

Dated: May 2, 2022							IRELL & MANELLA LLP

							By:  /s/ Jonathan Kagan
							Jonathan S. Kagan (SBN 166039)
							jkagan@irell.com
							IRELL & MANELLA LLP
							1800 Avenue of the Stars, Suite 900
							Los Angeles, CA 90067-4276
							Phone: (310) 277-1010 / Fax: (310) 203-7199

							Rebecca Carson (SBN 254105)
							rcarson@irell.com
							IRELL & MANELLA LLP
							840 Newport Center Drive, Suite 400
							Newport Beach, CA 92660-6324
							Attorney for Defendant, JUNIPER NETWORKS, INC.

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

Dated: May 2, 2022							FISH & RICHARDSON P.C.


							By:  /s/ Roger A. Denning
							Roger A. Denning

							Attorney for Plaintiff, FINJAN LLC