| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934), brooks@fr.com | Jonathan S. Kagan (SBN 166039) jkagan@irell.com |
| Roger A. Denning (CA SBN 228998, denning@fr.com | IRELL & MANELLA LLP 1800 Avenue of the Stars, Suite 900 |
| Frank J. Albert (CA SBN 247741), albert@fr.com | Los Angeles, CA 90067-4276 Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| Oliver J. Richards (CA SBN 310972), ojr@fr.com | Rebecca Carson (SBN 254105) |
| FISH & RICHARDSON P.C. 12860 El Camino Real, Suite 400 | rcarson@irell.com IRELL & MANELLA LLP |
| San Diego, CA 92130 Phone: (858) 678-5070 / Fax: (858) 678-5099 | 840 Newport Center Drive, Suite 400 Newport Beach, CA 92660-6324 |

Robert Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff, FINJAN, INC.          Attorneys for Defendant
                                               JUNIPER NETWORKS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC., <br><br> Plaintiff, <br><br> v. <br><br> JUNIPER NETWORKS, INC., <br><br> Defendant. | Case No. 3:17-cv-05659-WHA <br><br> **JOINT STATUS REPORT OF MAY 30, 2022** <br><br> U.S. District Judge William H. Alsup <br> Courtroom 12 |

Pursuant to the Court's Order of July 26, 2021 (D.I. 669), Finjan, LLC and Juniper Networks, Inc. provide the following status report:

1. This is the parties' eleventh 28-day report since the Court's Order.

2. The Federal Circuit has docketed Finjan's appeal regarding the Court's Order as appeal no. 21-2253, and Finjan filed its opening brief on October 27, 2021. Juniper filed its response brief on January 21, 2022. Finjan filed its reply brief on March 14, 2022. The Federal Circuit has not yet scheduled oral argument.

3. Finjan has provided Juniper with a letter of credit as security.

4. The parties will file their next 28-day status report no later than Monday, June 27, 2022.

Dated: May 27, 2022            Respectfully Submitted,

By: */s/ Roger A. Denning*
　　Juanita R. Brooks (SBN 75934) brooks@fr.com
　　Roger A. Denning (SBN 228998, denning@fr.com
　　Frank J. Albert (SBN 247741) albert@fr.com
　　Oliver J. Richards (SBN 310972) ojr@fr.com
　　FISH & RICHARDSON P.C.
　　12860 El Camino Real, Suite 400
　　San Diego, CA 92130
　　Phone: (858) 678-5070 / Fax: (858) 678-5099

　　Robert Courtney (SBN 248392), courtney@fr.com
　　FISH & RICHARDSON P.C.
　　60 South Sixth Street, Suite 3200
　　Minneapolis, MN 55402
　　Tel: (612) 335-5070 / Fax: (612) 288-9696
　　Attorneys for Plaintiff FINJAN, INC.

| | |
|---|---|
| Dated: May 27, 2022 | IRELL & MANELLA LLP |
| | By: /s/ *Jonathan Kagan* |
| | Jonathan S. Kagan (SBN 166039) |
| | jkagan@irell.com |
| | IRELL & MANELLA LLP |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067-4276 |
| | Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| | |
| | Rebecca Carson (SBN 254105) |
| | rcarson@irell.com |
| | IRELL & MANELLA LLP |
| | 840 Newport Center Drive, Suite 400 |
| | Newport Beach, CA 92660-6324 |
| | Attorney for Defendant, JUNIPER NETWORKS, INC. |

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

| | |
|---|---|
| Dated: May 27, 2022 | FISH & RICHARDSON P.C. |
| | |
| | By: /s/ *Roger A. Denning* |
| | Roger A. Denning |
| | |
| | Attorney for Plaintiff, FINJAN LLC |