UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FINJAN, INC.,

    Plaintiff,

  v.

JUNIPER NETWORK, INC., et al.,

    Defendants.

No. C 17-05659 WHA

**ORDER RE STATUS REPORTS**

The parties shall please file joint status reports at **56-DAY** intervals, rather than at 28-day intervals as originally stated in the order dated July 26, 2021.

**IT IS SO ORDERED.**

Dated: July 26, 2022.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE