| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934),<br>brooks@fr.com<br>Roger A. Denning (CA SBN 228998,<br>denning@fr.com<br>Frank J. Albert (CA SBN 247741),<br>albert@fr.com<br>Oliver J. Richards (CA SBN 310972),<br>ojr@fr.com<br>FISH & RICHARDSON P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Phone: (858) 678-5070 / Fax: (858) 678-5099<br><br>Robert Courtney (CA SBN 248392),<br>courtney@fr.com<br>FISH & RICHARDSON P.C.<br>60 South Sixth Street, Suite 3200<br>Minneapolis, MN 55402<br>Tel: (612) 335-5070 / Fax: (612) 288-9696<br><br>Attorneys for Plaintiff,<br>**FINJAN, INC.** | Jonathan S. Kagan (SBN 166039)<br>jkagan@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010 / Fax: (310) 203-7199<br><br>Rebecca Carson (SBN 254105)<br>rcarson@irell.com<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6324<br><br><br><br><br><br>Attorneys for Defendant,<br>**JUNIPER NETWORKS, INC.** |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>           Plaintiff,<br><br>     v.<br><br>JUNIPER NETWORKS, INC.,<br><br>           Defendant. | Case No. 3:17-cv-05659-WHA<br><br>**JOINT STATUS REPORT OF SEPTEMBER 19, 2022**<br><br>U.S. District Judge William H. Alsup<br>Courtroom 12 |

Pursuant to the Court's Order of July 26, 2022 (D.I. 691), Finjan, LLC and Juniper Networks, Inc. provide the following status report:

1. This is the parties' first 56-day report since the Court's Order.

2. The Federal Circuit has docketed Finjan's appeal regarding the Court's Order as appeal no. 21-2253, and Finjan filed its opening brief on October 27, 2021. Juniper filed its response brief on January 21, 2022. Finjan filed its reply brief on March 14, 2022. The Federal Circuit has not yet scheduled oral argument.

3. Finjan has provided Juniper with a letter of credit as security.

4. The parties will file their next 56-day status report no later than November 14, 2022.

Dated: September 19, 2022                    Respectfully submitted,

By: */s/ Roger A. Denning*
Juanita R. Brooks (SBN 75934) brooks@fr.com
Roger A. Denning (SBN 228998, denning@fr.com
Frank J. Albert (SBN 247741) albert@fr.com
Oliver J. Richards (SBN 310972) ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (SBN 248392), courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff
**FINJAN, INC.**

| | |
|---|---|
| Dated: September 19, 2022 | IRELL & MANELLA LLP |
| | By: */s/ Jonathan S. Kagan*<br>Jonathan S. Kagan (SBN 166039)<br>jkagan@irell.com<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| | Rebecca Carson (SBN 254105)<br>rcarson@irell.com<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA 92660-6324 |
| | Attorneys for Defendant<br>**JUNIPER NETWORKS, INC.** |

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

| | |
|---|---|
| Dated:  September 19, 2022 | FISH & RICHARDSON P.C. |
| | By:  /s/ *Roger A. Denning*<br>Roger A. Denning |
| | Attorney for Plaintiff, **FINJAN LLC** |