1   Juanita R. Brooks (CA SBN 75934),          Jonathan S. Kagan (SBN 166039)
    brooks@fr.com                              jkagan@irell.com
2   Roger A. Denning (CA SBN 228998,           IRELL & MANELLA LLP
    denning@fr.com                             1800 Avenue of the Stars, Suite 900
3   Frank J. Albert (CA SBN 247741),           Los Angeles, CA 90067-4276
    albert@fr.com                              Phone: (310) 277-1010 / Fax: (310) 203-7199
4   Oliver J. Richards (CA SBN 310972),
    ojr@fr.com                                 Rebecca Carson (SBN 254105)
5   FISH & RICHARDSON P.C.                     rcarson@irell.com
    12860 El Camino Real, Suite 400            IRELL & MANELLA LLP
6   San Diego, CA 92130                        840 Newport Center Drive, Suite 400
    Phone: (858) 678-5070 / Fax: (858) 678-5099   Newport Beach, CA 92660-6324
7
    Robert Courtney (CA SBN 248392),
8   courtney@fr.com
    FISH & RICHARDSON P.C.
9   60 South Sixth Street, Suite 3200
    Minneapolis, MN 55402
10  Tel: (612) 335-5070 / Fax: (612) 288-9696

11  Attorneys for Plaintiff,                   Attorneys for Defendant,
    **FINJAN, INC.**                           **JUNIPER NETWORKS, INC.**

12

UNITED STATES DISTRICT COURT

13   NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

14   FINJAN, INC.,                             Case No. 3:17-cv-05659-WHA

15        Plaintiff,                           **JOINT STATUS REPORT OF NOVEMBER 14, 2022**

16        v.                                   U.S. District Judge William H. Alsup
                                               Courtroom 12
17   JUNIPER NETWORKS, INC.,

18        Defendant.

19

20

21

22

23

24

25

26

27

28

1      Pursuant to the Court's Order of July 26, 2022 (D.I. 691), Finjan, LLC and Juniper

2  Networks, Inc. provide the following status report:

3      1.      This is the parties' second 56-day report since the Court's Order.

4      2.      The Federal Circuit has docketed Finjan's appeal regarding the Court's Order as

5  appeal no. 21-2253, and Finjan filed its opening brief on October 27, 2021.  Juniper filed its

6  response brief on January 21, 2022.  Finjan filed its reply brief on March 14, 2022.  The Federal

7  Circuit has scheduled oral argument on the appeal for December 7, 2022.

8      3.      Finjan has provided Juniper with a letter of credit as security.

9      4.      The parties will file their next 56-day status report no later than January 9, 2023.

10

11  Dated: November 14, 2022                Respectfully submitted,

12                                          By:  */s/ Roger A. Denning*
                                            Juanita R. Brooks (SBN 75934) brooks@fr.com
13                                          Roger A. Denning (SBN 228998, denning@fr.com
                                            Frank J. Albert (SBN 247741) albert@fr.com
14                                          Oliver J. Richards (SBN 310972) ojr@fr.com
                                            FISH & RICHARDSON P.C.
15                                          12860 El Camino Real, Suite 400
                                            San Diego, CA 92130
16                                          Phone: (858) 678-5070 / Fax: (858) 678-5099

17
                                            Robert Courtney (SBN 248392), courtney@fr.com
18                                          FISH & RICHARDSON P.C.
                                            60 South Sixth Street, Suite 3200
19                                          Minneapolis, MN 55402
                                            Tel: (612) 335-5070 / Fax: (612) 288-9696
20
                                            Attorneys for Plaintiff
21                                          **FINJAN, INC.**

22

23

24

25

26

27

28

1    Dated: November 14, 2022                    IRELL & MANELLA LLP

2                                                By:  */s/ Jonathan S. Kagan*
                                                     Jonathan S. Kagan (SBN 166039)
3                                                    jkagan@irell.com
                                                     IRELL & MANELLA LLP
4                                                    1800 Avenue of the Stars, Suite 900
                                                     Los Angeles, CA 90067-4276
5                                                    Phone: (310) 277-1010 / Fax: (310) 203-7199

6
                                                     Rebecca Carson (SBN 254105)
7                                                    rcarson@irell.com
                                                     IRELL & MANELLA LLP
8                                                    840 Newport Center Drive, Suite 400
                                                     Newport Beach, CA 92660-6324
9
                                                     Attorneys for Defendant
10                                                   **JUNIPER NETWORKS, INC.**

11

12        Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury

13   that concurrence in the filing of this document has been obtained from counsel for Juniper Networks,

14   Inc.

15   Dated:  November 14, 2022                   FISH & RICHARDSON P.C.

16

17
                                                By:  */s/ Roger A. Denning*
18                                                   Roger A. Denning

19                                              Attorney for Plaintiff, **FINJAN LLC**

20

21

22

23

24

25

26

27

28