| | |
|---|---|
| Juanita R. Brooks (CA SBN 75934), brooks@fr.com | Jonathan S. Kagan (SBN 166039) jkagan@irell.com |
| Roger A. Denning (CA SBN 228998, denning@fr.com | IRELL & MANELLA LLP 1800 Avenue of the Stars, Suite 900 |
| Frank J. Albert (CA SBN 247741), albert@fr.com | Los Angeles, CA 90067-4276 Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| Oliver J. Richards (CA SBN 310972), ojr@fr.com | Rebecca Carson (SBN 254105) |
| FISH & RICHARDSON P.C. 12860 El Camino Real, Suite 400 | rcarson@irell.com IRELL & MANELLA LLP |
| San Diego, CA 92130 Phone: (858) 678-5070 / Fax: (858) 678-5099 | 840 Newport Center Drive, Suite 400 Newport Beach, CA 92660-6324 |

Robert Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff,
**FINJAN, INC.**

Attorneys for Defendant,
**JUNIPER NETWORKS, INC.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | Case No. 3:17-cv-05659-WHA<br><br>**JOINT STATUS REPORT OF JANUARY 9, 2023**<br><br>U.S. District Judge William H. Alsup<br>Courtroom 12 |

1  Pursuant to the Court's Order of July 26, 2022 (D.I. 691), Finjan, LLC and Juniper
2  Networks, Inc. provide the following status report:
3      1.    This is the parties' third 56-day report since the Court's Order.
4      2.    On December 7, 2022, the Federal Circuit held oral argument on Finjan's appeal
5  (Appeal No. 2021-2253), and on December 12, 2022, the Federal Circuit entered a judgment
6  affirming this Court's Order pursuant to Fed. Cir. R. 36.
7      3.    Finjan's deadline to file a petition for rehearing by the Federal Circuit is January
8  11, 2023. Finjan's deadline to file a petition for a writ of certiorari with the Supreme Court is
9  March 13, 2023.
10     4.    Finjan has provided Juniper with a letter of credit as security.
11     5.    The parties will file their next 56-day status report no later than March 6, 2023.

Dated: January 9, 2023

Respectfully submitted,

By: */s/ Roger A. Denning*
Juanita R. Brooks (SBN 75934) brooks@fr.com
Roger A. Denning (SBN 228998, denning@fr.com
Frank J. Albert (SBN 247741) albert@fr.com
Oliver J. Richards (SBN 310972) ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (SBN 248392), courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff
**FINJAN, INC.**

| | | |
|---|---|---|
| 1 | Dated: January 9, 2023 | IRELL & MANELLA LLP |
| 2 | | By: */s/ Jonathan S. Kagan* |
| | | Jonathan S. Kagan (SBN 166039) |
| 3 | | jkagan@irell.com |
| 4 | | IRELL & MANELLA LLP |
| | | 1800 Avenue of the Stars, Suite 900 |
| 5 | | Los Angeles, CA 90067-4276 |
| | | Phone: (310) 277-1010 / Fax: (310) 203-7199 |

Rebecca Carson (SBN 254105)
rcarson@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324

Attorneys for Defendant
**JUNIPER NETWORKS, INC.**

Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

Dated:  January 9, 2023                              FISH & RICHARDSON P.C.


By:  */s/ Roger A. Denning*
　　　Roger A. Denning

Attorney for Plaintiff, **FINJAN LLC**