# United States Court of Appeals for the Federal Circuit

_____

**FINJAN, LLC,**

*Plaintiff-Appellant*

v.

**JUNIPER NETWORKS, INC.,**

*Defendant-Appellee*

_____

2021-2253

_____

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-05659-WHA, Judge William H. Alsup.

_____

**MANDATE**

_____

In accordance with the judgment of this Court, entered December 12, 2022, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

January 18, 2023　　　/s/ Peter R. Marksteiner
　　Date　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　Clerk of Court