Juanita R. Brooks (CA SBN 75934),
brooks@fr.com
Roger A. Denning (CA SBN 228998,
denning@fr.com
Frank J. Albert (CA SBN 247741),
albert@fr.com
Oliver J. Richards (CA SBN 310972),
ojr@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Phone: (858) 678-5070 / Fax: (858) 678-5099

Robert Courtney (CA SBN 248392),
courtney@fr.com
FISH & RICHARDSON P.C.
60 South Sixth Street, Suite 3200
Minneapolis, MN 55402
Tel: (612) 335-5070 / Fax: (612) 288-9696

Attorneys for Plaintiff,
**FINJAN, INC.**

Jonathan S. Kagan (SBN 166039)
jkagan@irell.com
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
Phone: (310) 277-1010 / Fax: (310) 203-7199

Rebecca Carson (SBN 254105)
rcarson@irell.com
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA 92660-6324

Attorneys for Defendant,
**JUNIPER NETWORKS, INC.**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| FINJAN, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JUNIPER NETWORKS, INC.,<br><br>Defendant. | Case No. 3:17-cv-05659-WHA<br><br>**JOINT STATUS REPORT RE PAYMENT OF FEE AWARD AND CASE CLOSURE**<br><br>U.S. District Judge William H. Alsup<br>Courtroom 12 |

Pursuant to the Court's Order Adopting Special Master's Report and Recommendation for Attorney's Fees of July 26, 2021 (D.I. 669) and the Court's Order re Status Reports of July 26, 2022 (D.I. 691), Finjan, LLC and Juniper Networks, Inc. provide the following status report:

1. On July 26, 2021, this Court ordered Finjan to pay Juniper Networks $5,914,156 in attorney's fees.

2. Finjan appealed (Appeal No. 2021-2253), and on December 12, 2022, the Federal Circuit entered a judgment affirming this Court's Order pursuant to Fed. Cir. R. 36.

3. Finjan's deadline to file a petition for a writ of certiorari with the Supreme Court on its appeal is March 13, 2023.

4. Finjan and Juniper Networks agreed that Finjan would forego filing a petition for a writ of certiorari in exchange for Juniper Networks agreeing not to seek interest or costs above the award of $5,914,156.

5. On February 21, 2023, Finjan paid Juniper Networks the full amount of the fees ordered by this Court, in the amount of $5,914,156.

6. Accordingly, Finjan and Juniper Networks hereby certify that all of the fees awarded have been paid.

7. Finjan and Juniper Networks agree that this case is ready to be closed.

| | |
|---|---|
| Dated: February 27, 2023 | Respectfully submitted, |
| | By: */s/ Roger A. Denning* |
| | Juanita R. Brooks (SBN 75934) brooks@fr.com |
| | Roger A. Denning (SBN 228998, denning@fr.com |
| | Frank J. Albert (SBN 247741) albert@fr.com |
| | Oliver J. Richards (SBN 310972) ojr@fr.com |
| | FISH & RICHARDSON P.C. |
| | 12860 El Camino Real, Suite 400 |
| | San Diego, CA 92130 |
| | Phone: (858) 678-5070 / Fax: (858) 678-5099 |
| | |
| | Robert Courtney (SBN 248392), courtney@fr.com |
| | FISH & RICHARDSON P.C. |
| | 60 South Sixth Street, Suite 3200 |
| | Minneapolis, MN 55402 |
| | Tel: (612) 335-5070 / Fax: (612) 288-9696 |
| | |
| | Attorneys for Plaintiff |
| | **FINJAN, INC.** |
| | |
| Dated: February 27, 2023 | IRELL & MANELLA LLP |
| | By: */s/ Jonathan S. Kagan* |
| | Jonathan S. Kagan (SBN 166039) |
| | jkagan@irell.com |
| | IRELL & MANELLA LLP |
| | 1800 Avenue of the Stars, Suite 900 |
| | Los Angeles, CA 90067-4276 |
| | Phone: (310) 277-1010 / Fax: (310) 203-7199 |
| | |
| | Rebecca Carson (SBN 254105) |
| | rcarson@irell.com |
| | IRELL & MANELLA LLP |
| | 840 Newport Center Drive, Suite 400 |
| | Newport Beach, CA 92660-6324 |
| | |
| | Attorneys for Defendant |
| | **JUNIPER NETWORKS, INC.** |

1    Pursuant to Civ. Local Rule 5.1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Juniper Networks, Inc.

Dated: February 27, 2023                FISH & RICHARDSON P.C.

By: /s/ *Roger A. Denning*
     Roger A. Denning

Attorney for Plaintiff, **FINJAN, INC.**